| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017<br>Telephone: (213) 443-3000; Facsimile: (213) (443)-3100<br><br>Keller Lenkner LLC<br>1100 Vermont Avenue, N.W., 12th Floor, Washington, D.C. 20005 (202) 918-1123 | |
| ATTORNEY(S) FOR: Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Skot Heckman; Luis Ponce; Jeanene Popp; and Jacob Roberts | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:22-cv-00047 |
| v. | |
| Live Nation Entertainment, Inc.; Ticketmaster LLC | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | (Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Skot Heckman | Plaintiff |
| Luis Ponce | Plaintiff |
| Jeanene Popp | Plaintiff |
| Jacob Roberts | Plaintiff |
| Live Nation Entertainment, Inc. | Defendant |
| Ticketmaster, LLC | Defendant |

| January 4, 2022 | /s/ Adam B. Wolfson |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, Jacob Roberts