QUINN EMANUEL URQUHART & SULLIVAN, LLP
Frederick A. Lorig (Bar No. 057645)
fredlorig@quinnemanuel.com
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

KELLER LENKNER LLC
Warren Postman (Bar No. 33069)
wdp@kellerlenkner.com
Albert Pak (*pro hac vice* forthcoming)
albert.pak@kellerlenkner.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone:  (202) 918-1123

Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>   v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>    Defendants. | CASE NO. 22-cv-00047<br><br>**NOTICE OF RELATED CASES** |

# NOTICE OF RELATED CASES

In compliance with L.R. 83-1.3.1(b) & (c), Plaintiffs hereby give notice that this lawsuit addresses material facts that may overlap in part with some material facts and issues of law in two previously-dismissed civil cases filed in this District.

1. ***Oberstein v. Live Nation Entertainment, Inc.*, Case No. 20-cv-03888-GW-GJS.** In *Oberstein*, Plaintiffs (represented by the undersigned counsel) brought claims against Defendants Live Nation Entertainment, Inc. and Ticketmaster LLC that are substantively identical to the claims at issue here. The court (Wu, J.) granted Defendants' motion to compel arbitration and dismissed the case. However, Plaintiffs here allege that Defendants have since updated their arbitration agreement in ways that renders it unenforceable.

2. ***Dickey v. Ticketmaster LLC, et al.*, Case No. 2:18-cv-09052-GW-GJS.** As here, the Plaintiff sought certification of a class of consumers alleging, *inter alia*, that these Defendants were violating the antitrust laws through their monopolization of the market for ticketing services related to the resale of concert tickets. However, unlike this case, *Dickey* did not involve Ticketmaster's sale of tickets to the original purchaser, nor Defendants' collective efforts to monopolize ticketing services for such original sales. And, unlike this case, it did not involve Live Nation's utilization of its concert promotion business to aid in Ticketmaster's ticketing-related monopolization. The court (Wu, J.) ordered the parties to arbitrate the dispute and dismissed the case.

| | |
|---|---|
| DATED: January 4, 2022 | Respectfully submitted, |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By /s/ *Adam B. Wolfson* |
| | Frederick A. Lorig (Bar No. 057645)<br>fredlorig@quinnemanuel.com<br>Kevin Y. Teruya (Bar No. 235916)<br>kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>adamwolfson@quinnemanuel.com<br>William R. Sears (Bar No. 330888)<br>willsears@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| | *Attorneys for Plaintiffs* Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated |
| | KELLER LENKNER LLC |
| | By /s/ *Warren D. Postman* |
| | Warren Postman (Bar No. 33069)<br>wdp@kellerlenkner.com<br>Albert Pak (*pro hac vice* forthcoming)<br>albert.pak@kellerlenkner.com<br>1100 Vermont Avenue, N.W., 12th Floor<br>Washington, D.C. 20005<br>(202) 918-1123 |
| | *Attorneys for Plaintiffs* Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated |

Case No. 22-cv-00047
NOTICE OF RELATED CASES