Name and address:

Albert Pak
Keller Lenkner LLC
1100 Vermont Avenue N.W. 12th Floor
Washington, D.C., 20005

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Skot Heckman et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:22-cv-00047-DMG-MAR |
| v. | |
| Live Nation Entertainment, Inc. et al. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Pak, Albert Y.     of    Keller Lenkner LLC
                          1100 Vermont Avenue N.W. 12th Floor
                          Washington, D.C., 20005

*Applicant's Name (Last Name, First Name & Middle Initial)*

202-918-1835     312-971-3502

*Telephone Number*     *Fax Number*

albert.pak@kellerlenkner.com

*E-Mail Address*     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Skot Heckman et al.

*Name(s) of Party(ies) Represented*     ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

and designating as Local Counsel

Wolfson, Adam B.     of    Quinn Emanuel Urquhart & Sullivan, LLP
                           865 South Figueroa Street 10th Floor
                           Los Angeles, CA 90017

*Designee's Name (Last Name, First Name & Middle Initial)*

262125     213-443-3084     213-443-3100

*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

adamwolfson@quinnemanuel.com

*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge