# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SKOT HECKMAN, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 22-0047-GW-GJSx |
| v. | |
| LIVE NATION ENTERTAINMENT, INC., et al., | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| January 5, 2022 | 11 | Application of Non-Resident Attorney |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

Docket No. 11 is stricken for the reason(s) stated in the Notice [12] filed on January 6, 2022.

Clerk, U.S. District Court

Dated: January 10, 2022                    By: Javier Gonzalez
                                               Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

G-112B (01/07)