Name and address:

Albert Pak
Keller Lenkner LLC
1100 Vermont Avenue N.W. 12th Floor
Washington, D.C., 20005

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Skot Heckman et al.

                                    Plaintiff(s)

                    v.

Live Nation Entertainment, Inc. et al.

                                    Defendant(s).

CASE NUMBER

2:22-cv-00047-DMG-MAR

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Pak, Albert Y.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

202-918-1835              312-971-3502

*Telephone Number*          *Fax Number*

albert.pak@kellerlenkner.com

            *E-Mail Address*

Keller Lenkner LLC
1100 Vermont Avenue N.W. 12th Floor
Washington, D.C., 20005

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Skot Heckman et al.

*Name(s) of Party(ies) Represented*                ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Wolfson, Adam B.                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

262125          213-443-3084          213-443-3100

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

adamwolfson@quinnemanuel.com

            *E-Mail Address*

Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

                                    _____
                                    **U.S. District Judge/U.S. Magistrate Judge**