LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
    dan.wall@lw.com
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
    kirsten.ferguson@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>    Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS TICKETMASTER L.L.C. AND LIVE NATION ENTERTAINMENT, INC.** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
COUNSEL FOR DEFENDANTS
CASE NO. 2:22-cv-00047-GW-GJS

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. and requests that all notices, orders, and/or other information in this case be served upon the individual identified below:

Kirsten M. Ferguson
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Email: kirsten.ferguson@lw.com

Dated: January 11, 2022

LATHAM & WATKINS LLP

By: */s/ Kirsten M. Ferguson*
Kirsten M. Ferguson

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*