LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
    dan.wall@lw.com
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
    kirsten.ferguson@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C.
and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**DEFENDANTS TICKETMASTER L.L.C. AND LIVE NATION ENTERTAINMENT, INC.'S NOTICE OF INTERESTED PARTIES (L.R 7.1-1)** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' NOTICE OF
INTERESTED PARTIES
CASE NO. 2:22-cv-00047-GW-GJS

1  Pursuant to Civil Local Rule 7.1-1, the undersigned, counsel of record for
2  Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. ("Live
3  Nation"), certifies that the following listed party may have a pecuniary interest in
4  the outcome of this case.  These representations are made to enable the Court to
5  evaluate possible disqualification or recusal.

- Liberty Media Corporation; according to public records, Liberty Media Corporation owns more than 10% of the outstanding stock of Live Nation.

Dated:  January 11, 2022

Respectfully submitted,

LATHAM & WATKINS LLP

By:  /s/ Timothy L. O'Mara
Timothy L. O'Mara

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*