LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
    dan.wall@lw.com
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
    kirsten.ferguson@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C.
and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>    Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**DEFENDANTS TICKETMASTER L.L.C. AND LIVE NATION ENTERTAINMENT, INC.'S CORPORATE DISCLOSURE STATEMENT (FED. R. CIV. P. 7.1)** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' CORPORATE
DISCLOSURE STATEMENT
CASE NO. 2:22-CV-00047-GW-GJS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Ticketmaster L.L.C. ("Ticketmaster") and Live Nation Entertainment, Inc. ("Live Nation") hereby disclose and certify that, as of January 11, 2022: (1) Ticketmaster is a Virginia liability company with its principal place of business in Beverly Hills, California; (2) Ticketmaster is a wholly-owned subsidiary of Live Nation, a publicly-traded company; and (3) according to public records, Liberty Media Corporation owns more than 10% of the outstanding stock of Live Nation.

Dated: January 11, 2022

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Timothy L. O'Mara*
Timothy L. O'Mara

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*