1  LATHAM & WATKINS LLP
       Daniel M. Wall (Bar No. 102580)
2         *dan.wall@lw.com*
       Timothy L. O'Mara (Bar No. 212731)
3         *tim.o'mara@lw.com*
       Andrew M. Gass (Bar No. 259694)
4         *andrew.gass@lw.com*
       Kirsten M. Ferguson (Bar No. 252781)
5         *kirsten.ferguson@lw.com*
       Alicia R. Jovais (Bar No. 296172)
6         *alicia.jovais@lw.com*
   505 Montgomery Street, Suite 2000
7  San Francisco, California  94111-6538
   Telephone:  +1.415.391.0600
8  Facsimile:  +1.415.395.8095

9  *Attorneys for Defendants Ticketmaster L.L.C.*
   *and Live Nation Entertainment, Inc.*

10
   [Additional Counsel on Signature Page]
11

12            **UNITED STATES DISTRICT COURT**

13            **CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15  Skot Heckman, Luis Ponce, Jeanene | Case No. 2:22-cv-00047-GW-GJS |
| 16  Popp, and Jacob Roberts, on behalf of themselves and all those similarly | |
| 17  situated, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL** |
| 18              Plaintiffs, | **COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| 19  v. | |
| 20  Live Nation Entertainment, Inc., and | Complaint Served:  Jan. 5, 2022 |
| 21  Ticketmaster LLC, | Current Response Date:  Jan. 26, 2022 |
| 22              Defendants. | New Response Date:  Feb. 25, 2022 |

23

24

25

26

27

28

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO EXTEND TIME TO RESPOND TO INITIAL
COMPL. BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. 2:22-CV-00047-GW-GJS

Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") hereby stipulate, through their undersigned counsel and pursuant to Local Rule 8-3, as follows:

1.    Plaintiffs filed their Complaint on January 4, 2022.

2.    Defendants were served with the Complaint on January 5, 2022.

3.    Defendants' responsive pleading or motion to dismiss the Complaint is currently due on January 26, 2022.

4.    Defendants have requested under Local Rule 8-3 to extend the deadline to answer or otherwise respond to the Complaint from January 26, 2022 to February 25, 2022, and Plaintiffs have agreed to that extension.

5.    This request does not extend the time for Defendants to respond to the Complaint by more than thirty days from the current response date.

6.    The parties have not previously stipulated to any extensions of time to answer or otherwise respond to the Complaint.

The parties therefore agree and stipulate that Defendants' time to answer or otherwise respond to the Complaint shall be extended to February 25, 2022.

*[Signatures on following page]*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. TO EXTEND TIME TO RESPOND TO INITIAL
COMPL. BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. 2:22-CV-00047-GW-GJS

1    Dated:  January 11, 2022                      Respectfully Submitted,

2                                                   LATHAM & WATKINS LLP

3
                                              By:   */s/ Timothy L. O'Mara*
4                                                   Timothy L. O'Mara

5
                                                    505 Montgomery Street, Suite 2000
6                                                   San Francisco, California  94111-6538
                                                    Telephone:  +1.415.391.0600
7                                                   Facsimile:  +1.415.395.8095
                                                    tim.o'mara@lw.com
8
                                                    *Attorneys for Defendants Ticketmaster*
9                                                   *L.L.C. and Live Nation Entertainment,*
                                                    *Inc.*
10

11   Dated:  January 11, 2022                      QUINN  EMANUEL  URQUHART  &
                                                    SULLIVAN, LLP
12

13                                            By:   */s/ Frederick A. Lorig*
14                                                  Frederick A. Lorig (Bar No. 057645)

15                                                  865 South Figueroa Street, 10th Floor
                                                    Los Angeles, CA 90017-2543
16                                                  Telephone: (213) 443-3000
                                                    Facsimile: (213) 443-3100
17                                                  fredlorig@quinnemanuel.com

18                                                  *Attorneys for Plaintiffs Skot Heckman,*
                                                    *Luis Ponce, Jeanene Popp, and Jacob*
19                                                  *Roberts*

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

                                          2        STIP. TO EXTEND TIME TO RESPOND TO INITIAL
                                                   COMPL. BY NOT MORE THAN 30 DAYS (L.R. 8-3)
                                                   CASE NO. 2:22-CV-00047-GW-GJS

1

## **ATTESTATION**

2      I am the ECF user whose identification and password are being used to file

3  the foregoing Stipulation to Extend Time to Respond to Initial Complaint by Not

4  More Than 30 Days (L.R. 8-3).  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I,

5  Timothy L. O'Mara, attest that all other signatories listed, and on whose behalf the

6  filing is submitted, concur in this filing's content and have authorized such filing.

7

8   Dated:  January 11, 2022                     */s/ Timothy L. O'Mara*

9                                                              Timothy L. O'Mara

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. TO EXTEND TIME TO RESPOND TO INITIAL
COMPL. BY NOT MORE THAN 30 DAYS (L.R. 8-3)
CASE NO. 2:22-CV-00047-GW-GJS