Albert Pak
Keller Lenkner LLC
1100 Vermont Avenue N.W. 12th Floor
Washington, D.C., 20005

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Skot Heckman et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 22-0047-GW-GWx |
| v. | |
| Live Nation Entertainment, Inc. et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Pak, Albert Y.
*Applicant's Name (Last Name, First Name & Middle Initial*

202-918-1835  312-971-3502
*Telephone Number*  *Fax Number*

albert.pak@kellerlenkner.com
*E-Mail Address*

of  Keller Lenkner LLC
1100 Vermont Avenue N.W. 12th Floor
Washington, D.C., 20005

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Skot Heckman et al.

*Name(s) of Party(ies) Represent*  ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Wolfson, Adam B.
*Designee's Name (Last Name, First Name & Middle Initial*

262125  213-443-3084  213-443-3100
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

adamwolfson@quinnemanuel.com
*E-Mail Address*

of  Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated: January 13, 2022

*/s/ George H. Wu*

HON. GEORGE H. WU, U.S. District Judge