LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
    *dan.wall@lw.com*
  Timothy L. O'Mara (Bar No. 212731)
    *tim.o'mara@lw.com*
  Andrew M. Gass (Bar No. 259694)
    *andrew.gass@lw.com*
  Kirsten M. Ferguson (Bar No. 252781)
    *kirsten.ferguson@lw.com*
  Alicia R. Jovais (Bar No. 296172)
    *alicia.jovais@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C.*
*and Live Nation Entertainment, Inc.*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>                    Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**JOINT STIPULATION SETTING BRIEFING SCHEDULE**<br><br>[Civil Local Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION SETTING
BRIEFING SCHEDULE
CASE NO. 2:22-CV-00047-GW-GJS

Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") hereby stipulate and agree, through their undersigned counsel and pursuant to Local Rule 7-1, to the following schedule, subject to the approval of the Court.  In support of this joint stipulation, the parties state as follows:

1.      Plaintiffs filed their Complaint on January 4, 2022.  ECF No. 1.

2.      On January 11, 2022, pursuant to Local Rule 8-3, the parties filed a joint stipulation that extended Defendants' time to answer or otherwise respond to the Complaint from January 26, 2022 to February 25, 2022.  ECF No. 26.

3.      Defendants, after reviewing the allegations in the Complaint and conducting an initial investigation of the claims therein, have determined that they will move to compel arbitration on the ground that Plaintiffs' claims are subject to a mandatory arbitration provision.  Plaintiffs intend to oppose that motion.

4.      The parties have conferred and agreed that, in the interest of promoting the most efficient use of the parties' and the Court's resources, the parties will brief and resolve Defendants' motion to compel arbitration before litigating any motion to dismiss.  While there are no other upcoming deadlines or hearings scheduled in this matter at this time, the parties also agree that the Court should rule on Defendants' motion to compel arbitration before setting any further deadlines or hearings related to any potential motion to dismiss by Defendants.  Plaintiffs reserve their right to seek discovery related to whether an enforceable arbitration agreement exists.

5.      The parties have therefore agreed to the following briefing schedule:

a.      Defendants shall file their motion to compel arbitration on or before March 11, 2022.

b.      Plaintiffs shall file any opposition on or before April 22, 2022.

c.      Defendants shall file any reply on or before May 20, 2022.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION SETTING
BRIEFING SCHEDULE
CASE NO. 2:22-CV-00047-GW-GJS

d.   Any hearing on Defendants' motion to compel arbitration shall be held as the Court's calendar allows.

e.   Defendants need not otherwise respond to the Complaint while their motion to compel arbitration is pending.  If the Court denies Defendants' motion to compel arbitration, Defendants shall answer or otherwise respond to the Complaint within thirty (30) days after the Court issues an order denying that motion.  If Defendants move to dismiss rather than answer, Plaintiffs shall file any opposition thirty (30) days following Defendants' motion to dismiss, and Defendants shall file any reply twenty-one (21) days following Plaintiffs' opposition.  If any of the deadlines in this paragraph fall on a weekend or Court holiday, that deadline shall be extended to the next Court day.

f.   Any hearing on a motion to dismiss shall be held as the Court's calendar allows.

6.   As explained above, on January 11, 2022, the parties stipulated pursuant to Local Rule 8-3 to extend Defendants' time to answer or otherwise respond to the Complaint.  *See* ECF No. 26.  The parties have not previously stipulated to any other extensions of time.

The parties therefore agree and stipulate to the above dates.

*[Signatures on following page]*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION SETTING
BRIEFING SCHEDULE
CASE NO. 2:22-CV-00047-GW-GJS

1   Dated:  January 31, 2022

2

3

4

5

6

7

8

9

10

11   Dated:  January 31, 2022

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

LATHAM & WATKINS LLP

By:   */s/ Timothy L. O'Mara*
      Timothy L. O'Mara

505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095
tim.o'mara@lw.com

*Attorneys for Defendants Ticketmaster
L.L.C. and Live Nation Entertainment,
Inc.*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By:   */s/ Frederick A. Lorig*
      Frederick A. Lorig (Bar No. 057645)

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
fredlorig@quinnemanuel.com

*Attorneys for Plaintiffs Skot Heckman,
Luis Ponce, Jeanene Popp, and Jacob
Roberts*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIPULATION SETTING
BRIEFING SCHEDULE
CASE NO. 2:22-CV-00047-GW-GJS

1

## <u>ATTESTATION</u>

2

    I am the ECF user whose identification and password are being used to file

3

the foregoing Joint Stipulation Setting Briefing Schedule.  Pursuant to Civil Local

4

Rule 5-4.3.4(a)(2)(i), I, Timothy L. O'Mara, attest that all other signatories listed,

5

and on whose behalf the filing is submitted, concur in this filing's content and have

6

authorized such filing.

7

8

Dated:  January 31, 2022

*/s/ Timothy L. O'Mara*

9

Timothy L. O'Mara

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIPULATION SETTING
BRIEFING SCHEDULE
CASE NO. 2:22-CV-00047-GW-GJS