LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
    dan.wall@lw.com
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
    kirsten.ferguson@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF JOINT STIPULATION SETTING BRIEFING SCHEDULE**<br><br>[Civil Local Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

O'MARA DECL. ISO JOINT STIPULATION
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-CV-00047-GW-GJS

I, Timothy L. O'Mara, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants"). I am an attorney in good standing in the state of California. I am making this Declaration in support of the parties' Joint Stipulation Setting Briefing Schedule ("Joint Stipulation"), and have personal knowledge of the facts set forth below; if called upon to do so, I can and will competently testify thereto.

2. Plaintiffs filed their Complaint on January 4, 2022. ECF No. 1.

3. On January 11, 2022, pursuant to Local Rule 8-3, the parties filed a joint stipulation that extended Defendants' time to answer or otherwise respond to the Complaint from January 26, 2022 to February 25, 2022. ECF No. 26.

4. To date, the parties have not previously stipulated to any other extensions of time other than the stipulation described above (i.e., ECF No. 26).

5. Defendants, after reviewing the allegations in the Complaint and conducting an initial investigation of the claims therein, have determined that they will move to compel arbitration on the ground that Plaintiffs' claims are subject to a mandatory arbitration provision. Plaintiffs intend to oppose that motion.

6. The parties have conferred and agreed that, in the interest of promoting the most efficient use of the parties' and the Court's resources, the parties will brief and resolve Defendants' motion to compel arbitration before litigating any motion to dismiss. While there are no other upcoming deadlines or hearings scheduled in this matter at this time, the parties also agree that the Court should rule on Defendants' motion to compel arbitration before setting any further deadlines or hearings related to any potential motion to dismiss by Defendants. Plaintiffs reserve their right to seek discovery related to whether an enforceable arbitration agreement exists.

7. The parties have therefore agreed to the following briefing schedule:

    a. Defendants shall file their motion to compel arbitration on or

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

O'MARA DECL. ISO JOINT STIPULATION
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-CV-00047-GW-GJS

before March 11, 2022.

b. Plaintiffs shall file any opposition on or before April 22, 2022.

c. Defendants shall file any reply on or before May 20, 2022.

d. Any hearing on Defendants' motion to compel arbitration shall be held as the Court's calendar allows.

e. Defendants need not otherwise respond to the Complaint while their motion to compel arbitration is pending. If the Court denies Defendants' motion to compel arbitration, Defendants shall answer or otherwise respond to the Complaint within thirty (30) days after the Court issues an order denying that motion. If Defendants move to dismiss rather than answer, Plaintiffs shall file any opposition thirty (30) days following Defendants' motion to dismiss, and Defendants shall file any reply twenty-one (21) days following Plaintiffs' opposition. If any of the deadlines in this paragraph fall on a weekend or Court holiday, that deadline shall be extended to the next Court day.

f. Any hearing on a motion to dismiss shall be held as the Court's calendar allows.

8. The Joint Stipulation will have no other effect on the schedule.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 31, 2022.

/s/ Timothy L. O'Mara
Timothy L. O'Mara

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

O'MARA DECL. ISO JOINT STIPULATION
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-CV-00047-GW-GJS