LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
    dan.wall@lw.com
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
    kirsten.ferguson@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION SETTING BRIEFING SCHEDULE** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER ON JOINT STIP.
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-CV-00047-GW-GJS

Pending before this Court is a Joint Stipulation Setting Briefing Schedule ("Joint Stipulation") filed by Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs").  Upon consideration of the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED.  The Court orders as follows:

    a.    Defendants shall file their motion to compel arbitration on or before March 11, 2022.

    b.    Plaintiffs shall file any opposition on or before April 22, 2022.

    c.    Defendants shall file any reply on or before May 20, 2022.

    d.    Any hearing on Defendants' motion to compel arbitration shall be held as the Court's calendar allows.

    e.    Defendants need not otherwise respond to the Complaint while their motion to compel arbitration is pending.  If the Court denies Defendants' motion to compel arbitration, Defendants shall answer or otherwise respond to the Complaint within thirty (30) days after the Court issues an order denying that motion.  If Defendants move to dismiss rather than answer, Plaintiffs shall file any opposition thirty (30) days following Defendants' motion to dismiss, and Defendants shall file any reply twenty-one (21) days following Plaintiffs' opposition.  If any of the deadlines in this paragraph fall on a weekend or Court holiday, that deadline shall be extended to the next Court day.

    f.    Any hearing on a motion to dismiss shall be held as the Court's calendar allows.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER ON JOINT STIP.
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-CV-00047-GW-GJS

1 **IT IS SO ORDERED.**

3 Dated: _____

                                                _____
4                                                 Hon. George H. Wu
                                                United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER ON JOINT STIP.
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-CV-00047-GW-GJS