LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
    dan.wall@lw.com
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
    kirsten.ferguson@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>The Honorable George H. Wu<br><br>Hearing Date: May 26, 2022<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9D, 9th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS.' NOTICE OF MOT. AND
MOT. TO COMPEL ARBITRATION
CASE NO. 2:22-CV-00047-GW-GJS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, on May 26, 2022 at 8:30 am, before the Honorable George H. Wu, United States District Judge, in Courtroom 9D of the above-captioned court, located at 350 West 1st Street, Los Angeles, California, 90012, Defendant Ticketmaster L.L.C. ("Ticketmaster") and Defendant Live Nation Entertainment, Inc. ("Live Nation") will and do hereby move the Court for an order compelling arbitration, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and dismissing all claims in the above-entitled action in favor of arbitration, or, alternatively, staying all proceedings in this action pending conclusion of the arbitration.

This motion is based on (1) this Notice of Motion and Motion, (2) the Memorandum of Points and Authorities, (3) the Declarations of Kimberly Tobias, Helene Green, and Timothy O'Mara, (4) all other papers submitted in support of the Motion, (5) the records on file in this case, (6) the arguments of counsel, and (7) any other matter that the Court may properly consider, or that may be presented to the Court at the hearing.

This motion is made following the conference of counsel pursuant to Local Civil Rule 7-3, which took place on March 1, 2022.

Dated:  March 8, 2022

Respectfully Submitted,

LATHAM & WATKINS LLP

By: /s/ Timothy L. O'Mara
Timothy L. O'Mara

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*