LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
    *dan.wall@lw.com*
  Timothy L. O'Mara (Bar No. 212731)
    *tim.o'mara@lw.com*
  Andrew M. Gass (Bar No. 259694)
    *andrew.gass@lw.com*
  Kirsten M. Ferguson (Bar No. 252781)
    *kirsten.ferguson@lw.com*
  Alicia R. Jovais (Bar No. 296172)
    *alicia.jovais@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C.
and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>                    Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**DECLARATION OF HELENE GREEN IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>The Honorable George H. Wu<br><br>Hearing Date: May 26, 2022<br><br>Hearing Time: 8:30 a.m.<br><br>Courtroom: 9D, 9th Floor |

I, HELENE GREEN, declare as follows:

1.      I am the Coordinator of Litigation and eDiscovery for Live Nation Entertainment, Inc. ("Live Nation"), a Defendant in the above-entitled action and the parent company of Defendant Ticketmaster L.L.C. ("Ticketmaster").  I make this Declaration in support of Defendants' Motion to Compel Arbitration.  The facts set forth herein are based on my personal knowledge and my review of Ticketmaster and Live Nation's records; if called upon to do so, I can and will competently testify to these facts.

2.      I have worked for Live Nation for the past 13 years.  Since November 2021, I have held the position of Coordinator of Litigation and eDiscovery.  My responsibilities in this role include gathering customer data for legal purposes.  It is the regular practice of Ticketmaster and Live Nation to create and maintain records of when customers create their accounts, sign into their accounts, and make online purchases.  In my role as Coordinator of Litigation and eDiscovery, I am familiar with those records, have access to them, and rely on them to carry out my job responsibilities.

## Plaintiff Skot Heckman

3.      I understand that Plaintiff Skot Heckman alleges that (a) he "is a resident of San Bruno, California," and (b) he "purchased primary and secondary tickets … for events at major concert venues from Defendants' online platform within the class period, including after Defendants adopted the New Era agreement"—i.e., between 2010 and the present.  Compl. ¶¶ 25, 131, ECF No. 1.

4.      I directed a search of Ticketmaster's customer records database (which includes both Ticketmaster and Live Nation's ticket purchase transaction data) for account activity and purchases made by anyone named Skot Heckman between 2010 and the present.  I identified one Skot Heckman with an address in San Bruno, California.  There was no record of any other customer named Skot Heckman in the

San Bruno, California area who used any Ticketmaster or Live Nation website to purchase tickets during this period.

5.     The customer records database shows that Plaintiff Skot Heckman used Ticketmaster and Live Nation's websites to purchase primary and secondary tickets on a number of occasions between 2010 and the present.  Specifically, Heckman used the Ticketmaster desktop site, the Ticketmaster mobile site, and the Live Nation desktop site to purchase tickets more than 30 times during this period.

6.     For example, since July 2, 2021, Heckman has made the following purchases on the Ticketmaster desktop site:

        a.  On July 23, 2021, Heckman used the Ticketmaster desktop site to purchase primary tickets to Metallica: Sunday Show Only to be held at the Chase Center on December 19, 2021.

        b.  On August 4, 2021, Heckman used the Ticketmaster desktop site to purchase primary tickets to the Guns N' Roses 2021 Tour to be held at the SAP Center in San Jose on August 25, 2021.

        c.  On November 18, 2021, Heckman used the Ticketmaster desktop site to purchase primary tickets to Journey: Freedom Tour 2022 to be held at the Chase Center on March 31, 2022.

        d.  On November 21, 2021, Heckman used the Ticketmaster desktop site to purchase primary tickets to Golden State Warriors versus Sacramento Kings to be held at the Chase Center on December 20, 2021.

7.     Also, as an example of a pre-July 2, 2021 purchase: on July 1, 2021, Heckman used the Ticketmaster mobile site to purchase primary tickets to The Bay Strikes Back Tour with Testament, Exodus, and Death Angel to be held at the Fox Theater in Oakland on November 27, 2021.

8.     Certain events for which Heckman purchased tickets after July 2, 2021 had protocols related to COVID-19 in place when he made the purchase, while

others did not.  For instance, the Golden State Warriors game at the Chase Center on December 20, 2021 (¶ 6(d), above) had special protocols related to COVID-19 in place as of the date of Heckman's ticket purchase.  By contrast, the Metallica: Sunday Show Only event at the Chase Center on December 19, 2021 (¶ 6(a), above) did <u>not</u> have any special COVID-19 protocols in place as of the date of Heckman's ticket purchase.

9.      I further directed a search of Ticketmaster's customer records database (which includes both Ticketmaster and Live Nation's account creation data) for the creation date associated with the account that Heckman used to purchase tickets on more than 30 occasions.  This account was created on February 28, 2014.

**Plaintiff Luis Ponce**

10.      I understand that Plaintiff Luis Ponce alleges that (a) he "is a resident of Coral Springs, Florida," and (b) he "purchased primary tickets … for events at major concert venues from Defendants' online platform within the class period, including after Defendants adopted the New Era agreement"—i.e., between 2010 and the present.  Compl. ¶¶ 26, 131.

11.      I directed a search of Ticketmaster's customer records database (which includes both Ticketmaster and Live Nation's ticket purchase transaction data) for account activity and purchases made by anyone named Luis Ponce between 2010 and the present.  I identified one Luis Ponce with an address in Coral Springs, Florida.  There was no record of any other customer named Luis Ponce in the Coral Springs, Florida area who used any Ticketmaster or Live Nation website to purchase tickets during this period.

12.      The customer records database shows that Plaintiff Luis Ponce used Ticketmaster and Live Nation's websites to purchase primary tickets on a number of occasions between 2010 and the present.  Specifically, Ponce used the Ticketmaster desktop site, the Ticketmaster mobile site, the Live Nation desktop

site, and the Live Nation mobile site to purchase primary tickets more than 50 times during this period.

13.     For example, since July 2, 2021, Ponce has made the following purchases on the Ticketmaster mobile site:

a.   On August 5, 2021, Ponce used the Ticketmaster mobile site to purchase primary tickets to Disco Divas: A Tribute to Diana Ross & Donna Summer to be held at Aventura Arts & Cultural Center on January 15, 2022.

b.   On August 21, 2021, Ponce used the Ticketmaster mobile site to purchase primary tickets to Daryl Hall & John Oates to be held at Hard Rock Live on September 22, 2021.

c.   On September 6, 2021, Ponce used the Ticketmaster mobile site to purchase primary tickets to Rick Springfield to be held at Lillian S. Wells Hall at The Parker on September 26, 2021.

d.   On September 21, 2021, Ponce used the Ticketmaster mobile site to purchase primary tickets to Pat Benatar & Neil Giraldo to be held at Lillian S. Wells Hall at The Parker on October 16, 2021.

e.   On November 18, 2021, Ponce used the Ticketmaster mobile site to purchase primary tickets to Andrea Bocelli to be held at FLA Live Arena on February 14, 2022.

14.     Also, as an example of a pre-July 2, 2021 purchase: on March 18, 2021, Ponce used the Ticketmaster mobile site to purchase primary tickets to One Night of Queen Performed by Gary Mullen and The Works to be held at Lillian S. Wells Hall at The Parker on May 12, 2022.

15.     I did not locate any secondary ticket purchases by Plaintiff Luis Ponce in the customer records database.

16. <u>None</u> of the events for which Ponce purchased tickets after July 2, 2021 had special protocols related to COVID-19 in place when he made his ticket purchases.

17. I further directed a search of Ticketmaster's customer records database (which includes both Ticketmaster and Live Nation's account creation data) for the creation date associated with the account that Ponce used to purchase tickets on more than 50 occasions. This account was created on September 21, 2004.

## Plaintiff Jeanene Popp

18. I understand that Plaintiff Jeanene Popp alleges that (a) she "is a resident of Clayton, Ohio," and (b) she "purchased primary tickets … for events at major concert venues from Defendants' online platform within the class period, including after Defendants adopted the New Era agreement"—i.e., between 2010 and the present. Compl. ¶¶ 27, 131.

19. I directed a search of Ticketmaster's customer records database (which includes both Ticketmaster and Live Nation's ticket purchase transaction data) for account activity and purchases made by anyone named Jeanene Popp between 2010 and the present. I identified one Jeanene Popp with an address in the Clayton, Ohio area. There was no record of any other customer named Jeanene Popp in the Clayton, Ohio area who used any Ticketmaster or Live Nation website to purchase tickets during this period.

20. The customer records database shows that Plaintiff Jeanene Popp used Ticketmaster and Live Nation's websites to purchase primary and secondary tickets on a number of occasions between 2010 and the present. Specifically, Popp used the Ticketmaster desktop site, the Ticketmaster mobile site, and the Live Nation desktop site to purchase tickets more than 30 times during this period.

21. For example, since July 2, 2021, Popp has made the following purchases on the Ticketmaster mobile and desktop sites:

a.  On July 15, 2021, Popp used the Ticketmaster mobile site to purchase primary tickets to Pat Benatar & Neil Giraldo to be held at Canton Palace Theater on September 19, 2021.

b.  On July 30, 2021, Popp used the Ticketmaster desktop site to purchase primary tickets to Cheap Trick, Joan Jett & The Blackhearts to be held at PNC Pavilion on August 27, 2021.

c.  On August 2, 2021, Popp used the Ticketmaster desktop site to purchase primary tickets to Daughtry: The Dearly Beloved Tour to be held at Andrew J. Brady Music Center on November 2, 2021.

d.  On August 28, 2021, Popp used the Ticketmaster mobile site to purchase primary tickets to Cheap Trick to be held at Packard Music Hall on November 10, 2021.

e.  On September 4, 2021, Popp used the Ticketmaster mobile site to purchase primary tickets to John Legend to be held at The Rose Music Center at The Heights on September 4, 2021.

f.  On September 30, 2021, Popp used the Ticketmaster mobile site to purchase primary tickets to LeAnn Rimes to be held at Taft Theater on December 15, 2021.

g.  On September 30, 2021, Popp used the Ticketmaster mobile site to purchase primary tickets to Rick Springfield to be held at Andrew J. Brady Music Center on December 29, 2021.

h.  On November 27, 2021, Popp used the Ticketmaster mobile site to purchase primary tickets to WTTS Rock to Read Presents: An Evening with Billy Idol & Steve Stevens to be held at Old National Centre on November 27, 2021.

22.   Also, as an example of a pre-July 2, 2021 purchase: on April 30, 2021, Popp used the Ticketmaster desktop site to purchase primary tickets to REO Speedwagon to be held at The Rose Music Center at The Heights on June 30, 2021.

23.     Certain events for which Popp purchased tickets after July 2, 2021 had special protocols related to COVID-19 in place when she made the purchase, while others did not.  For instance, the WTTS Rock to Read Presents: An Evening with Billy Idol & Steve Stevens event at the Old National Centre on November 27, 2021 (¶ 21(h), above) had special protocols related to COVID-19 in place as of the date of Popp's ticket purchase.  By contrast, the Cheap Trick, Joan Jett & The Blackhearts event at PNC Pavilion on August 27, 2021 (¶ 21(b), above) did not have any special COVID-19 protocols in place as of the date of Popp's ticket purchase.

24.     I further directed a search of Ticketmaster's customer records database (which includes both Ticketmaster and Live Nation's account creation data) for the creation date associated with the account that Popp used to purchase tickets on more than 30 occasions.  This account was created on February 24, 2015.

### Plaintiff Jacob Roberts

25.     I understand that Plaintiff Jacob Roberts alleges that (a) he "is a resident of Fort Lauderdale, Florida," and (b) he "purchased primary tickets … for events at major concert venues from Defendants' online platform within the class period, including after Defendants adopted the New Era agreement"—i.e., between 2010 and the present.  Compl. ¶¶ 28, 131.  I further understand that Roberts resides specifically in the town of Davie, Florida.

26.     I directed a search of Ticketmaster's customer records database (which includes both Ticketmaster and Live Nation's ticket purchase transaction data) for account activity and purchases made by anyone named Jacob Roberts between 2010 and the present.  I identified one Jacob Roberts with an address in Davie, Florida.  There was no record of any other customer named Jacobs Roberts in the Davie, Florida area who used any Ticketmaster or Live Nation website to purchase tickets during this period.

27.     The customer records database shows that Plaintiff Jacob Roberts used Ticketmaster and Live Nation's websites to purchase primary tickets on a number of occasions between 2010 and the present.   Specifically, Roberts used the Ticketmaster desktop site, the Ticketmaster mobile site, the Live Nation desktop site, and the Live Nation mobile site to purchase primary tickets more than 90 times during this period.

28.     For example, since July 2, 2021, Roberts has made the following purchases on the Ticketmaster and Live Nation desktop and mobile sites:

   a. On July 27, 2021, Roberts used the Ticketmaster mobile site to purchase primary tickets to Alanis Morissette with Special Guest Garbage to be held at iTHINK Financial Amphitheatre on August 18, 2021.

   b. On September 10, 2021, Roberts used the Ticketmaster desktop site to purchase primary tickets to Tampa Bay Buccaneers versus Atlanta Falcons to be held at Raymond James Stadium on September 19, 2021.

   c. On September 10, 2021, Roberts used the Ticketmaster desktop site to purchase primary tickets to The Nightmare Before Christmas to be held at Banc of California Stadium on October 31, 2021.

   d. On October 6, 2021, Roberts used the Live Nation mobile site to purchase primary tickets to Jimmy Buffett and the Coral Reefer Band to be held at iTHINK Financial Amphitheatre on December 9, 2021.

   e. On November 1, 2021, Roberts used the Live Nation desktop site to purchase primary tickets to Conan O'Brien Needs A Friend to be held at The Wiltern on November 3, 2021.

f.  On November 5, 2021, Roberts used the Ticketmaster desktop site to purchase primary tickets to Sebastian Bach to be held at the Culture Room on November 6, 2021.

g.  On November 28, 2021, Roberts used the Live Nation mobile site to purchase primary tickets to 97X Next Big Thing to be held at Credit Union Amphitheatre at the FL State Fairgrounds on December 4, 2021.

h.  On December 7, 2021, Roberts used the Live Nation desktop site to purchase primary tickets to Iron Maiden: Legacy of the Beast World Tour 2022 to be held at USANA Amphitheatre on September 19, 2022.

i.  On December 10, 2021, Roberts used the Ticketmaster mobile site to purchase primary tickets to Weird Al Yankovic: Unfortunate Return of the Ill-Advised Vanity Tour to be held at Lillian S. Wells Hall at The Parker on October 12, 2022.

29.    Also, as an example of a pre-July 2, 2021 purchase: on June 4, 2021, Roberts used the Ticketmaster mobile site to purchase primary tickets to Guns N' Roses to be held at Hard Rock Live on October 3, 2021.

30.    I did not locate any secondary ticket purchases by Plaintiff Jacob Roberts in the customer records database.

31.    Certain events for which Roberts purchased tickets after July 2, 2021 had special protocols related to COVID-19 in place when he made the purchase, while others did not.  For instance, the Weird Al Yankovic: Unfortunate Return of the Ill-Advised Vanity Tour event at Lillian S. Wells Hall at The Parker on October 12, 2022 (¶ 28(i), above) had special protocols related to COVID-19 in place as of the date of Roberts's ticket purchase.  By contrast, the Sebastian Bach event at the Culture Room on November 6, 2021 (¶ 28(f), above) did not have any special COVID-19 protocols in place as of the date of Roberts's ticket purchase.

32.   I further directed a search of Ticketmaster's customer records database (which includes both Ticketmaster and Live Nation's account creation data) for the creation dates associated with the accounts that Roberts used to purchase these tickets.   Two accounts were used to make these purchases: one was created on April 23, 2005, and one was created on August 30, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 8, 2022.

_Helene Green_
Helene Green