LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
    dan.wall@lw.com
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
    kirsten.ferguson@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C.
and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>The Honorable George H. Wu<br><br>Hearing Date: May 26, 2022<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9D, 9th Floor |

I, TIMOTHY L. O'MARA, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, counsel for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants"). I am an attorney in good standing in the State of California, and I am admitted to practice before this Court. I make this Declaration in support of Defendants' Motion to Compel Arbitration. The facts set forth herein are based on my personal knowledge; if called upon to do so, I can and will competently testify to these facts.

2. Attached as **Exhibit A** is a true and correct copy of New Era ADR's Rules and Procedures, available at https://www.neweraadr.com/rules-and-procedures/ (last visited March 8, 2022).

3. Attached as **Exhibit B** is a true and correct copy of Exhibit I filed in support of the motion to compel arbitration in *Abadilla v. Uber Techs., Inc.* No. 3:18-cv-07343-EMC, ECF No. 3-4 (N.D. Cal. Dec. 5, 2018).

4. Attached as **Exhibit C** is a true and correct copy of the CPR Employment-Related Mass Claims Protocol, available at https://www.cpradr.org/resource-center/rules/pdfs/ERMCP-2021.pdf (last visited March 8, 2022).

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 8, 2022.

*Timothy L. O'Ma——*
Timothy L. O'Mara

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF TIMOTHY L. O'MARA
CASE NO. 2:22-CV-00047-GW-GJS