# EXHIBIT B

# EXHIBIT I

| | |
|---|---|
| **From:** | Warren Postman |
| **To:** | Behnia, Sophia |
| **Cc:** | Tom Kayes |
| **Subject:** | Re: Uber matter |
| **Date:** | Friday, August 17, 2018 1:02:27 PM |

Sophia,

In advance of our call on Wednesday (please confirm the time), I have included below a proposed framework for an alternative arbitration process that does not involve us filing thousands of individual arbitrations before JAMS. This is to get the discussion started. We are happy to consider other approaches you might suggest in advance of our call Wednesday.

However, if we haven't made meaningful progress toward an alternative approach by COB Wednesday, we will assert our clients' right to proceed through the JAMS process identified in the arbitration agreement. That process can't start until the JAMS filing fee is paid, and Uber is responsible for the full fee as outlined in our demand letter. Please tell me now if Uber disagrees with this position, as that will be material to our discussions over the next week.

**Framework for Alternative Arbitration Model**

- Bellwether process: Uber and Keller Lenkner select 9 bellwether arbitrations – 3 with drivers from SF, 3 with drivers from LA, and 3 with drivers from Mass.

- Tolling: Uber agrees to toll all related claims for other Uber drivers who are Keller Lenkner clients pending the bellwethers.

- Selecting bellwether plaintiffs: Uber will first identify any Keller Lenkner client whom it believes would not have a claim for unpaid wages even if they were an employee. Keller Lenkner will then identify a list of 20 clients who are willing to serve as a bellwether plaintiff. Uber picks the bellwethers from that list. Bellwether plaintiffs will receive an incentive award of double their recovery in return for their service.

- Arbitrator selection: JAMS will supply a list of 39 arbitrators, all of whom shall be former federal judges. Each side will make alternating strikes, with 15 strikes per side.

- Rules: Arbitrations will be conducted under the Federal Rules of Civil Procedure, but the arbitrator will expedite proceedings and a final award must be issued within one year.

- Location: To facilitate travel from both coasts, the arbitrations will take place in Chicago.

- Post-bellwether mediation: Within 30 days after the conclusion of the 9 bellwethers, the parties will commence non-binding mediation in order to decide on a formula for extrapolating the results of the bellwethers to Keller Lenkner's remaining clients. Keller Lenkner proposes Tony Piazza in San Francisco.

- Post-mediation arbitration: If the parties cannot reach agreement within 30 days after the mediation is commenced, the parties will, within the next 14 days, select a single

JAMS arbitrator based on an alternating strike method (10 strikes each from a list of 21). Within 30 days of the arbitrator's selection, the parties will simultaneously submit an opening brief proposing a formula for extrapolating the results of the bellwethers to Keller Lenkner's remaining clients. Within 30 days of the opening briefs, the parties will simultaneously submit a response. The arbitrator shall issue a final award designating a formula within 30 days, which shall be binding on both sides.

Best,

**Warren D. Postman**
Partner

Keller | Lenkner
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** Warren Postman <wdp@kellerlenkner.com>
**Date:** Thursday, August 16, 2018 at 6:49 PM
**To:** "Behnia, Sophia" <SBehnia@littler.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** Re: Uber matter

Thanks Sophia. Please do clarify. We'll call your office line at 10am PT on Wednesday 8/22 unless you prefer a different time and/or number. Just let me know.

Best,

**Warren D. Postman**
Partner

Keller | Lenkner
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Thursday, August 16, 2018 at 6:38 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** Re: Uber matter

Hi Warren,

That's not entirely accurate. I will draft a clarifying email tomorrow.

A call on Wednesday is fine with me.

Thanks,
Sophia.

Sent from my iPhone

On Aug 16, 2018, at 1:51 PM, Warren Postman <wdp@kellerlenkner.com> wrote:

> Sophia,
>
> Thanks for talking earlier. To confirm what we discussed, Uber's position is that any drivers who are part of the O'Connor class are represented by Liss-Riordan solely by virtue of being in the class, Uber will not arbitrate with any members of the O'Connor class without the consent of Liss-Riordan, and Liss-Riordan will not give consent.
>
> Please confirm if that is correct.
>
> For the remaining drivers who Uber agrees are not represented by other counsel, we are willing to discuss some form of arbitration outside of JAMS so long as we can do a call by Wednesday to discuss. If we can't talk by Wednesday, we do not consent to a non-JAMS arbitrator and assert our clients' right to proceed through JAMS with Uber paying the full fee.
>
> Please let me know if we can talk by Wednesday and whether Uber will pay the full JAMS filing fee if we can't reach an agreement on a non-JAMS arbitrator.
>
> Best,
>
> **Warren D. Postman**
> Partner
>
> Keller | Lenkner
> 1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
> 202.749.8334 | Website | Email
>
> ---
>
> **From:** "Behnia, Sophia" <SBehnia@littler.com>
> **Date:** Thursday, August 16, 2018 at 2:54 PM
> **To:** Warren Postman <wdp@kellerlenkner.com>
> **Cc:** Tom Kayes <tk@kellerlenkner.com>
> **Subject:** RE: Uber matter
>
> Warren,

Let's talk next week. Over 100 of the first 400 you served are already represented by other law firms. I need to finalize that list on my end, and then I will connect you with the other law firms so you all can figure out which firm is going to proceed with representation.

The arbitration agreement is clear that you are not to file with JAMS first. You are to serve on Uber (I will accept service by email), we are to meet and confer regarding arbitrators, and then if we cannot agree on arbitrators, we can go to JAMS for a strike list. It's possible some of the arbitrators we will agree to will not be affiliated with JAMS so it doesn't make sense to pay filing fees right now. Let's discuss the logistics next week after I have a list of which drivers are represented by multiple firms.

Thanks,
Sophia

---

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Thursday, August 16, 2018 11:46 AM
**To:** Behnia, Sophia
**Cc:** Tom Kayes
**Subject:** Re: Uber matter

Sophia,

Please let me know when you would like to have the call you mentioned on Tuesday. In the meantime, will you accept electronic service of additional arbitrations on behalf of Uber? We are preparing a batch of about 800 more demands and imagine you don't need the stack of paper. Also, can you please give me a timeline on when Uber will be paying the filing fee to JAMS? As you know, JAMS will not commence the arbitration until they receive the fee, and we would like to get the process started.

Best,

**Warren D. Postman**
Partner

Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** Warren Postman <wdp@kellerlenkner.com>
**Date:** Tuesday, August 14, 2018 at 10:10 PM
**To:** "Behnia, Sophia" <SBehnia@littler.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** Re: Uber matter

Sure – attached. Happy to discuss.

**Warren D. Postman**
Partner

**Keller | Lenkner**
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Tuesday, August 14, 2018 at 10:05 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** RE: Uber matter

Any chance you have their names/contact info in a spreadsheet? It looks like some of these folks are in the certified *O'Connor* class, and some are already represented by other law firms so we'll need to address that issue first. If you have a spreadsheet, it will speed that process up.

---

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Tuesday, August 14, 2018 6:56 PM
**To:** Behnia, Sophia
**Cc:** Tom Kayes
**Subject:** Re: Uber matter

Sophia,

I've attached a courtesy copy of what was mailed to Uber.

Best,

**Warren D. Postman**
Partner

**Keller | Lenkner**
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** Warren Postman <wdp@kellerlenkner.com>
**Date:** Tuesday, August 14, 2018 at 9:39 PM
**To:** "Behnia, Sophia" <SBehnia@littler.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** Re: Uber matter

Right. We sent them to both Uber and JAMS.

**Warren D. Postman**
Partner

Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Tuesday, August 14, 2018 at 9:37 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** RE: Uber matter

Ok, got it. When you say filed you mean you sent Uber the demands, right?

---

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Tuesday, August 14, 2018 6:34 PM
**To:** Behnia, Sophia
**Cc:** Tom Kayes
**Subject:** Re: Uber matter

The 400 for whom we filed are all in the LA and San Francisco area. We have additional clients throughout California and Massachusetts.

Best,

**Warren D. Postman**
Partner

Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Tuesday, August 14, 2018 at 9:31 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** RE: Uber matter

Ok, thanks. Where are your clients located?

---

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Tuesday, August 14, 2018 6:30 PM
**To:** Behnia, Sophia

**Cc:** Tom Kayes
**Subject:** Re: Uber matter

Thank you Sophia. For your information, we mailed demand letters for 400 clients yesterday, which should arrive tomorrow. We have additional clients for whom we are preparing demands. I've copied my colleague, Tom Kayes; if you could include us both when you circle back, that would be great.

Best,

**Warren D. Postman**
Partner

**Keller | Lenkner**
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Tuesday, August 14, 2018 at 9:26 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Subject:** RE: Uber matter

Hi Warren,

My office will be handling this matter. We will discuss with Uber and will circle back with you to set up a call.

Thank you,
Sophia

**Sophia Behnia,** Shareholder
415.276.2561 direct   415.358.5784 fax   SBehnia@littler.com
333 Bush Street, 34th Floor | San Francisco, CA 94104

<image001.jpg>   | littler.com
**Employment & Labor Law Solutions Worldwide**

Begin forwarded message:

> **From:** Warren Postman <wdp@kellerlenkner.com>
> **Date:** August 13, 2018 at 9:09:11 PM GMT+3
> **To:** "tevangelis@gibsondunn.com" <tevangelis@gibsondunn.com>
> **Subject: Re: Uber matter**
>
> Hi Theane,

Following up on my call Friday -- my firm is preparing to file a substantial number of arbitrations against Uber on behalf of Uber drivers. JAMS suggested that we reach out to Uber's counsel to discuss logistics before doing that. I'm not sure if GDC is involved in Uber's driver arbitrations, but given your work on the misclassification issue, I wanted to give you a heads up and see if you could point me in the right direction.

If you could give me a call today, I would appreciate it.   617-378-8268.   If you're tied up, I can reach out to Littler as well.

Best,

**Warren D. Postman**
Partner

**Keller | Lenkner**
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** Warren Postman <wdp@kellerlenkner.com>
**Date:** Friday, August 10, 2018 at 3:19 PM
**To:** "tevangelis@gibsondunn.com" <tevangelis@gibsondunn.com>
**Subject:** Uber matter

Hi Theane,

I just left you a voicemail hoping to speak with you about an Uber matter. I am travelling but you can reach me on my cell until about 5pm PT time.

Best,

**Warren D. Postman**
Partner

**Keller | Lenkner**
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

--------------------------
This email may contain confidential and privileged material for the sole use of the

intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

-------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

-------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

-------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

-------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

-------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates

worldwide through a number of separate legal entities. Please visit www.littler.com for more information.