1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>            Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFS.'
MOT. TO COMPEL ARBITRATION
CASE NO. 2:22-CV-00047-GW-GJS

Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. have filed a Motion to Compel Arbitration. Having considered the papers submitted and arguments of counsel, and all other matters presented to the Court, and good cause appearing therefrom,

**IT IS HEREBY ORDERED THAT**:

Defendants' Motion to Compel Arbitration is **GRANTED** in its entirety, and Plaintiffs' Complaint is **DISMISSED**. [Defendants' Motion to Compel Arbitration is **GRANTED** in its entirety, and Plaintiffs' Complaint is **STAYED** pending arbitration.]

**IT IS SO ORDERED.**

Dated: _____   _____
GEORGE H. WU
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING DEFS.'
MOT. TO COMPEL ARBITRATION
CASE NO. 2:22-CV-00047-GW-GJS