LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
   dan.wall@lw.com
  Timothy L. O'Mara (Bar No. 212731)
   tim.o'mara@lw.com
  Andrew M. Gass (Bar No. 259694)
   andrew.gass@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
   kirsten.ferguson@lw.com
  Alicia R. Jovais (Bar No. 296172)
   alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**DECLARATION OF KIMBERLY TOBIAS IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>The Honorable George H. Wu<br><br>Hearing Date: May 26, 2022<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9D, 9th Floor |

I, KIMBERLY TOBIAS, declare as follows:

1. I am the Senior Vice President of Litigation for Live Nation Entertainment, Inc. ("Live Nation"), a Defendant in the above-entitled action, and the parent corporation of Defendant Ticketmaster L.L.C. ("Ticketmaster"). I make this Declaration in support of Defendants' Motion to Compel Arbitration. The facts set forth herein are based on my personal knowledge and my review of Ticketmaster and Live Nation's records; if called upon to do so, I can and will competently testify to these facts.

2. I have worked for Live Nation and Ticketmaster for the past sixteen years. Since 2021, I have held the position of Senior Vice President of Litigation. Previously (from 2014 to 2021), I held the position of Vice President, Legal Affairs. My responsibilities in both positions have included, among other things, overseeing the Terms of Use that apply to Ticketmaster and Live Nation's websites. I am familiar with and knowledgeable about those websites and the applicable Terms of Use.

3. Ticketmaster and Live Nation operate a number of ticketing websites, including www.ticketmaster.com and www.livenation.com, where users can purchase tickets to events. Those websites allow users to purchase primary tickets to events, in the first instance, and/or resale tickets (which are often referred to as "secondary" tickets).

4. As explained below, Ticketmaster and Live Nation's Terms of Use include a mandatory arbitration clause. The full text of the Terms of Use is available on Ticketmaster and Live Nation's websites, and those websites (both the desktop and mobile versions) include notices of the Terms of Use at several distinct points in the user flow—including at account creation, sign-in, and purchase.

## TICKETMASTER SITE

*Ticketmaster Account Creation Page*

5. In order to purchase a ticket on www.ticketmaster.com (either the desktop or mobile version), users are required to create an account; users can then sign in to that account and use it to purchase tickets. To create an account, a user must provide personal information, create a password, and click a "Next" button. Immediately above that "Next" button is the following language: "By continuing past this page, you agree to the **Terms of Use** and understand that information will be used as described in our **Privacy Policy**." The phrase "**Terms of Use**" is in bold, color-contrasting text, and hyperlinks to the full text of the Terms of Use. Attached as **Exhibit 1** is a true and correct screenshot of the current account creation page on Ticketmaster's desktop site, and attached as **Exhibit 2** is a true and correct screenshot of the current account creation page on Ticketmaster's mobile site (which provides the same notice as on the desktop site).

6. While the look and feel of www.ticketmaster.com has changed slightly over time, the account creation page has included notice of the Terms of Use since at least 2003 (for the desktop version) and 2010 (for the mobile version).

*Ticketmaster Sign-In Page*

7. Before purchasing a ticket on www.ticketmaster.com (either the desktop or mobile version), a user is required to sign in to his or her account. When clicking the "Sign In" button, the user is notified that: "By continuing past this page, you agree to the **Terms of Use** and understand that information will be used as described in our **Privacy Policy**." The phrase "**Terms of Use**" is in bold, color-contrasting text, and hyperlinks to the full text of the Terms of Use. Attached as **Exhibit 3** and excerpted below is a true and correct screenshot of the current sign-in page on Ticketmaster's desktop site, and attached as **Exhibit 4** is a true and correct screenshot of the same sign-in page on Ticketmaster's mobile site. Users who signed

in to their accounts on Ticketmaster's desktop and mobile sites from at least December 2020 through the date of this declaration would have seen the sign-in page shown below and in Exhibits 3 and 4.

**Sign In**

New to Ticketmaster? Sign Up

Email Address

Password                                    SHOW

☐ Remember Me                    Forgot Password?

By continuing past this page, you agree to the **Terms of Use** and understand that information will be used as described in our **Privacy Policy**.

Sign in

8. While the look and feel of www.ticketmaster.com has changed slightly over time, the sign-in page (on both the desktop and mobile versions) has included a substantially similar notice of the Terms of Use since at least 2012.

9. For comparison, attached as **Exhibits 5 and 6** are true and correct screenshots of the sign-in pages on Ticketmaster's desktop and mobile sites, respectively, from June 2020; these screenshots were also submitted in connection with *Oberstein v. Live Nation Entertainment, Inc.*, No. CV 20-3888, 2021 WL 4772885 (C.D. Cal. Sept. 20, 2021) (Wu, J.), to show the notice of the Terms of Use that the *Oberstein* plaintiffs would have seen at sign-in. Exhibits 5 and 6 show the same notice as in Exhibits 3 and 4.

### Ticketmaster Purchase Page

10. After a user has signed in to his or her account, the user is ready to purchase tickets. At that point, the user must fill out payment and billing information

and click the "Place Order" button. Immediately above the "Place Order" button is a checkbox and notice of the Terms of Use. Depending on whether the particular event had special protocols related to COVID-19 in place, Plaintiffs would have seen either: (a) "**I have read and agree to the current Terms of Use**," as shown in the first excerpt below, or (b) "**I have read and agree to the current Terms of Use**," plus that event's COVID disclosure, as shown in the second excerpt below, for example. (Prior to August 2021, all users would have seen the former version. The latter variation started to be used in August 2021, with the emergence of the Delta variant. As a result, since August 2021, the purchase page notice contained a special COVID-related disclosure if the event had special COVID-19 protocols in place at the time of purchase; if not, users would have seen the former version instead.) Either way, the notice required the user to check a box affirming that "**I have read and agree to the current Terms of Use**," in order to make the purchase. The notice appeared in bold font, with the words "**Terms of Use**" in color-contrasting text (hyperlinked to the full text of the current Terms of Use), immediately above the "Place Order" button. Attached as **Exhibits 7 and 8** and excerpted below are true and correct screenshots of these notices on the purchase page on Ticketmaster's desktop site, and attached as **Exhibits 9 and 10** are true and correct screenshots of the same notices, but taken from Ticketmaster's mobile site.

☐ I have read and agree to the current Terms of Use.

**Place Order**

☐ I have read and agree to the current Terms of Use, and acknowledge that the Event Organizer is requiring proof of COVID-19 vaccination to attend this event. Please check their website for details.
Learn More

**Place Order**

11. To be clear, users who purchased tickets from Ticketmaster's desktop and mobile sites from August 2020 through July 2021 would have seen the checkbox notices in Exhibits 7 and 9; since August 2021 (and through the date of this declaration), users who purchase tickets from Ticketmaster's desktop and mobile sites are presented with either (a) the checkbox notices shown in notices in Exhibits 7 and 9, or (b) checkbox notices that also include a COVID disclosure, as shown in Exhibits 8 and 10, for example.

12. While the look and feel of www.ticketmaster.com has changed slightly over time, the payment page has included a notice of the Terms of Use since at least 2006 (for the desktop version) and 2010 (for the mobile version). The checkbox shown in Exhibits 7 – 10 was added to the payment page on both the mobile and desktop versions in August 2020. Since that time, users have been required to check the box affirming that they have read and agree to the current Terms of Use in order to purchase tickets; if a user chooses to not check the box affirming agreement to the Terms, that user cannot complete his or her purchase.

13. For comparison, attached as **Exhibits 11 and 12** are true and correct screenshots of the payment pages on Ticketmaster's desktop and mobile sites, respectively, from June 2020 (i.e., before the checkbox was added); these screenshots were also submitted in connection with *Oberstein v. Live Nation Entertainment, Inc.*, No. CV 20-3888, 2021 WL 4772885 (C.D. Cal. Sept. 20, 2021) (Wu, J.), to show the notice of the Terms of Use that the *Oberstein* plaintiffs would have seen on the purchase page.

### *Other Ticketmaster Pages*

14. Finally, in order to browse for (and ultimately select) tickets for purchase on Ticketmaster's desktop and mobile sites, a user must navigate through various pages on Ticketmaster's website. Many of those pages clearly inform the user that his or her use of the site is subject to the Terms of Use. For example, the current homepage on both the desktop and mobile sites contains a link across the

bottom of the page that reads: "By continuing past this page, you agree to our **Terms of Use**." The phrase "**Terms of Use**" is in bold and hyperlinks to the full text of the Terms of Use. Attached as **Exhibit 13** is a true and correct screenshot of the current Ticketmaster desktop site homepage, showing this notice, and attached as **Exhibit 14** is a true and correct screenshot of the current Ticketmaster mobile site homepage, showing this notice.

15. While the look and feel of Ticketmaster's desktop and mobile sites have changed slightly over time, various pages have informed users browsing the sites of the Terms of Use since at least 2010.

# LIVE NATION SITE

## *Live Nation Account Creation Page*

16. In order to purchase a ticket on www.livenation.com (either the desktop or mobile version), users are required to create an account; users can then sign in to that account and use it to purchase tickets. To create an account, a user must provide personal information, create a password, and click a "Next" button. Immediately above that "Next" button is the following language: "By continuing past this page, you agree to the **Terms of Use** and understand that information will be used as described in our **Privacy Policy**." The phrase "**Terms of Use**" is in bold, color-contrasting text, and hyperlinks to the full text of the Terms of Use. Attached as **Exhibit 15** is a true and correct screenshot of the current account creation page on Live Nation's desktop site, and attached as **Exhibit 16** is a true and correct screenshot of the current account creation page on Live Nation's mobile site (which provides the same notice as on the desktop site).

17. While the look and feel of www.livenation.com has changed slightly over time, the account creation page (on both the desktop and mobile versions) has included notice of the Terms of Use since at least 2010.

***Live Nation Sign-In Page***

18. Before purchasing a ticket on www.livenation.com (either the desktop or mobile version), a user is required to sign in to his or her account. When clicking the "Sign In" button, the user is notified that: "By continuing past this page, you agree to the **Terms of Use** and understand that information will be used as described in our **Privacy Policy**." The phrase "**Terms of Use**" is in bold, color-contrasting text, and hyperlinks to the full text of the Terms of Use. Attached as **Exhibit 17** and excerpted below is a true and correct screenshot of the current sign-in page on Live Nation's desktop site, and attached as **Exhibit 18** is a true and correct screenshot of the same sign-in page on Live Nation's mobile site. Users who signed in to their accounts on Live Nation's desktop and mobile sites from at least December 2020 through the date of this declaration would have seen the sign-in page shown below and in Exhibits 17 and 18.

> **Sign In**
> Powered by *ticketmaster*
>
> New to Live Nation? Sign Up
> You can also use your Ticketmaster account
>
> Email Address
>
> Password
>
> SHOW
>
> ☐ Remember Me                    Forgot Password?
>
> By continuing past this page, you agree to the **Terms of Use** and understand that information will be used as described in our **Privacy Policy**.
>
> Sign in

19. While the look and feel of www.livenation.com has changed slightly over time, the sign-in page has included a substantially similar notice of the Terms of Use since at least 2010 (for the desktop version) and 2012 (for the mobile version).

20. For comparison, attached as **Exhibits 19 and 20** are true and correct screenshots of the sign-in pages on Live Nation's desktop and mobile sites, respectively, from June 2020; these screenshots were also submitted in connection with *Oberstein v. Live Nation Entertainment, Inc.*, No. CV 20-3888, 2021 WL 4772885 (C.D. Cal. Sept. 20, 2021) (Wu, J.), to show the notice of the Terms of Use that the *Oberstein* plaintiffs would have seen at sign-in. Exhibits 19 and 20 show the same notice as in Exhibits 17 and 18.

### *Live Nation Purchase Page*

21. After a user has signed in to his or her account, the user is ready to purchase tickets. At that point, the user must fill out payment and billing information and click the "Place Order" button. Immediately above the "Place Order" button is a checkbox and notice of the Terms of Use. Depending on whether the particular event had protocols related to COVID-19 in place, Plaintiffs would have seen either: (a) "**I have read and agree to the current Terms of Use**," as shown in the excerpt below, or (b) "**I have read and agree to the current Terms of Use**," plus that event's COVID disclosure, as shown in the second excerpt below, for example. (Prior to August 2021, all users would have seen the former version. The latter variation started to be used in August 2021, with the emergence of the Delta variant. As a result, since August 2021, the purchase page notice contained a special COVID-related disclosure if the event had special COVID-19 protocols in place at the time of purchase; if not, users would have seen the former version instead.) Either way, the notice required the user to check a box affirming that "**I have read and agree to the current Terms of Use**," in order to make the purchase. The notice appeared in bold font, with the words "**Terms of Use**" in color-contrasting text (hyperlinked to the full text of the current Terms of Use), immediately above the "Place Order"

button. Attached as **Exhibits 21 and 22** and excerpted below are true and correct screenshots of these notices on the purchase page on Live Nation's desktop site, and attached as **Exhibits 23 and 24** are true and correct screenshots of the same notices, but taken from Live Nation's mobile site.



22. To be clear, users who purchased tickets from Live Nation's desktop and mobile sites from August 2020 through July 2021 would have seen the checkbox notices in Exhibits 21 and 23; since August 2021 (and through the date of this declaration), users who purchase tickets from Live Nation's desktop and mobile sites are presented with either (a) the checkbox notices shown in notices in Exhibits 21 and 23, or (b) checkbox notices that also included a COVID disclosure, as shown in Exhibits 22 and 24, for example.

23. While the look and feel of www.livenation.com has changed slightly over time, the payment page (on both the desktop and mobile versions) has included a notice of the Terms of Use since at least 2010. The checkbox shown in Exhibits 21 – 24 was added to the payment page on both the mobile and desktop versions in August 2020. Since that time, users have been required to check the box affirming that they have read and agree to the current Terms of Use in order to purchase tickets;

if a user chooses to not check the box affirming agreement to the Terms, that user cannot complete his or her purchase.

24. For comparison, attached as **Exhibits 25 and 26** are true and correct screenshots of the payment pages on Live Nation's desktop and mobile sites, respectively, from June 2020 (i.e., before the checkbox was added); these screenshots were also submitted in connection with *Oberstein v. Live Nation Entertainment, Inc.*, No. CV 20-3888, 2021 WL 4772885 (C.D. Cal. Sept. 20, 2021) (Wu, J.), to show the notice of the Terms of Use that the *Oberstein* plaintiffs would have seen on the purchase page.

### *Other Live Nation Pages*

25. Finally, in order to browse for (and ultimately select) tickets for purchase on Live Nation's desktop and mobile sites, a user must navigate through various pages on Live Nation's website. Many of those pages clearly inform the user that his or her use of the site is subject to the Terms of Use. For example, the current homepage on both the desktop and mobile sites contains a link across the bottom of the page that reads: "By continuing past this page, you agree to our **Terms of Use**." The phrase "**Terms of Use**" is in bold and hyperlinks to the full text of the Terms of Use. Attached as **Exhibit 27** is a true and correct screenshot of the current Live Nation desktop site homepage, showing this notice, and attached as **Exhibit 28** is a true and correct screenshot of the current Live Nation mobile site homepage, showing this notice.

26. While the look and feel of Live Nation's desktop and mobile sites have changed slightly over time, various pages have informed users browsing the sites of the Terms of Use since at least 2010.

### CONTENTS OF THE TERMS OF USE

27. The Terms of Use, which govern the use of Ticketmaster and Live Nation's websites, include an arbitration agreement; this has been true since June 14, 2011. Attached as **Exhibit 29** is a true and correct copy of the current Terms of Use

from Ticketmaster's website; these have been effective since July 2, 2021. Attached as **Exhibit 30** is a true and correct copy of the current Terms of Use from Live Nation's website; these have been effective since July 2, 2021, and are identical to the Terms of Use on Ticketmaster's website. The same Terms of Use govern the desktop and mobile versions of Ticketmaster and Live Nation's websites.

28. The Terms of Use have been updated from time to time; however, they have contained an arbitration clause since June 14, 2011.

29. Attached as **Exhibits 31, 32, 33, 34, and 35** are true and correct copies of five prior versions of the Terms of Use from Ticketmaster's website—specifically, the January 1, 2021 Terms of Use; September 17, 2020 Terms of Use; August 5, 2020 Terms of Use; June 25, 2019 Terms of Use; and December 7, 2018 Terms of Use. Some of these versions were pulled using the Wayback Machine, including in connection with prior cases; I have reviewed them and can attest that they are in fact true and correct copies of the Terms of Use that applied as of the date specified.

30. Attached as **Exhibits 36, 37, 38, 39, and 40** are true and correct copies of five prior versions of the Terms of Use from Live Nation's website—specifically, the January 1, 2021 Terms of Use; September 17, 2020 Terms of Use; August 5, 2020 Terms of Use; June 25, 2019 Terms of Use; and December 7, 2018 Terms of Use. Some of these versions were pulled using the Wayback Machine, including in connection with prior cases; I have reviewed them and can attest that they are in fact true and correct copies of the Terms of Use that applied as of the date specified.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 8, 2022.

Kimberly Tobias