# EXHIBIT 1

Exhibit 1
Page 12



Exhibit 1
Page 13