# EXHIBIT 2

Exhibit 2
Page 14

# Sign Up

Already have a Ticketmaster Account? **Sign In**

Email Address

Password                                          SHOW

First Name                          Last Name

Country of Residence                Zip/Postal Code

United States ▼

By continuing past this page, you agree to the **Terms of Use** and understand that information will be used as described in our **Privacy Policy**.

**Next**

Exhibit 2
Page 15