# EXHIBIT 3

Exhibit 3
Page 16



Exhibit 3
Page 17