# EXHIBIT 4

Exhibit 4
Page 18



Exhibit 4
Page 19