# EXHIBIT 5

Exhibit 5
Page 20



Document title: Ticketmaster: Buy Verified Tickets for Concerts, Sports, Theater and Events
Capture URL: https://www.ticketmaster.com/
Capture timestamp (UTC): Wed, 03 Jun 2020 15:26:46 GMT

Exhibit 5
Page 21

Page 1 of 1