# EXHIBIT 6

Exhibit 6
Page 22

Exhibit 6
Page 23