# EXHIBIT 7

Exhibit 7
Page 24

# ticketmaster® — Checkout

## Delivery ✓
**PDF - Free**
Tickets Delivered in Time for Event
You can access your tickets in your Ticketmaster account. Your ticket may be a Mobile Entry or Print-at-Home ticket. Your tickets will not be emailed to you.

## Payment

Use Credit / Debit Card



Add New Card

Or Pay With
By using a digital wallet and continuing past this page, you have read and are accepting the Terms of Use.

PayPal     BUY NOW Pay Later

## Ticket Insurance (Selection Required)

**Get reimbursed up to 100% with Event Ticket Protection for only $9.00 per ticket ($18.00 total).**

If you can't attend this event for a number of reasons like covered illness, airline delays, traffic accidents, weather emergencies, if you are required to work and more, you can be reimbursed for your ticket purchase. You'll also receive access to a 24-hour hotline that can give you driving suggestions, provide parking information, make group arrangements, and much more.

Recommended/offered/sold by Allianz Global Assistance. Underwriter: Jefferson Insurance Company. Plan incl. insurance & assistance services. Terms & exclusions (incl. for pre-existing conditions) apply. **Plan & Pricing details, disclosures**. By clicking yes, you authorize Ticketmaster to send your name, address, and credit card information to AGA Service Company, who will charge your card on the terms described above.

ⓘ **COVID: More about coverage, limitations, & exclusions**

247,363 people protected their tickets in the last 7 days

○ YES, protect my ticket purchase to Greta Van Fleet at Wings Event Center. (Highly Recommended)

○ No, don't protect my ticket purchase.

---

## Total  $248.61

**Tickets**
Resale Tickets: $103.00 x 2 — $206.00

**Fees**
Service Fee: $19.83 x 2 — $39.66
Order Processing Fee — $2.95

**Delivery**
PDF — Free

**Cancel Order**

*All Sales Final - No Refunds

☐ I have read and agree to the current **Terms of Use**.

**Place Order**

*Exceptions may apply, see our Terms of Use.



**Greta Van Fleet - Dreams In Gold Tour 2022**
Thu • Mar 10, 2022 • 7:00 PM
Wings Event Center - Kalamazoo, Michigan
2 Tickets - Sec 6, Row H, Seats 1 - 4*

*Your seat number will be provided after purchase. Buying multiple seats? Your seats will be together.

Exhibit 7
Page 25