# EXHIBIT 8

Exhibit 8
Page 26

# ticketmaster

Checkout                                    Time Remaining 06:56

## Delivery 
**Mobile - Free**

Go Mobile: Your phone's your ticket. Locate your tickets in your account - or in your app. When you go mobile, your tickets will not be emailed to you or available for print.

## Payment
OFFICIAL CARDS of ticketmaster

Use Credit / Debit Card

+ 🗖 **Add New Card**

**Or Pay With**
By using a digital wallet and continuing past this page, you have read and are accepting the **Terms of Use**.



+ **Add Credits / Promo Codes / Gift Cards**

## Ticket Insurance (Selection Required)

Get reimbursed up to 100% with Event Ticket Insurance for only $8.75 per ticket ($17.50 total). *Offer expires when purchase is finalized.

**Peace of mind is only a click away.** If you can't attend this event for a number of reasons like covered illness or injury (yourself, a family member or event companion), traffic accident, mechanical breakdown, weather emergency, you are required to work (including military obligation), and more, you can be reimbursed for this purchase. Why insure your tickets? Event ticket insurance protects your financial investment in the event tickets including taxes and shipping costs should you not be able to attend the event for a covered reason. Protection also includes parking and other event related items that have been added to your order.

**IMPORTANT** Temporarily accommodating certain COVID-19 claims to help protect your ticket (see links below)

○ **Yes**, protect my ticket purchase to HAIM at The Anthem on 14-May-22. **(Highly Recommended)**

Another Ticketmaster customer protected their ticket purchase a minute ago

○ **No**, do not protect my ticket purchase. I understand this decision may put my **$136.80** spent on HAIM tickets at risk.

**70,958 people protected their tickets in the last 3 days**

**Free Look Period:** If you're not completely satisfied, you have **15 days** or more (depending on your state of residence) to request a refund if your event hasn't occurred or you haven't filed a claim. Premium is non-refundable after this period.

⚠ **COVID: More about coverage, limitations, & exclusions**

Recommended/offered/sold by Allianz Global Assistance. Underwriter: Jefferson Insurance Company. Plan incl. insurance & assistance services. Terms & exclusions (incl. for pre-existing conditions) apply. **Plan & Pricing details, disclosures**. By clicking yes, you authorize Ticketmaster to send your name, address, and credit card information to AGA Service Company, who will charge your card on the terms described above.

---

**Total**                                    $136.80 ⌄

*All Sales Final - No Refunds

☐ I have read and agree to the current **Terms of Use**, and acknowledge that the Event Organizer is requiring proof of COVID-19 vaccination to attend this event. Please check their website for details.

**Learn More**

**Place Order**

*Exceptions may apply, see our Terms of Use.



**Haim - One More Haim Tour**
Sat • May 14, 2022 • 7:30 PM
The Anthem - Washington, District of Columbia
2 Tickets - Sec GA4

Exhibit 8
Page 27