# EXHIBIT 9

Exhibit 9
Page 28



## Greta Van Fleet - Dreams In Gold Tour 2022

Thu • Mar 10, 2022 • 7:00 PM
Wings Event Center - Kalamazoo, Michigan
2 Tickets - Sec 6, Row H, Seats 1 - 4*   View Seats

*Your seat number will be provided after purchase. Buying multiple seats? Your seats will be together.

### Delivery ✓

**PDF - Free**

Tickets Delivered in Time for Event
You can access your tickets in your Ticketmaster account. Your ticket may be a Mobile Entry or Print-at-Home ticket. Your tickets will not be emailed to you.

### Payment                                    OFFICIAL CARD ticketmaster

**Use Credit / Debit Card**



**+** 🗋   **Add New Card**

---

### Or Pay With

By using a digital wallet and continuing past this page, you have read and are accepting the **Terms of Use.**



### Ticket Insurance  (Selection Required)

**Get reimbursed up to 100% with Event Ticket Protection for only $9.00 per ticket ($18.00 total).**

If you can't attend this event for a number of reasons like covered illness, airline delays, traffic accidents, weather emergencies, if you are required to work and more, you can be reimbursed for your ticket cost.

**Plan & Pricing details, disclosures.** Terms & exclusions (incl. for pre-existing conditions) apply. Recommended/offered/sold by Allianz Global Assistance. Underwriter: Jefferson Insurance Company. Plan incl. insurance & assistance services. By clicking yes, you authorize Ticketmaster to send your name, address, and credit card information to AGA Service Company, who will charge your card on the terms described above.

Exhibit 9
Page 29

⚠ **COVID: More about coverage, limitations, & exclusions**

247,363 people protected their tickets in the last 7 days

○ **Yes**, I want to protect my ticket purchase. (Recommended)

○ No, I do not want to protect my ticket purchase.

---

**Total**                                **$248.61** ∧

**Tickets**
Resale Tickets: $103.00 x 2                    $206.00

**Fees**
Service Fee: $19.83 x 2                          $39.66
Order Processing Fee                             $2.95

**Delivery**
PDF                                                Free

**Cancel Order**

---

**\*All Sales Final - No Refunds**

☐ I have read and agree to the current **Terms of Use**.

**Place Order**

*Exceptions may apply, see our Terms of Use.

🔒 checkout.ticketmaster.com

Exhibit 9
Page 30