# EXHIBIT 10

Exhibit 10
Page 31



**Haim - One More Haim Tour**

Sat • May 14, 2022 • 7:30 PM
The Anthem - Washington, District of Columbia
2 Tickets - Sec GA4 View Seats





Exhibit 10
Page 32

### Ticket Insurance (Selection Required)

**Get reimbursed up to 100%** with Event Ticket Insurance from Allianz Global Assistance for only $8.75 per ticket ($17.50 total).

***Limited time offer** - not available after purchase. If you can't attend this event for reasons like covered illness, airline delays, travel accidents, mechanical breakdowns, if you are required to work, and more, you can be reimbursed for this purchase.

ⓘ **COVID: More about coverage, limitations, & exclusions**

**Plan & Pricing details, disclosures.** Terms & exclusions (incl. for pre-existing conditions) apply. Recommended/offered/sold by Allianz Global Assistance. Underwriter... ⌄

○ **Yes, protect my ticket purchase** to HAIM at The Anthem. **(Highly Recommended)**

○ No, do not protect my ticket purchase. I understand this decision may put my **$136.80** spent on HAIM tickets at risk.

**116,420 people protected their tickets in the last 3 days**

**Another Ticketmaster customer protected their ticket purchase a minute ago**

Total                                $136.80 ⌄

**\*All Sales Final - No Refunds**

☐ I have read and agree to the current **Terms of Use**, and acknowledge that the Event Organizer is requiring proof of COVID-19 vaccination to attend this event. Please check their website for details. **Learn More**

**Place Order**

*Exceptions may apply, see our Terms of Use.

🔒 checkout.ticketmaster.com

Exhibit 10
Page 33