# EXHIBIT 11

Exhibit 11
Page 34

**ticketmaster**

Lady Gaga The Chromatica Ball
Fri 08/14 @ 7:30pm, Wrigley Field

## Payment

OFFICIAL CARD OF *ticketmaster* [American Express]

| SEC | ROW | SEAT |
|---|---|---|
| 427R | 9 | ⓘ |

### Pay With    [AmEx] [VISA] [Mastercard] [Discover] [PayPal] ∧

< Back to Stored Cards

**Name on Card**

[                                                              ]

*Please enter your first and last name.*

**Card Number**

[ 🗎 ─── ─── ─── ─── ]

**Expiration Date**

[ MM/YY ]

**Security Code**

[ CVV ]    [ⓘ] 3-digits on back of card

**Address**

[                                                              ]

*Please enter your billing address.*

+ Add Unit # / Address Line 2

**City**

[                                                              ]

*Please enter your billing city.*

**State**

[ California                                               ∨ ]

**Postal Code**

[                                                              ]

*Please enter your billing postal code.*

**Phone Number**

[                                                              ]

*Please enter your phone number.*

☐ Save this card for future purchases

Set as a primary card for:

☐ **Payment**
   For when you are purchasing tickets

---

**Or, Check out with PayPal**

[ **P** PayPal ]

### Order Details                                     ∧

Cancel Order

2 Resale Tickets                                  $250.00
                                               ($125.00 x 2)

Notes From Seller
XFER

Fees
$24.06 (Service Fee) x 2                            $48.12
Order Processing Fee                                 $2.95

Delivery ∨  Update delivery                           FREE

**Total                                           $301.07**

All Sales Final - No Refunds or Exchanges
By continuing past this page and clicking "Place Order", you agree to our Terms of Use.

[ 🔒 **Place Order** ]

---

Document title: Ticketmaster Payment
Capture URL: https://www.ticketmaster.com/resale/checkout/order
Capture timestamp (UTC): Thu, 04 Jun 2020 21:06:41 GMT

Page 1 of 2

Exhibit 10     Exhibit 11
Page 45        Page 35

**ticketmaster**

Lady Gaga The Chromatica Ball
Fri 08/14 @ 7:30pm, Wrigley Field

Postal Code

*Please enter your billing postal code.*

Phone Number

*Please enter your phone number.*

☐ Save this card for future purchases

Set as a primary card for:

☐ Payment
   For when you are purchasing tickets

Or, Check out with PayPal

**PayPal**

Buy Now, Pay Later                                  ⌄

---

**Protect Your Ticket Purchase**

Get reimbursed up to 100% with Event Ticket Protection for an additional $11.29 per ticket.

If you can't attend this event for a number of reasons like covered illness, airline delays, traffic accidents, weather emergencies, if you are required to work and more, you can be reimbursed for your ticket purchase. You'll also receive access to a 24-hour hotline that can give you driving suggestions, provide parking information, make group arrangements, and much more.

Recommended, offered and sold by Allianz Global Assistance. Underwritten by Jefferson Insurance Company. Terms and exclusions (incl. for pre-existing conditions) apply. Plan details and disclosures. By clicking yes, you authorize Ticketmaster to send your name, address, and credit card information to AGA Service Company, who will charge your card on the terms described above.

ATTENTION - IMPORTANT COVERAGE LIMITATIONS: COVID-19

7,740 people protected their tickets in the last 7 days

\* Selection Required

○ YES, protect my ticket purchase to Lady Gaga at Wrigley Field. (Highly Recommended)

○ No, don't protect my ticket purchase.

All Sales Final - No Refunds or Exchanges
By continuing past this page and clicking "Place Order", you agree to our Terms of Use.

🔒 **Place Order**

|  | Total | $301.07 |
|---|---|---|

All Sales Final - No Refunds or Exchanges
By continuing past this page and clicking "Place Order", you agree to our Terms of Use.

🔒 **Place Order**