# EXHIBIT 12

Exhibit 12
Page 37



Exhibit 24   Exhibit 12
Page 87    Page 38





Exhibit 24
Page 88

Exhibit 12
Page 39