# EXHIBIT 13

Exhibit 13
Page 40

Case 2:22-cv-00047-GW-GJS   Document 31-13   Filed 03/08/22   Page 2 of 4   Page ID #:307
























Document title: Ticketmaster: Buy Verified Tickets for Concerts, Sports, Theater and Events
Capture URL: https://www.ticketmaster.com/
Capture timestamp (UTC): Wed, 02 Mar 2022 22:58:19 GMT
Exhibit 13
Page 41
Page 1 of 3








## Arts & Theater

See All Arts & Theater











## Family

See All Family









## Discover More Events

Ticketmaster Blog








**NFL** — Explore NFL ticket options from the Official Ticket Exchange of the NFL.

**NBA** — Find great tickets for your favorite NBA teams for must-see games.

**NHL** — Get verified tickets to watch your favorite NHL team take the ice.

**NCAA Basketball** — It's March Madness! Get NCAA Men's Basketball Championship Tournament tickets.

**Las Vegas** — Exploring what to see and do in Las Vegas.

**Broadway in New York** — Don't miss the hottest musicals and plays happening on Broadway.





Document title: Ticketmaster: Buy Verified Tickets for Concerts, Sports, Theater and Events
Capture URL: https://www.ticketmaster.com/
Capture timestamp (UTC): Wed, 02 Mar 2022 22:58:19 GMT

Exhibit 13
Page 43
Page 3 of 3