# EXHIBIT 14

Exhibit 14
Page 44





Exhibit 14
Page 45





Exhibit 14
Page 46



 



Exhibit 14
Page 47