# EXHIBIT 15

Exhibit 15
Page 48



## Sign Up
Powered by ticketmaster

Already have a Live Nation Account? **Sign In**
You can also use your Ticketmaster account

**Email Address**

**Password**                                                     SHOW

**First Name**                           **Last Name**

**Country of Residence**                 **Zip/Postal Code**
United States

By continuing past this page, you agree to the **Terms of Use** and understand that information will be used as described in our **Privacy Policy**.

**Next**

Exhibit 15
Page 49