# EXHIBIT 16

Exhibit 16
Page 50



Exhibit 16
Page 51