# EXHIBIT 17

Exhibit 17
Page 52



Exhibit 17
Page 53