# EXHIBIT 18

Exhibit 18
Page 54





Exhibit 18
Page 55