# EXHIBIT 19

Exhibit 19
Page 56



Exhibit 30
Page 105

Exhibit 19
Page 57