# EXHIBIT 20

Exhibit 20
Page 58

Exhibit 37
Page 129

Exhibit 20
Page 59