# EXHIBIT 21

Exhibit 21
Page 60



Exhibit 21
Page 61





Exhibit 21
Page 62