# EXHIBIT 22

Exhibit 22
Page 63



Exhibit 22
Page 64







Exhibit 22
Page 65