# EXHIBIT 23

Exhibit 23
Page 66





Exhibit 23
Page 67



**Payment**  —  citi The Preferred Credit Card of LIVE NATION

Use Credit / Debit Card

+  Add New Card

**Or Pay With**

By using a digital wallet and continuing past this page, you have read and are accepting the Terms of Use.

PayPal     Buy with  Pay

+  Add Credits / Promo Codes / Gift Cards

**Ticket Insurance** (Selection Required)

Get reimbursed up to 100% with Event Ticket Insurance for only $8.75 per ticket ($17.50 total).

If you can't attend this event for a number of reasons like covered illness or injury (yourself, a family member or event companion), traffic accident, airline delay, weather emergency, mechanical breakdown, you are required to work (including military obligation), and more, you can be reimbursed for this purchase. Protection also includes parking and other event related items that have been added to your order.

⚠ COVID: More about coverage, limitations, & exclusions

Recommended/offered/sold by Allianz Global Assistance. Underwriter: Jefferson Insurance Company. Plan incl. insurance & assistance services. Terms & exclusions (incl. for pre-existing conditions) apply. Plan & Pricing details, disclosures. By clicking yes, you authorize Ticketmaster to send your name, address, and credit card information to AGA Service Company, who will charge your card on the terms described above.

**Don't miss out! Offer expires when purchase is finalized.**

○ **Yes, protect my ticket purchase** to Miranda Lambert at The Cynthia

Exhibit 23
Page 68

○ No, don't protect my ticket purchase. I understand this decision may put my **$120.22** spent on Miranda Lambert tickets at risk.

**19,398 people protected their tickets in the last 3 days**

**35 Live Nation customers protected their tickets in the last 15 minutes**

Total                                    $120.22 ⌄

*All Sales Final - No Refunds

☐ I have read and agree to the current Terms of Use.

**Place Order**

*Exceptions may apply, see our Terms of Use.

🔒 checkout.livenation.com

Exhibit 23
Page 69