# EXHIBIT 24

Exhibit 24
Page 70



Exhibit 24
Page 71





Exhibit 24
Page 72

○ No, don't protect my ticket purchase. I understand this decision may put my **$106.00** spent on The Script tickets at risk.

**19,398 people protected their tickets in the last 3 days**

**19 Live Nation customers protected their tickets in the last 15 minutes**

Total     $106.00 ⌄

*All Sales Final - No Refunds

☐ I have read and agree to the current Terms of Use, and acknowledge that the Event Organizer is requiring proof of COVID-19 vaccination to attend this event. Please check their website for details. Learn More

**Place Order**

*Exceptions may apply, see our Terms of Use.

🔒 checkout.livenation.com

Exhibit 24
Page 73