# EXHIBIT 25

Exhibit 25
Page 74

**LIVE NATION**

Dave Matthews Band
Fri 07/16 @ 7:30pm, Xfinity Center

07:56

Payment

citi — The Preferred Credit Card of LIVE NATION

### Credit / Debit Card
citi  VISA  mastercard  DISCOVER  Diners  AMEX

< Back to Stored Cards

**Name on Card**
[                                                    ]
*Please enter your first and last name.*

**Card Number**
[                                                    ]

**Expiration Date**
[ MM/YY                                              ]

**Security Code**
[ CVV ]   3-digits on back of card

**Address**
[                                                    ]
*Please enter your billing address.*

+ Add Unit # / Address Line 2

**City**
[                                                    ]
*Please enter your billing city.*

**State**
[ California                                       v ]

**Postal Code**
[                                                    ]
*Please enter your billing postal code.*

**Phone Number**
[                                                    ]
*Please enter your phone number.*

☐ Save this card for future purchases

Set as a primary card for:

☐ Payment
   For when you are purchasing tickets

### More Ways To Pay      PayPal   v

### Voucher / Gift Card

+ Add a voucher / gift card

---

| SEC | ROW | SEAT |
|---|---|---|
| SEC15 | D | 26-27 |

Order Details  v

Total                    **$135.40**
All Sales Final - No Refunds
By continuing past this page and clicking "Place Order", you agree to our Terms of Use.

**🔒 Place Order**

---

Document title: Live Nation Concerts Payment
Capture URL: https://concerts.livenation.com/checkout/order?
Capture timestamp (UTC): Fri, 05 Jun 2020 22:31:36 GMT                    Page 1 of 2

Exhibit 32
Page 110

Exhibit 25
Page 75



Document title: Live Nation Concerts Payment
Capture URL: https://concerts.livenation.com/checkout/order?
Capture timestamp (UTC): Fri, 05 Jun 2020 22:31:36 GMT

Page 2 of 2

Exhibit 32
Page 111

Exhibit 25
Page 76