# EXHIBIT 26

Exhibit 26
Page 77

····· AT&T Wi-Fi 🛜 ☼                     1:33 PM                     @ 100% 🔋

AA           🔒 concerts.livenation.com                ⟳

**Dave Matthews Band**
Fri 07/16 @ 7:30pm                    09:26

| SEC | ROW | SEAT |
|---|---|---|
| SEC15 | E | 3-4 |

Payment                                  citi  The Preferred Credit Card of LIVE NATION

Credit / Debit Card        citi  VISA  mastercard  DISCOVER  ⓘ  ▦   ∧

Name on Card
[                              ]

Card Number
[ 💳                           ]

Expiration Date
[ MM/YY                        ]

Security Code
[ CVV     ]    [💳] 3-digits on back of card

Address
[                              ]

+ Add Unit # / Address Line 2

City
[                              ]

State
[                           ∨  ]

Postal Code
[                              ]

Phone Number
[                              ]

✓ Save this card for future purchases

Set as a primary card for:

☐ Payment
  For when you are purchasing tickets

Exhibit 38
Page 131

Exhibit 26
Page 78



Exhibit 38
Page 132

Exhibit 26
Page 79