# EXHIBIT 27

Exhibit 27
Page 80

Document title: Live Nation — Live Events, Concert Tickets, Tour News, Venues
Capture URL: https://www.livenation.com/
Capture timestamp (UTC): Wed, 02 Mar 2022 23:23:35 GMT

Exhibit 27
Page 81



Document title: Live Nation — Live Events, Concert Tickets, Tour News, Venues
Capture URL: https://www.livenation.com/
Capture timestamp (UTC): Wed, 02 Mar 2022 23:23:35 GMT