# EXHIBIT 28

Exhibit 28
Page 83



Exhibit 28
Page 84



Exhibit 28
Page 85