1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
2    Kevin Y. Teruya (Bar No. 235916)
     kevinteruya@quinnemanuel.com
3    Adam B. Wolfson (Bar No. 262125)
     adamwolfson@quinnemanuel.com
4    William R. Sears (Bar No. 330888)
     willsears@quinnemanuel.com
5  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
6  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

7

8  KELLER LENKNER LLC
9    Warren Postman (Bar No. 33069)
     wdp@kellerlenkner.com
10   Albert Pak (admitted *pro hac vice*)
     albert.pak@kellerlenkner.com
11 1100 Vermont Avenue, N.W., 12th Floor
12 Washington, D.C. 20005
   Telephone: (202) 918-1123

13 Attorneys for Plaintiffs Skot Heckman,
14 Luis Ponce, Jeanene Popp, and Jacob
   Roberts, on behalf of themselves and all
15 those similarly situated

16                 UNITED STATES DISTRICT COURT
17          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | CASE NO. 2:22-cv-00047-GW-GJ<br><br>**JOINT STIPULATION SETTING BRIEFING SCHEDULE**<br><br>[Local Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") and Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") hereby stipulate and agree, through their undersigned counsel and pursuant to Local Rule 7-1, to the following schedule, subject to the approval of the Court. In support of this joint stipulation, the parties state as follows:

1. Plaintiffs filed their Complaint on January 4, 2022. ECF No. 1.

2. On March 8, 2022, Defendants filed a Motion to Compel Arbitration. ECF No. 30. The current deadline for Plaintiffs' Opposition to Defendants' Motion is April 15, 2022, as per a prior stipulation by the parties, which the Court approved. ECF No. 29.

3. Plaintiffs have informed Defendants that, subject to the Court's approval, Plaintiffs intend to seek discovery regarding whether a valid and enforceable arbitration agreement exists. The requested discovery consists of documents and deposition testimony regarding New Era ADR, Inc.—the dispute resolution forum identified in the Terms of Use. Plaintiffs have provided Defendants with drafts of their discovery requests.

4. On March 21, 2022, pursuant to Local Rule 7-3, the parties met and conferred concerning Plaintiffs' discovery requests, but the parties were unable to reach agreement. Plaintiffs informed Defendants that they intend to file a Motion for Discovery. Plaintiffs requested that, in the interest of promoting the most efficient use of the parties' and the Court's resources, Plaintiffs' Motion for Discovery be resolved before the parties engage in further briefing on Defendants' Motion to Compel Arbitration. Defendants disagree that any discovery is appropriate or necessary to resolve Defendants' Motion. Nonetheless, in the interest of efficiency, Defendants agreed to modify the briefing schedule for Defendants' Motion to Compel Arbitration to resolve Plaintiffs' Motion for Discovery first.

5. The parties have therefore agreed to the following briefing schedule:

    a. Plaintiffs shall file their Motion for Discovery on or before **April 6, 2022**.

    b. Defendants shall file any opposition on or before **April 27, 2022**.

    c. Plaintiffs shall file any reply on or before **May 4, 2022**.

    d. The Hearing on Plaintiffs' Motion for Discovery shall be held on **May 19, 2022 at 8:30 a.m**., or the first available Monday or Thursday at least two weeks after the reply is filed (whichever is earlier).

    e. The deadline for Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration shall be adjourned until Plaintiffs' Motion for Discovery is resolved. Upon the resolution of Plaintiffs' Motion for Discovery, the parties will submit a revised proposed schedule for Defendants' Motion to Compel Arbitration, under which Plaintiffs shall file their Opposition to Defendants' Motion to Compel Arbitration no later than thirty (30) days from either (i) the date discovery ends (i.e., the date of the last document production or any depositions), if any discovery is ordered, or (ii) the date the Court denies Plaintiffs' Motion for Discovery.

The parties therefore agree and stipulate to the above dates.

[*Signatures on following page*]

| | | |
|---|---|---|
| 1 | Dated: March 24, 2022 | Respectfully Submitted, |
| 2 | | |
| 3 | | LATHAM & WATKINS LLP |
| 4 | | By: */s/ Timothy L. O'Mara* |
| 5 | | Timothy L. O'Mara |
| 6 | | 505 Montgomery Street, Suite 2000 |
| 7 | | San Francisco, California 94111-6538 |
| | | Telephone: +1.415.391.0600 |
| 8 | | Facsimile: +1.415.395.8095 |
| | | tim.o'mara@lw.com |
| 9 | | *Attorneys for Defendants Ticketmaster* |
| 10 | | *L.L.C. and Live Nation Entertainment, Inc.* |
| 11 | | |
| 12 | Dated: March 24, 2022 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 13 | | |
| 14 | | By: */s/ Kevin Y. Teruya* |
| | | Kevin Y. Teruya (Bar No. 057645) |
| 15 | | 865 South Figueroa Street, 10th Floor |
| 16 | | Los Angeles, CA 90017-2543 |
| 17 | | Telephone: (213) 443-3000 |
| | | Facsimile: (213) 443-3100 |
| 18 | | kevinteruya@quinnemanuel.com |
| 19 | | *Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts* |

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation Setting Briefing Schedule. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, William R. Sears, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: March 24 2022

*/s/ William R. Sears*
William R. Sears