1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>        Defendants. | CASE NO. CV 22-0047-GW-GJSx<br><br>**ORDER ON JOINT STIPULATION SETTING BRIEFING SCHEDULE**<br><br>[Local Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

Pending before this Court is a Joint Stipulation Setting Briefing Schedule ("Joint Stipulation") filed by Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") and Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants"). Upon consideration of the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED. The court orders as follows:

a. Plaintiffs shall file their Motion for Discovery on or before **April 6, 2022**.

b. Defendants shall file any opposition on or before **April 27, 2022**.

c. Plaintiffs shall file any reply on or before **May 4, 2022**.

d. The Hearing on Plaintiffs' Motion for Discovery shall be held on **May 19, 2022 at 8:30 a.m**.

e. The deadline for Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration shall be adjourned until Plaintiffs' Motion for Discovery is resolved. Upon the resolution of Plaintiffs' Motion for Discovery, the parties will submit a revised proposed schedule for Defendants' Motion to Compel Arbitration, under which Plaintiffs shall file their Opposition to Defendants' Motion to Compel Arbitration no later than thirty (30) days from either (i) the date discovery ends (i.e., the date of the last document production or any depositions), if any discovery is ordered, or (ii) the date the Court denies Plaintiffs' Motion for Discovery.

**IT IS SO ORDERED.**

Dated: March 29, 2022

_____
Hon. George H. Wu
United States District Judge