QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER LENKNER LLC
  Warren Postman (Bar No. 330869)
  wdp@kellerlenkner.com
  Albert Pak (admitted *pro hac vice*)
  albert.pak@kellerlenkner.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>  Defendants. | CASE NO. 2:22-cv-00047-GW-GJS<br><br>**NOTICE OF MOTION AND MOTION FOR DISCOVERY RELATED TO WHETHER A VALID ARBITRATION AGREEMENT EXISTS**<br><br>The Honorable George H. Wu |

## PLAINTIFFS' NOTICE OF MOTION FOR DISCOVERY RELATED TO WHETHER A VALID ARBITRATION AGREEMENT EXISTS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on May 19, 2022 at 8:30 am, or as soon thereafter as the matter may be heard before the Honorable George H. Wu, United States District Judge, in Courtroom 9D of the above-captioned court, located at 350 West 1st Street, Los Angeles, California, 90012, Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts will and do hereby move the Court for an order authorizing Plaintiffs to pursue discovery related to whether a valid arbitration agreement exists, as detailed in the accompanying Memorandum of Points and Authorities.

This motion is based on (1) this Notice of Motion and Motion, (2) the Memorandum of Points and Authorities, (3) all other papers submitted in support of the Motion, (4) the records on file in this case, (5) the arguments of counsel, and (6) any other matter that the Court may properly consider, or that may be presented to the Court at the hearing.

This motion is made following the conference of counsel pursuant to Local Civil Rule 7-3, which took place on March 21, 2022.

Dated: April 6, 2022

Respectfully Submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Kevin Y. Teruya*
Kevin Y. Teruya (Bar No. 057645)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER LENKNER LLC

By: */s/ Warren Postman*
Warren Postman (Bar No. 330869)
wdp@kellerlenkner.com
Albert Pak (admitted *pro hac vice*)
albert.pak@kellerlenkner.com
1100 Vermont Avenue, N.W.
12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

*Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts*