UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | CASE NO. 2:22-cv-00047-GW-GJS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DISCOVERY RELATED TO WHETHER A VALID ARBITRATION AGREEMENT EXISTS**<br><br>The Honorable George H. Wu |

Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts have filed a Motion for Discovery Related to Whether a Valid Arbitration Agreement Exists. Having considered the papers submitted and arguments of counsel, and all other matters presented to the Court, and good cause appearing therefrom,

**IT IS HEREBY ORDERED THAT**:

Plaintiffs' Motion for Discovery Related to Whether a Valid Arbitration Agreement Exists is **GRANTED**. Plaintiffs are authorized to seek document productions from Defendants related to New Era ADR, Inc.; Rule 30(b)(6) depositions of Defendants related to New Era ADR, Inc.; and document productions and 30(b)(6) depositions from New Era ADR, Inc.

The parties shall submit a joint proposed schedule for the completion of such discovery within seven (7) days of the entry of this Order.

**IT IS SO ORDERED**.

Dated: _____

                                                  GEORGE H. WU
                                                  United States District Judge