**LATHAM & WATKINS LLP**
  Daniel M. Wall (Bar No. 102580)
   dan.wall@lw.com
  Timothy L. O'Mara (Bar No. 212731)
   tim.o'mara@lw.com
  Andrew M. Gass (Bar No. 259694)
   andrew.gass@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
   kirsten.ferguson@lw.com
  Alicia R. Jovais (Bar No. 296172)
   alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR DISCOVERY RELATED TO WHETHER A VALID ARBITRATION AGREEMENT EXISTS**<br><br>The Honorable George H. Wu<br><br>Hearing Date: May 19, 2022<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9D, 9th Floor |

I, TIMOTHY L. O'MARA, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, counsel for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants"). I am an attorney in good standing in the State of California, and I am admitted to practice before this Court. I make this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Discovery Related to Whether a Valid Arbitration Agreement Exists. The facts set forth herein are based on my personal knowledge; if called upon to do so, I can and will competently testify to these facts.

2. Attached as **Exhibit A** is a true and correct copy of New Era ADR's Rules and Procedures, available at https://www.neweraadr.com/rules-and-procedures/ (last visited April 26, 2022).

3. Attached as **Exhibit B** is a true and correct copy of Plaintiffs' draft requests for production of documents to Defendants, provided to Defendants' counsel via email on March 15, 2022.

4. Attached as **Exhibit C** is a true and correct copy of Plaintiffs' draft Rule 30(b)(6) deposition notice to Defendants, provided to Defendants' counsel via email on March 15, 2022.

5. Attached as **Exhibit D** is a true and correct copy of Plaintiffs' draft subpoena to produce documents to third party New Era ADR, provided to Defendants' counsel via email on March 15, 2022.

6. Attached as **Exhibit E** is a true and correct copy of Plaintiffs' draft subpoena to testify at a deposition to third party New Era ADR, provided to Defendants' counsel via email on March 15, 2022.

7. Attached as **Exhibit F** is a true and correct copy of the transcript of proceedings held on November 25, 2019 in *Terrell Abernathy et al. v. DoorDash, Inc.*, No. 3:19-cv-7545 (N.D. Cal.), ECF No. 67.

8. Attached as **Exhibit G** is a true and correct copy of CPR's Objections and Responses to Subpoena for Production of Documents filed on December 12, 2019 in *Terrell Abernathy et al. v. DoorDash, Inc.*, No. 3:19-cv-7545 (N.D. Cal.), ECF No. 137-2.

9. Attached as **Exhibit H** is a true and correct copy of the transcript of proceedings held on December 20, 2019 in *Terrell Abernathy et al. v. DoorDash, Inc.*, No. 3:19-cv-7545 (N.D. Cal.), ECF No. 156.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 27, 2022.

/s/ Timothy L. O'Mara
Timothy L. O'Mara