# EXHIBIT C

Exhibit C
Page 44

*Draft – All Rights Reserved*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER LENKNER LLC
  Warren Postman (Bar No. 33069)
  wdp@kellerlenkner.com
  Albert Pak (admitted *pro hac vice*)
  albert.pak@kellerlenkner.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>    Defendants. | CASE NO. 2:22-cv-00047-GW-GJ<br><br>**[DRAFT] PLAINTIFFS' FIRST RULE 30(b)(6) DEPOSITION NOTICE TO LIVE NATION ENTERTAINMENT, INC.**<br><br>The Honorable George H. Wu<br><br>**Jury Trial on Arbitration Issues Demanded** |

*Draft – All Rights Reserved*

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all others similarly situated ("Plaintiffs"), by and through their undersigned counsel, will take the deposition upon oral examination of Live Nation Entertainment, Inc. ("Live Nation") at _____ at Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa St., 10th Floor, Los Angeles, California, 90017 or at such date, time, and place as is otherwise agreed to by the parties. Pursuant to Rule 30(b)(6), Live Nation shall designate one or more of its officers, directors, managing agents, or other persons to testify on its behalf as to matters known or reasonably available to Live Nation concerning the subjects identified in Appendix A attached hereto.

PLEASE TAKE FURTHER NOTICE that the deposition will be taken upon oral examination, under oath, before a certified court reporter and will continue from day to day thereafter until completed, excluding weekends and holidays. The deposition will be recorded by videotape and stenographically, and may be taken by remote means if necessary.

DATED: March ____, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  /s/ *Adam B. Wolfson*
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Plaintiffs* Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated

KELLER LENKNER LLC

By  /s/ *Warren D. Postman*
Warren Postman (Bar No. 33069)
wdp@kellerlenkner.com
Albert Pak (admitted *pro hac vice*)
albert.pak@kellerlenkner.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
(202) 918-1123

*Attorneys for Plaintiffs* Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated

*Draft – All Rights Reserved*

# APPENDIX A
# DEFINITIONS

This deposition notice is subject to and incorporates the following definitions as used herein:

1. The term "COMMUNICATION(S)" shall mean, without limitation, any transmittal, conveyance or exchange of a word, statement, fact, thing, idea, document, instruction, information, demand, question or other information by any medium, whether by written, oral or other means, including but not limited to electronic communications and electronic mail.

2. The term "DEFENDANTS" shall refer to TICKETMASTER and LIVE NATION, or either of them.

3. The term "LIVE NATION" shall refer to Live Nation Entertainment, Inc., and any of its parents, subsidiaries, affiliates, representatives, or agents.

4. The term "NEW ERA ADR" shall refer to New Era ADR, Inc., and any of its parents, subsidiaries, affiliates, representatives, or agents.

5. The term "PERSON(S)" shall refer to any legal entity, including but not limited to natural persons, corporations, partnerships, firms, and/or associations, and any parent, subsidiary, division, department, or affiliate thereof.

6. The term "TICKETMASTER" shall refer to Ticketmaster LLC, and any of its parents, subsidiaries, affiliates, representatives, or agents.

7. The terms "YOU" and "YOUR" shall refer to DEFENDANTS.

8. The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "Including" means "including but not limited to." The terms "any," "all," "each," "every," "and," "or," and "and/or" as used herein shall be construed as appropriate to bring within the scope of this deposition notice information which might otherwise be interpreted to

be beyond its scope.  Words in the masculine, feminine or neuter form shall include each of the other genders.

9.     This deposition notice covers the period 2019 through the present.

## DEPOSITION TOPICS

**TOPIC NO. 1:**

All of YOUR COMMUNICATIONS with NEW ERA ADR, including all of YOUR COMMUNICATIONS with NEW ERA ADR about NEW ERA ADR's Rules and Procedures, NEW ERA ADR's Terms and Conditions, and/or the terms of YOUR subscription agreements with NEW ERA ADR.

**TOPIC NO. 2:**

All of YOUR contracts with NEW ERA ADR, including all of YOUR subscription agreements with NEW ERA ADR.

**TOPIC NO. 3:**

The dates and amounts of all of YOUR payments to NEW ERA ADR.

**TOPIC NO. 4:**

All DOCUMENTS produced by YOU in this action or created by YOU that refer to mass arbitration.

**TOPIC NO. 5:**

All DOCUMENTS regarding YOUR decision to update YOUR Terms of Use to change the designated ADR forum from JAMS to NEW ERA ADR.

*Draft – All Rights Reserved*

# CERTIFICATE OF SERVICE

I hereby certify that on ▇▇▇▇▇▇, a copy of PLAINTIFF'S FIRST 30(b)(6) DEPOSITION NOTICE TO LIVE NATION ENTERTAINMENT, INC. was served via electronic mail to counsel for Live Nation.

DATED: ▇▇▇▇▇▇         QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  */s/ William R. Sears*
    Attorney for Plaintiffs

Exhibit C
Page 50
Case No. 2:22-cv-00047-GW-GJS
CERTIFICATE OF SERVICE