# EXHIBIT E

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

KELLER LENKNER LLC
  Warren Postman (Bar No. 33069)
  wdp@kellerlenkner.com
  Albert Pak (admitted *pro hac vice*)
  albert.pak@kellerlenkner.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone:  (202) 918-1123

Attorneys for Plaintiffs Skot Heckman,
Luis Ponce, Jeanene Popp, and Jacob
Roberts, on behalf of themselves and all
those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated, | CASE NO. 2:22-cv-00047-GW-GJ |
| | **[DRAFT] PLAINTIFFS' SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION TO NEW ERA ADR, INC.** |
| Plaintiffs, | |
| v. | The Honorable George H. Wu |
| Live Nation Entertainment, Inc., and Ticketmaster LLC, | **Jury Trial on Arbitration Issues Demanded** |
| Defendants. | |

Exhibit E
Page 61

Case No. 2:22-cv-00047-GW-GJS

PLAINTIFFS' FIRST RULE 30(b)(6) DEPOSITION NOTICE TO NEW ERA

*Draft – All Rights Reserved*

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure

3   30, Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on

4   behalf of themselves and all others similarly situated ("Plaintiffs"), by and through

5   their undersigned counsel, will take the deposition upon oral examination of New

6   Era ADR, Inc. ("New Era") at _____ at Quinn Emanuel Urquhart & Sullivan,

7   LLP, 191 N Upper Wacker Dr #2700, Chicago, IL 60606or at such date, time, and

8   place as is otherwise agreed to by the parties.  Pursuant to Rule 30(b)(6), New Era

9   ADR shall designate one or more of its officers, directors, managing agents, or other

10   persons to testify on its behalf as to matters known or reasonably available to New

11   Era ADR concerning the subjects identified in Appendix A attached hereto.

12    PLEASE TAKE FURTHER NOTICE that the deposition will be taken upon

13   oral examination, under oath, before a certified court reporter and will continue from

14   day to day thereafter until completed, excluding weekends and holidays.   The

15   deposition will be recorded by videotape and stenographically, and may be taken by

16   remote means if necessary.

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit E
Page 62

-2-

*Draft – All Rights Reserved*

<u>APPENDIX A</u>

<u>DEFINITIONS AND INSTRUCTIONS</u>

This deposition notice is subject to and incorporates the following definitions and instructions as used herein:

1.      The term "COMMUNICATION(S)" shall mean, without limitation, any transmittal, conveyance or exchange of a word, statement, fact, thing, idea, document, instruction, information, demand, question or other information by any medium, whether by written, oral or other means, including but not limited to electronic communications and electronic mail.

2.      The term "DEFENDANTS" shall refer to TICKETMASTER and LIVE NATION, or either of them.

3.      The term "DOCUMENT(S)" shall have the broadest meaning ascribed to them by the Federal Rules of Civil Procedure and shall include without limitation any written, recorded, graphic, or other matter, whether sent or received or made or used internally, however produced or reproduced and whatever the medium on which it was produced or reproduced (whether on paper, cards, charts, files, or printouts; tapes, discs, belts, video tapes, audiotapes, tape recordings, cassettes, or other types of voice recording or transcription; computer tapes, databases, e-mails; pictures, photographs, slides, films, microfilms, motion pictures; or any other medium), and any other tangible item or thing of readable, recorded, or visual material of whatever nature including without limitation originals, drafts, electronic documents with included metadata, and all non-identical copies of each document (which, by reason of any variation, such as the presence or absence of hand-written notes or underlining, represents a separate document within the meaning of this term). The foregoing specifically includes information stored electronically, whether in a computer database or otherwise, regardless of whether such documents

Exhibit E
Page 63

Case No. 2:22-cv-00047-GW-GJS

PLAINTIFFS' FIRST RULE 30(b)(6) DEPOSITION NOTICE TO NEW ERA

*Draft – All Rights Reserved*

1  are presently in documentary form or not.  The term DOCUMENT(S) shall include

2  COMMUNICATIONS.

3      4.    The term "LIVE NATION" shall refer to Live Nation Entertainment,

4  Inc., including all of its parents, subsidiaries, affiliates, agents, and representatives.

5      5.    The term "LATHAM & WATKINS" means Latham & Watkins, LLP,

6  including all of its agents and representatives.

7      6.    The terms "NEW ERA ADR," "YOU," and "YOUR" shall refer to

8  New Era ADR, Inc.

9      7.    The term "PERSON(S)" shall refer to any legal entity, including but

10  not limited to natural persons, corporations, partnerships, firms, and/or associations,

11  and any parent, subsidiary, division, department, or affiliate thereof.

12      8.    The terms "RELATING TO," "RELATED TO," "REFERRING TO,"

13  "REFER OR RELATE TO," or "REGARDING" shall mean concerning,

14  mentioning, reflecting, pertaining to, evidencing, identifying, incorporating,

15  summarizing, involving, describing, discussing, commenting on, embodying,

16  responding to, supporting, contradicting, containing, or constituting (in whole or in

17  part).

18      9.    The term "TICKETMASTER" shall refer to Ticketmaster LLC,

19  including all of its parents, subsidiaries, affiliates, agents, and representatives.

20      10.   The present tense includes the past and future tenses.  The singular

21  includes the plural, and the plural includes the singular.  "Including" means

22  "including but not limited to."  The terms "any," "all," "each," "every," "and," "or,"

23  and "and/or" as used herein shall be construed as appropriate to bring within the

24  scope of these requests information and DOCUMENTS which might otherwise be

25  interpreted to be beyond their scope.  Words in the masculine, feminine or neuter

26  form shall include each of the other genders.

27      11.   This deposition notice covers the period 2019 through the present.

28

*Draft – All Rights Reserved*

# DEPOSITION TOPICS

## TOPIC NO. 1.:

All of YOUR COMMUNICATIONS with DEFENDANTS and/or LATHAM & WATKINS, including all of YOUR COMMUNICATIONS with DEFENDANTS and/or LATHAM & WATKINS about YOUR Rules and Procedures, YOUR Terms and Conditions, and the terms of YOUR subscription agreements with DEFENDANTS.

## TOPIC NO. 2.:

All of YOUR contracts with DEFENDANTS, including all of DEFENDANTS' subscription agreements with YOU.

## TOPIC NO. 3.:

The dates and amounts of each and every payment to YOU from DEFENDANTS and/or LATHAM & WATKINS.

## TOPIC NO. 4.:

YOUR Rules and Procedures, including all drafts thereof.

## TOPIC NO. 5.:

YOUR Terms and Conditions, including all drafts thereof.

## TOPIC NO. 6.:

YOUR advertisement of NEW ERA ADR.

*Draft – All Rights Reserved*

1    **TOPIC NO. 7.:**

2        YOUR efforts to raise capital, including the efforts that led to investments

3    from Alumni Ventures Group, Motivate Venture Capital, and/or Purple Arch

4    Ventures.

5

6    **TOPIC NO. 8.:**

7        All subscription agreements YOU have entered into, with DEFENDANTS or

8    otherwise.

9

10    **TOPIC NO. 9.:**

11        All DOCUMENTS produced by YOU in this action or created by YOU that

12    REFER OR RELATE TO mass arbitration.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit E
Page 66

-6-    Case No. 2:22-cv-00047-GW-GJS

PLAINTIFFS' FIRST RULE 30(b)(6) DEPOSITION NOTICE TO NEW ERA

*Draft – All Rights Reserved*

1  DATED:  March _____, 2022

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By  /s/ *Adam B. Wolfson*
    Kevin Y. Teruya (Bar No. 235916)
    kevinteruya@quinnemanuel.com
    Adam B. Wolfson (Bar No. 262125)
    adamwolfson@quinnemanuel.com
    William R. Sears (Bar No. 330888)
    willsears@quinnemanuel.com
    865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
    Telephone:  (213) 443-3000
    Facsimile:  (213) 443-3100

*Attorneys for Plaintiffs* Skot Heckman,
Luis Ponce, Jeanene Popp, and Jacob
Roberts, on behalf of themselves and all
those similarly situated

KELLER LENKNER LLC

By  /s/ *Warren D. Postman*
    Warren Postman (Bar No. 33069)
    wdp@kellerlenkner.com
    Albert Pak (admitted *pro hac vice*)
    albert.pak@kellerlenkner.com
    1100 Vermont Avenue, N.W., 12th Floor
    Washington, D.C. 20005
    (202) 918-1123

*Attorneys for Plaintiffs* Skot Heckman,
Luis Ponce, Jeanene Popp, and Jacob
Roberts, on behalf of themselves and all
those similarly situated

*Draft – All Rights Reserved*

1

## <u>CERTIFICATE OF SERVICE</u>

2  I hereby certify that on _____, a copy of PLAINTIFFS' FIRST RULE

3  30(b)(6) DEPOSITION NOTICE TO NEW ERA was served via electronic mail to

4  counsel for Defendants.

5  DATED: _____                    QUINN EMANUEL URQUHART &
6                                          SULLIVAN, LLP

7

8
                                          By _/s/ William R. Sears_____
9                                               Attorney for Plaintiffs

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                    Exhibit E
                                                                    Page 68