**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

**KELLER POSTMAN LLC**
  Warren Postman (Bar No. 330869)
  wdp@kellerpostman.com
  Albert Pak (admitted *pro hac vice*)
  albert.pak@kellerpostman.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>    Defendants. | CASE NO. 2:22-cv-00047-GW-GJS<br><br>**SUPPLEMENTAL DECLARATION OF ALBERT Y. PAK IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY RELATED TO WHETHER A VALID ARBITRATION AGREEMENT EXISTS**<br><br>The Honorable George H. Wu |

I, Albert Y. Pak, declare as follows:

1. I am an Associate at the law firm of Keller Postman LLC, counsel for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts ("Plaintiffs"). I previously made a declaration, dated April 6, 2022, in support of Plaintiffs' Motion for Discovery Related to Whether a Valid Arbitration Agreement Exists ("Pak Decl."). I make this supplemental declaration in further support of Plaintiffs' Motion for Discovery Related to Whether a Valid Arbitration Agreement Exists. I have personal knowledge of the facts stated herein, except as to matters stated on information and belief, and as to those matters, I am informed and believe them to be true. If called upon to do so, I could and would testify competently to the matters set forth below.

2. In my previous declaration dated April 6, 2022, I directly quoted, on information and belief, what New Era ADR had stated to its investors. *See* Pak Decl. ¶¶ 2-4, 6, 10. To clarify, I have personal knowledge of a document containing those quotes, and I am informed and believe that the document is a letter from New Era ADR to its investors.

I declare under penalty of perjury that the foregoing is true and correct. Signed on May 4, 2022 in Washington, D.C.

/s/ Albert Y. Pak
Albert Y. Pak