# Exhibit A

**NOT FOR REPRINT**



🖶 Click to print or Select **'Print'** in your browser menu to print this document.

Page printed from: *https://www.law.com/international-edition/2017/04/27/latham-and-freshfields-advise-on-soho-house-debt-refinancing/*

# Latham and Freshfields check in for Soho House debt refinancing

Pair win roles as Permira refinances global network of private members' clubs in £275m deal

By **Alex Berry** | April 27, 2017



Latham & Watkins has taken a lead role on a debt refinancing deal for Soho House Group, alongside Freshfields Bruckhaus Deringer.

This Tuesday (25 April), the group signed a refinancing agreement with Permira Debt Managers for a £275m secured loan, as well as an additional £100m that will be potentially available to finance further global expansion of the business.

**Copyright 2022. ALM Global, LLC. All Rights Reserved.**