UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-0047-GW-GJSx | Date | May 19, 2022 |
|---|---|---|---|
| Title | *Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Adam B. Wolfson | Timothy L. O'Mara |
| Kevin Y. Teruya | Alicia R. Jovais |
| William R. Sears | Kirsten Ferguson |
| Albert Y. Pak | |

**PROCEEDINGS:    TELEPHONIC HEARING ON PLAINTIFFS' MOTION FOR DISCOVERY RELATED TO WHETHER A VALID ARBITRATION AGREEMENT EXISTS [34]**

Court hears oral argument. For reasons stated on the record, Plaintiffs' Motion is continued to June 9, 2022 at 8:30 a.m. A tentative ruling will be provided to the parties prior to the June 9 hearing.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | JG | |