UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form.  *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | |
|---|---|
| 1a. Contact Person for this Order | Tyrone E. Queen |
| 2a. Contact Phone Number | 202-868-0303 |
| 3a. Contact E-mail Address | tyrone.queen@skadden.com |

| | |
|---|---|
| 1b. Attorney Name (if different) | Michael A. Darling |
| 2b. Attorney Phone Number | 202-371-7563 |
| 3b. Attorney E-mail Address | michael.darling@skadden.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005

| | |
|---|---|
| 5. Name & Role of Party Represented | N/A |
| 6. Case Name | Skot Heckman et al v. Live Nation Entertainment, Inc |
| 7a. District Court Case Number | 2:22-cv-00047-GW-GJS |
| 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:

☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Terri A. Hourigan

9. THIS TRANSCRIPT ORDER IS FOR:   ☐ Appeal   ☐ Non-Appeal   ☐ Criminal   ☒ Civil   ☐ CJA   ☐ USA   ☐ FPD   ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type:   *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary.  If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to *transcripts_cacd@cacd.uscourts.gov.*)

b. SELECT FORMAT(S)  *(CM/ECF access included with purchase of transcript.)*

c. RELEASE OF TRANS. RESTRICTION DATE  *(Provide release date of efiled transcript, or check to certify none yet on file.)*

d. DELIVERY TYPE  30-day, 14-day, 7-day, 3-day, Daily, Hourly

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | (release date) | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/19/2022 | | George Wu | Entire hearing. | ● | ○ | ○ | ○ | ○ | ○ | ○ _____ | DAILY (Next day) ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders:  Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION.  By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

| Date | 5/19/2022 | Signature | /s/ Tyrone E. Queen |
|---|---|---|---|

G-120 (06/18)