UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - CENTRAL DIVISION

HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

SKOT HECKMAN, et al,

        Plaintiffs,

  vs.                       Case No. CV 22-47-GW

LIVE NATION ENTERTAINMENT, INC.

        Defendants.
_____/

REPORTER'S TRANSCRIPT OF
PLAINTIFFS' MOTION FOR DISCOVERY RELATED TO
WHETHER A VALID ARBITRATION AGREEMENT EXISTS
Thursday, June 9, 2022
8:30 A.M.
LOS ANGELES, CALIFORNIA

_____

TERRI A. HOURIGAN, CSR NO. 3838, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA  90012
(213) 894-2849

UNITED STATES DISTRICT COURT

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

    QUINN EMANUEL URQUHART and SULLIVAN LLP
    BY:  ADAM B. WOLFSON
         KEVIN Y. TERUYA
         WILLIAM R. SEARS
    Attorneys at Law
    865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017

    KELLER LENKNER LLC
    BY:  ALBERT Y. PAK
    Attorney at Law
    1100 Vermont Avenue NW, 12th Floor
    Washington, D.C. 20005

**FOR THE DEFENDANT:**

    LATHAM and WATKINS LLP
    BY:  TIMOTHY L. O'MARA
         ALICIA R. JOVAIS
    Attorneys at Law
    505 Montgomery Street, Suite 2000
    San Francisco, California  94111

1      LOS ANGELES, CALIFORNIA; THURSDAY, JUNE 9, 2022

2                          8:30 A.M.

3                          --oOo--

4

5           THE COURT:  Let me call the matter of Heckman versus
6   Live Nation Entertainment.
7           For the plaintiff, we have?
8           MR. PAK:  Good morning, Your Honor.  This is Albert
9   Pak.  With me on the phone are Adam Wolfson, Kevin Teruya and
10  William Sears.
11          THE COURT:  For the defense?
12          MR. O'MARA:  Good morning, Your Honor.  Tim O'Mara
13  and I have with me Alicia Jovais.
14          THE COURT:  All right.  We are here on the
15  plaintiffs' continuation of the plaintiffs' motion for
16  discovery.
17              And I issued a tentative on this one.  I presume
18  both sides have seen it?
19          MR. PAK:  Yes, Your Honor.
20          MR. O'MARA:  Yes, Your Honor.
21          THE COURT:  Does somebody want to argue something?
22              No?  That's fine.
23          MR. O'MARA:  Your Honor.  Tim O'Mara, we're fine to
24  submit on the tentative.
25          THE COURT:  For the plaintiff?

1       MR. PAK: Your Honor, just a small request for an
2  edit and that is it.
3       In the first paragraph of the tentative there is
4  a reference to the defendants designated a new
5  dispute-resolution forum called "New Era ADR" in June of 2021.
6       THE COURT: Uh-huh.
7       MR. PAK: The designation occurred in July, Your
8  Honor, if you wouldn't mind changing that.
9       THE COURT: You want me to change it to July of
10 2021?
11      MR. PAK: July of 2021, Your Honor.
12      THE COURT: So I was off a month, is what you are
13 saying?
14      MR. PAK: Yes, Your Honor.
15      THE COURT: All right. That's not a problem.
16 Anything else?
17      MR. PAK: Nothing else.
18      THE COURT: Let me ask, when do you think -- well,
19 what I would simply do is just set another kind of like a
20 status date, but I presume you guys are going to be starting
21 the process, and if everything goes with no glitches, then it
22 will go.
23      But if there are glitches, then you will come
24 back to me and I will resolve whatever glitches you raise at
25 that point.

```
 1                When should I set another status conference in
 2  this matter?
 3           MR. PAK:  Your Honor, would something like September
 4  work?
 5           THE COURT:  It's up to you guys.  I'm here all of
 6  the time.
 7           MR. PAK:  Well, for the plaintiffs, what I might
 8  propose is that we are prepared to serve the discovery
 9  relatively soon, and then perhaps we could meet and confer with
10  the defendants as the discovery process rolls along and I would
11  propose a stipulation for Your Honor.
12           THE COURT:  All right.  I only want at this point in
13  time -- I want to set a status conference date, but obviously
14  the status conference date can be changed, but I want to do
15  this so this thing doesn't fall through the cracks.
16               How about this, I will put the matter back on
17  calendar for September 15th.  I want a joint status report no
18  later than September the 12th.
19               And if the parties want to come to the Court
20  earlier or later, they can -- you can submit some sort of stip
21  to me, and that won't be a problem, okay?
22           MR. PAK:  That works for the plaintiff, Your Honor.
23           THE COURT:  So I will adopt my tentative as my
24  final, except I will change my date in paragraph 1 from June to
25  July.
```

1       Thank you.  Everybody, have a nice day.
2        MR. PAK:  Thank you, Your Honor.
3        MR. O'MARA:  Thank you.
4        (The proceedings were concluded at 9:01 a.m.)
5                         * * *
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                        )
STATE OF CALIFORNIA     )

      I, TERRI A. HOURIGAN, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date: 9th day of June, 2022.


                                    /s/ TERRI A. HOURIGAN
                       _____
                       TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
                              Federal Court Reporter

1

| / | 7:12 | COURT [15] - 1:1, 1:23, 3:5, 3:11, 3:14, 3:21, 3:25, 4:5, 4:8, 4:11, 4:14, 4:17, 5:4, 5:11, 5:22 | fine [2] - 3:22, 3:23 | L |
|---|---|---|---|---|
| /s [1] - 7:19 | Adam [1] - 3:9 | | FIRST [1] - 1:24 | |
| | ADAM [1] - 2:4 | | first [1] - 4:2 | LATHAM [1] - 2:13 |
| **1** | adopt [1] - 5:22 | | Floor [2] - 2:6, 2:9 | Law [3] - 2:6, 2:9, 2:14 |
| | ADR [1] - 4:4 | | FOR [3] - 1:13, 2:3, 2:12 | |
| 1 [1] - 5:23 | AGREEMENT [1] - 1:13 | Court [4] - 5:18, 7:7, 7:20 | foregoing [1] - 7:10 | LENKNER [1] - 2:8 |
| 10th [1] - 2:6 | al [1] - 1:5 | cracks [1] - 5:14 | format [1] - 7:12 | Live [1] - 3:6 |
| 1100 [1] - 2:9 | Albert [1] - 3:8 | CRR [1] - 7:20 | forum [1] - 4:4 | LIVE [1] - 1:8 |
| 12th [2] - 2:9, 5:17 | ALBERT [1] - 2:8 | CSR [2] - 1:23, 7:20 | Francisco [1] - 2:15 | LLC [1] - 2:8 |
| 15th [1] - 5:16 | Alicia [1] - 3:13 | CV [1] - 1:7 | | LLP [2] - 2:4, 2:13 |
| | ALICIA [1] - 2:14 | | **G** | LOS [4] - 1:15, 1:24, 3:1, 7:3 |
| **2** | ANGELES [4] - 1:15, 1:24, 3:1, 7:3 | **D** | GEORGE [1] - 1:3 | Los [1] - 2:7 |
| 2000 [1] - 2:15 | Angeles [1] - 2:7 | D.C [1] - 2:10 | glitches [3] - 4:20, 4:22, 4:23 | **M** |
| 20005 [1] - 2:10 | APPEARANCES [1] - 2:1 | Date [1] - 7:16 | guys [2] - 4:19, 5:4 | matter [4] - 3:5, 5:1, 5:15, 7:12 |
| 2021 [3] - 4:4, 4:9, 4:10 | ARBITRATION [1] - 1:13 | date [4] - 4:19, 5:12, 5:13, 5:23 | **H** | meet [1] - 5:8 |
| 2022 [3] - 1:14, 3:1, 7:16 | argue [1] - 3:21 | DEFENDANT [1] - 2:12 | Heckman [1] - 3:5 | might [1] - 5:6 |
| 213 [1] - 1:25 | Attorney [1] - 2:9 | Defendants [1] - 1:9 | HECKMAN [1] - 1:5 | mind [1] - 4:7 |
| 22-47-GW [1] - 1:7 | Attorneys [2] - 2:6, 2:14 | defendants [2] - 4:3, 5:9 | held [1] - 7:11 | Montgomery [1] - 2:15 |
| 28 [1] - 7:9 | Avenue [1] - 2:9 | defense [1] - 3:11 | hereby [1] - 7:8 | month [1] - 4:11 |
| | | designated [1] - 4:3 | Honor [13] - 3:8, 3:12, 3:19, 3:20, 3:23, 4:1, 4:7, 4:10, 4:13, 5:2, 5:10, 5:21, 6:1 | morning [2] - 3:8, 3:12 |
| **3** | **B** | designation [1] - 4:6 | | MOTION [1] - 1:13 |
| 350 [1] - 1:24 | BY [3] - 2:4, 2:8, 2:13 | DISCOVERY [1] - 1:13 | HONORABLE [1] - 1:3 | motion [1] - 3:15 |
| 3838 [2] - 1:23, 7:20 | | discovery [3] - 3:16, 5:7, 5:9 | HOURIGAN [4] - 1:23, 7:6, 7:19, 7:20 | MR [15] - 3:8, 3:12, 3:19, 3:20, 3:23, 4:1, 4:6, 4:10, 4:13, 4:16, 5:2, 5:6, 5:21, 6:1, 6:2 |
| **4** | **C** | dispute [1] - 4:4 | | |
| 4311 [1] - 1:24 | calendar [1] - 5:16 | dispute-resolution [1] - 4:4 | **I** | **N** |
| | California [3] - 2:7, 2:15, 7:8 | DISTRICT [3] - 1:1, 1:2, 1:3 | INC [1] - 1:8 | NATION [1] - 1:8 |
| **5** | CALIFORNIA [5] - 1:2, 1:15, 1:24, 3:1, 7:4 | District [2] - 7:7, 7:8 | issued [1] - 3:17 | Nation [1] - 3:6 |
| 505 [1] - 2:15 | Case [1] - 1:7 | DIVISION [1] - 1:2 | | new [1] - 4:3 |
| | CCRR [1] - 1:23 | | **J** | New [1] - 4:4 |
| **7** | Central [1] - 7:8 | **E** | joint [1] - 5:16 | nice [1] - 5:25 |
| 753 [1] - 7:9 | CENTRAL [2] - 1:2 | edit [1] - 4:2 | JOVAIS [1] - 2:14 | NO [2] - 1:23, 7:20 |
| | CERTIFICATE [1] - 7:1 | EMANUEL [1] - 2:4 | Jovais [1] - 3:13 | nothing [1] - 4:16 |
| **8** | certify [1] - 7:8 | ENTERTAINMENT [1] - 1:8 | JUDGE [1] - 1:3 | NW [1] - 2:9 |
| 865 [1] - 2:6 | change [2] - 4:8, 5:23 | Entertainment [1] - 3:6 | judicial [1] - 7:13 | **O** |
| 894-2849 [1] - 1:25 | changed [1] - 5:13 | entitled [1] - 7:12 | July [4] - 4:6, 4:8, 4:10, 5:24 | O'Mara [2] - 3:12, 3:23 |
| 8:30 [2] - 1:14, 3:2 | changing [1] - 4:7 | Era [1] - 4:4 | June [4] - 1:14, 4:4, 5:23, 7:16 | O'MARA [5] - 2:13, 3:12, 3:20, 3:23, 6:2 |
| | Code [1] - 7:9 | et [1] - 1:5 | JUNE [1] - 3:1 | obviously [1] - 5:12 |
| **9** | concluded [1] - 6:3 | except [1] - 5:23 | | occurred [1] - 4:6 |
| 9 [2] - 1:14, 3:1 | confer [1] - 5:8 | EXISTS [1] - 1:13 | **K** | OF [6] - 1:2, 1:12, 2:1, 7:1, 7:3, 7:4 |
| 90012 [1] - 1:24 | conference [4] - 4:25, 5:12, 5:13, 7:13 | | KELLER [1] - 2:8 | Official [1] - 7:6 |
| 90017 [1] - 2:7 | conformance [1] - 7:13 | **F** | Kevin [1] - 3:9 | OFFICIAL [2] - 1:23, 7:1 |
| 94111 [1] - 2:15 | continuation [1] - 3:15 | fall [1] - 5:14 | KEVIN [1] - 2:5 | one [1] - 3:17 |
| 9:01 [1] - 6:3 | correct [1] - 7:10 | FEDERAL [1] - 1:23 | kind [1] - 4:18 | oOo [1] - 3:3 |
| 9th [1] - 7:16 | COUNSEL [1] - 2:1 | Federal [2] - 7:6, 7:20 | | |
| | COUNTY [1] - 7:3 | Figueroa [1] - 2:6 | | |
| **A** | | final [1] - 5:23 | | |
| a.m [1] - 6:3 | | | | |
| A.M [2] - 1:14, 3:2 | | | | |
| above-entitled [1] - | | | | |

**UNITED STATES DISTRICT COURT**

| **P** | **rolls** [1] - 5:9<br>**ROOM** [1] - 1:24<br>**RPR** [1] - 7:20 | 7:12<br>**TRANSCRIPT** [1] - 1:12<br>**true** [1] - 7:10 |
|---|---|---|
| **page** [1] - 7:12<br>**Pak** [1] - 3:9<br>**PAK** [12] - 2:8, 3:8, 3:19, 4:1, 4:6, 4:10, 4:13, 4:16, 5:2, 5:6, 5:21, 6:1<br>**paragraph** [2] - 4:2, 5:23<br>**parties** [1] - 5:18<br>**perhaps** [1] - 5:8<br>**phone** [1] - 3:9<br>**PLAINTIFF** [1] - 2:3<br>**plaintiff** [3] - 3:7, 3:25, 5:21<br>**plaintiffs** [1] - 5:6<br>**Plaintiffs** [1] - 1:6<br>**plaintiffs'** [2] - 3:15<br>**PLAINTIFFS'** [1] - 1:13<br>**point** [2] - 4:24, 5:11<br>**prepared** [1] - 5:7<br>**presume** [2] - 3:17, 4:19<br>**problem** [2] - 4:14, 5:20<br>**proceedings** [2] - 6:3, 7:11<br>**process** [2] - 4:20, 5:9<br>**propose** [2] - 5:7, 5:10<br>**pursuant** [1] - 7:9<br>**put** [1] - 5:15 | **S**<br>**San** [1] - 2:15<br>**Sears** [1] - 3:10<br>**SEARS** [1] - 2:5<br>**Section** [1] - 7:9<br>**September** [3] - 5:2, 5:16, 5:17<br>**serve** [1] - 5:7<br>**set** [3] - 4:18, 4:25, 5:12<br>**sides** [1] - 3:18<br>**simply** [1] - 4:18<br>**SKOT** [1] - 1:5<br>**small** [1] - 4:1<br>**soon** [1] - 5:8<br>**sort** [1] - 5:19<br>**South** [1] - 2:6<br>**starting** [1] - 4:19<br>**STATE** [1] - 7:4<br>**STATES** [1] - 1:1<br>**States** [3] - 7:7, 7:9, 7:14<br>**status** [5] - 4:19, 4:25, 5:12, 5:13, 5:16<br>**stenographically** [1] - 7:11<br>**stip** [1] - 5:19<br>**stipulation** [1] - 5:10<br>**STREET** [1] - 1:24<br>**Street** [2] - 2:6, 2:15<br>**submit** [2] - 3:24, 5:19<br>**Suite** [1] - 2:15<br>**SULLIVAN** [1] - 2:4 | **U**<br>**U.S** [1] - 1:3<br>**United** [3] - 7:7, 7:9, 7:14<br>**UNITED** [1] - 1:1<br>**up** [1] - 5:4<br>**URQUHART** [1] - 2:4<br><br>**V**<br>**VALID** [1] - 1:13<br>**Vermont** [1] - 2:9<br>**versus** [1] - 3:5<br>**vs** [1] - 1:7<br><br>**W**<br>**Washington** [1] - 2:10<br>**WATKINS** [1] - 2:13<br>**WEST** [1] - 1:24<br>**WHETHER** [1] - 1:13<br>**WILLIAM** [1] - 2:5<br>**William** [1] - 3:10<br>**WOLFSON** [1] - 2:4<br>**Wolfson** [1] - 3:9<br>**works** [1] - 5:21<br>**WU** [1] - 1:3 |
| **Q** | | |
| **QUINN** [1] - 2:4 | | |
| **R** | **T** | |
| **raise** [1] - 4:23<br>**Realtime** [1] - 7:6<br>**reference** [1] - 4:3<br>**regulations** [1] - 7:13<br>**RELATED** [1] - 1:13<br>**relatively** [1] - 5:8<br>**report** [1] - 5:16<br>**reported** [1] - 7:11<br>**REPORTER** [2] - 1:23, 7:1<br>**Reporter** [2] - 7:7, 7:20<br>**REPORTER'S** [1] - 1:12<br>**request** [1] - 4:1<br>**resolution** [1] - 4:4<br>**resolve** [1] - 4:23 | **tentative** [4] - 3:17, 3:24, 4:2, 5:22<br>**TERRI** [4] - 1:23, 7:6, 7:19, 7:20<br>**TERUYA** [1] - 2:5<br>**Teruya** [1] - 3:9<br>**THE** [15] - 2:3, 2:12, 3:5, 3:11, 3:14, 3:21, 3:25, 4:5, 4:8, 4:11, 4:14, 4:17, 5:4, 5:11, 5:22<br>**Thursday** [1] - 1:14<br>**THURSDAY** [1] - 3:1<br>**Tim** [2] - 3:12, 3:23<br>**TIMOTHY** [1] - 2:13<br>**Title** [1] - 7:9<br>**TO** [1] - 1:13<br>**transcript** [2] - 7:10, | |