# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>        Defendants. | CASE NO. 2:22-cv-00047-GW-GJ<br><br>**JOINT STATUS REPORT**<br><br>The Honorable George H. Wu |

Pursuant to the Court's direction at the June 9 hearing, Plaintiffs and Defendants hereby respectfully submit this joint status report. June 9, 2022 Hr'g Tr. at 5:12-18; June 9, 2022 Final Ruling, ECF No. 50.

***Party Document Discovery***: Plaintiffs and Defendants have reached agreement on Plaintiffs' requests for production ("RFPs"). Defendants are in the process of collecting and reviewing documents for production, and have not yet produced any documents. Plaintiffs have also served a 30(b)(6) deposition notice on Defendants.

***Third-Party Document Discovery Disputes***: Plaintiffs have also served New Era ADR, Inc. with both document and deposition subpoenas. Plaintiffs and New Era have reached agreement on some of Plaintiffs' RFPs, but have reached an impasse on several other RFPs. These include RFPs targeted at New Era's advertisements, documents New Era used to raise capital with investors, documents regarding Keller Postman (co-counsel for Plaintiffs here) and mass arbitration, and New Era's business plans. Plaintiffs and New Era anticipate proposing a briefing schedule for their disputes to the Court shortly, and have agreed that any such disputes will be heard by this Court.

***Depositions***: The parties agree that it would be most efficient to wait to schedule any depositions of New Era and Defendants until after the discovery disputes with New Era are resolved.

***Further Status Conferences***: The Court has scheduled a status conference for September 26, 2022. The parties respectfully request that the Court adjourn that status conference. Under the briefing schedule that Plaintiffs and New Era will propose for their discovery disputes, New Era's motion to quash would be heard on November 7, 2022 (or the earliest available date thereafter). The parties respectfully request that the Court reschedule the September 26, 2022 status conference for a date shortly after New Era's motion is decided by the Court, as the parties will be in a better position to provide an estimated completion date for

discovery after that motion is resolved. The parties are available December 12 and December 15, and can also be available at later dates if the Court prefers.

Dated:  September 12, 2022

Respectfully Submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  */s/ Kevin Y. Teruya*
Kevin Y. Teruya (Bar No. 235916)
Adam B. Wolfson (Bar No. 262125)

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  +1.213.443.3000
Facsimile:  +1.213.443.3100
Email:kevinteruya@quinnemanuel.com

*Attorneys for Plaintiffs*

Dated:  September 12, 2022

LATHAM & WATKINS LLP

By:  */s/ Timothy L. O'Mara*
Timothy L. O'Mara

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095
tim.o'mara@lw.com

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Status Report. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Adam Wolfson, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: September 12, 2022                      */s/ Adam Wolfson*
                                                                    Adam Wolfson