# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>          Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**JOINT STIPULATION BETWEEN PLAINTIFFS AND NONPARTY NEW ERA ADR, INC. SETTING BRIEFING SCHEDULE**<br><br>[Civil Local Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") and third-party New Era ADR, Inc. ("New Era") hereby stipulate and agree, through their undersigned counsel and pursuant to Local Rule 7-1, to the following schedule, subject to the approval of the Court. In support of this joint stipulation, the parties state as follows:

1. Plaintiffs filed their Complaint on January 4, 2022. ECF No. 1.

2. On June 9, 2022, the Court authorized Plaintiffs to serve discovery on the issue of unconscionability. ECF No. 50.

3. Plaintiffs thereafter served document requests and a deposition notice on New Era, to which New Era served responses and objections on August 1, 2022.

4. Plaintiffs and New Era have met and conferred several times regarding New Era's responses and objections but have reached impasse on several of Plaintiffs' document requests and deposition topics. New Era has informed Plaintiffs that it intends to move to quash portions of Plaintiffs' document subpoena and deposition subpoena based on those objections. New Era and Plaintiffs have agreed that any motion to be quash may be heard by this Court, though Plaintiffs reserve the right to oppose the motion on any grounds other than that venue is improper in this Court.

5. Plaintiffs and New Era have therefore agreed to the following briefing schedule on New Era's motion to quash:

    a. New Era shall file their motion to quash on or before September 26, 2022.

    b. Plaintiffs shall file any opposition on or before October 11, 2022.

    c. New Era shall file any reply on or before October 19, 2022.

    d. Any hearing on New Era's motion to quash shall be heard on November 7, 2022, or the earliest date thereafter that the Court's calendar allows.

Plaintiffs and New Era therefore agree and stipulate to the above dates.

Dated: September 26, 2022

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ Kevin Y. Teruya
Kevin Y. Teruya (Bar No. 235916)

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
fredlorig@quinnemanuel.com

*Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts*

RILEY SAFER HOLMES & CANCILA LLP

By: /s/ Joshua A. Roquemore
Joshua A. Roquemore (SBN 327121)

100 Spectrum Center Drive, Suite 440
Irvine, CA 92618
Telephone: (949) 359-5500
Facsimile: (949) 359-5501
jroquemore@rshc-law.com

Sandra L. Musumeci (*pro hac vice forthcoming*)
136 Madison Avenue, 6th Floor
New York, NY 10016
Telephone: (212) 660-1000
Facsimile: (212) 660-1001
smusumeci@rshc-law.com

*Attorneys for Nonparty New Era ADR, Inc.*

# ATTESTATION

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation Setting Briefing Schedule. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Joshua A. Roquemore, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: September 26, 2022                     /s/ Joshua A. Roquemore