1  RILEY SAFER HOLMES & CANCILA LLP
   Joshua A. Roquemore (SBN 327121)
2  jroquemore@rshc-law.com
   100 Spectrum Center Drive, Suite 440
3  Irvine, CA 92618
   Telephone: (949) 359-5500
4  Facsimile: (949) 359-5501

5  Sandra L. Musumeci (*pro hac vice* forthcoming)
   smusumeci@rshc-law.com
6  136 Madison Avenue, 6th Floor
   New York, NY  10016
7  Telephone: (212) 660-1000
   Facsimile: (212) 660-1001

8
   Sondra A. Hemeryck (*pro hac vice* forthcoming)
9  shemeryck@rshc-law.com
   70 West Madison Street
10 Suite 2900
   Chicago, IL  60602
11 Telephone: (312) 471-8700
   Facsimile: (312) 471-8701

12
   *Counsel for Nonparty New Era ADR, Inc.*
13

14            **IN THE UNITED STATES DISTRICT COURT**

15          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16

17 | SKOT HECKMAN, Luis Ponce, Jeanene | Case No.: 22-cv-00047-GW-GJS |
   | Popp, and Jacob Roberts, on behalf of | |
18 | themselves and all those similarly situated, | The Honorable George H. Wu |

19 | Plaintiffs, | |

20 | vs. | **NONPARTY NEW ERA ADR, INC.'S** |
   | | **NOTICE OF MOTION AND MOTION TO** |
   | | **QUASH PORTIONS OF PLAINTIFFS'** |
21 | LIVE NATION ENTERTAINMENT, INC. | **SUBPOENAS** |
   | and TICKETMASTER LLC, | |
22 | | Hearing Date:   November 7, 2022 |
   | Defendants. | Hearing Time:   8:30 a.m. |
23 | | Courtroom:   9D, 9th Floor |

24

25

26 / / /

27 / / /

28 / / /

- 1 -                                              Case No.: 22-cv-00047-GW-GJS

NONPARTY NEW ERA ADR, INC.'S NOTICE OF MOTION AND MOTION TO QUASH PORTIONS OF PLAINTIFFS' SUBPOENAS

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2         PLEASE TAKE NOTICE that on November 7, 2022 at 8:30 a.m., or as soon thereafter as

3    the matter may be heard before the Honorable George H. Wu, United States District Judge, in

4    Courtroom 9D of the above-captioned court, located at 350 West 1st Street, Los Angeles,

5    California 90012, Third Party Defendant New Era ADR, Inc. ("New Era") will and hereby does

6    move this Court, pursuant to Federal Rule of Civil Procedure 45(d)(3)(A)(iv) and (B)(i), for an

7    order quashing Requests for Production No. 6, 7, 8, 10, and 13 of the Subpoena Duces Tecum

8    ("Document Subpoena"), and Topics No. 6, 7, 8, and 10 of the Subpoena to Testify at a

9    Deposition ("Deposition Subpoena") issued to New Era by Plaintiffs Skot Heckman, Luis Ponce,

10   Jeanene Popp, and Jacob Roberts (collectively "Plaintiffs").

11        This motion is based on: (1) this Notice of Motion and Motion; (2) the Memorandum of

12   Points and Authorities; (3) all other papers submitted in support of the Motion; (4) the records on

13   file in this case; (5) the arguments of counsel; and (6) any other matter that the Court may

14   properly consider, or that may be presented to the Court at the hearing.

15        This motion is made following the conference of counsel pursuant to Local Civil Rule 7-3,

16   which took place on July 20, 2022, August 9, 2022, and August 31, 2022.

17

18   Dated: September 26, 2022                    Respectfully Submitted,
                                                  RILEY SAFER HOLMES & CANCILA LLP

19

20                                               By:  / S / Joshua A. Roquemore
                                                      Joshua A. Roquemore (SBN 327121)
21                                                    jroquemore@rshc-law.com
                                                      100 Spectrum Center Drive, Suite 440
22                                                    Irvine, CA 92618
                                                      Telephone: (949) 359-5500
23                                                    Facsimile: (949) 359-5501

24

25

26

27

28