RILEY SAFER HOLMES & CANCILA LLP
Joshua A. Roquemore (SBN 327121)
jroquemore@rshc-law.com
100 Spectrum Center Drive, Suite 440
Irvine, CA 92618
Telephone: (949) 359-5500
Facsimile: (949) 359-5501

Sandra L. Musumeci (*pro hac vice* forthcoming)
smusumeci@rshc-law.com
136 Madison Avenue, 6th Floor
New York, NY 10016
Telephone: (212) 660-1000
Facsimile: (212) 660-1001

Sondra A. Hemeryck (*pro hac vice* forthcoming)
shemeryck@rshc-law.com
70 West Madison Street
Suite 2900
Chicago, IL 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

*Counsel for Nonparty New Era ADR, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No.: 22-cv-00047-GW-GJS<br><br>The Honorable George H. Wu<br><br><br>**DECLARATION OF COLLIN WILLIAMS IN SUPPORT OF NONPARTY NEW ERA ADR, INC.'S MOTION TO QUASH PORTIONS OF PLAINTIFFS' SUBPOENAS**<br><br>Hearing Date: November 7, 2022<br><br>Hearing Time: 8:30 a.m.<br><br>Courtroom:   9D, 9th Floor |

1

I, COLLIN WILLIAMS, declare as follows:

1.　　I am the Chairman and Co-Founder of New Era ADR, Inc. ("New Era"). I am an attorney in good standing in the States of Colorado, Illinois, and Mississippi. I make this Declaration in support of Nonparty New Era's Motion to Quash Portions of Plaintiffs' Subpoenas, and I have personal knowledge of the facts set forth herein.

2.　　New Era is a remote ADR platform with its own set of procedural rules and a panel of qualified neutrals to hear, mediate, adjudicate, and settle a variety of disputes.

3.　　New Era was founded, in part, to allow consumers' claims to be heard and adjudicated quickly and efficiently. In fact, New Era makes it far more affordable for plaintiffs (and defendants) to actually be heard in mass arbitrations. Attached hereto as **Exhibit A** is a true and correct copy of a portion of New Era's website relating to the goal of efficiency and cost-effectiveness for consumers.

4.　　Mass consumer claims like Plaintiffs' claims are but a small fraction of the types of disputes that New Era can address. In fact, New Era handles individual disputes and Title IX proceedings as well as mass arbitrations.

5.　　New Era treats subscription information as highly sensitive and confidential in its normal course of business, and it takes precautions to protect the confidentiality of its own proprietary business information and commercially-sensitive information pertaining to its customers. While the identities of some of New Era's customers is ascertainable because, for example, those customers cite New Era as the ADR provider in their arbitration clauses, or in other occasions, because that customer has expressly consented to New Era citing the relationship in promotional pieces, New Era never discloses the subscription fee and schedule that a particular customer is required to pay.

6.      Within New Era, subscription agreement pricing information is stored on a secure cloud-based network that requires invitation provided only to staff and uses password and 2FA-based security.  New Era negotiates its subscription agreements with customers individually, on a case-by-case basis, and it would harm New Era's ability to negotiate and compete in the marketplace if subscription pricing data were available for other potential customers and/or competitors to review and analyze.

7.      All New Era employees are required to sign and abide by strict confidentiality provisions with respect to their access to commercially sensitive information.

8.      To the extent that New Era maintains planning and analytical documents that might be termed "business plans," those materials are securely maintained within New Era and not shared outside the company, pursuant to the safeguards set forth above.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 26th day of September, 2022.

_____

COLLIN WILLIAMS