# Exhibit A

Update My Contracts | Contact | Create My Account



Our ADR Platform ▾    Our Neutrals ▾    Resources ▾    About    Careers    **Request a Demo**

THIS IS ADVANCED DISPUTE RESOLUTION

# Efficient, finite resolution processes. Save money. Save time. Stay focused.

Share your story, show your best evidence, get a resolution. Spend less time mired in conflict and more time on things that matter.

Use smarter, more intuitive tools to get to resolution faster with some of the most experienced mediators and arbitrators in the industry. Stop wasting your time, money, and energy on logistics and fighting, make it simple with New Era ADR.

And do it all from home or anywhere in the world on our fully-digital platform. Get everything done in one place, without everyone being in one place.

**Get A Demo**







