# Exhibit B

| | |
|---|---|
| **From:** | Will Sears |
| **To:** | Sandra Musumeci; wdp@kellerpostman.com; albert.pak@kellerpostman.com; Adam Wolfson; Kevin Teruya |
| **Cc:** | Sondra Hemeryck |
| **Subject:** | RE: [EXTERNAL EMAIL] RE: Heckman v. Live Nation Entertainment, Inc. Subpoena to New Era ADR |
| **Date:** | Thursday, June 30, 2022 6:35:34 AM |
| **Attachments:** | image001.png |

Thanks Sandy.  We agree that New Era can have 30 days to respond to both subpoenas from yesterday, but since New Era has already had the depo subpoena for some time, we'd ask that New Era's responses to both subpoenas be substantive so we can meet and confer promptly after receiving them, if necessary, and move forward quickly with New Era's document production and scheduling the 30(b)(6) deposition.  We also request that New Era provide proposed search parameters (*i.e.*, search terms and document sources/custodians) with its responses in order to facilitate this process.

Speaking after the holiday weekend sounds good, and just let us know what times you prefer.

Best,

Will

**From:** Sandra Musumeci <SMusumeci@rshc-law.com>
**Sent:** Wednesday, June 29, 2022 9:00 PM
**To:** Will Sears <willsears@quinnemanuel.com>; wdp@kellerpostman.com; albert.pak@kellerpostman.com; Adam Wolfson <adamwolfson@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>
**Cc:** Sondra Hemeryck <Shemeryck@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] RE: Heckman v. Live Nation Entertainment, Inc. Subpoena to New Era ADR

**[EXTERNAL EMAIL from smusumeci@rshc-law.com]**

Thank you for the quick response, Will.  We also do not know how it happened that the registered agent received one subpoena and not the other, but we agree to now accept service via your email with understanding that our time to respond to both subpoenas will start tonight so that we can consider them together.  And yes, it makes sense for the deposition to follow document production, as you note.

Please allow us a little time to review the document subpoena, and I will follow up to arrange a call – perhaps right after the holiday weekend – to discuss any questions or concerns we have.

Many thanks,
Sandy


Sandra L. Musumeci
Riley Safer Holmes & Cancila LLP

Direct:  212.660.1032
smusumeci@rshc-law.com
www.rshc-law.com



**From:** Will Sears <willsears@quinnemanuel.com>
**Sent:** Wednesday, June 29, 2022 10:56 PM
**To:** Sandra Musumeci <SMusumeci@rshc-law.com>; wdp@kellerpostman.com;
albert.pak@kellerpostman.com; Adam Wolfson <adamwolfson@quinnemanuel.com>; Kevin Teruya
<kevinteruya@quinnemanuel.com>
**Cc:** Sondra Hemeryck <Shemeryck@rshc-law.com>
**Subject:** [EXTERNAL EMAIL] RE: Heckman v. Live Nation Entertainment, Inc. Subpoena to New Era
ADR

Hi Sandy –

Thanks for reaching out.  The document subpoena is attached.  This was sent out for service with the
deposition subpoena and we were informed it had been served (as per the attached proof of
service), so we are not sure what happened, but we appreciate you bringing it to our attention.
Please confirm you'll accept service via email.

We're happy to discuss when convenient.  Please let us know when works.

In terms of the deposition, we are fine rescheduling it, and would like to do so after New Era
completes its document production in response to the subpoena.  For that reason, it may make
sense to sort out the location/logistics for the deposition after you have reviewed the document
subpoena, but I'm happy to discuss that on our call too if helpful.

Best,

**Will Sears**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3282 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
willsears@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s)
named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If
the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby
notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is
strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original
message.

**From:** Sandra Musumeci <SMusumeci@rshc-law.com>
**Sent:** Wednesday, June 29, 2022 4:33 PM

**To:** wdp@kellerpostman.com; albert.pak@kellerpostman.com; Adam Wolfson <adamwolfson@quinnemanuel.com>; Kevin Teruya <kevinteruya@quinnemanuel.com>; Will Sears <willsears@quinnemanuel.com>
**Cc:** Sondra Hemeryck <Shemeryck@rshc-law.com>
**Subject:** Heckman v. Live Nation Entertainment, Inc. Subpoena to New Era ADR

**[EXTERNAL EMAIL from smusumeci@rshc-law.com]**

Good afternoon,

I represent New Era ADR, Inc. ("New Era"), in connection with the deposition subpoena that you issued to New Era on or about June 14, 2022.  I am reaching out, first, to introduce myself, and second, to inquire whether we might be missing some pages pertaining to documents.  We have only received a subpoena requesting a Rule 30(b)(6) deposition.  That subpoena includes a list of topics for such a deposition, including, in Topic 10, "All DOCUMENTS produced by YOU in this action …."  However, there is nothing requesting that we produce documents.  We also noticed that a draft Document Subpoena to New Era was filed with the court in the motion practice preceding our receipt of the subpoena, but again, we never actually received a document subpoena.  Thus, without waiving any rights that New Era has in connection with any subpoena, we are inquiring whether Plaintiffs also intended to serve New Era with a document subpoena, as no such document subpoena has been received.  If there is a document subpoena, could you please send it to me at this email address?  We would like to review all subpoenas to New Era together as we prepare to respond.

Once you have sent over the document subpoena, or confirmed that you are only serving a deposition subpoena on New Era, perhaps we can find time for a short call to discuss?  While we of course would like to review all subpoenas before responding, I am happy to preview that I expect that we will ask to reschedule the deposition to a date in August and that we will also seek to conduct the deposition in Colorado, rather than Chicago.  Given that New Era is a nonparty to this litigation, and presumably counsel will be traveling regardless, I would hope that this request could be accommodated.

Thank you for your prompt response regarding the materials that were meant to be served on New Era.

Regards,
Sandy Musumeci

Sandra L. Musumeci
Riley Safer Holmes & Cancila LLP
Direct:  212.660.1032
smusumeci@rshc-law.com
www.rshc-law.com



CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.