# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-0047-GW-GJSx | Date | September 27, 2022 |
|---|---|---|---|
| Title | *Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER

The Court refers the Joint Stipulation Between Plaintiffs and Nonparty New Era ADR, Inc. Setting Briefing Schedule [70], and Nonparty New Era ADR, Inc.'s Motion to Quash Portions of Plaintiffs' Subpoenas [71] to the Honorable Gail J. Standish, U.S. Magistrate Judge for her determination.

**cc: MJ GJS**

:

Initials of Preparer   JG