**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**ORDER ON JOINT STIPULATION BETWEEN PLAINTIFFS AND NONPARTY NEW ERA ADR, INC. SETTING BRIEFING SCHEDULE**<br><br>[Civil Local Rule 7-1]<br><br>Assigned to: Honorable Gail J. Standish |

//
//
//
//

Pending before this Court is a Joint Stipulation Setting Briefing Schedule Between Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") and nonparty New Era ADR, Inc. ("New Era"), filed on September 26, 2022. Upon consideration of Plaintiffs' and New Era's Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED. The Court orders as follows:

a. New Era shall file its motion to quash on or before September 26, 2022.

b. Plaintiffs shall file any opposition on or before October 11, 2022.

c. New Era shall file any reply on or before October 19, 2022.

d. Any hearing on New Era's motion to quash shall take place on November 7, 2022, at 3:00 p.m., before Magistrate Judge Gail J. Standish. The hearing will be held via ZOOM. All party and third-party counsel planning to attend the ZOOM hearing must provide their contact information (individual e-mail addresses and phone numbers) to Judge Standish's Courtroom Deputy Clerk (CRD) no later than two weeks before the hearing. Counsel shall also inform the CRD who will be arguing at the hearing.

**IT IS SO ORDERED.**

Dated: September 27, 2022

Hon. Gail J. Standish
United States Magistrate Judge