QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

KELLER POSTMAN LLC
  Warren D. Postman (Bar No. 330869)
  wdp@kellerpostman.com
  Albert Y. Pak (admitted *pro hac vice*)
  albert.pak@kellerpostman.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | CASE NO. 2:22-cv-00047-GW-GJS<br><br>**PLAINTIFFS' APPLICATION TO FILE THEIR OPPOSITION TO NEW ERA ADR, INC.'S MOTION TO QUASH PORTIONS OF PLAINTIFFS' SUBPOENAS UNDER SEAL**<br><br>The Honorable Gail J. Standish<br><br>Hearing Date:  November 7, 2022<br>Hearing Time:  3:00 pm |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 79-5, Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (collectively, "Plaintiffs"), on behalf of themselves and all those similarly situated, hereby submit this Application for Leave to File Documents Under Seal (the "Application"). This Application pertains to the following items:

- Plaintiffs' Opposition to New Era ADR, Inc.'s Motion to Quash Portions of Plaintiffs' Subpoena; and
- Exhibit B to the Declaration of William R. Sears in support of Plaintiffs' Opposition.

As set forth in the Declaration of William R. Sears accompanying this Application, the materials described above contain and/or reflect information or materials that Defendants Live Nation Entertainment, Inc. and Ticketmaster LLC have designated "CONFIDENTIAL" pursuant to the governing Protective Order. (ECF No. 62.) For the foregoing reasons, Plaintiffs have filed this Application.

Dated: October 11, 2022

Respectfully Submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Kevin Y. Teruya*
Kevin Y. Teruya (Bar No. 057645)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100


KELLER POSTMAN LLC

By: */s/ Warren D. Postman*
Warren D. Postman (Bar No. 330869)
wdp@kellerpostman.com
Albert Y. Pak (admitted *pro hac vice*)
albert.pak@kellerpostman.com
1100 Vermont Avenue, N.W.
12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

*Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts*

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Opposition to New Era's Motion to Quash. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, William R. Sears, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: October 11, 2022   　　　　　*/s/ William R. Sears*
　　　　　　　　　　　　　　　　　　William R. Sears