UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | CASE NO. 2:22-cv-00047-GW-GJS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE THEIR OPPOSITION TO NEW ERA ADR, INC.'S MOTION TO QUASH PORTIONS OF PLAINTIFFS' SUBPOENAS UNDER SEAL**<br><br>The Honorable Gail J. Standish<br><br>Hearing Date: November 7, 2022<br>Hearing Time: 3:00 pm |

The Court has considered Plaintiffs' Application for Leave to File Their Opposition to New Era ADR, Inc.'s Motion to Quash Portions of Plaintiffs' Subpoenas Under Seal ("Opposition") pursuant to Local Rule 79-5. Having considered all papers filed in support of that Application, the Court **GRANTS** the Application, and, good cause appearing, hereby **ORDERS** that the following materials shall be filed under seal.

| Document | Sealing Status |
|---|---|
| Plaintiffs' Opposition | Redactions to pages 4-5 |
| Exhibit B to Plaintiffs' Opposition | Sealed |

1  **IT IS SO ORDERED.**

3  DATED: _____   By: _____
4                                Hon. Gail J. Standish
5                                United States Magistrate Judge