QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

KELLER POSTMAN LLC
  Warren D. Postman (Bar No. 330869)
  wdp@kellerpostman.com
  Albert Y. Pak (admitted *pro hac vice*)
  albert.pak@kellerpostman.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | CASE NO. 2:22-cv-00047-GW-GJS<br><br>**DECLARATION OF WILLIAM R. SEARS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NEW ERA ADR, INC.'S MOTION TO QUASH PORTIONS OF PLAINTIFFS' SUBPOENAS**<br><br>The Honorable Gail J. Standish<br><br>Hearing Date: November 7, 2022<br>Hearing Time:  3:00 pm |

I, William R. Sears, declare as follows:

1.  I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (collectively, "Plaintiffs"). I am an attorney in good standing in the State of California. I am making this Declaration in support of Plaintiffs' Opposition to New Era ADR, Inc.'s Motion to Quash Portions of Plaintiffs' Subpoenas. I have personal knowledge of the facts set forth below; if called upon to do so, I can and will competently testify thereto.

2.  Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the May 19, 2022 hearing held in this matter.

3.  Attached hereto as **Exhibit B** is a copy of a Subscription Agreement between New Era ADR, Inc. and Live Nation Entertainment Inc., and was produced by Defendants Live Nation Entertainment, Inc. and Ticketmaster LLC in discovery as a document bearing bates number TM00000032. Plaintiffs have separately sought leave to file this exhibit under seal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 11, 2022

                                          */s/ William R. Sears*
                                          William R. Sears