**DENIED**
BY ORDER OF
Gail J. Standish
UNITED STATES MAGISTRATE JUDGE
ON: **10/12/2022**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | CASE NO. 2:22-cv-00047-GW-GJS<br><br>**ORDER DENYING PLAINTIFFS' APPLICATION TO FILE THEIR OPPOSITION TO NEW ERA ADR, INC.'S MOTION TO QUASH PORTIONS OF PLAINTIFFS' SUBPOENAS UNDER SEAL**<br><br>The Honorable Gail J. Standish<br><br>Hearing Date: November 7, 2022<br>Hearing Time: 3:00 pm |

The Court has considered Plaintiffs' Application for Leave to File Their Opposition to New Era ADR, Inc.'s Motion to Quash Portions of Plaintiffs' Subpoenas Under Seal ("Opposition") pursuant to Local Rule 79-5. Having considered all papers filed in support of that Application, the Court **DENIES** the Application without Prejudice.

| Document | Sealing Status |
|---|---|
| Plaintiffs' Opposition | Redactions to pages 4-5 |
| Exhibit B to Plaintiffs' Opposition | Sealed |

**IT IS SO ORDERED.**

DATED: October 12, 2022

By: _/s/ Gail J. Standish_
Hon. Gail J. Standish
United States Magistrate Judge