Joshua A. Roquemore (SBN 327121)
RILEY SAFER HOLMES & CANCILA LLP
100 Spectrum Center Drive, Suite 440
Irvine, CA 92618

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendant(s). | CASE NUMBER<br><br>CV 22-0047-GW-GJSx<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Musumeci, Sandra L.
*Applicant's Name (Last Name, First Name & Middle Initial)*
212-660-1000     212-660-1001
*Telephone Number*    *Fax Number*
smusumeci@rshc-law.com
*E-Mail Address*

of Riley Safer Holmes & Cancila LLP
136 Madison Avenue, 6th Floor
New York, NY 10016
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

New Era ADR, Inc.

*Name(s) of Party(ies) Represent*  ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: NonParty

and designating as Local Counsel

Roquemore, Joshua A.
*Designee's Name (Last Name, First Name & Middle Initial)*
SBN 327121     949-359-5500     949-359-5501
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
jroquemore@rshc-law.com
*E-Mail Address*

of Riley Safer Holmes & Cancila LLP
100 Spectrum Center Drive, Suite 440
Irvine, CA 92618
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: October 14, 2022

*/s/ George H. Wu*
HON. GEORGE H. WU, U.S. District Judge