# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO KEEP SEALED CERTAIN MATERIAL FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NEW ERA ADR, INC.'S MOTION TO QUASH PORTIONS OF PLAINTIFFS' SUBPOENAS**<br><br>The Honorable Gail J. Standish |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
DEFS.' SEALING APPLICATION
CASE NO. 2:22-CV-00047-GW-GJS

The Court has considered Defendants' Application for Leave to Keep Sealed Certain Material Filed in Support of Plaintiffs' Opposition to New Era ADR, Inc.'s Motion to Quash Portions of Plaintiffs' Subpoenas and the Tobias Declaration filed in support thereof. Having considered all papers filed in support of the Application, and, good cause appearing, the Court hereby **ORDERS** that the following material shall remain under seal:

| Document | Sealing Status |
|---|---|
| Exhibit B to the Declaration of William R. Sears in Support of Plaintiffs' Opposition to New Era ADR, Inc.'s Motion to Quash Portions of Plaintiffs' Subpoenas (ECF No. 78-2) | Redactions to pages 16 & 17 |

**IT IS SO ORDERED.**

Dated: _____     By:_____
                                                                      Hon. Gail J. Standish
                                                                      United States Magistrate Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
DEFS.' SEALING APPLICATION
CASE NO. 2:22-CV-00047-GW-GJS