LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
    dan.wall@lw.com
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
    kirsten.ferguson@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>        Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**PROOF OF SERVICE** |

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **October 17, 2022**, I served the following documents described as:

- DECLARATION OF KIMBERLY TOBIAS IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE TO KEEP SEALED CERTAIN MATERIAL FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NEW ERA ADR, INC.'S MOTION TO QUASH PORTIONS OF PLAINTIFFS' SUBPOENAS ("TOBIAS DECLARATION")

- EXHIBIT B TO THE DECLARATION OF WILLIAM R. SEARS

by serving true copies of the above-described documents in the following manner:

**BY ELECTRONIC MAIL**

The above-described documents were transmitted via electronic mail to the following parties on **October 17, 2022**:

QUINN EMMANUEL URQUHART & SULLIVAN, LLP (Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts):

- Frederick A. Lorig (fredericklorig@quinnemanuel.com)
- Kevin Y. Teruya (kevinteruya@quinnemanuel.com)
- Adam B. Wolfson (adamwolfson@quinnemanuel.com)
- William R. Sears (willsears@quinnemanuel.com)

KELLER POSTMAN LLC (Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts):

- Warren D. Postman (wdp@kellerpostman.com)
- Albert Y. Pak (albert.pak@kellerpostman.com)

RILEY SAFER HOLMES & CANCILA LLP (Attorney for Third-Party New ERA ADR, Inc.):

- Joshua A. Roquemore (jroquemore@rshc-law.com)
- Sandra L. Musumeci (SMusumeci@rshc-law.com)

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction service was made, and declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 17, 2022** at Mill Valley, California.

_Robin L. Gushman_

Robin L. Gushman