1  RILEY SAFER HOLMES & CANCILA LLP
   Sandra L. Musumeci, Admitted *Pro Hac Vice*
2  smusumeci@rshc-law.com
   Joshua A. Roquemore (SBN 327121)
3  jroquemore@rshc-law.com
   100 Spectrum Center Drive, Suite 440
4  Irvine, CA 92618
   Telephone: (949) 359-5500
5  Facsimile: (949) 359-5501

6  *Counsel for Nonparty New Era ADR, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No.: 22-cv-00047-GW-GJS<br><br>The Honorable Gail J. Standish<br><br>**DECLARATION OF SANDRA L. MUSUMECI IN SUPPORT OF NONPARTY NEW ERA ADR, INC.'S REPLY IN SUPPORT OF ITS MOTION TO QUASH PORTIONS OF PLAINTIFFS' SUBPOENAS**<br><br>Hearing Date:  November 7, 2022<br>Hearing Time:  3:00 p.m.<br>Courtroom:     640, 6th Floor |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -    Case No.: 22-cv-00047-GW-GJS

I, SANDRA L. MUSUMECI, declare as follows:

1. I am a partner with the law firm of Riley Safer Holmes & Cancila LLP, attorneys for nonparty New Era ADR, Inc. ("New Era"). I am an attorney in good standing in the States of New York and New Jersey, and I have been admitted *pro hac vice* before this Court for purposes of this action. I make this Declaration in support of Nonparty New Era's Reply in Support of Its Motion to Quash Portions of Plaintiffs' Subpoenas, and I have personal knowledge of the facts set forth herein.

2. On October 18, 2022, New Era produced documents in response to the subject document subpoena served by Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (collectively "Plaintiffs"). New Era produced 465 responsive documents, comprising 1,771 pages. In addition, New Era expects to make a small supplemental production with additional communications and attachments within the week.

3. New Era has also agreed to furnish a Rule 30(b)(6) witness for deposition as to certain topics not the subject of the instant motion.

4. In their opposition to the instant motion, Plaintiffs referenced statements made by New Era in U.S. Trademark Application No. 88688582, Unpublished (filing date Nov. 12, 2019), found at https://bit.ly/3j2wQ21.

5. Significantly, New Era did not pursue U.S. Trademark Application No. 88688582, and on September 30, 2020, the U.S. Patent and Trademark Office ("PTO") issued a Notice of Abandonment. *See* U.S. Trademark Application No. 88688582, Unpublished (filing date Nov. 12, 2019) (New Era ADR, Inc., Applicant) (Official USPTO Notice of Abandonment), https://uspto.report/TM/88688582/NOA20200930205101/.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of October, 2022.

        *s/Sandra L. Musumeci*
        SANDRA L. MUSUMECI

- 2 -   Case No.: 22-cv-00047-GW-GJS

DECLARATION OF SANDRA L. MUSUMECI IN SUPPORT OF NONPARTY NEW ERA ADR, INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO QUASH PORTIONS OF PLAINTIFFS' SUBPOENAS