

**Sandra L. Musumeci**
T: 212.660.1032
F: 212.660.1001
smusumeci@rshc-law.com

November 7, 2022

*__Via ECF__*

Honorable Gail J. Standish
Roybal Federal Building and US Courthouse
255 E. Temple Street
Courtroom 640, 6th Floor
Los Angeles, CA 90012

> Re:    **Heckman, *et al*. v. Live Nation Entertainment, Inc., *et al*.**
> **Case No.: 2:22-cv-00047-GW-GJS**

Dear Judge Standish:

I represent nonparty New Era ADR, Inc. ("New Era") in the above-referenced case, where oral argument on New Era's motion to quash is scheduled to take place before the Court via Zoom this afternoon at 3:00 p.m. PT.

With apologies for the late notice, I respectfully ask if this Court would postpone the argument to the earliest available date convenient for the Court and the parties. I am designated and prepared to argue the motion on behalf of the nonparty movant this afternoon, but unfortunately, I lost my voice on Friday and have been trying to nurse it back to health all weekend. I can now speak but my voice is hoarse and inconsistent – not ideal for oral argument. Therefore, on behalf of New Era, I respectfully request that argument be rescheduled for ***Monday, November 14, at 3p.m. PT***, when all of the parties can be available provided that is a workable time for the Court. (Judge Wu has set a status conference with the parties for one week after the oral argument, so that date may need to be adjusted as well if the Court grants this request.)

I have conferred with counsel for Plaintiffs and Defendants, and they do not object to this request.

> Respectfully submitted,

> Sandra L. Musumeci

SLM/mrv

4845-4075-6298, v. 1

136 Madison Avenue, 6th Floor, New York, NY 10016
Office: 212.660.1000 • Fax: 212.660.1001 • rshc-law.com