UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-0047-GW-GJSx | Date | November 14, 2022 |
|---|---|---|---|
| Title | *Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER**

    Plaintiffs brought this putative class action against Defendants Live Nation Entertainment, Inc. and Ticketmaster LLC (collectively, "Defendants") alleging various anticompetitive practices in violation of the Sherman Act. Defendants moved to compel arbitration. In light of the fact that Defendants designated a new dispute-resolution forum called "New Era ADR" ("New Era") in June 2021, Plaintiffs filed a motion seeking certain discovery prior to filing an opposition to Defendants' motion. Plaintiffs broadly sought document productions from Defendants related to New Era ADR, Inc., and Rule 30(b)(6) depositions. Defendants opposed Plaintiffs' proposed discovery.

    The Court granted Plaintiffs' request for discovery but indicated that their proposed discovery was too broad. *See* ECF No. 50. Subsequently, the parties filed a Joint Status Report stating that they had mostly resolved the discovery disputes as to themselves but that there were issues as to some of the material that the Plaintiffs were seeking from third-party New Era. *See* ECF No. 64. A status conference was set for November 14, 2022, to follow a hearing before the magistrate judge as to New Era's motion to quash. *See* ECF No. 67. That hearing has been continued by the magistrate judge to November 18, 2022 at the request of counsel for New Era. *See* ECF Nos. 90-92.

    In light of the above, the Court continues the November 14, 2022 status conference to December 1, 2022 at 8:30 a.m. The parties are to file a joint status report (including proposed schedule for briefing and hearing on the motion to compel arbitration) by November 28.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |