# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Hember Hidalgo | 2a. Contact Phone Number: (213) 509-9123 | 3a. Contact E-mail Address: hember.hidalgo@lw.com |
| 1b. Attorney Name (if different): Robin L. Gushman | 2b. Attorney Phone Number: (415) 391-0600 | 3b. Attorney E-mail Address: robin.gushman@lw.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538

**5. Name & Role of Party Represented:** Live Nation Entertainment, Inc. and Ticketmaster LLC, Defendants

**6. Case Name:** Skot Heckman et al v. Live Nation Entertainment, Inc. et al

**7a. District Court Case Number:** 2:22-cv-00047-GW-GJS

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:

[X] DIGITALLY RECORDED       [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: CourtSmart

**9. THIS TRANSCRIPT ORDER IS FOR:**  [ ] Appeal   [X] Non-Appeal    [ ] Criminal  [X] Civil    [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/2022 | 98 | Standish | Motion to Quash Portions of Plaintiffs' Subpoenas | (●) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | HOURLY (2 hrs) |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 11/21/2022       Signature: /s/ Robin L. Gushman

G-120 (06/18)