# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Maria Vecchione | 2a. Contact Phone Number: 212.660.1031 | 3a. Contact E-mail Address: mvecchione@rshc-law.com |
| 1b. Attorney Name (if different): Sandra Musumeci | 2b. Attorney Phone Number: 212.660.1032 | 3b. Attorney E-mail Address: smusumeci@rshc-law.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Riley Safer Holmes & Cancila LLP
136 Madison Avenue, 6th Floor
New York, New York 10016

**5. Name & Role of Party Represented:** Third-Party Defendant, New Era ADR, Inc.

**6. Case Name:** Skot Heckman et al v. Live Nation Entertainment, Inc. et al

**7a. District Court Case Number:** 2:22-cv-00047-GW-GJS

**7b. Appeals Court Case Number:**

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
[X] DIGITALLY RECORDED    [ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: CourtSmart

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal    [ ] Criminal  [X] Civil    [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| Hearing Date | Minute Order Docket# | Judge (name) | Proceeding Type / Portion | Format | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|
| 11/18/2022 | 98 | Standish | Motion to Quash Portions of Plaintiffs' Subpoena | PDF (email) | (checked - none yet on file) | HOURLY (2 hrs) |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 11/22/2022    Signature: /s/ Sandra Musumeci

G-120 (06/18)