UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>                Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**JOINT STATUS REPORT**<br><br>The Honorable George H. Wu<br><br>Conference Date: December 1, 2022<br>Conference Time: 8:30 a.m.<br>Courtroom: 9D, 9th Floor |

Pursuant to the Court's November 14, 2022 Order, Plaintiffs and Defendants hereby respectfully submit this joint status report in advance of the December 1, 2022 status conference. *See* ECF No. 95.

**Party Document Discovery:** Defendants produced documents in response to Plaintiffs' requests for production ("RFPs") on September 30, 2022.

**Third-Party Document Discovery Disputes:** Non-party New Era ADR, Inc. ("New Era") produced documents in response to certain RFPs in Plaintiffs' document subpoena on October 18, October 25, November 2, and November 18 2022. New Era filed a motion to quash certain other RFPs in Plaintiffs' document subpoena (ECF No. 71), and Magistrate Judge Standish heard that motion on November 18, 2022. Judge Standish entered an Order granting in part and denying in part New Era's motion on November 21, 2022. (ECF No. 98.) Judge Standish has also required Plaintiffs and New Era to submit a proposed order based on their review of the hearing transcript. Plaintiffs and New Era are meeting and conferring on November 29 regarding the proposed order, and anticipate submitting one shortly after that. Plaintiffs may also seek review of certain portions of the order. Plaintiffs can provide additional details, if necessary, at the December 1 status conference, at which point they will have met and conferred with New Era.

There is also a potential dispute regarding Plaintiffs' concerns with documents New Era has already produced. Plaintiffs believe those documents lack necessary metadata, among other potential issues. The parties are conferring about whether Defendants will conduct any additional searches for materials related to those concerns, including whether Defendants will produce copies of documents that Latham & Watkins received from New Era.

**Depositions:** Plaintiffs served a 30(b)(6) deposition notice on Defendants and a deposition subpoena on New Era. The parties agree that it would be most efficient to wait to take any depositions until after all document productions are complete, but are discussing possible scheduling for January 2023, in anticipation that document

productions will be complete by then.  The parties anticipate that any depositions will take place no later than February 15, 2023 assuming the remaining document production issues are wrapped up expeditiously.

***Proposed Schedule for Briefing and Hearing on Motion to Compel Arbitration:***  The parties propose the following tentative schedule for the remaining briefing and hearing on Defendants' motion to compel arbitration.

- **Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration**:  due on March 17, 2023, or no later than 30 days from the date the last pre-arbitration discovery deposition is taken, whichever date is later.
- **Reply in Support of Defendants' Motion to Compel Arbitration:** due on April 14, 2023, or no later than 28 days after Plaintiffs' opposition is filed, whichever date is later.
- **Hearing on Defendants' Motion to Compel Arbitration:**  May 1, 2023, or the first Monday or Thursday at least two weeks after Defendants' reply is filed, whichever date is later.

| | | |
|---|---|---|
| 1 | Dated: November 28, 2022 | Respectfully Submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | |
| 4 | | |
| 5 | | By: */s/ Kevin Y. Teruya*<br>Kevin Y. Teruya (Bar No. 235916) |
| 6 | | 865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543 |
| 7 | | Telephone: +1.213.443.3000<br>Facsimile: +1.213.443.3100 |
| 8 | | Email:kevinteruya@quinnemanuel.com |
| 9 | | *Attorneys for Plaintiffs* |
| 10 | | |
| 11 | Dated: November 28, 2022 | LATHAM & WATKINS LLP |
| 12 | | |
| 13 | | By: */s/ Timothy L. O'Mara*<br>Timothy L. O'Mara |
| 14 | | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538 |
| 15 | | Telephone: +1.415.391.0600<br>Facsimile: +1.415.395.8095 |
| 16 | | tim.o'mara@lw.com |
| 17 | | *Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.* |
| 18 | | |

# **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Status Report. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Will Sears, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: November 28, 2022                              */s/ Will Sears*
                                                                      Will Sears