UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 22-0047-GW-GJSx | Date | December 1, 2022 |
| Title | *Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

    Kevin Y. Teruya
    William R. Sears

Attorneys Present for Defendants:

    Sadik Huseny
    Robin L. Gushman
    Joshua A. Roquemore
    Sandra L. Musumeci

**PROCEEDINGS:**   **TELEPHONIC CONFERENCE**

Court and counsel confer re discovery. Due to the unavailability of Judge Standish, any discovery motions will be held before this Court.

Depositions are to be held by January 27, 2023.

The Court continues the status conference to December 22, 2022 at 8:30 a.m. The parties are to file a joint submission re discovery by noon on December 14, 2022.

                                                                                                :    11

                                          Initials of Preparer    JG