UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - CENTRAL DIVISION

HONORABLE GEORGE H. WU, U.S. DISTRICT JUDGE

SKOT HECKMAN, et al,

        Plaintiffs,

  vs.                     Case No. CV 22-047-GW

LIVE NATION ENTERTAINMENT, INC., et al,

        Defendants.
_____/

REPORTER'S TRANSCRIPT OF
STATUS CONFERENCE
Thursday, December 1, 2022
8:30 A.M.
LOS ANGELES, CALIFORNIA

TERRI A. HOURIGAN, CSR NO. 3838, CCRR
FEDERAL OFFICIAL COURT REPORTER
350 WEST FIRST STREET, ROOM 4311
LOS ANGELES, CALIFORNIA  90012
(213) 894-2849

**APPEARANCES OF COUNSEL:**

**FOR THE PLAINTIFF:**

    QUINN EMANUEL URQUHART and SULLIVAN LLP
    BY:  KEVIN Y. TERUYA
         WILLIAM R. SEARS
         Attorneys at Law
    865 South Figueroa Street, 10th Floor
    Los Angeles, California  90017

**FOR THE DEFENDANT:**

    LATHAM and WATKINS LLP
    BY:  ROBIN LORRAINE GUSHMAN
         SADIK HARRY HUSENY
         Attorneys at Law
    505 Montgomery Street, Suite 2000
    San Francisco, California  94111

**FOR THE DEFENDANT:   (THIRD PARTY NEW ERA ADR, INC.)**

    RILEY SAFER HOLMES and CANCILA LLP
    BY:  SANDRA L. MUSUMECI
         JOSHUA LOREN ROQUEMORE
         Attorney at Law
    100 Spectrum Center Drive, Suite 440
    Irvine, California  92618

```
 1           LOS ANGELES, CALIFORNIA; THURSDAY, DECEMBER 1, 2022
 2                              8:30 a.m.
 3                              --oOo--
 4
 5
 6           THE COURT:  All right.  Let me call the matter of
 7   Heckman versus Live Nation.
 8              On the phone we have, for the plaintiff?
 9              (Multiple voices speaking.)
10           THE COURT:  Yes.
11           MR. TERUYA:  Good morning, Your Honor.  Kevin Teruya
12   from Quinn Emanuel.
13           MR. SEARS:  Also, Will Sears for Quinn Emanuel.
14           THE COURT:  All right.  And for the defense?
15           MR. HUSENY:  Good morning, Your Honor.  Sadik Huseny
16   of Latham & Watkins for defendants, Live Nation Entertainment
17   and Ticketmaster.  And with me is Robin Gushman, also of Latham
18   & Watkins.
19           THE COURT:  Okay.  Somebody else?
20           MS. MUSUMECI:  Yes, Your Honor, good morning.  This
21   is Sandra Musumeci of Riley Safer Holmes and Cancila on behalf
22   of non-party New Era ADR.  I am joined by my colleague, Joshua
23   Roquemore.
24           THE COURT:  All right.  Anyone else?
25              I saw the joint status report.  I have a couple
```

```
 1  of questions.
 2              There was some indication that there was going to
 3  be a proposed order in regards to the third party document
 4  discovery.
 5              Was there any issue in that regard or was that
 6  executed now?
 7              MR. SEARS:  Your Honor, this is Will Sears, Quinn
 8  Emanuel for the plaintiffs.
 9              We have met and conferred now with New Era about
10  the proposed order, and our view is that the Magistrate Judge's
11  order is sufficiently detailed in most respects that we don't
12  need to submit one.
13              There is one issue that we don't agree with New
14  Era on and we're going to seek review of the Magistrate Judge's
15  order on that point.
16              We anticipate filing our brief next week.  We
17  have discussed a briefing schedule with New Era, but since that
18  is the only issue in dispute, we don't see a need for a
19  proposed order.
20              THE COURT:  Let me ask counsel for New Era, any
21  disagreement with that?
22              MS. MUSUMECI:  No, Your Honor.  We disagree that
23  Magistrate Judge Standish's ruling was in any way unclear or
24  incorrect with respect to -- the issue, I believe was that the
25  plaintiff wished to seek reconsideration concerning a time
```

1  limitation that Judge Standish put on certain discovery
2  requests.
3           And so we believe that that was decided
4  correctly, so we will be opposing the motion to alter that
5  ruling, but, we did agree with plaintiffs as to a briefing
6  schedule.
7           And I believe that we will be submitting a
8  stipulation to the Court with respect to that schedule.
9           THE COURT:  All right.  Let me ask, have you
10 contacted Judge Standish's clerk to make sure that she has time
11 for your motions?
12          MR. SEARS:  Your Honor, this is Will Sears of Quinn
13 Emanuel for plaintiffs again.
14          Our understanding is that Judge Standish may be
15 unavailable for the next few weeks.
16          THE COURT:  Yes.
17          MR. SEARS:  We had asked her about this at the
18 hearing and she said she might speak to your chambers.
19          THE COURT:  Well, this is what I want, if she's
20 unavailable, I will hear your motions directly, because I want
21 this thing to get done sooner, rather than later.
22          If she is unavailable in the next couple of weeks
23 then just file the stuff with me, okay?
24          MR. SEARS:  Will do, Your Honor.
25          THE COURT:  All right.  Then the next question is

1  there was a potential dispute about the documents that New Era
2  has already produced.
3           Is there a problem at this point or is it hunky
4  dory?
5           MR. SEARS:  Your Honor, Will Sears, Quinn Emanuel
6  again.
7           There is a problem.  It's not hunky dory, but
8  it's not something we anticipate raising with the Court in the
9  near future.
10          Just to provide a little more context so that the
11 Court understands, the issue is, as we see it, is that New Era
12 uses a document system called DocSend.
13          When documents are edited or overwritten in
14 DocSend, the older version is not always saved, so we have some
15 concerns that some of the documents that were produced were not
16 the exact ones that were used in the ordinary course of
17 business.
18          For example, there may have been documents sent
19 by New Era to the defendants or their counsel, Latham, that
20 were then overwritten, so what was then produced to us, may not
21 be the exact version that was actually transmitted
22 contemporaneously.
23          However, after spending a great deal of time
24 trying to run this to ground with both New Era and the
25 defendants, it is our understanding is that there is very

little, if anything, we can do about it at this point.

So we do not plan to seek relief, but we will reserve over rights to make any arguments that we feel we need to in the context of the arbitration motion about documents not being preserved.

THE COURT: All right. Let me ask New Era, not that you necessarily agree, but do you object to the characterizations?

MS. MUSUMECI: Yes, Your Honor. This is Sandra Musumeci on behalf of New Era, I do.

Mr. Sears is correct that we did disclose that certain documents, which had been hyper-linked in e-mail correspondence that we produced were stored on this web-based dynamic system called DocSend, and because it stores documents dynamically, there is overwriting, and there is not traditional metadata, as there would be if documents were stored on, you know, an internal database, for example.

However, New Era has gone well above and beyond by going back searching through whatever audit trails are available through DocSend.

We have been able to identify multiple versions of various documents, and we have produced those multiple versions to plaintiffs with the dates of those edits.

And so, for example, while we cannot say for certain that a hyper-linked document sent to an e-mail, for

example, on May 1st, 2021, was -- we can't say specifically exactly which version of that document that was.

We have provided plaintiffs with the version that was updated on, for example, April 1st, 2021, and then May 10th, 2021, and June 10th, 2021, so that, No. 1, they can link what is the most likely version of the documents that the hyper-link went to; and No. 2, that they can compare any changes that were made.

So we do not have any reason to believe that any versions are no longer available. We believe we have produced all of the versions and that it is entirely ascertainable which version went with which e-mail communication.

THE COURT: All right. I think I understand the position of both sides.

Let me ask, the third matter was an issue in regards to 30(b)(6) depositions. Has that matter been resolved?

MR. SEARS: Your Honor, will Sears, Quinn Emanuel again.

Both New Era and defendants have agree to put forward 30(b)(6) witnesses, and both New Era and defendants have also agreed with us that it makes the most sense to hold those depositions after the remaining document production issues are resolved.

So the plan, I believe, is for us and New Era to

1  brief our objection to the Magistrate's ruling, finish up
2  document productions as quickly as possible, and then hold the
3  depositions early in the new year, sometime in January or
4  February.
5         THE COURT:  All right.  Well, let me just indicate
6  to you guys, I want those depositions to be done no later than
7  January the 27th.
8         And as I have indicated, if there are any issues
9  -- discovery issues and the Magistrate Judge is unavailable,
10 then set them in front of me, and I will resolve them.
11        What I want is if there is any of those types of
12 motions, I want a copy of the transcript of the proceedings in
13 front of the Magistrate Judge also included.
14        I want the motion papers to be jointly filed; in
15 other words, you know, each side will put their positions, but
16 it will be in one document, and obviously, copies of -- a
17 complete set of copies of the discovery that is covered by the
18 motions would be attached also, but only the portions that are
19 actually in dispute need to be referenced in the briefing.
20        Do both sides understand what I want?
21        MR. SEARS:  Your Honor, for plaintiffs, yes, we do.
22        May I just ask, since you mentioned the deadline
23 for depositions, we had talked about a briefing schedule with
24 more traditional briefing back and forth with New Era.
25        We understand that is not what the Court wants

1  and we will do what the Court directs.
2          Is there a date certain by which you want the
3  stipulation filed?  We will try to do it sooner rather than
4  later, we are just trying to plan ahead.
5          THE COURT:  When you said "stipulation," what are
6  you referring to?
7          MR. SEARS:  Oh, a joint submission.
8          THE COURT:  Yeah, it's a joint submission, but it is
9  not a stipulation.  It would be a jointly-filed paper.
10         In other words, I would presume you could give me
11 something of that sort, you know, within the next couple of
12 weeks.
13         As I indicated, if Magistrate Judge Standish is
14 not available, let's say -- I mean, the papers, I presume,
15 would already be started to be drafted, but if she's
16 unavailable, then I want those papers to be filed with me, by
17 let's say, the 14th of December, and I will put the matter on
18 for hearing for the 22nd of December.
19         MR. SEARS:  That's great for us, Your Honor.  Thank
20 you.
21         THE COURT:  Okay.  Let me ask, is there anything
22 else I need to talk to you about at this point?
23         MR. SEARS:  Nothing from plaintiffs, Your Honor.
24         THE COURT:  Anything from either defendant or third
25 party?

```
 1                  (Multiple voices speaking.)
 2          THE COURT:  So as to Live Nation and Ticketmaster,
 3  nothing else?
 4          MR. HUSENY:  Nothing else, Your Honor.
 5          THE COURT:  As to New Era, nothing else?
 6          MS. MUSUMECI:  That is correct.
 7          THE COURT:  All right.  Everybody, have a nice day.
 8  Thank you.
 9
10           (The proceedings concluded at 9:22 a.m.)
11                             * * *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES   )
                                              )
STATE OF CALIFORNIA      )

      I, TERRI A. HOURIGAN, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date: 1st day of December, 2022.


                                          /s/ TERRI A. HOURIGAN
                             _____
                          TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
                                 Federal Court Reporter

## /

**/s** [1] - 12:19

## 1

**1** [3] - 1:14, 3:1, 8:5
**100** [1] - 2:17
**10th** [3] - 2:6, 8:5
**14th** [1] - 10:17
**1st** [3] - 8:1, 8:4, 12:16

## 2

**2** [1] - 8:7
**2000** [1] - 2:11
**2021** [4] - 8:1, 8:4, 8:5
**2022** [3] - 1:14, 3:1, 12:16
**213** [1] - 1:25
**22-047-GW** [1] - 1:7
**22nd** [1] - 10:18
**27th** [1] - 9:7
**28** [1] - 12:9

## 3

**30(b)(6** [2] - 8:16, 8:21
**350** [1] - 1:24
**3838** [2] - 1:23, 12:20

## 4

**4311** [1] - 1:24
**440** [1] - 2:17

## 5

**505** [1] - 2:11

## 7

**753** [1] - 12:9

## 8

**865** [1] - 2:6
**894-2849** [1] - 1:25
**8:30** [2] - 1:14, 3:2

## 9

**90012** [1] - 1:24
**90017** [1] - 2:6
**92618** [1] - 2:17
**94111** [1] - 2:12
**9:22** [1] - 11:10

## A

**a.m** [2] - 3:2, 11:10
**A.M** [1] - 1:14
**able** [1] - 7:21
**above-entitled** [1] - 12:12
**ADR** [2] - 2:14, 3:22
**agree** [4] - 4:13, 5:5, 7:7, 8:20
**agreed** [1] - 8:22
**ahead** [1] - 10:4
**al** [2] - 1:5, 1:8
**alter** [1] - 5:4
**Angeles** [1] - 2:6
**ANGELES** [4] - 1:15, 1:24, 3:1, 12:3
**anticipate** [2] - 4:16, 6:8
**APPEARANCES** [1] - 2:1
**April** [1] - 8:4
**arbitration** [1] - 7:4
**arguments** [1] - 7:3
**ascertainable** [1] - 8:11
**attached** [1] - 9:18
**Attorney** [1] - 2:16
**Attorneys** [2] - 2:5, 2:11
**audit** [1] - 7:19
**available** [3] - 7:20, 8:10, 10:14

## B

**based** [1] - 7:13
**behalf** [2] - 3:21, 7:10
**beyond** [1] - 7:18
**brief** [2] - 4:16, 9:1
**briefing** [5] - 4:17, 5:5, 9:19, 9:23, 9:24
**business** [1] - 6:17
**BY** [3] - 2:4, 2:10, 2:15

## C

**CALIFORNIA** [5] - 1:2, 1:15, 1:24, 3:1, 12:4
**California** [4] - 2:6, 2:12, 2:17, 12:8
**Cancila** [1] - 3:21
**CANCILA** [1] - 2:15
**cannot** [1] - 7:24
**Case** [1] - 1:7
**CCRR** [1] - 1:23
**Center** [1] - 2:17
**Central** [1] - 12:8
**CENTRAL** [2] - 1:2
**certain** [4] - 5:1, 7:12, 7:25, 10:2
**CERTIFICATE** [1] - 12:1
**certify** [1] - 12:8
**chambers** [1] - 5:18
**changes** [1] - 8:8
**characterizations** [1] - 7:8
**clerk** [1] - 5:10
**Code** [1] - 12:9
**colleague** [1] - 3:22
**communication** [1] - 8:12
**compare** [1] - 8:7
**complete** [1] - 9:17
**concerning** [1] - 4:25
**concerns** [1] - 6:15
**concluded** [1] - 11:10
**conference** [1] - 12:13
**CONFERENCE** [1] - 1:13
**conferred** [1] - 4:9
**conformance** [1] - 12:13
**contacted** [1] - 5:10
**contemporaneously** [1] - 6:22
**context** [2] - 6:10, 7:4
**copies** [2] - 9:16, 9:17
**copy** [1] - 9:12
**correct** [3] - 7:11, 11:6, 12:10
**correctly** [1] - 5:4
**correspondence** [1] - 7:13
**counsel** [2] - 4:20, 6:19
**COUNSEL** [1] - 2:1
**COUNTY** [1] - 12:3
**couple** [3] - 3:25, 5:22, 10:11
**course** [1] - 6:16
**Court** [8] - 5:8, 6:8, 6:11, 9:25, 10:1, 12:7, 12:20
**COURT** [22] - 1:1, 1:23, 3:6, 3:10, 3:14, 3:19, 3:24, 4:20, 5:9, 5:16, 5:19, 5:25, 7:6, 8:13, 9:5, 10:5, 10:8, 10:21, 10:24, 11:2, 11:5, 11:7
**covered** [1] - 9:17
**CRR** [1] - 12:20
**CSR** [2] - 1:23, 12:20
**CV** [1] - 1:7

## D

**database** [1] - 7:17
**date** [1] - 10:2
**Date** [1] - 12:16
**dates** [1] - 7:23
**deadline** [1] - 9:22
**deal** [1] - 6:23
**DECEMBER** [1] - 3:1
**December** [4] - 1:14, 10:17, 10:18, 12:16
**decided** [1] - 5:3
**defendant** [1] - 10:24
**DEFENDANT** [2] - 2:8, 2:14
**defendants** [5] - 3:16, 6:19, 6:25, 8:20, 8:21
**Defendants** [1] - 1:9
**defense** [1] - 3:14
**depositions** [5] - 8:16, 8:23, 9:3, 9:6, 9:23
**detailed** [1] - 4:11
**directly** [1] - 5:20
**directs** [1] - 10:1
**disagree** [1] - 4:22
**disagreement** [1] - 4:21
**disclose** [1] - 7:11
**discovery** [4] - 4:4, 5:1, 9:9, 9:17
**discussed** [1] - 4:17
**dispute** [3] - 4:18, 6:1, 9:19
**District** [2] - 12:7, 12:8
**DISTRICT** [3] - 1:1, 1:2, 1:3
**DIVISION** [1] - 1:2
**DocSend** [4] - 6:12, 6:14, 7:14, 7:20
**document** [7] - 4:3, 6:12, 7:25, 8:2, 8:23, 9:2, 9:16
**documents** [10] - 6:1, 6:13, 6:15, 6:18, 7:4, 7:12, 7:14, 7:16, 7:22, 8:6
**done** [2] - 5:21, 9:6
**dory** [2] - 6:4, 6:7
**drafted** [1] - 10:15
**Drive** [1] - 2:17
**dynamic** [1] - 7:14
**dynamically** [1] - 7:15

## E

**e-mail** [3] - 7:12, 7:25, 8:12
**early** [1] - 9:3
**edited** [1] - 6:13
**edits** [1] - 7:23
**either** [1] - 10:24
**Emanuel** [6] - 3:12, 3:13, 4:8, 5:13, 6:5, 8:18
**EMANUEL** [1] - 2:4
**Entertainment** [1] - 3:16
**ENTERTAINMENT** [1] - 1:8
**entirely** [1] - 8:11
**entitled** [1] - 12:12
**ERA** [1] - 2:14
**Era** [17] - 3:22, 4:9, 4:14, 4:17, 4:20, 6:1, 6:11, 6:19, 6:24, 7:6, 7:10, 7:18, 8:20, 8:21, 8:25, 9:24, 11:5
**et** [2] - 1:5, 1:8
**exact** [2] - 6:16, 6:21
**exactly** [1] - 8:2
**example** [5] - 6:18, 7:17, 7:24, 8:1, 8:4
**executed** [1] - 4:6

## F

**February** [1] - 9:4
**Federal** [2] - 12:6, 12:20
**FEDERAL** [1] - 1:23
**few** [1] - 5:15
**Figueroa** [1] - 2:6
**file** [1] - 5:23
**filed** [4] - 9:14, 10:3, 10:9, 10:16
**filing** [1] - 4:16
**finish** [1] - 9:1
**FIRST** [1] - 1:24
**Floor** [1] - 2:6
**FOR** [3] - 2:3, 2:8, 2:14
**foregoing** [1] - 12:10
**format** [1] - 12:12
**forth** [1] - 9:24
**forward** [1] - 8:21
**Francisco** [1] - 2:12
**front** [2] - 9:10, 9:13
**future** [1] - 6:9

**G**

GEORGE [1] - 1:3
great [2] - 6:23, 10:19
ground [1] - 6:24
Gushman [1] - 3:17
GUSHMAN [1] - 2:10
guys [1] - 9:6

**H**

HARRY [1] - 2:10
hear [1] - 5:20
hearing [2] - 5:18, 10:18
HECKMAN [1] - 1:5
Heckman [1] - 3:7
held [1] - 12:11
hereby [1] - 12:8
hold [2] - 8:22, 9:2
Holmes [1] - 3:21
HOLMES [1] - 2:15
Honor [14] - 3:11, 3:15, 3:20, 4:7, 4:22, 5:12, 5:24, 6:5, 7:9, 8:18, 9:21, 10:19, 10:23, 11:4
HONORABLE [1] - 1:3
HOURIGAN [4] - 1:23, 12:6, 12:19, 12:20
hunky [2] - 6:3, 6:7
Huseny [1] - 3:15
HUSENY [3] - 2:10, 3:15, 11:4
hyper [3] - 7:12, 7:25, 8:7
hyper-link [1] - 8:7
hyper-linked [2] - 7:12, 7:25

**I**

identify [1] - 7:21
INC [2] - 1:8, 2:14
included [1] - 9:13
incorrect [1] - 4:24
indicate [1] - 9:5
indicated [2] - 9:8, 10:13
indication [1] - 4:2
internal [1] - 7:17
Irvine [1] - 2:17
issue [6] - 4:5, 4:13, 4:18, 4:24, 6:11, 8:15
issues [3] - 8:24, 9:8, 9:9

**J**

January [2] - 9:3, 9:7
joined [1] - 3:22
joint [3] - 3:25, 10:7, 10:8
jointly [2] - 9:14, 10:9
jointly-filed [1] - 10:9
Joshua [1] - 3:22
JOSHUA [1] - 2:16
JUDGE [1] - 1:3
Judge [7] - 4:23, 5:1, 5:10, 5:14, 9:9, 9:13, 10:13
Judge's [2] - 4:10, 4:14
judicial [1] - 12:13
June [1] - 8:5

**K**

KEVIN [1] - 2:4
Kevin [1] - 3:11

**L**

LATHAM [1] - 2:9
Latham [3] - 3:16, 3:17, 6:19
Law [3] - 2:5, 2:11, 2:16
likely [1] - 8:6
limitation [1] - 5:1
link [2] - 8:6, 8:7
linked [2] - 7:12, 7:25
LIVE [1] - 1:8
Live [3] - 3:7, 3:16, 11:2
LLP [3] - 2:4, 2:9, 2:15
LOREN [1] - 2:16
LORRAINE [1] - 2:10
LOS [4] - 1:15, 1:24, 3:1, 12:3
Los [1] - 2:6

**M**

Magistrate [6] - 4:10, 4:14, 4:23, 9:9, 9:13, 10:13
Magistrate's [1] - 9:1
mail [3] - 7:12, 7:25, 8:12
matter [5] - 3:6, 8:15, 8:16, 10:17, 12:12
mean [1] - 10:14
mentioned [1] - 9:22
met [1] - 4:9
metadata [1] - 7:16
might [1] - 5:18
Montgomery [1] - 2:11
morning [3] - 3:11, 3:15, 3:20
most [3] - 4:11, 8:6, 8:22
motion [3] - 5:4, 7:4, 9:14
motions [4] - 5:11, 5:20, 9:12, 9:18
MR [14] - 3:11, 3:13, 3:15, 4:7, 5:12, 5:17, 5:24, 6:5, 8:18, 9:21, 10:7, 10:19, 10:23, 11:4
MS [4] - 3:20, 4:22, 7:9, 11:6
multiple [2] - 7:21, 7:22
Multiple [2] - 3:9, 11:1
MUSUMECI [5] - 2:15, 3:20, 4:22, 7:9, 11:6
Musumeci [2] - 3:21, 7:10

**N**

NATION [1] - 1:8
Nation [3] - 3:7, 3:16, 11:2
near [1] - 6:9
necessarily [1] - 7:7
need [5] - 4:12, 4:18, 7:3, 9:19, 10:22
NEW [1] - 2:14
new [1] - 9:3
New [17] - 3:22, 4:9, 4:13, 4:17, 4:20, 6:1, 6:11, 6:19, 6:24, 7:6, 7:10, 7:18, 8:20, 8:21, 8:25, 9:24, 11:5
next [5] - 4:16, 5:15, 5:22, 5:25, 10:11
nice [1] - 11:7
NO [2] - 1:23, 12:20
non [1] - 3:22
non-party [1] - 3:22
nothing [4] - 10:23, 11:3, 11:4, 11:5

**O**

object [1] - 7:7
objection [1] - 9:1
obviously [1] - 9:16
OF [6] - 1:2, 1:13, 2:1, 12:1, 12:3, 12:4
Official [1] - 12:6
OFFICIAL [2] - 1:23, 12:1
older [1] - 6:14
one [3] - 4:12, 4:13, 9:16
ones [1] - 6:16
oOo [1] - 3:3
opposing [1] - 5:4
order [5] - 4:3, 4:10, 4:11, 4:15, 4:19
ordinary [1] - 6:16
overwriting [1] - 7:15
overwritten [2] - 6:13, 6:20

**P**

page [1] - 12:12
paper [1] - 10:9
papers [3] - 9:14, 10:14, 10:16
party [3] - 3:22, 4:3, 10:25
PARTY [1] - 2:14
phone [1] - 3:8
PLAINTIFF [1] - 2:3
plaintiff [2] - 3:8, 4:25
Plaintiffs [1] - 1:6
plaintiffs [7] - 4:8, 5:5, 5:13, 7:23, 8:3, 9:21, 10:23
plan [3] - 7:2, 8:25, 10:4
point [4] - 4:15, 6:3, 7:1, 10:22
portions [1] - 9:18
position [1] - 8:14
positions [1] - 9:15
possible [1] - 9:2
potential [1] - 6:1
preserved [1] - 7:5
presume [2] - 10:10, 10:14
problem [2] - 6:3, 6:7
proceedings [3] - 9:12, 11:10, 12:11
produced [6] - 6:2, 6:15, 6:20, 7:13, 7:22, 8:10
production [1] - 8:23
productions [1] - 9:2
proposed [3] - 4:3, 4:10, 4:19
provide [1] - 6:10
provided [1] - 8:3
pursuant [1] - 12:9
put [4] - 5:1, 8:20, 9:15, 10:17

**Q**

questions [1] - 4:1
quickly [1] - 9:2
Quinn [6] - 3:12, 3:13, 4:7, 5:12, 6:5, 8:18
QUINN [1] - 2:4

**R**

raising [1] - 6:8
rather [2] - 5:21, 10:3
Realtime [1] - 12:6
reason [1] - 8:9
reconsideration [1] - 4:25
referenced [1] - 9:19
referring [1] - 10:6
regard [1] - 4:5
regards [2] - 4:3, 8:16
regulations [1] - 12:13
relief [1] - 7:2
remaining [1] - 8:23
report [1] - 3:25
reported [1] - 12:11
Reporter [2] - 12:7, 12:20
REPORTER [2] - 1:23, 12:1
REPORTER'S [1] - 1:13
requests [1] - 5:2
reserve [1] - 7:3
resolve [1] - 9:10
resolved [2] - 8:17, 8:24
respect [2] - 4:24, 5:8
respects [1] - 4:11
review [1] - 4:14
rights [1] - 7:3
Riley [1] - 3:21
RILEY [1] - 2:15
Robin [1] - 3:17
ROBIN [1] - 2:10
ROOM [1] - 1:24
Roquemore [1] - 3:23
ROQUEMORE [1] - 2:16
RPR [1] - 12:20
ruling [3] - 4:23, 5:5, 9:1

run [1] - 6:24

### S

Sadik [1] - 3:15
SADIK [1] - 2:10
Safer [1] - 3:21
SAFER [1] - 2:15
San [1] - 2:12
Sandra [2] - 3:21, 7:9
SANDRA [1] - 2:15
saved [1] - 6:14
saw [1] - 3:25
schedule [4] - 4:17, 5:6, 5:8, 9:23
searching [1] - 7:19
SEARS [12] - 2:5, 3:13, 4:7, 5:12, 5:17, 5:24, 6:5, 8:18, 9:21, 10:7, 10:19, 10:23
Sears [6] - 3:13, 4:7, 5:12, 6:5, 7:11, 8:18
Section [1] - 12:9
see [2] - 4:18, 6:11
seek [3] - 4:14, 4:25, 7:2
sense [1] - 8:22
sent [2] - 6:18, 7:25
set [2] - 9:10, 9:17
side [1] - 9:15
sides [2] - 8:14, 9:20
SKOT [1] - 1:5
sometime [1] - 9:3
sooner [2] - 5:21, 10:3
sort [1] - 10:11
South [1] - 2:6
speaking [2] - 3:9, 11:1
specifically [1] - 8:1
Spectrum [1] - 2:17
spending [1] - 6:23
Standish [3] - 5:1, 5:14, 10:13
Standish's [2] - 4:23, 5:10
started [1] - 10:15
STATE [1] - 12:4
STATES [1] - 1:1
States [3] - 12:7, 12:9, 12:14
status [1] - 3:25
STATUS [1] - 1:13
stenographically [1] - 12:11
stipulation [4] - 5:8, 10:3, 10:5, 10:9
stored [2] - 7:13, 7:16
stores [1] - 7:14

STREET [1] - 1:24
Street [2] - 2:6, 2:11
stuff [1] - 5:23
submission [2] - 10:7, 10:8
submit [1] - 4:12
submitting [1] - 5:7
sufficiently [1] - 4:11
Suite [2] - 2:11, 2:17
SULLIVAN [1] - 2:4
system [2] - 6:12, 7:14

### T

TERRI [4] - 1:23, 12:6, 12:19, 12:20
Teruya [1] - 3:11
TERUYA [2] - 2:4, 3:11
THE [23] - 2:3, 2:8, 2:14, 3:6, 3:10, 3:14, 3:19, 3:24, 4:20, 5:9, 5:16, 5:19, 5:25, 7:6, 8:13, 9:5, 10:5, 10:8, 10:21, 10:24, 11:2, 11:5, 11:7
third [3] - 4:3, 8:15, 10:24
THIRD [1] - 2:14
Thursday [1] - 1:14
THURSDAY [1] - 3:1
Ticketmaster [2] - 3:17, 11:2
Title [1] - 12:9
traditional [2] - 7:15, 9:24
trails [1] - 7:19
TRANSCRIPT [1] - 1:13
transcript [3] - 9:12, 12:10, 12:12
transmitted [1] - 6:21
true [1] - 12:10
try [1] - 10:3
trying [2] - 6:24, 10:4
types [1] - 9:11

### U

U.S [1] - 1:3
unavailable [5] - 5:15, 5:20, 5:22, 9:9, 10:16
unclear [1] - 4:23
United [3] - 12:7, 12:9, 12:14
UNITED [1] - 1:1
up [1] - 9:1

updated [1] - 8:4
URQUHART [1] - 2:4
uses [1] - 6:12

### V

various [1] - 7:22
version [6] - 6:14, 6:21, 8:2, 8:3, 8:6, 8:12
versions [4] - 7:21, 7:23, 8:10, 8:11
versus [1] - 3:7
view [1] - 4:10
voices [2] - 3:9, 11:1
vs [1] - 1:7

### W

wants [1] - 9:25
Watkins [2] - 3:16, 3:18
WATKINS [1] - 2:9
web [1] - 7:13
web-based [1] - 7:13
week [1] - 4:16
weeks [3] - 5:15, 5:22, 10:12
WEST [1] - 1:24
WILLIAM [1] - 2:5
wished [1] - 4:25
witnesses [1] - 8:21
words [2] - 9:15, 10:10
WU [1] - 1:3

### Y

year [1] - 9:3