QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
    kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
    adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
    willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

KELLER POSTMAN LLC
  Warren D. Postman (Bar No. 330869)
    wdp@kellerpostman.com
  Albert Y. Pak (admitted *pro hac vice*)
    albert.pak@kellerpostman.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | CASE NO. 2:22-cv-00047-GW-GJS<br><br>**APPLICATION TO FILE PLAINTIFFS' AND NEW ERA ADR, INC.S JOINT SUBMISSION REGARDING THE MAGISTRATE JUDGE'S NOVEMBER 21, 2022 DISCOVERY ORDER UNDER SEAL**<br><br>The Honorable George H. Wu<br><br>Hearing Date:  December 22, 2022<br>Hearing Time:  3:00 pm |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 79-5, Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (collectively, "Plaintiffs"), on behalf of themselves and all those similarly situated, hereby submit this Application for Leave to File Documents Under Seal (the "Application"). This Application pertains to the following items:

- Portions of Plaintiffs' and New Era ADR, Inc.'s Joint Submission Regarding the Magistrate Judge's November 21, 2022 Discovery Order
- Exhibit M to the Declaration of William R. Sears regarding Plaintiffs' and New Era's Joint Submission.

As set forth in the Declaration of William R. Sears accompanying this Application, the materials described above contain and/or reflect information or materials that Defendants Live Nation Entertainment, Inc. and Ticketmaster LLC, and New Era ADR, Inc., have designated "CONFIDENTIAL" pursuant to the governing Protective Order. (ECF No. 62.) For the foregoing reasons, Plaintiffs have filed this Application.

Dated: December 14, 2022

Respectfully Submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Kevin Y. Teruya*
Kevin Y. Teruya (Bar No. 057645)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN LLC

By: */s/ Warren D. Postman*
Warren D. Postman (Bar No. 330869)
wdp@kellerpostman.com
Albert Y. Pak (admitted *pro hac vice*)
albert.pak@kellerpostman.com
1100 Vermont Avenue, N.W.
12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

*Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts*

# **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing sealing application. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, William R. Sears, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: December 14, 2022                         */s/ William R. Sears*
                                                                William R. Sears