UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>    Defendants. | CASE NO. 2:22-cv-00047-GW-GJS<br><br>**[PROPOSED] ORDER GRANTING MODIFYING THE MAGISTRATE JUDGE'S NOVEMBER 21, 2022 DISCOVERY ORDER**<br><br>The Honorable George H. Wu<br><br>Hearing Date:  December 22, 2022<br>Hearing Time:  8:30 AM |

The Court has considered Plaintiffs' and New Era ADR, Inc.'s ("New Era's") Joint Submission Regarding the Magistrate Judge's November 21, 2022 Discovery Order. Having considered all papers filed in support of that Application, the Court **MODIFIES** the Magistrate Judge's November 21, 2022 Discovery Order (ECF No. 98) pursuant to Federal Rule of Civil Procedure 72 and L.R. 72-2. The Court hereby **ORDERS** that New Era may not withhold documents responsive to Plaintiffs' Requests for Production Nos. 6 & 10 on the grounds that such documents post-date the signing of the subscription agreement between New Era and Defendants Live Nation Entertainment, Inc. and Ticketmaster LLC on June 21, 2021. New Era must otherwise produce documents responsive to Plaintiffs' Requests for Production Nos. 6 & 10, consistent with the Magistrate Judge's November 21, 2022 Discovery Order (ECF No. 98.)

**IT IS SO ORDERED.**

DATED: _____

By: _____
Hon. George H. Wu
United States District Judge