QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN LLC
  Warren D. Postman (Bar No. 330869)
  wdp@kellerpostman.com
  Albert Y. Pak (admitted *pro hac vice*)
  albert.pak@kellerpostman.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Live Nation Entertainment, Inc., and Ticketmaster LLC, <br><br> Defendants. | CASE NO. 2:22-cv-00047-GW-GJS <br><br> **DECLARATION OF WILLIAM R. SEARS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NEW ERA ADR, INC.'S MOTION TO QUASH PORTIONS OF PLAINTIFFS' SUBPOENAS** <br><br> The Honorable George H. Wu <br><br> Hearing Date: November 7, 2022 <br> Hearing Time: 3:00 pm |

I, William R. Sears, declare as follows:

1. I am an associate at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (collectively, "Plaintiffs"). I am an attorney in good standing in the State of California. I am making this Declaration in support of Plaintiffs' and New Era ADR, Inc.'s ("New Era's") Joint Submission regarding the Magistrate Judge's November 21, 2022 Discovery Order. I have personal knowledge of the facts set forth below; if called upon to do so, I can and will competently testify thereto.

2. After this Court authorized certain discovery on June 9, 2022 (ECF No. 50), Plaintiffs served document requests and deposition notices on both Defendants and New Era.

3. On September 30, 2022, Defendants Live Nation Entertainment, Inc. and Ticketmaster LLC (together, "Defendants") produced 33 documents in response to Plaintiffs' document requests, totaling less than 100 pages. Defendants' document production focused on communications between Defendants and New Era, rather than communications between Defendants' counsel (Latham & Watkins) and New Era.

4. Although New Era served its responses and objections to Plaintiffs' discovery requests on August 1, 2022, New Era did not produce any documents in response to Plaintiffs' requests until October 18, 2022. This was after Plaintiffs had submitted their opposition to New Era's motion to quash Plaintiffs' subpoena. (ECF No. 79).

5. New Era made several supplemental productions since then and has, to date, produced approximately 510 documents. Many of these documents were not previously produced by Defendants.

6. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' subpoena to produce documents on New Era.

7. Attached hereto as **Exhibit B** is a true and correct copy of New Era's August 1, 2022 responses and objections to Plaintiffs' subpoena.

8. Attached hereto as **Exhibit C** is a true and correct copy of the transcript of the hearing held before Magistrate Judge Standish on November 18, 2022.

9. Attached hereto as **Exhibit D** is a true and correct copy of an email dated July 15, 2021, which was produced by New Era in discovery bearing bates number NEWERA_000004.

10. Attached hereto as **Exhibit E** is a true and correct copy of a calendar appointment dated August 20, 2021, which was produced by New Era in discovery bearing bates number NEWERA_000016.

11. Attached hereto as **Exhibit F** is a true and correct copy of an email dated October 21, 2021, which was produced by New Era in discovery bearing bates number NEWERA_000078.

12. Attached hereto as **Exhibit G** is a true and correct copy of an email dated November 15, 2021, which was produced by New Era in discovery bearing bates number NEWERA_000106.

13. Attached hereto as **Exhibit H** is a true and correct copy of an email dated June 29, 2021, which was produced by New Era in discovery bearing bates number NEWERA_000241.

14. Attached hereto as **Exhibit I** is a true and correct copy of an email dated June 24, 2021, which was produced by New Era in discovery bearing bates number NEWERA_000618.

15. Attached hereto as **Exhibit J** is a true and correct copy of an email dated June 29, 2021, which was produced by New Era in discovery bearing bates number NEWERA_000244.

16. Attached hereto as **Exhibit K** is a true and correct copy of a PowerPoint presentation produced by New Era in discovery bearing bates number NEWERA_001963.

17. Attached hereto as **Exhibit L** is a copy of the subscription agreement between Defendants and New Era, which was produced by Defendants in discovery bearing bates number TM00000032. The document was previously filed as ECF No. 84-2, and the redactions in the document were approved by the Court on October 19, 2022. (ECF No. 87.)

18. Attached hereto as **Exhibit M** is a true and correct copy of an invoice dated June 16, 2022, which was produced by New Era in discovery bearing bates number NEWERA_001093.

19. Attached hereto as **Exhibit N** is a true and correct copy of an email dated May 14, 2021, which was produced by New Era in discovery bearing bates number NEWERA_000168.

20. Attached hereto as **Exhibit O** is a true and correct copy of a version of New Era's Rules and Procedures, which was produced by New Era in discovery bearing bates number NEWERA_001106.

21. Attached hereto as **Exhibit P** is a true and correct copy of a redline prepared by comparing New Era's August 2021 Rules and Procedures with New Era's current (last updated in March 2022) Rules and Procedures.

22. Attached hereto as **Exhibit Q** is a true and correct copy of New Era's current Rules and Procedures (last updated in March 2022).

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on December 14, 2022

                                            */s/ William R. Sears*
                                              William R. Sears