| | |
|---|---|
| **Message** | |
| **From:** | Rich Lee [rich@neweraadr.com] |
| on behalf of | Rich Lee <rich@neweraadr.com> [rich@neweraadr.com] |
| **Sent:** | 7/15/2021 11:30:42 PM |
| **To:** | Kimberly Tobias [kimberlytobias@livenation.com] |
| **CC:** | Collin Williams [collin@neweraadr.com]; Shane Mulrooney [shane@neweraadr.com]; Michelle Tyler [michelle@neweraadr.com] |
| **Subject:** | Re: New Era ADR Intro |

Hi Kim,

Thanks again for taking time out of your day to meet with us. All of us thoroughly enjoyed meeting you, and we're thrilled and thankful that you believe in our vision of bringing efficiency and pragmatism to dispute resolution.

Know that each of us is personally available to you and your team. Please don't ever hesitate to reach out anytime, and don't be shy about hitting that Reply All button to make sure anything you send reaches all four of us and gets prompt attention. Let your assistant and paralegal know that this goes for them too. Along those lines, if they or any of your other colleagues would like to speak with us, we're always happy to schedule more intro calls.

Thank you for trusting us with your dispute resolution needs, we're so excited to work with you!

-Rich

---
Rich Lee
CEO & Co-Founder | **New Era** ADR
(773) 692-4471
LinkedIn | neweraadr.com
rich@neweraadr.com

Check us out in Bloomberg and Reuters


On Mon, Jul 12, 2021 at 3:14 PM Shane Mulrooney <shane@neweraadr.com> wrote:
> Hi Kim, no problem at all! Wednesday at 3:30 PM PT / 5:30 PM CT works great for us. I'll shoot over an invite here shortly, and feel free to invite any other colleagues who you would like to join as well.
>
> Looking forward to meeting you too.
>
> Best,
> Shane
>
>
> --
> Shane Mulrooney (he/his)
> Head of Growth and Customer Experience - **New Era ADR**
> shane@neweraadr.com | 423-497-0195
> LinkedIn | Calendar Schedule



Read about us in **Bloomberg** and **Reuters**



On Mon, Jul 12, 2021 at 1:05 PM Kimberly Tobias <kimberlytobias@livenation.com> wrote:

Hi Shane,

Apologies for my delayed response. Very glad to meet you via email, and I'd love to set up a time to talk. I have family in town the early part of this week, but how are your schedules on Wednesday and Thursday this week? I could do:

Wed any time after 2:00 PT

Thurs between 11-1 PT or 2-3 PT.


Looking forward to meeting you all!




**From:** Shane Mulrooney <shane@neweraadr.com>
**Sent:** Monday, July 5, 2021 8:19 AM
**To:** Kimberly Tobias <kimberlytobias@livenation.com>
**Cc:** Collin Williams <collin@neweraadr.com>; Rich Lee <rich@neweraadr.com>; Michelle Tyler <michelle@neweraadr.com>
**Subject:** New Era ADR Intro



[EXTERNAL]

Hi Kim,



I hope all is well and that you had a great holiday weekend. I wanted to reach out to introduce myself and the rest of the founding team of New Era ADR, copied on this email. I know you and Michelle have already exchanged emails, and so please also meet Collin and Rich as well.

First, we are obviously very excited to have Live Nation on board as a customer and we look forward to working with you!

If you're up for it, we would like to schedule an intro call to (1) personally introduce ourselves to you and (2) go over some administrative items that we could use your guidance on related to notice, your team, etc.

Are you free later this week or the next week for a quick call?  If you give us a day or two that works best for you then we can make ourselves available.  In the meantime, I can throw out this Thursday, 7/8 any time after 2 PM PT as an initial suggestion.

Looking forward to connecting!

Best,

Shane


--

Shane Mulrooney (he/his)

Head of Growth and Customer Experience - **New Era ADR**

shane@neweraadr.com | 423-497-0195

LinkedIn | Calendar Schedule



Read about us in Bloomberg and Reuters

.

Confidential

NEWERA_000007