Appointment

| | |
|---|---|
| **From:** | rich@neweraadr.com [rich@neweraadr.com] |
| **Sent:** | 8/20/2021 5:59:58 PM |
| **To:** | collin@neweraadr.com; shane@neweraadr.com; aamir.virani@lw.com; elizabeth.deeley@lw.com |
| **Subject:** | Invitation: Latham (Beth/Aamir) <> New Era (Rich/Collin/Shane) @ Mon Aug 23, 2021 1:30pm - 2:15pm (CDT) (collin@neweraadr.com) |
| **Attachments:** | invite.ics |
| **Location:** | � |
| **Start:** | 8/23/2021 1:30:00 PM |
| **End:** | 8/23/2021 2:15:00 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |

```
-::~::~::~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~::~:~::-
Do not edit this section of the description.

This event has a video call.
Join: https://meet.google.com/jzi-nbpb-jwn
(US) +1 401-375-9261 PIN: 539703845#
View more phone numbers: https://tel.meet/jzi-nbpb-jwn?pin=8238707866585&hs=7

View your event at
https://calendar.google.com/calendar/event?action=VIEW&eid=bDhkZ2YzbThxdTBtamp0NDZoOWM5OXRmZGMgY29sbGluQG
5ld2VyYWFkci5jb20&tok=MTgjcmljaEBuZXdlcmFhZHIuY29tODIxMTRhODRkNTgzY2EzYjYzODA2MzU4Mzg2Mzk1NmNmNzlhNWY1ZA&
ctz=America%2FChicago&hl=en&es=1.
-::~::~::~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~:~::~:~::-
```

Confidential
NEWERA_000016