Message

| | |
|---|---|
| **From:** on behalf of | Shane Mulrooney [shane@neweraadr.com] Shane Mulrooney <shane@neweraadr.com> [shane@neweraadr.com] |
| **Sent:** | 10/21/2021 1:54:17 PM |
| **To:** | nima.mohebbi@lw.com |
| **CC:** | Rich Lee [rich@neweraadr.com]; Collin Williams [collin@neweraadr.com] |
| **Subject:** | Re: New Era Follow Up |

Great, thanks Nima, just shot over an invite. Talk then!


--
Shane Mulrooney (he/his)
Co-Founder & Head of Growth and Customer Experience - **New Era ADR**
shane@neweraadr.com | 423-497-0195
LinkedIn | Calendar Schedule



Read about us in Bloomberg and Reuters


On Thu, Oct 21, 2021 at 1:23 PM <nima.mohebbi@lw.com> wrote:

> Excellent. Will do. Next Friday works well.
>
>
> **Nima H. Mohebbi**
>
>
> **LATHAM & WATKINS** LLP
>
> 355 South Grand Avenue, Suite 100 | Los Angeles, CA 90071-1560
>
> D: +1.213.891.7482 | M: +1.304.633.3271
>
>
> **From:** Shane Mulrooney <shane@neweraadr.com>
> **Sent:** Thursday, October 21, 2021 10:19 AM
> **To:** Mohebbi, Nima (LA) <nima.mohebbi@lw.com>
> **Cc:** Rich Lee <rich@neweraadr.com>; Collin Williams <collin@neweraadr.com>
> **Subject:** New Era Follow Up

Hey Nima,

Great speaking with you again last week, and sorry for the delay in following up here.  We just wanted to make sure that we had the right materials for you to share, which I've included links to below.  Let me know if there's anything else we can send over.

Feel free to share these internally as much as you'd like as we'd be happy to chat with anyone else you think it makes sense to connect us with, particularly in the data privacy area.

Are you free next week for another follow up?  How's Friday at 11 AM PT / 1 PM CT for you?

Best,

Shane

Materials

1. Mass Arbitration Flyer
2. Expedited Arbitration Product Walkthrough
3. **Bench**
   - In General
   - DEI Goals
   - Neutral Applications
4. Rules and Procedures

--

Shane Mulrooney (he/his)

Co-Founder & Head of Growth and Customer Experience - **New Era ADR**

shane@neweraadr.com | 423-497-0195

LinkedIn | Calendar Schedule



Read about us in Bloomberg and Reuters

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

Confidential                                                                                                                                                      NEWERA_000080