Message

| | |
|---|---|
| From: | CATHY.BIRKELAND@lw.com [CATHY.BIRKELAND@lw.com] |
| Sent: | 11/15/2021 12:16:27 PM |
| To: | collin@neweraadr.com |
| Subject: | RE: Catching Up |

Hi!  Yes, how about next Wednesday at 9 am?

**From:** Collin Williams <collin@neweraadr.com>
**Sent:** Monday, November 15, 2021 12:14 PM
**To:** Birkeland, Cathy (CH) <CATHY.BIRKELAND@lw.com>
**Subject:** Catching Up

Hey Cathy!

Just checking in again.  Would love to catch up if you have some time in the coming weeks.

Best,

Collin

--
Collin Williams (he/him/his)
Founder and Chairman - New Era ADR
collin@neweraadr.com I www.neweraadr.com
LinkedIn



**Read about us in Bloomberg and Reuters and check out the origin story in Chicago Inno.**

**Book a meeting with me here.**

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.