| | |
|---|---|
| Message | |
| From: | Andrew.Prins@lw.com [Andrew.Prins@lw.com] |
| Sent: | 6/29/2021 9:19:26 PM |
| To: | shane@neweraadr.com; kirsten.ferguson@lw.com; Alicia.Jovais@lw.com |
| CC: | collin@neweraadr.com; rich@neweraadr.com |
| Subject: | RE: New Era Follow Up |

I have a couple of clients that may be interested. One small with a number of individual employment-based arbitrations each year and very low risk of mass arbs, and one very large client with a modest number of individual arbitrations but a greater risk of mass arbs. I need to do a bit of work still on my end before pursuing further with you all. Will circle back when ready.

Andrew

**From:** Shane Mulrooney <shane@neweraadr.com>
**Sent:** Tuesday, June 29, 2021 12:47 PM
**To:** Ferguson, Kirsten (Bay Area) <kirsten.ferguson@lw.com>; Prins, Andrew (DC) <Andrew.Prins@lw.com>; Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>
**Cc:** Collin Williams <collin@neweraadr.com>; Rich Lee <rich@neweraadr.com>
**Subject:** New Era Follow Up

Kirsten, Andrew, and Alicia,

I hope all is well and that you had a great weekend.

We wanted to follow up here now that the Live Nation contract is signed to see if we could continue the conversation in regards to some of the other clients you have mentioned that would be interested in the same type of contract (I believe, for example, Andrew mentioned another consumer-facing company client of his).

We are free next Tuesday (7/6) 10:30 AM - 12:30 PM PT, Wednesday (7/7) 10 AM - 2:30 PM PT, and basically all afternoon on Friday (7/9).

Let us know what works for you and I'll get it on our calendars.

Best,
Shane


--
Shane Mulrooney (he/his)
Head of Growth and Customer Experience - **New Era ADR**
shane@neweraadr.com | 423-497-0195
LinkedIn | Calendar Schedule



Read about us in **Bloomberg** and **Reuters**

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.