| | |
|---|---|
| **Message** | |
| From: | Collin Williams [collin@neweraadr.com] |
| on behalf of | Collin Williams <collin@neweraadr.com> [collin@neweraadr.com] |
| Sent: | 6/24/2021 9:03:57 AM |
| To: | CATHY.BIRKELAND@lw.com |
| Subject: | Re: Now we need to catch up... |

Kirsten Ferguson, Andrew Prins and Alicia Jovais. They are fantastic.

On Jun 24, 2021, at 5:20 AM, CATHY.BIRKELAND@lw.com wrote:

That is awesome! Who did you work with?

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Collin Williams <collin@neweraadr.com>
**Date:** Wednesday, Jun 23, 2021, 3:14 PM
**To:** Birkeland, Cathy (CH) <CATHY.BIRKELAND@lw.com>
**Subject:** Now we need to catch up...

we just did a deal with some of your team out of DC and San Fran! They were, and are, awesome!


--
Collin Williams (he/him/his)
Founder and Chairman - New Era ADR
collin@neweraadr.com | 312-890-3747
LinkedIn
<NewEraADR_logo_RGB_icon.png>

**Read about us in Bloomberg and Reuters and check out the origin story in Chicago Inno.**

**Book a meeting with me here.**

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this

electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

Confidential

NEWERA_000619