Message

| | |
|---|---|
| From: | Alicia.Jovais@lw.com [Alicia.Jovais@lw.com] |
| Sent: | 6/29/2021 1:52:44 PM |
| To: | shane@neweraadr.com; kirsten.ferguson@lw.com; Andrew.Prins@lw.com |
| CC: | collin@neweraadr.com; rich@neweraadr.com |
| Subject: | RE: New Era Follow Up |

Hi, Shane. We'll circle up and get back to you about other clients, but in the meantime, would you let us know if Live Nation's payment has cleared? We understand the wire went out either yesterday afternoon or first thing this morning. Since the services commencement date is tied to payment clearing, we just want to confirm exactly when payment has cleared.

Thanks,
Alicia

**Alicia R. Jovais**

**LATHAM & WATKINS** LLP
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8170


**From:** Shane Mulrooney <shane@neweraadr.com>
**Sent:** Tuesday, June 29, 2021 9:47 AM
**To:** Ferguson, Kirsten (Bay Area) <kirsten.ferguson@lw.com>; Prins, Andrew (DC) <Andrew.Prins@lw.com>; Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>
**Cc:** Collin Williams <collin@neweraadr.com>; Rich Lee <rich@neweraadr.com>
**Subject:** New Era Follow Up

Kirsten, Andrew, and Alicia,

I hope all is well and that you had a great weekend.

We wanted to follow up here now that the Live Nation contract is signed to see if we could continue the conversation in regards to some of the other clients you have mentioned that would be interested in the same type of contract (I believe, for example, Andrew mentioned another consumer-facing company client of his).

We are free next Tuesday (7/6) 10:30 AM - 12:30 PM PT, Wednesday (7/7) 10 AM - 2:30 PM PT, and basically all afternoon on Friday (7/9).

Let us know what works for you and I'll get it on our calendars.

Best,
Shane


--
Shane Mulrooney (he/his)
Head of Growth and Customer Experience - **New Era ADR**
shane@neweraadr.com | 423-497-0195
LinkedIn | Calendar Schedule



Read about us in **Bloomberg** and **Reuters**

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

Confidential

NEWERA_000245