



## U.S. Courts and Traditional ADR Forums Are Costly and Unpredictable

*Businesses reluctantly accept litigation in these antiquated forums as a cost of doing business*

*This drains companies of valuable time and money*

**Average Time To Resolution**

- **175 Days** — Small Claims Court Disputes
- **309 Days** — Contract Claims In Court
- **365 Days** — $500k - $1M Arbitrations
- **414+ Days** — $1M - $10M+ Arbitrations

Confidential   NEWERA_001964

# There's A Disconnect About What Clients Really Want From Litigation

"Litigators [fight over countless procedural issues] because they're just responding to existing systems and the perception that clients demand closure of every loophole.

However, if it were up to the clients, they [will choose to] forego some of the so-called 'due process' in favor of a solution that focuses on the actual business needs of the parties and a speedy timeframe in order to get back to business"

— SVP, Litigation at Fortune Global 200 Manufacturer

Confidential   NEWERA_001965



# Businesses Want Change…They Need Change

## Businesses and Corporate Legal Teams Constantly Try To Do More With Less
## From: *Norton Rose Litigation Trends Survey*

### Magnified by the Pandemic

- 31% of corporations reported **increase in disputes**
- 50% of in-house legal teams are being **pressured to reduce spend**
- 70% of corporations reported an **increase in workload**
- 33% of in-house legal teams have seen an **increase in their backlog of disputes**
- Volume of **disputes increased 65%** for companies over >$1B
- Legal department headcount is static - **forced to do more with less**
- 75% of corporations want new **preventative dispute mitigation procedures**
- **Contracts and commercial disputes** are the largest category of litigation

© New Era ADR, Inc.

## Digital ODR Platform - A True Alternative to Courts & Traditional Arbitration



New Era brings qualities to litigation that have long been desired by businesses, in-house counsel, and their attorneys. Resulting in a finite, predictable process that achieves companies' business and litigation objectives



- Predictable Processes
- Transparent Flat Fee
- Digital-Native & Purpose-Built for ADR
- Experienced Arbitrators + Mediators

NEW ERA ADR © New Era ADR, Inc.
Confidential   NEWERA_001967

# Experienced Neutrals

New Era partners with the National Academy of Distinguished Neutrals (NADN).

Bringing only **the most experienced professionals** who've done and seen it all.

For example:



### Sandy Brook

- Former Chief Judge, Indiana Court of Appeals
- Former Chief Judge, Trial Court Indiana
- 16 years as a trial judge
- NADN Member



### Larry Naves

- Former Chief District Court Judge
- Fellow, College of Commercial Arbitrators
- 13 years as a judge
- NADN Member



### Nancy Rice

- Former Chief Justice, Colorado Supreme Court
- Former Professor - University of Colorado School of Law
- 31 years as a judge
- NADN Member

 **New Era ADR Bench:** Creating the next generation of neutrals with a priority on diversity in background and experience. We invite firms to help create this bench.

Confidential                                                                                                                NEWERA_001968

## Streamlined, Predictable Procedures for a Digital World

Focus on your **best arguments** and **best evidence**.

Save client's time and money by not exhausting *every* argument and *every* piece of evidence.

### Status Quo

 Overwhelming amount of rules, minutia and procedure

 Unnecessary focus on granularity

 Motions about motions

 Inundation with documents

### New Era ADR

 Neutral-Driven Process 

 Reduced/Simplified Discovery 

 No superfluous motion practice 

 Laser focus on the story/ Be an Advocate 



© New Era ADR, Inc.
Confidential  NEWERA_001969

## Two Primary Solutions

### On-Demand Arbitrations and Mediations

- Any business can opt for New Era's streamlined arbitrations and mediations without an upfront subscription fee
- Access the same highly experienced neutrals as subscription customers



### Customized Subscription Solutions

- Every business faces unique and nuanced risks
- New Era creates highly customized pricing and protections tailored to the specific risk of each organization
- **Mass arbitrations**





### All Built On Our Digital ADR Platform

- Highly extensible to meet dispute resolution needs in even the most niche industries
- Higher ed, athletic associations, niche areas of law



© New Era ADR, Inc.
Confidential    NEWERA_001970

# New Era ADR Comparison Chart

| | FEDERAL AND STATE COURTS | JAMS | AMERICAN ARBITRATION ASSOCIATION | NEW ERA ADR |
|---|---|---|---|---|
| EXPERIENCED NEUTRALS | ✓ | ✓ | | ✓ |
| PRIVATE AND SECURE | | | ✓ | ✓ |
| EASY TO NAVIGATE, EASY TO USE | | | | ✓ |
| LEGALLY BINDING DECISION IN UNDER 100 DAYS | | | | ✓ |
| FULLY-DIGITAL, PREDICTABLE ARBITRATION PROCESS | | | | ✓ |
| FLAT FEE (INCLUDING NEUTRAL FEES); COST CERTAINTY FOR ALL PARTIES | | | | ✓ |



© New Era ADR, Inc.

Confidential　　NEWERA_001971

## New Era Adds Immense Value to Law Firms

### All at *no cost* to firms



### Deliver Better Client Service

The law is a client service industry. Clients want attorneys to be problems solvers so they can focus on their businesses and their lives. Firms who find innovative ways to de-risk their clients always come out ahead.



### Create Highly Profitable Flat Fee Models

Clients crave flat fees. **New Era = time certainty + cost certainty**. That Certainty allows firms to create **highly profitable flat fee models** that meet client asks and your firm's economic requirements.



### Refer out fewer cases

Many firms refer away smaller cases (often from existing clients) because they cannot be handled economically. But each case referred elsewhere is a lost opportunity to build + nurture your client relationship



### Moot Arguments
*(The only benefit that's for a fee)*

Test the theories and narratives of your case with one or more of the 800+ experienced neutrals available to you. Hone your arguments, target your discovery, and deliver better, more cost-effective representation



### Train young attorneys

Faster and simpler cases offer unparalleled opportunity to provide a younger and more diverse pool of attorneys strong substantive (even first-chair) experience litigating disputes from start to finish.



© New Era ADR, Inc.
Confidential                                                                                                                                     NEWERA_001972

## Law Firms & Businesses Are Already Adopting New Era

New Era launched in April 2021. Highlights from our first five months:

### AmLaw 20 Firm Diligence + Approval

- Contacted by AmLaw 20 litigation partners on behalf of their client
- Three litigation partners conducted 7 weeks of intense diligence
- Approved New Era as **ADR provider in client's global TOUs**
- Approved New Era subscription solution as critical prophylactic measure for client's **mass arbitration** risk

### Fortune 500 Multi-Year Subscription

- Primary ADR provider for Fortune 500 consumer-facing company
- Multi-year subscription tailored to reduce risk or gamesmanship in mass arbitrations

———————————————

*"I can't begin to tell you how excited our global executive team is and how grateful we are to [AmLaw 20 Firm] that we found a solution to mass arbitrations in New Era"*

— Legal Dept VP

### Wide Contract Adoption

- Adopted in 32,000,000 contracts and counting across multiple industries:
  - Retail, Real estate, Technology, Health-tech, Staffing even law firm engagement letters

### Pilot Projects

- 23 higher ed institutions (*kicking off in October 2021*)
- Large athletic governing body
- Wisconsin court

Confidential   NEWERA_001973

# News Outlets Are Talking

**Bloomberg Law**
"Lee compared dispute resolution to the surging telehealth sector as being ready to embrace new ways of doing business as a result of the pandemic"

**REUTERS** 
"New Era's tech platform proposes to make the litigation and dispute resolution process more efficient, aiming to resolve business disputes in less than 100 days"

**CHICAGOINNO**
"New Era ADR's plan is ambitious: to help companies and law firms completely rethink the way disputes are settled, allowing the process to be done entirely online"

**LawSites** — By: Robert Ambrogi 
"[A]s we come off a year in which the legal and business worlds have adapted to operating online….the timing could be just right for New Era ADR."

**Law360 Pulse** — A LexisNexis Company 
"2020 was the confluence of the logical end to our general counsel positions and the pandemic creating the right atmosphere to bring this to market."

**LAW.COM**
"COVID-19 may have permanently removed that [remote hearing] trepidation…I think it's opened a lot of eyes that we can do things in this way and it works"

Confidential    NEWERA_001974

# The Founding Team



**Collin Williams**
FOUNDER/CHAIRMAN

- General Counsel, Reverb
- Corporate Counsel, Oracle
- Greenberg Traurig, LLP
- Butler Snow, LLP
- Attorney for 18 years
- Exit: Reverb acquired by Etsy for $275M



**Rich Lee**
CO-FOUNDER & CEO

- General Counsel, Civis Analytics
- General Counsel, Livevol
- Attorney for 15 years
- Exit: Livevol acquired by CBOE Holdings



**Shane Mulrooney**
CO-FOUNDER & HEAD OF GROWTH

- General Counsel, Home Chef
- Kirkland and Ellis, LLP
- Attorney for 8 years
- Exit: HomeChef acquired by Kroger for $700M



**Michelle Tyler**
CO-FOUNDER & HEAD OF OPERATIONS

- Director, Compliance & Legal Operations, Civis Analytics
- Director of Operations, ICAP Patent Brokerage
- Kirkland and Ellis, LLP

Confidential   NEWERA_001975

## Board of Advisors



**Pete Kadens**
- Chairman, Kadens Family Foundation



**Anthony Casey**
- Deputy Dean, University of Chicago Law School



**Jae Um**
- Renowned legal industry strategist
- Founder, Six Parsecs
- Former Director, Pricing Strategy, Baker McKenzie; Seyfarth Shaw



**Lisa Young**
- General Counsel, Lending Tree, Inc.



**Leslie Vickrey**
- Founder/CEO, Clearedge Marketing



**John Higginson**
- CTO, Groupon



**David Kalt**
- Founder and Former CEO, Reverb (acq'd by Etsy) & Options xPress (acq'd by Charles Schwab)



**Alex Green**
- General Counsel, Medix



**Chris Shulman**
- Shulman ADR Law, P.A.



**Kevin Sherlock**
- General Counsel, SpotHero



**Mark Partin**
- Chief Privacy Officer, Oracle



**Dan Abel**
- CEO, Pilot Project Brewing

Confidential   NEWERA_001976

# Early Investors and Evangelists

## Venture Capital:





## Evangelists From:


















© New Era ADR, Inc.
Confidential                                      NEWERA_001977



Confidential

NEWERA_001978

## Sample Pricing: Flat Fees = Cost Certainty

All fees are inclusive of platform and neutral fees and divided between the parties:



**Virtual Mediation**

$8,000-$10,000



**Expedited Arbitration**

$8,000 - $10,000



**New Era Arbitration**

*Commercial disputes*

$35,000

*Fee may vary for other types of disputes*



**Subscription Solutions**

Customized and calibrated to each company's risk profile and budget

