# Message

| | |
|---|---|
| **From:** | Alicia.Jovais@lw.com [Alicia.Jovais@lw.com] |
| **Sent:** | 5/14/2021 5:47:27 PM |
| **To:** | collin@neweraadr.com |
| **CC:** | shane@neweraadr.com; kirsten.ferguson@lw.com; Andrew.Prins@lw.com; rich@neweraadr.com |
| **Subject:** | RE: New Era Mass Arb Subscription Agreement [DRAFT] |

Thanks, Collin. It probably makes sense to talk after you've sent us the complete arbitration rules. How about Wednesday morning PT? 10:30 am?

**Alicia R. Jovais**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8170


**From:** Collin Williams <collin@neweraadr.com>
**Sent:** Friday, May 14, 2021 12:39 PM
**To:** Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>
**Cc:** Shane Mulrooney <shane@neweraadr.com>; Ferguson, Kirsten (Bay Area) <kirsten.ferguson@lw.com>; Prins, Andrew (DC) <Andrew.Prins@lw.com>; Rich Lee <rich@neweraadr.com>
**Subject:** Re: New Era Mass Arb Subscription Agreement [DRAFT]

Hi Alicia,

We will have everything over to you by Monday afternoon, hopefully before. Everything is drafted, we're just polishing. We will make a call on Monday afternoon work as well. Do you have a preference between the proposed times?

Best,

Collin

On Fri, May 14, 2021 at 1:59 PM <Alicia.Jovais@lw.com> wrote:

> Hi Shane,
>
> Thanks again for sending over the contract and the draft visual mass arbitration rules. When do you expect to send us the complete written rules, including the mass arbitration rules?
>
> Also, are you and your team available for a follow-up discussion on Monday at 2 pm PT or 3 pm PT?
>
> Thanks,
>
> Alicia
>
> **Alicia R. Jovais**

**LATHAM & WATKINS** LLP

505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538

D: +1.415.395.8170

---

**From:** Jovais, Alicia (Bay Area)
**Sent:** Wednesday, May 12, 2021 8:34 PM
**To:** 'Shane Mulrooney' <shane@neweraadr.com>; Ferguson, Kirsten (Bay Area) <kirsten.ferguson@lw.com>; Prins, Andrew (DC) <Andrew.Prins@lw.com>; Collin Williams <collin@neweraadr.com>; Rich Lee <rich@neweraadr.com>
**Subject:** RE: New Era Mass Arb Subscription Agreement [DRAFT]

Thanks, Shane! We'll review and be in touch.

**Alicia R. Jovais**

**LATHAM & WATKINS** LLP

505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538

D: +1.415.395.8170

**From:** Shane Mulrooney <shane@neweraadr.com>
**Sent:** Wednesday, May 12, 2021 4:47 PM
**To:** Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>; Ferguson, Kirsten (Bay Area) <kirsten.ferguson@lw.com>; Prins, Andrew (DC) <Andrew.Prins@lw.com>; Collin Williams <collin@neweraadr.com>; Rich Lee <rich@neweraadr.com>
**Subject:** New Era Mass Arb Subscription Agreement [DRAFT]

Hi Alicia,

Just saw your email on the historical data -- thank you for that.

In the meantime, attached is a draft SaaS agreement that we would propose to use for the mass arbitration subscription. Note that the pricing is still absent from the SOW (per the historical data) but most of the rest of the substance is still there.

Note also that this is still very much in draft form and subject to continued review, but we wanted to get it in your hands now to keep things moving. The meat of the business deal and the mass arb procedure is in the SOW.

Speaking of procedures, we're also attaching a draft visual procedure document so you can see how we're generally thinking these mass arbs would work, should P decide to move forward with filing all claims. These are simplified on purpose and would be subject to a more general "New Era arbitration rules" framework that is in the process of being drafted now.

We will look forward to any comments/questions you have on the attached, as well as any historical data you are able to send. Do not hesitate to reach out if you need anything else from us in the meantime.

Best,

Shane

--

Shane Mulrooney

Head of Growth and Customer Experience - **New Era ADR**

shane@neweraadr.com | 423-497-0195

LinkedIn | Calendar Schedule



Confidential                                                                                                                                 NEWERA_000170

Read about us in Bloomberg and Reuters

---------- Forwarded message ---------
From: **Michelle Tyler** <michelle@neweraadr.com>
Date: Wed, May 12, 2021 at 5:00 PM
Subject: Subscription Agreement - Word Doc
To: Shane Mulrooney <shane@neweraadr.com>
Cc: Rich Lee <rich@neweraadr.com>, Collin Williams <collin@neweraadr.com>

See attached.

Michelle Tyler (she/her/hers)

Head of Operations | **New Era** ADR

michelle@neweraadr.com

Read about us in Bloomberg and Reuters

.

.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.


--
Collin Williams (he/him/his)

Confidential                                                                                                                                                       NEWERA_000171

Founder and Chairman - New Era ADR
collin@neweraadr.com | 312-890-3747
LinkedIn



Read about us in Bloomberg and Reuters and check out the origin story in Chicago Inno.

Book a meeting with me here.