RILEY SAFER HOLMES & CANCILA LLP
Joshua A. Roquemore (SBN 327121)
jroquemore@rshc-law.com
100 Spectrum Center Drive, Suite 440
Irvine, CA 92618
Telephone: (949) 359-5500
Facsimile: (949) 359-5501

Sandra L. Musumeci (*pro hac vice*)
smusumeci@rshc-law.com
136 Madison Avenue, 6th Floor
New York, NY 10016
Telephone: (212) 660-1000
Facsimile: (212) 660-1001

*Counsel for Nonparty New Era ADR, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SKOT HECKMAN, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>                Defendants. | Case No.: 22-cv-00047-GW-GJS<br><br>The Honorable George H. Wu<br><br>**DECLARATION OF SANDRA L. MUSUMECI IN SUPPORT OF NONPARTY NEW ERA ADR, INC.'S SUBMISSION IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL REVIEW OF MAGISTRATE JUDGE'S ORDER**<br><br>Hearing Date: December 22, 2022<br><br>Hearing Time: 8:30 a.m. |

I, SANDRA L. MUSUMECI, declare as follows:

     1.    I am a partner with the law firm of Riley Safer Holmes & Cancila LLP, attorneys for nonparty New Era ADR, Inc. ("New Era"). I am an attorney in good standing in the States of New York and New Jersey and have been admitted *pro hac vice* in this matter. I make this

1

Declaration in support of Nonparty New Era's Motion to Quash Portions of Plaintiffs' Subpoenas, and I have personal knowledge of the facts set forth herein.

2.     To date, in response to Plaintiffs' document subpoena, New Era has produced more than 500 documents comprising more than 2,000 pages.  These documents include all email communications with Defendants and their counsel at Latham & Watkins (including after June 22, 2021), all marketing presentations and one-pagers that were shared with Defendants and Latham & Watkins, New Era's subscription agreements and invoices involving Defendants, versions of New Era's Rules & Procedures and Terms & Conditions from between May 20, 2021 and July 20, 2022, and related materials.

3.     Based upon my review of the materials that New Era has produced to Plaintiffs to date, at least half of the more than 500 documents that New Era has produced are documents dated from after June 22, 2021.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 14th day of December, 2022.

    _s/Sandra L. Musumeci_____
    SANDRA L. MUSUMECI