UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>             Plaintiffs,<br><br>    vs.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>             Defendants. | CASE NO. CV 22-0047-GW-GJSx<br><br>**ORDER GRANTING APPLICATION TO FILE PLAINTIFFS' AND NEW ERA ADR, INC.S JOINT SUBMISSION REGARDING THE MAGISTRATE JUDGE'S NOVEMBER 21, 2022 DISCOVERY ORDER UNDER SEAL**<br><br>The Honorable George H. Wu<br><br>Hearing Date:  December 22, 2022<br>Hearing Time:  8:30 AM |

The Court has considered the Application to file Plaintiffs' and New Era ADR, Inc.'s Joint Submission Regarding the Magistrate Judge's November 21, 2022 Discovery Order ("Joint Submission") under seal pursuant to Local Rule 79-5. Having considered all papers filed in support of that Application, the Court **GRANTS** the Application, and, good cause appearing, hereby **ORDERS** that the following materials shall be filed under seal.

| Document | Sealing Status |
|---|---|
| Joint Submission | Redactions to pages 2, 9, 10 |
| Attachment 2 (Exhibit M) to Plaintiffs' Sealing Application | Sealed |

**IT IS SO ORDERED.**

DATED: December 15, 2022      By: _____
                                  Hon. George H. Wu
                                  United States District Judge