UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 22-0047-GW-GJSx | Date | December 22, 2022 |
| Title | *Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| Javier Gonzalez | Katie E. Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

William R. Sears

Sadik Huseny
Robin L. Gushman
Joshua A. Roquemore
Sandra L. Musumeci

**PROCEEDINGS:   TELEPHONIC CONFERENCE**

Oral argument is held. The Court resolves issues raised in the Joint Submission Regarding the Magistrate Judge's November 21, 2022 Discovery Order [113] on the record. The Court will not overturn the Magistrate Judge's Order issued on November 18, 2022 [98].

: 17

Initials of Preparer   JG