```
                    UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

                        HONORABLE GEORGE WU

                UNITED STATES DISTRICT JUDGE PRESIDING

                              - - -


Skot Heckman, et al.,           )
                 PLAINTIFF,     )
                                )
VS.                             )   NO. CV 22-00047 GW
                                )
Live Nation Entertainment, Inc., et)
al.,                            )
                 DEFENDANT,     )
_____)




              REPORTER'S TRANSCRIPT OF PROCEEDINGS

                    LOS ANGELES, CALIFORNIA

                   MONDAY, DECEMBER 19, 2022




              _____

                  KATIE E. THIBODEAUX, CSR 9858
                  U.S. Official Court Reporter
                          Suite 4311
                      350 West 1st Street
                    Los Angeles, CA  90012
```

APPEARANCES OF COUNSEL:

FOR PLAINTIFF:
William R. Sears
Quinn Emanuel Urquhart and Sullivan LLP
865 South Figueroa Street 10th Floor
Los Angeles, CA 90017

FOR DEFENDANT:
Robin Lorraine Gushman
Latham and Watkins LLP
505 Montgomery Street Suite 2000
San Francisco, CA 94111

FOR NON-PARTY NEW ERA ADR:
Sandra L. Musumeci
Riley Safer Holmes and Cancila LLP
136 Madison Avenue
6th Floor
New York, NY 10016

```
 1            LOS ANGELES, CALIFORNIA; MONDAY, DECEMBER 19, 2022
 2                              1:23 P.M.
 3                              - - - - -
 4
 5
 6            (The following proceedings were conducted
 7             telephonically:
 8            THE COURT:  Let me call the matter of Heckman
 9    versus Live Nation Entertainment.
10            MR. SEARS:  Good afternoon, your Honor.  Will
11    Sears for the plaintiffs.
12            THE COURT:  Who else?
13            MS. GUSHMAN:  Good afternoon, your Honor.  Robin
14    Gushman of Latham and Watkins for defendants Live Nation
15    Entertainment, Inc., and Ticketmaster LLC.
16            THE COURT:  All right.  We are here on the -- I
17    guess it is a the joint submission.
18            MS. MUSUMECI:  This is Sandra Musumeci on behalf
19    of nonparty New Era ADR Incorporated.
20            THE COURT:  Okay.  We are here on the joint
21    submission regarding the magistrate judge's November 21
22    discovery order which is at docket ECF 112-1, and the
23    magistrate judge's order is on ECF No. 98.
24                The plaintiff's complaint appears to be
25    limited to the magistrate judge's ruling on, two, a
```

1  request for production Nos. 6 and 10 and even then only
2  as to the magistrate judge's purported placement of a
3  cutoff date which is the date of the subscription
4  agreement.  The Court has also reviewed the transcript of
5  the hearing in front of the magistrate judge that was on
6  November the 18th of 2022, and that is at ECF No. 101.
7           As I have indicated, the defendant is seeking
8  a review of the magistrate judge's discovery order, and,
9  hence, the standard of review is whether that decision is
10 clearly erroneous or contrary to law.  That is Section,
11 sorry, 28, U.S.C., Section 636(b)(1)(A), and the Court
12 finds that the magistrate judge's decision is neither
13 erroneous or contrary to law.
14          The magistrate -- well, as the magistrate
15 judge did, I also would find the plaintiff's request for
16 production of documents Nos. 6 and 10 to be overbroad.
17 The magistrate judge discussed that and other issues
18 relating to those discovery requests at length with the
19 plaintiff and the third party which is New Era.  First,
20 the Court would find that the plaintiff has
21 mischaracterized the magistrate judge's ruling somewhat
22 regarding the temporal cutoff.
23          The plaintiff describes it as, quote, a rigid
24 timeframe cutoff, end of quote, such that, quote, New Era
25 does not have to provide virtually any documents dated

1   after it executed its confidential subscription agreement
2   with the defendants in June of 2021.
3           That is not exactly correct. The magistrate's
4   order does not contain any date cutoff per se. However,
5   as to what the magistrate judge did do, first, she
6   indicates that she did issue a written order and the
7   written order itself doesn't have any cutoff date.
8   However, she also indicated that if there was something
9   in the written order that was inconsistent with her
10  rulings at the hearing, that the rulings at the hearing
11  would control.
12          And looking at the hearing, again, what
13  happened at the hearing was at one point New Era did
14  raise the issue of a timeframe for discovery requests as
15  to item No. 6 which concerns the advertising issues in
16  that particular matter. And the New Era asked if there
17  could be a time limit around the date of the subscription
18  agreement. That is at the transcript, page 22, lines 7
19  through 22, and the magistrate judge in response did set
20  a timeframe for that discovery request.
21          However, she also noted that there had also
22  already been a lot of responses that were not limited to
23  that particular timeframe, for example, communications
24  between New Era and the defendant Live Nation in between
25  New Era and the defendant's attorneys which is Latham and

1  also discussed a number of the other RFPDs.
2           As to the timelines in the context of the two
3  specific requests here, the Court, again, as I have
4  indicated is not finding the magistrate judge's decision
5  was clearly erroneous or contrary to law.  And as to
6  No. 6 specifically, I don't find that her setting that
7  timeframe at this point as to the documents that fall
8  within that request to be unreasonable.
9           You know, the basic purpose behind the Court's
10 granting of discovery regarding the third party New Era
11 prior to a motion to compel arbitration was to determine
12 the presence or possibility as to two issues, the first
13 one of which was the bias of New Era and New Era's stable
14 of arbitrators and the second issue was whether or not
15 New Era's rules, procedures and/or operations were
16 unfair, unbalanced or anti-consumer.
17          And it is unclear to this Court what
18 particular relevance or possibility of leading to
19 relevant evidence would be gained in regards to the
20 advertising post the subscription agreement especially
21 since most of that advertising is actually publicly
22 available.
23          As to item No. 10, the magistrate judge gave
24 an apt description in finding that it was overbroad in
25 her order, and the Court would agree with that.  And she

1  discussed that request for production extensively with
2  counsel referring to the transcript at pages 32 through
3  42.
4             Although, she did limit the -- that particular
5  PRD to -- request for production of documents to the
6  pre-subscription agreement date, again, given its
7  overbreadth, the position of that limitation does not
8  appear to the Court to be unreasonable.  And, also, she
9  did a balancing and considered proportionality, et
10 cetera.  So, again, I would not find that her reasoning
11 in that regard was clearly erroneous, et cetera.
12            The Court would also note that in the hearing
13 transcript, she did indicate that if there were some new
14 issues that were to come up, that she could see in a
15 certain situation, you know, issuing a new ruling if as
16 to things that were not raised by the plaintiff at the
17 time of the hearing.  And I think there was a couple of
18 issues that she pointed out, and I took a note of them
19 but now I can't find my notes.  But there were other
20 things she indicated that that had not been raised in
21 front of her, but, if those things became an issue, she
22 would entertain a further request.
23            So I guess after saying all that, my end
24 result is I am not going to change the magistrate judge's
25 order in regards to the -- her ruling on the request for

1  productions Nos. 6 and 10.
2          Somebody want to argue something at this
3  point?
4       MR. SEARS: Yes, Your Honor. I will be brief.
5  Will Sears, Quinn Emmanuel, for the plaintiffs.
6          If the Court will allow a brief argument. One
7  point I would like to make, I understand everything the
8  Court said. Our concern with this ruling is really more
9  with RFP 10 than RFP 6. I understand the Court's
10 comments about breadth. We think those are things that
11 can be dealt with, for example, through search terms,
12 discovery parameters.
13         We had a real concern here, though, because
14 there is a subscription agreement. It is not just one
15 and done. It gets renewed. It has a five year term, and
16 there is a course of dealing between defendants and New
17 Era that we are going to miss very probative internal
18 documents going forward as to the subscription agreement.
19 That is something we just don't have because New Era has
20 not produced them, and I would also note one thing the
21 Court has not touched upon is New Era's rules and
22 procedures. We understand those were fair game for
23 discovery under this Court's order.
24       THE COURT: Let me stop you. I didn't catch that
25 last argument that you made. What are you talking about

```
 1  at this point?
 2        MR. SEARS:  New Era's rules and procedures, Your
 3  Honor.
 4        THE COURT:  No.  I indicated that -- but the New
 5  Era's rules and procedures have been promulgated.  I mean
 6  they have been issued.  And so I don't understand, you
 7  know, what more you want on them because they have been
 8  issued.  I suppose you could ask them whether or not
 9  there is anything that they plan to change in the future
10  as to those rules, regulations and operations.
11        And I suppose, let me ask New Era, do you have
12  any problem with answering that?
13        MS. MUSUMECI:  Your Honor, this is Sandra Musumeci
14  on behalf of New Era ADR.
15        Obviously, my client would not be speculating
16  but in terms of if there were plans to change the rules
17  and procedures that would affect this arbitration,
18  absolutely, my client would be willing to answer that.
19        THE COURT:  Okay.  So let me ask plaintiff, with
20  that in mind, what else do you want?
21        MR. SEARS:  We want the internal documents that
22  changes the rules and procedures.  When the subscription
23  agreement was signed last June, 2021, New Era's rules and
24  procedures were not done.  They were place holders at
25  that time.  They have gone through multiple revisions
```

1   since then, close to ten by my count.  The operative
2   rules and procedures were promulgated until March, 2022.
3   Those are the rules and procedures under which defendants
4   are seeking to compel arbitration, and the operative ones
5   that we are alleging are unconscionable, we don't have
6   drafts of those because they didn't preserve them, and we
7   don't have any internal documents talking about the
8   changes that were made or the reasons for them.
9            THE COURT:  Well, let me just stop you for a
10  second.  I mean, if, in fact, they are the operable
11  rules, procedures and operations of New Era, I mean, you
12  have them, they are in black and white, and, you know, I
13  suppose if there is something you think is unclear maybe,
14  you could perhaps ask them for clarification.
15           But it is like the federal rules of evidence,
16  I mean they are what they are, and your argument as to
17  whether or not something would be unfair would have to be
18  based on the what the rules and regulations say, not on
19  what they could have said.  If one were to go this way or
20  that way, I mean, again, the rules and procedures are
21  what they are.
22           So I don't understand why you are -- would
23  feel you are entitled to the thinking process in what
24  language, you know, how the language perhaps would have
25  changed at some point in time because, again, the

1   operative language is what is going to be utilized.
2          MR. SEARS:  I see the point, Your Honor, but I
3   think we view it a little differently.  This is a truly
4   sui generis situation where we have a new arbitration
5   provider who is in compliance with the defendants in this
6   case, and we have seen indications that their roles were
7   discussed with defendants while they were drafting them.
8   They then changed numerous times after the subscription
9   agreement was executed.  We do think that their internal
10  perspective on why those rules were changed, why there
11  was changes, for example, to the discovery rules are
12  highly relevant to unconscionability.
13         THE COURT:  Well, I hate to disagree because,
14  again, either the rules are either unconscionable or not
15  unconscionable unless there is something that is unclear
16  as to what they mean because, again, one could make an
17  argument that the federal rules of procedure on discovery
18  is unfair, well, you wouldn't look at how they were
19  drafted or something like that.  You would look at what
20  they say.  And that would make the determination as to
21  whether or not they are fair or unfair, what they say and
22  what they provide for.
23         MR. SEARS:  Understood.  I can tell I am not
24  convincing the Court on this point.  So I will just
25  briefly touch on what I started with to make sure I close

1  the loop here.  So the other thing that we are dismissing
2  at this point is internal documents not just about the
3  rules and procedures but about New Era's relationship
4  with defendants and their counsel, Latham.
5          The Court is correct that we do have some of
6  the correspondence back and forth.  What we don't have
7  are New Era's internal views on that.  We consider those
8  are highly probative as to bias and unconscionability,
9  communications where they talk about the significance of
10 the relationship with Live Nation or with Latham, for
11 example.  That would be very strong, in our view,
12 evidence of bias and unconscionability.
13         Under the magistrate judge's order, we don't
14 think we get that.  That is why we characterized it the
15 way we did as eliminating virtually all discovery
16 (unintelligible).  We are not going to get any of these
17 internal documents.  We are going to get very, very few
18 of them.
19     THE COURT:  Let me stop you.  I had thought that
20 those documents had been produced because there was a
21 reference that the communications between New Era and the
22 defendant and also between New Era and the defendant's
23 attorneys, those documents were produced.
24         Let me ask the defense -- I'm sorry, not
25 defense -- let me ask New Era, I thought those items were

1    produced.
2         MS. MUSUMECI:  That's correct.  This is -- on
3    behalf of New Era.  That is correct, Your Honor.
4         All of the communications without a time
5    restriction between New Era and Latham and Watkins and
6    New Era and Live Nation have been produced.
7         THE COURT:  So I mean, I understand, I wouldn't
8    disagree with plaintiff's counsel's position, but it is
9    my understanding those items have been produced.
10        MR. SEARS:  Yes, Your Honor.  Just to be clear, I
11   was really focused on internal materials.  By internal I
12   mean within the business of New Era.  We have seen that
13   there are three or four people at New Era that interface
14   with defendants and their counsel, but, presumably, they
15   also interface with each other.  We don't have those
16   internal communications.  That is what I was referring
17   to.  That is what I think we are missing, and that is
18   what I think we need.
19        THE COURT:  All right.  Let me hear from New Era.
20   What is your position on that?
21        MS. MUSUMECI:  Your Honor, what Judge Standish
22   required of us is to produce internal communications to
23   the extent they pertain to the defendant or defendant's
24   counsel through the subscription agreement which I would
25   submit is the relevant time period for the issues here.

```
 1              And I believe that Judge Standish also said
 2   that if there are any internal communications subsequent
 3   to that that talk about bias towards Live Nation or
 4   Ticketmaster, that those -- essentially smoking gun
 5   documents, that those would be producible as well
 6   irrespective of a timeframe.
 7              But what plaintiff is seeking here is sort of
 8   wholesale digging into New Era's internal communications.
 9   It is extremely overbroad.  It does not -- and in terms
10   of our communications that relate to either
11   administrative things and things related to cases that
12   they have, I don't see the relevance of it in terms of
13   the issue of bias.
14         THE COURT:  All right.  Anything else from either
15   side?
16         MR. SEARS:  We have expressed our position and
17   appreciate your attention.
18         THE COURT:  Okay.  All right.  I will keep my
19   ruling the same way.  I will not overturn the magistrate
20   judge's ruling in this regard.
21              All right.  Thank you.
22         (Proceedings concluded.)
23
24
25
```

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:  January 3, 2023

 /s/ Katie Thibodeaux, CSR No. 9858, RPR, CRR

```
 MR. SEARS: [8]
 MS. GUSHMAN: [1]   3/12
 MS. MUSUMECI: [4]   3/17 9/12
   13/1 13/20
 THE COURT: [14]

/

/s [1]   15/12

0

00047 [1]   1/8

1

10 [5]   4/1 4/16 6/23 8/1 8/9
10016 [1]   2/20
101 [1]   4/6
10th [1]   2/6
112-1 [1]   3/22
136 [1]   2/18
18th [1]   4/6
19 [2]   1/16 3/1
1:23 [1]   3/2
1st [1]   1/21

2

2000 [1]   2/12
2021 [2]   5/2 9/23
2022 [4]   1/16 3/1 4/6 10/2
2023 [1]   15/10
21 [1]   3/21
22 [2]   5/18 5/19
22-00047 [1]   1/8
28 [2]   4/11 15/4

3

32 [1]   7/2
350 [1]   1/21

4

42 [1]   7/3
4311 [1]   1/21

5

505 [1]   2/12

6

636 [1]   4/11
6th [1]   2/19

7

753 [1]   15/4

8

865 [1]   2/6

9

90012 [1]   1/22
90017 [1]   2/7
94111 [1]   2/13
98 [1]   3/23
9858 [2]   1/20 15/12

A

about [7]   8/10 8/25 10/7
 12/2 12/3 12/9 14/3
above [1]   15/7
above-entitled [1]   15/7
absolutely [1]   9/18
actually [1]   6/21
administrative [1]   14/11
ADR [3]   2/15 3/19 9/14
advertising [3]   5/15 6/20
 6/21
affect [1]   9/17
after [3]   5/1 7/23 11/8
afternoon [2]   3/10 3/13
again [8]

agree [1]   6/25
agreement [10]
al [2]   6/25
all [8]
alleging [1]   10/5
allow [1]   8/6
already [1]   5/22
also [12]
Although [1]   7/4
am [2]   7/24 11/23
and/or [1]   6/15
ANGELES [4]   1/15 1/22 2/7
 3/1
answer [1]   9/18
answering [1]   9/12
anti [1]   6/16
anti-consumer [1]   6/16
any [7]   4/25 5/4 5/7 9/12
 10/7 12/16 14/2
anything [2]   9/9 14/14
appear [1]   7/8
APPEARANCES [1]   2/1
appears [1]   3/24
appreciate [1]   14/17
apt [1]   6/24
arbitration [4]   6/11 9/17
 10/4 11/4
arbitrators [1]   6/14
are [28]
argue [1]   8/2
argument [4]   8/6 8/25 10/16
 11/17
around [1]   5/17
as [21]
ask [6]   9/8 9/11 9/19 10/14
 12/24 12/25
asked [1]   5/16
attention [1]   14/17
attorneys [2]   5/25 12/23
available [1]   6/22
Avenue [1]   2/18

B

back [1]   12/6
balancing [1]   7/9
based [1]   10/18
basic [1]   6/9
be [16]
became [1]   7/21
because [8]
been [8]
behalf [3]   3/18 9/14 13/3
behind [1]   6/9
believe [1]   14/1
between [6]   5/24 5/24 8/16
 12/21 12/22 13/5
bias [5]   6/13 12/8 12/12
 14/3 14/13
black [1]   10/12
breadth [1]   8/10
brief [2]   8/4 8/6
briefly [1]   11/25
business [1]   13/12

C

CA [3]   1/22 2/7 2/13
CALIFORNIA [3]   1/2 1/15 3/1
call [1]   3/8
can [2]   8/11 11/23
can't [1]   7/19
Cancila [1]   2/17
case [1]   11/6
cases [1]   14/11
catch [1]   8/24
CENTRAL [1]   1/2
certain [1]   7/15
CERTIFICATE [1]   15/1
certify [1]   15/4

cetera [2]   7/10 7/11
change [3]   7/24 9/5/16
changed [3]   10/25 11/8 11/10
changes [3]   9/22 10/8 11/11
characterized [1]   12/14
clarification [1]   10/14
clear [1]   13/10
clearly [3]   4/10 6/5 7/11
client [2]   9/15 9/18
close [2]   10/1 11/25
Code [1]   15/5
come [1]   7/14
comments [1]   8/10
communications [9]
compel [2]   6/11 10/4
complaint [1]   3/24
compliance [1]   11/5
concern [2]   8/8 8/13
concerns [1]   5/15
concluded [1]   14/22
conducted [1]   3/6
Conference [1]   15/9
confidential [1]   5/1
conformance [1]   15/8
consider [1]   12/7
considered [1]   7/9
consumer [1]   6/16
contain [1]   5/4
context [1]   6/2
contrary [3]   4/10 4/13 6/5
control [1]   5/11
convincing [1]   11/24
correct [5]   5/3 12/5 13/2
 13/3 15/5
correspondence [1]   12/6
could [6]   5/17 7/14 9/8
 10/14 10/19 11/16
counsel [5]   2/1 7/2 12/4
 13/14 13/24
counsel's [1]   13/8
count [1]   10/1
couple [1]   7/17
course [1]   8/16
COURT [15]
Court's [3]   6/9 8/9 8/23
CRR [1]   15/12
CSR [2]   1/20 15/12
cutoff [5]   4/3 4/22 4/24 5/4
 5/7
CV [1]   1/8

D

date [7]   4/3 4/3 5/4 5/7
 5/17 7/6 15/10
dated [1]   4/25
dealing [1]   8/16
dealt [1]   8/11
DECEMBER [2]   1/16 3/1
decision [3]   4/9 4/12 6/4
defendant [6]   1/10 2/9 4/7
 5/24 12/22 13/23
defendant's [3]   5/25 12/22
 13/23
defendants [8]
defense [2]   12/24 12/25
describes [1]   4/23
description [1]   6/24
determination [1]   11/20
determine [1]   6/11
did [9]
didn't [2]   8/24 10/6
differently [1]   11/3
digging [1]   14/8
disagree [2]   11/13 13/8
discovery [11]
discussed [4]   4/17 6/1 7/1
 11/7
dismissing [1]   12/1
DISTRICT [3]   1/1 1/2 1/4
```

### D

**DIVISION [1]** 1/2
**do [5]** 5/5 9/11 9/20 11/9 12/5
**docket [1]** 3/22
**documents [12]**
**does [4]** 4/25 5/4 7/7 14/9
**doesn't [1]** 5/7
**don't [10]**
**done [2]** 8/15 9/24
**drafted [1]** 11/19
**drafting [1]** 11/7
**drafts [1]** 10/6

### E

**each [1]** 13/15
**ECF [3]** 3/22 3/23 4/6
**either [4]** 11/14 11/14 14/10 14/14
**eliminating [1]** 12/15
**else [3]** 3/12 9/20 14/14
**Emanuel [1]** 2/5
**Emmanuel [1]** 8/5
**end [2]** 4/24 7/23
**entertain [1]** 7/22
**Entertainment [3]** 1/9 3/9 3/15
**entitled [2]** 10/23 15/7
**ERA [24]**
**Era's [9]**
**erroneous [4]** 4/10 4/13 6/5 7/11
**especially [1]** 6/20
**essentially [1]** 14/4
**et [4]** 1/6 1/9 7/9 7/11
**even [1]** 4/1
**everything [1]** 8/7
**evidence [3]** 6/19 10/15 12/12
**exactly [1]** 5/3
**example [4]** 5/23 8/11 11/11 12/11
**executed [2]** 5/1 11/9
**expressed [1]** 14/16
**extensively [1]** 7/1
**extent [1]** 13/23
**extremely [1]** 14/9

### F

**fact [1]** 10/10
**fair [2]** 8/22 11/21
**fall [1]** 6/7
**federal [2]** 10/15 11/17
**feel [1]** 10/23
**few [1]** 12/17
**Figueroa [1]** 2/6
**find [5]** 4/15 4/20 6/6 7/10 7/19
**finding [2]** 6/4 6/24
**finds [1]** 4/12
**first [3]** 4/19 5/5 6/12
**five [1]** 8/15
**Floor [2]** 2/6 2/19
**focused [1]** 13/11
**following [1]** 3/6
**foregoing [1]** 15/5
**format [1]** 15/8
**forth [1]** 12/6
**forward [1]** 8/18
**four [1]** 13/13
**Francisco [1]** 2/13
**front [2]** 4/5 7/21
**further [1]** 7/22
**future [1]** 9/9

### G

**gained [1]** 6/19
**game [1]** 8/22
**gave [1]** 6/23
**generis [1]** 11/4
**GEORGE [1]**
**get [3]** 12/14 12/16 12/17
**gets [1]** 8/15
**given [1]** 7/6
**go [1]** 10/19
**going [6]** 7/24 8/17 8/18 11/1 12/16 12/17
**gone [1]** 9/25
**Good [2]** 3/10 3/13
**granting [1]** 6/10
**guess [2]** 3/17 7/23
**gun [1]** 14/4
**Gushman [2]** 2/10 3/14
**GW [1]** 1/8

### H

**had [5]** 5/21 7/20 8/13 12/19 12/20
**happened [1]** 5/13
**has [5]** 4/4 4/20 8/15 8/19 8/21
**hate [1]** 11/13
**have [26]**
**hear [1]** 13/19
**hearing [7]** 4/5 5/10 5/10 5/12 5/13 7/12 7/17
**Heckman [2]** 1/6 3/8
**held [1]** 15/6
**hence [1]** 4/9
**her [6]** 5/9 6/6 6/25 7/10 7/21 7/25
**here [7]** 3/16 3/20 6/3 8/13 12/1 13/25 14/7
**hereby [1]** 15/4
**highly [2]** 11/12 12/8
**holders [1]** 9/24
**Holmes [1]** 2/17
**Honor [9]**
**HONORABLE [1]** 1/3
**how [2]** 10/24 11/18
**However [3]** 5/4 5/8 5/21

### I

**I'm [1]** 12/24
**Inc [2]** 1/9 3/15
**inconsistent [1]** 5/9
**Incorporated [1]** 3/19
**indicate [1]** 7/13
**indicated [5]** 4/7 5/8 6/4 7/20 9/4
**indicates [1]** 5/6
**indications [1]** 11/6
**interface [2]** 13/13 13/15
**internal [13]**
**irrespective [1]** 14/6
**is [54]**
**issue [5]** 5/6 5/14 6/14 7/21 14/13
**issued [2]** 9/6 9/8
**issues [6]** 4/17 5/15 6/12 7/14 7/18 13/25
**issuing [1]** 7/15
**it [15]**
**item [2]** 5/15 6/23
**items [2]** 12/25 13/9
**its [2]** 5/1 7/6
**itself [1]** 5/7

### J

**January [1]** 15/10
**joint [2]** 3/17 3/20
**judge [9]**
**judge's [11]**
**Judicial [1]** 15/9
**June [2]** 5/2 9/23
**just [6]** 8/14 8/19 10/9 11/24 12/2 13/10

### K

**KATIE [2]** 1/20 15/12
**keep [1]** 14/18
**know [5]** 6/9 7/15 9/7 10/12 10/24

### L

**language [3]** 10/24 10/24 11/1
**last [2]** 8/25 9/23
**Latham [6]** 2/11 3/14 5/25 12/4 12/10 13/5
**law [3]** 4/10 4/13 6/5
**leading [1]** 6/18
**length [1]** 4/18
**let [9]**
**like [3]** 8/7 10/15 11/19
**limit [2]** 5/17 7/4
**limitation [1]** 7/7
**limited [2]** 3/25 5/22
**lines [1]** 5/18
**little [1]** 11/3
**Live [7]** 1/9 3/9 3/14 5/24 12/10 13/6 14/3
**LLC [1]** 3/15
**LLP [3]** 2/5 2/11 2/17
**look [2]** 11/18 11/19
**looking [1]** 5/12
**loop [1]** 12/1
**Lorraine [1]** 2/10
**LOS [4]** 1/15 1/22 2/7 3/1
**lot [1]** 5/22

### M

**made [2]** 8/25 10/8
**Madison [1]** 2/18
**magistrate [18]**
**magistrate's [1]** 5/3
**make [4]** 8/7 11/16 11/20 11/25
**March [1]** 10/2
**materials [1]** 13/11
**matter [3]** 3/8 5/16 15/7
**maybe [1]** 10/13
**me [9]**
**mean [8]**
**mind [1]** 9/20
**mischaracterized [1]** 4/21
**miss [1]** 8/17
**missing [1]** 13/17
**MONDAY [2]** 1/16 3/1
**Montgomery [1]** 2/12
**more [2]** 8/8 9/7
**most [1]** 6/21
**motion [1]** 6/11
**multiple [1]** 9/25
**Musumeci [3]** 2/16 3/18 9/13
**my [7]** 7/19 7/23 9/15 9/18 10/1 13/9 14/18

### N

**Nation [7]** 1/9 3/9 3/14 5/24 12/10 13/6 14/3
**need [1]** 13/18
**neither [1]** 4/12
**new [37]**
**NO [3]** 1/8 9/4 15/12
**No. [5]** 3/23 4/6 5/15 6/6 6/23
**No. 10 [1]** 6/23
**No. 101 [1]** 4/6
**No. 6 [2]** 5/15 6/6
**No. 98 [1]** 3/23
**NON [1]** 2/15
**NON-PARTY [1]** 2/15
**nonparty [1]** 3/19

**N**
Nos [3]  4/1 4/16 8/1
not [27]
note [3]  7/12 7/18 8/20
noted [1]  5/21
notes [1]  7/19
November [2]  3/21 4/6
November 21 [1]  3/21
now [1]  7/19
number [1]  6/1
numerous [1]  11/8
NY [1]  2/20

**O**
Obviously [1]  9/15
Official [1]  1/20
Okay [3]  3/20 9/19 14/18
one [7]  5/13 6/13 8/6 8/14
 8/20 10/19 11/16
ones [1]  10/4
only [1]  4/1
operable [1]  10/10
operations [3]  6/15 9/10
 10/11
operative [3]  10/1 10/4 11/1
order [11]
other [5]  4/17 6/1 7/19 12/1
 13/15
our [4]  8/8 12/11 14/10
 14/16
out [1]  7/18
overbreadth [1]  7/7
overbroad [3]  4/16 6/24 14/9
overturn [1]  14/19

**P**
P.M [1]  3/2
page [2]  5/18 15/7
pages [1]  7/2
parameters [1]  8/12
particular [4]  5/16 5/23
 6/18 7/4
party [3]  2/15 4/19 6/10
people [1]  13/13
per [1]  5/4
perhaps [2]  10/14 10/24
period [1]  13/25
perspective [1]  11/10
pertain [1]  13/23
place [1]  9/24
placement [1]  4/2
plaintiff [8]
plaintiff's [3]  3/24 4/15
 13/8
plaintiffs [2]  3/11 8/5
plan [1]  9/9
plans [1]  9/16
point [9]
pointed [1]  7/18
position [4]  7/7 13/8 13/20
 14/16
possibility [2]  6/12 6/18
post [1]  6/20
PRD [1]  7/5
pre [1]  7/6
pre-subscription [1]  7/6
presence [1]  6/12
preserve [1]  10/6
PRESIDING [1]  1/4
presumably [1]  13/14
prior [1]  6/11
probative [2]  8/17 12/8
problem [1]  9/12
procedure [1]  11/17
procedures [12]
proceedings [4]  1/14 3/6
 14/22 15/6
process [1]  10/23

produce [1]  13/22
produced [6]  8/20 12/20
 12/23 13/6 13/6 13/9
producible [1]  14/5
production [4]  4/1 4/16 7/1
 7/5
productions [1]  8/1
promulgated [2]  9/5 10/2
proportionality [1]  7/9
provide [2]  4/25 11/22
provider [1]  11/5
publicly [1]  6/21
purported [1]  4/2
purpose [1]  6/9
pursuant [1]  15/4

**Q**
Quinn [2]  2/5 8/5
quote [3]  4/23 4/24 4/24

**R**
raise [1]  5/14
raised [2]  7/16 7/20
real [1]  8/13
really [2]  8/8 13/11
reasoning [1]  7/10
reasons [1]  10/8
reference [1]  12/21
referring [2]  7/2 13/16
regard [2]  7/11 14/20
regarding [3]  3/21 4/22 6/10
regards [2]  6/19 7/25
regulations [3]  9/10 10/18
 15/8
relate [1]  14/10
related [1]  14/11
relating [1]  4/18
relationship [2]  12/3 12/10
relevance [2]  6/18 14/12
relevant [3]  6/19 11/12
 13/25
renewed [1]  8/15
reported [1]  15/6
Reporter [1]  1/20
REPORTER'S [1]  1/14
request [8]
requests [3]  4/18 5/14 6/3
required [1]  13/22
response [1]  5/19
responses [1]  5/22
restriction [1]  13/5
result [1]  7/24
review [2]  4/8 4/9
reviewed [1]  4/4
revisions [1]  9/25
RFP [2]  8/9 8/9
RFPDs [1]  6/1
right [5]  3/16 13/19 14/14
 14/18 14/21
rigid [1]  4/23
Riley [1]  2/17
Robin [2]  2/10 3/13
roles [1]  11/6
RPR [1]  15/12
rules [19]
ruling [7]  3/25 4/21 7/15
 7/25 8/8 14/19 14/20
rulings [2]  5/10 5/10

**S**
Safer [1]  2/17
said [3]  8/8 10/19 14/1
same [1]  14/19
San [1]  2/13
Sandra [3]  2/16 3/18 9/13
say [3]  10/18 11/20 11/21
saying [1]  7/23
se [1]  5/4

search [1]  8/11
Search [3]  2/4 5/11 9/5
second [2]  6/14 10/10
Section [3]  4/10 4/11 15/4
see [3]  7/14 11/2 14/12
seeking [3]  4/7 10/4 14/7
seen [2]  11/6 13/12
set [1]  5/19
setting [1]  6/6
she [12]
side [1]  14/15
signed [1]  9/23
significance [1]  12/9
since [2]  6/21 10/1
situation [2]  7/15 11/4
Skot [1]  1/6
smoking [1]  14/4
so [8]
some [3]  7/13 10/25 12/5
Somebody [1]  8/2
something [7]  5/8 8/2 8/19
 10/13 10/17 11/15 11/19
somewhat [1]  4/21
sorry [2]  4/11 12/24
sort [1]  14/7
South [1]  2/6
specific [1]  6/3
specifically [1]  6/6
speculating [1]  9/15
stable [1]  6/13
standard [1]  4/9
Standish [2]  13/21 14/1
started [1]  11/25
STATES [4]  1/1 1/4 15/5 15/9
stenographically [1]  15/6
stop [3]  8/24 10/9 12/19
Street [3]  1/21 2/6 2/12
strong [1]  12/11
submission [2]  3/17 3/21
submit [1]  13/25
subscription [10]
subsequent [1]  14/2
such [1]  4/24
sui [1]  11/4
Suite [2]  1/21 2/12
Sullivan [1]  2/5
suppose [3]  9/8 9/11 10/13
sure [1]  11/25

**T**
talk [2]  12/9 14/3
talking [2]  8/25 10/7
telephonically [1]  3/7
tell [1]  11/23
temporal [1]  4/22
ten [1]  10/1
term [1]  8/15
terms [4]  8/11 9/16 14/9
 14/12
than [1]  8/9
Thank [1]  14/21
that [87]
That's [1]  13/2
their [4]  11/6 11/9 12/4
 13/14
them [10]
then [3]  4/1 10/1 11/8
there [16]
these [1]  12/16
they [24]
THIBODEAUX [2]  1/20 15/12
thing [2]  8/20 12/1
things [6]  7/16 7/20 7/21
 8/10 14/11 14/11
think [8]
thinking [1]  10/23
third [2]  4/19 6/10
this [16]
those [16]

**T**
**though [1]**   8/13
**thought [2]**   12/19 12/25
**three [1]**   13/13
**through [5]**   5/19 7/2 8/11 9/25 13/24
**Ticketmaster [2]**   3/15 14/4
**time [6]**   5/17 7/17 9/25 10/25 13/4 13/25
**timeframe [6]**   4/24 5/14 5/20 5/23 6/7 14/6
**timelines [1]**   6/2
**times [1]**   11/8
**Title [1]**   15/4
**took [1]**   7/18
**touch [1]**   11/25
**touched [1]**   8/21
**towards [1]**   14/3
**transcript [7]**   1/14 4/4 5/18 7/2 7/13 15/6 15/7
**true [1]**   15/5
**truly [1]**   11/3
**two [3]**   3/25 6/2 6/12

**U**
**U.S [1]**   1/20
**U.S.C [1]**   4/11
**unbalanced [1]**   6/16
**unclear [3]**   6/17 10/13 11/15
**unconscionability [3]**   11/12 12/8 12/12
**unconscionable [3]**   10/5 11/14 11/15
**under [3]**   8/23 10/3 12/13
**understand [6]**   8/7 8/9 8/22 9/6 10/22 13/7
**understanding [1]**   13/9
**Understood [1]**   11/23
**unfair [4]**   6/16 10/17 11/18 11/21
**unintelligible [1]**   12/16
**UNITED [4]**   1/1 1/4 15/5 15/9
**unless [1]**   11/15
**unreasonable [2]**   6/8 7/8
**until [1]**   10/2
**up [1]**   7/14
**upon [1]**   8/21
**Urquhart [1]**   2/5
**us [1]**   13/22
**utilized [1]**   11/1

**V**
**versus [1]**   3/9
**very [4]**   8/17 12/11 12/17 12/17
**view [2]**   11/3 12/11
**views [1]**   12/7
**virtually [2]**   4/25 12/15

**W**
**want [4]**   8/2 9/7 9/20 9/21
**was [17]**
**Watkins [3]**   2/11 3/14 13/5
**way [4]**   10/19 10/20 12/15 14/19
**we [30]**
**well [5]**   4/14 10/9 11/13 11/18 14/5
**were [20]**
**West [1]**   1/21
**WESTERN [1]**   1/2
**what [24]**
**When [1]**   9/22
**where [2]**   11/4 12/9
**whether [5]**   4/9 6/14 9/8 10/17 11/21
**which [8]**
**while [1]**   11/7

**white [1]**   10/12
**who [2]**   3/12 11/7
**wholesale [1]**   14/8
**why [4]**   10/22 11/10 11/10 12/14
**will [7]**   3/10 8/4 8/5 8/6 11/24 14/18 14/19
**William [1]**   2/4
**willing [1]**   9/18
**within [2]**   6/8 13/12
**without [1]**   13/4
**would [22]**
**wouldn't [2]**   11/18 13/7
**written [3]**   5/6 5/7 5/9
**WU [1]**   1/3

**Y**
**year [1]**   8/15
**Yes [2]**   8/4 13/10
**York [1]**   2/20
**you [22]**
**your [12]**