# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–00047–GW–GJS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   1/10/2023

Document No.:   124

Title of Document:   Request for Substitute Attorney (G–01)

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

No [Prop] Order attached. See court's website "forms" for [Prop] Order. Please efile a Notice of Lodging document and attach the [Prop] Order

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 10, 2023          By:  /s/ *Lori Muraoka  lori_muraoka@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**