# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SKOT HECKMAN, et al., PLAINTIFF(S) | | CASE NUMBER<br>CV 22-0047-GW-GJSx |
| v. | | |
| LIVE NATION ENTERTAINMENT, INC., et al., DEFENDANT(S). | | ORDER IN RESPONSE TO NOTICE OF FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| January 10, 2023 | 124 | Request for Substitute Attorney |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☒ Other

Docket No. 124 is stricken for the reason(s) stated in the Notice [125] filed on January 10, 2023.

Pursuant to L.R. 5-4.4.2, email the proposed order in either Word or WordPerfect to Judge Wu's email address at GW_chambers@cacd.uscourts.gov.

Dated: January 10, 2023     By: _/s/ George H. Wu_

HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**