Joshua L. Roquemore

Riley Safer Holmes & Canella LLP 100 Spectrum Center Drive, Suite 650 Irvine, CA 92618

(949) 359-5520

jroquemore@rshc-law.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Skot Heckman, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 22-00047 GW |
| v. | |
| Live Nation Entertainment, Inc., et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

The Court hereby orders that the request of:

New Era ADR, Inc.  ☐ Plaintiff  ☐ Defendant  **X** Other   Third-Party Defendant
*Name of Party*

to substitute   Rebecca J. Wahlquist of Kelley Drye and Warren LLP   who is

**X**  Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

350 South Grand Avenue, Suite 3800
*Street Address*

Los Angeles, CA 90071                                              bwahlquist@kelleydrye.com
*City, State, Zip*                                                   *E-Mail Address*

310.712.6100                        213.547.4901                        215948
*Telephone Number*                   *Fax Number*                        *State Bar Number*

as attorney of record instead of   Joshua L. Roquemore, Riley Safer Holmes & Cancila LLP,
*List **all** attorneys from same firm or agency who are withdrawing*

100 Spectrum Center Drive, Suite 650, Irvine, CA 92618

**is hereby**      ☐ GRANTED      ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                 U. S. District Judge/U.S. Magistrate Judge