Joshua L. Roquemore
Riley Safer Holmes & Canella LLP
100 Spectrum Center Drive, Suite 650
Irvine, CA 92618
(949) 359-5520
jroquemore@rshc-law.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>Live Nation Entertainment, Inc., et al.<br><br>Defendant(s). | CASE NUMBER:<br>CV 22-0047-GW-GJSx<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__New Era ADR, Inc.__   ☐ Plaintiff   ☐ Defendant   **X** Other   ___Third-Party Defendant___
   *Name of Party*

to substitute   __Rebecca J. Wahlquist of Kelley Drye and Warren LLP__   who is

   **X** Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__350 South Grand Avenue, Suite 3800__
*Street Address*

__Los Angeles, CA 90071__         __bwahlquist@kelleydrye.com__
*City, State, Zip*                  *E-Mail Address*

__310.712.6100__         __213.547.4901__         __215948__
*Telephone Number*       *Fax Number*            *State Bar Number*

as attorney of record instead of   __Joshua L. Roquemore, Riley Safer Holmes & Cancila LLP,__
                                   *List **all** attorneys from same firm or agency who are withdrawing*
__100 Spectrum Center Drive, Suite 650, Irvine, CA 92618__

is hereby   **X GRANTED**   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  January 11, 2023

*[signature]*
HON. GEORGE H. WU, U. S. District Judge