LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
    kirsten.ferguson@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>           Defendants. | CASE NO. 2:22-cv-00047-GW-GJS<br><br>**JOINT STIPULATION SETTING BRIEFING SCHEDULE**<br><br>[Local Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") and Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") hereby stipulate and agree, through their undersigned counsel and pursuant to Local Rule 7-1, to the following schedule, subject to the approval of the Court. In support of this joint stipulation, the parties state as follows:

1. On March 8, 2022, Defendants filed a Motion to Compel Arbitration. ECF No. 30.

2. On March 24, 2022, Plaintiffs informed the Court that they intended to file a Motion for Discovery relating to the Motion to Compel Arbitration, and the parties proposed a briefing schedule for the Motion for Discovery. ECF No. 32.

3. On March 29, 2022, the Court entered an order setting a briefing schedule for Plaintiffs' Motion for Discovery and adjourning the deadline for Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration until the resolution of Plaintiffs' Motion for Discovery. ECF No. 33.

4. On June 9, 2022, the Court granted Plaintiffs' Motion for Discovery in part, and the parties began engaging in discovery. Pursuant to the Court's instruction (*see* ECF No. 95), the parties filed a joint status report on November 28, 2022, setting forth a proposed schedule for the remaining briefing and hearing on the Motion to Compel Arbitration (ECF No. 104).

5. Pursuant to the Court's instruction (*see* ECF No. 108), the parties completed all arbitration-related discovery (including depositions) by January 27, 2023.

6. The Court has not yet entered a schedule for the remaining briefing on the Motion to Compel Arbitration. Accordingly, the parties propose the following schedule, which is the same schedule the parties proposed in the November 28, 2022 joint status report:

1     a.    Plaintiffs shall file their Opposition to Defendants' Motion to Compel Arbitration on or before **March 17, 2023**.

    b.    Defendants shall file any Reply on or before **April 14, 2023**.

    c.    The Hearing on Defendants' Motion to Compel Arbitration shall be held on **May 1, 2023 at 8:30 a.m**., or the first available Monday or Thursday at least two weeks after the reply is filed, whichever date is later.

The parties agree and stipulate to the above dates, and request that the Court enter this schedule.

*[signatures on following page]*

| | | |
|---|---|---|
| 1 | Dated: February 14, 2023 | Respectfully Submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | | |
| 4 | | By: */s/ Timothy L. O'Mara* <br> Timothy L. O'Mara |
| 5 | | |
| 6 | | 505 Montgomery Street, Suite 2000 <br> San Francisco, California 94111-6538 <br> Telephone: +1.415.391.0600 |
| 7 | | Facsimile: +1.415.395.8095 <br> tim.o'mara@lw.com |
| 8 | | |
| 9 | | *Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.* |
| 10 | | |
| 11 | Dated: February 14, 2023 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 12 | | |
| 13 | | |
| 14 | | By: */s/ Kevin Y. Teruya* <br> Kevin Y. Teruya (Bar No. 057645) |
| 15 | | 865 South Figueroa Street, 10th Floor <br> Los Angeles, CA 90017-2543 |
| 16 | | Telephone: (213) 443-3000 <br> Facsimile: (213) 443-3100 |
| 17 | | kevinteruya@quinnemanuel.com |
| 18 | | *Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts* |
| 19 | | |

# **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation Setting Briefing Schedule. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Timothy L. O'Mara, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: February 14, 2023                    */s/ Timothy L. O'Mara*
                                              Timothy L. O'Mara