LATHAM & WATKINS LLP
Timothy L. O'Mara (Bar No. 212731)
  tim.o'mara@lw.com
Andrew M. Gass (Bar No. 259694)
  andrew.gass@lw.com
Kirsten M. Ferguson (Bar No. 252781)
  kirsten.ferguson@lw.com
Alicia R. Jovais (Bar No. 296172)
  alicia.jovais@lw.com
Robin L. Gushman (Bar No. 305048)
  robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | CASE NO. 2:22-cv-00047-GW-GJS<br><br>**DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF JOINT STIPULATION SETTING BRIEFING SCHEDULE**<br><br>[Local Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

O'MARA DECL. ISO JOINT STIPULATION
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-cv-00047-GW-GJS

I, Timothy L. O'Mara, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants"). I am an attorney in good standing in the state of California. I am making this Declaration in support of the parties' Joint Stipulation Setting Briefing Schedule ("Joint Stipulation"), and have personal knowledge of the facts set forth below; if called upon to do so, I can and will competently testify thereto.

2. On March 8, 2022, Defendants filed a Motion to Compel Arbitration. ECF No. 30.

3. On March 24, 2022, Plaintiffs informed the Court that they intended to file a Motion for Discovery relating to the Motion to Compel Arbitration, and the parties proposed a briefing schedule for the Motion for Discovery. ECF No. 32.

4. On March 29, 2022, the Court entered an order setting a briefing schedule for Plaintiffs' Motion for Discovery and adjourning the deadline for Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration until the resolution of Plaintiffs' Motion for Discovery. ECF No. 33.

5. On June 9, 2022, the Court granted Plaintiffs' Motion for Discovery in part, and the parties began engaging in discovery. Pursuant to the Court's instruction (see ECF No. 95), the parties filed a joint status report on November 28, 2022, setting forth a proposed schedule for the remaining briefing and hearing on the Motion to Compel Arbitration (ECF No. 104).

6. Pursuant to the Court's instruction (see ECF No. 108), the parties completed all arbitration-related discovery (including depositions) by January 27, 2023.

7. The Court has not yet entered a schedule for the remaining briefing on the Motion to Compel Arbitration.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

O'MARA DECL. ISO JOINT STIPULATION
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-cv-00047-GW-GJS

8. The parties have therefore agreed to the following schedule:

   a. Plaintiffs shall file their Opposition to Defendants' Motion to Compel Arbitration on or before **March 17, 2023**.

   b. Defendants shall file any Reply on or before **April 14, 2023**.

   c. The Hearing on Defendants' Motion to Compel Arbitration shall be held on **May 1, 2023 at 8:30 a.m.**, or the first available Monday or Thursday at least two weeks after the reply is filed, whichever date is later.

9. The Joint Stipulation will have no other effect on the schedule.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2023.

*/s/ Timothy L. O'Mara*
Timothy L. O'Mara

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

O'MARA DECL. ISO JOINT STIPULATION
SETTING BRIEFING SCHEDULE
CASE NO. 2:22-cv-00047-GW-GJS