1  LATHAM & WATKINS LLP
     Timothy L. O'Mara (Bar No. 212731)
2      tim.o'mara@lw.com
     Andrew M. Gass (Bar No. 259694)
3      andrew.gass@lw.com
     Kirsten M. Ferguson (Bar No. 252781)
4      kirsten.ferguson@lw.com
     Alicia R. Jovais (Bar No. 296172)
5      alicia.jovais@lw.com
     Robin L. Gushman (Bar No. 305048)
6      robin.gushman@lw.com
   505 Montgomery Street, Suite 2000
7  San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
8  Facsimile: +1.415.395.8095

9  *Attorneys for Defendants Ticketmaster L.L.C.
   and Live Nation Entertainment, Inc.*

10

11

12

13                **UNITED STATES DISTRICT COURT**

14                **CENTRAL DISTRICT OF CALIFORNIA**

15

| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated, | Case No. CV 22-0047-GW-GJSx |
|---|---|
| Plaintiffs, | **ORDER ON JOINT STIPULATION SETTING BRIEFING SCHEDULE** |
| v. | |
| Live Nation Entertainment, Inc., and Ticketmaster LLC, | |
| Defendants. | |

Pending before this Court is a Joint Stipulation Setting Briefing Schedule between Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") and Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants"). Upon consideration of Plaintiffs' and Defendants' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED. The Court orders as follows:

a. Plaintiffs shall file their Opposition to Defendants' Motion to Compel Arbitration on or before **March 17, 2023**.

b. Defendants shall file any Reply on or before **April 14, 2023**.

c. The Hearing on Defendants' Motion to Compel Arbitration shall be held on **May 1, 2023 at 8:30 a.m**.

**IT IS SO ORDERED.**

DATED: February 16, 2023

*[signature: George H. Wu]*

Hon. George H. Wu
United States District Judge