QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN LLC
  Warren Postman (Bar No. 330869)
  wdp@kellerpostman.com
  Albert Pak (admitted pro hac vice)
  albert.pak@kellerpostman.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

*Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No: 2:22-cv-00047-GW-GJS<br><br>**APPLICATION TO FILE PORTIONS OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION UNDER SEAL**<br><br>The Honorable George H. Wu<br><br>Hearing Date: May 1, 2023<br><br>Hearing Time: 8:30 a.m. |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 79-5, Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (collectively, "Plaintiffs"), on behalf of themselves and all those similarly situated, hereby submit this Application for Leave to File Documents Under Seal (the "Application"). This Application pertains to the following items:

- Portions of Plaintiffs' Response in Opposition to Defendants' Motion to Compel Arbitration
- **Exhibit C** to the Declaration of William R. Sears regarding Plaintiffs' Response in Opposition to Defendants' Motion to Compel Arbitration
- **Exhibit D** to the Declaration of William R. Sears regarding Plaintiffs' Response in Opposition to Defendants' Motion to Compel Arbitration
- **Exhibit E** to the Declaration of William R. Sears regarding Plaintiffs' Response in Opposition to Defendants' Motion to Compel Arbitration
- **Exhibit F** to the Declaration of William R. Sears regarding Plaintiffs' Response in Opposition to Defendants' Motion to Compel Arbitration
- **Exhibit G** to the Declaration of William R. Sears regarding Plaintiffs' Response in Opposition to Defendants' Motion to Compel Arbitration
- **Exhibit H** to the Declaration of William R. Sears regarding Plaintiffs' Response in Opposition to Defendants' Motion to Compel Arbitration
- **Exhibit I** to the Declaration of William R. Sears regarding Plaintiffs' Response in Opposition to Defendants' Motion to Compel Arbitration
- **Exhibit J** to the Declaration of William R. Sears regarding Plaintiffs' Response in Opposition to Defendants' Motion to Compel Arbitration
- **Exhibit K** to the Declaration of William R. Sears regarding Plaintiffs' Response in Opposition to Defendants' Motion to Compel Arbitration

- **Exhibit L** to the Declaration of William R. Sears regarding Plaintiffs' Response in Opposition to Defendants' Motion to Compel Arbitration
- **Exhibit M** to the Declaration of William R. Sears regarding Plaintiffs' Response in Opposition to Defendants' Motion to Compel Arbitration
- **Exhibit N** to the Declaration of William R. Sears regarding Plaintiffs' Response in Opposition to Defendants' Motion to Compel Arbitration

As set forth in the Declaration of William R. Sears accompanying this Application, the materials described above contain and/or reflect information or materials that Defendants Live Nation Entertainment, Inc., Ticketmaster LLC, or New Era ADR, Inc., have designated "CONFIDENTIAL" pursuant to the governing Protective Order. (ECF No. 62.) For the foregoing reasons, Plaintiffs have filed this Application.

| | | |
|---|---|---|
| 1 | Dated: March 17, 2023 | Respectfully Submitted, |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | |
| 4 | | By: /s/ William R. Sears |
| 5 | | Kevin Y. Teruya (Bar No. 057645) |
| | | kevinteruya@quinnemanuel.com |
| 6 | | Adam B. Wolfson (Bar No. 262125) |
| | | adamwolfson@quinnemanuel.com |
| 7 | | William R. Sears (Bar No. 330888) |
| | | willsears@quinnemanuel.com |
| 8 | | 865 South Figueroa Street, 10th Floor |
| | | Los Angeles, CA 90017-2543 |
| 9 | | Telephone: (213) 443-3000 |
| | | Facsimile: (213) 443-3100 |
| 10 | | |
| 11 | | |
| 12 | | KELLER POSTMAN LLC |
| 13 | | |
| 14 | | By: /s/ Warren D. Postman |
| | | Warren D. Postman (Bar No. 330869) |
| 15 | | wdp@kellerpostman.com |
| | | Albert Y. Pak (admitted *pro hac vice*) |
| 16 | | albert.pak@kellerpostman.com |
| | | 1100 Vermont Avenue, N.W. |
| 17 | | 12th Floor |
| | | Washington, D.C. 20005 |
| 18 | | Telephone: (202) 918-1123 |
| 19 | | *Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts* |