# EXHIBIT G – Filed Under Seal

Case 2:22-cv-00047-GW-GJS     Document 135-8     Filed 03/17/23     Page 1 of 1     Page ID #:2333