**KELLEY DRYE & WARREN LLP**
Sandra Musumeci
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone:   (212) 808-7800
Facsimile:    (212) 808-7897
SMusumeci@kelleydrye.com

Becca Wahlquist
BWahlquist@kelleydrye.com

*Counsel for Nonparty New Era ADR, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No.: 22-cv-00047-GW-GJS<br><br>The Honorable George H. Wu<br><br>**NON-PARTY NEW ERA ADR, INC.'S APPLICATION FOR LEAVE TO KEEP SEALED CERTAIN MATERIALS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 79-5, non-party New Era ADR, Inc. ("New Era") hereby submits this Application for Leave to File Documents Under Seal (the "Application").

This Application pertains to the following items:

- Portions of Plaintiffs' Brief in Opposition to Defendants' Motion to Compel Arbitration (ECF No. 135) (the "Opposition")

- Portions of Exhibit D submitted with the Opposition (ECF No. 135-5)

- Portions of Exhibit E submitted with the Opposition (ECF No. 135-6)

- In their entirety, Exhibit C (ECF No. 135-4), Exhibit F (ECF No. 135 7), Exhibit G (ECF No. 135-8), Exhibit H (ECF No. 135-9), Exhibit I (ECF No. 135 10), Exhibit J (ECF No. 135 11), Exhibit K (ECF No. 135 12), Exhibit L (ECF No. 135 13), Exhibit M (ECF No. 135 14), Exhibit N (ECF No. 135 15), submitted with the Opposition

As set forth in the Declaration of Collin Williams accompanying this Application, the materials described above contain and/or quote, summarize, or reference information or materials that non-party New Era have produced and designated as CONFIDENTIAL pursuant to the Stipulated Protective Order entered in this matter (ECF No. 62). For the foregoing reasons, New Era has filed this Application.

- 2 -   Case No.: 22-cv-00047-GW-GJS

NON-PARTY NEW ERA ADR, INC.'S APPLICATION FOR LEAVE TO KEEP SEALED CERTAIN MATERIALS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION

| | | |
|---|---|---|
| 1 | Dated: March 21, 2023 | Respectfully submitted, |
| 2 | | **KELLEY DRYE & WARREN LLP** |
| 3 | | |
| 4 | | By: ___/s/ Sandra Musumeci___<br>Sandra Musumeci |
| 5 | | 3 World Trade Center<br>175 Greenwich Street |
| 6 | | New York, NY 10007<br>Telephone:   (212) 808-7800 |
| 7 | | Facsimile:   (212) 808-7897<br>SMusumeci@kelleydrye.com |
| 8 | | |
| 9 | | Becca Wahlquist<br>BWahlquist@kelleydrye.com |
| 10 | | |
| 11 | | *Attorneys for Non-Party*<br>*NEW ERA ADR, INC.* |

- 3 -   Case No.: 22-cv-00047-GW-GJS

NON-PARTY NEW ERA ADR, INC.'S APPLICATION FOR LEAVE TO KEEP SEALED CERTAIN MATERIALS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION