# EXHIBIT 3

**EXHIBIT E (ECF NO. 135-6) TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION WITH NON-PARTY NEW ERA ADR, INC.'S PROPOSED REDACTIONS HIGHLIGHTED**

Case 2:22-cv-00047-GW-GJS Document 132-3 (Ex Parte) Filed 03/17/23 Page 2 of 4 Page ID #:3092
Case 2:22-cv-00047-GW-GJS Document 34-3 (Ex Parte) Filed 02/23 Page 1 of 5 Page ID #:3059

# ATTACHMENT 4

***CONFIDENTIAL UNDER PROTECTIVE ORDER***

**KELLEY DRYE & WARREN LLP**
  Sandra Musumeci (State Bar No. )
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone:   (212) 808-7800
Facsimile:    (212) 808-7897
SMusumeci@kelleydrye.com

Becca Wahlquist
BWahlquist@kelleydrye.com
Attorneys for Defendant
NEW ERA ADR, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SKOT HECKMAN, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No.  22-cv-00047-GW-GJS<br><br>Hon. George Wu<br><br>**DECLARATION OF COLLIN WILLIAMS ON BEHALF OF NEW ERA ADR, INC.** |

Exhibit 2

DocuSign Envelope ID: A4AA6360-3A4F-4382-A186-B235F1F05990
Case 2:22-cv-00047-GW-GJS Document 132-3 (Ex. Parte) 03/17/24 Page 3 of 4
Case 2:22-cv-00047-GW-GJS Document 144-3 (Filed 03/22/23) Page 5 of 4 D
Page #:3042211

***CONFIDENTIAL UNDER PROTECTIVE ORDER***

I, COLLIN WILLIAMS, declare as follows:

1. I am the Chairman and Co-Founder of New Era ADR, Inc. ("New Era"). I am an attorney in good standing in the States of Colorado, Illinois, and Mississippi. I make this Declaration in accord with the order of this Court dated November 18, 2022 (ECF No. 98) as a witness on behalf of New Era pursuant to Fed.R.Civ.P. 30(b)(6). I am authorized to testify on behalf of New Era itself, and unless otherwise noted, I have personal knowledge of the facts set forth herein based on my personal experience founding, building, and working for New Era and my review of New Era's financial and other records.

2. In particular, it is my understanding that the Court has required that New Era provide a sworn declaration through a Rule 30(b)(6) witness setting forth information "regarding the percentage of New Era's business that is comprised of subscription payments (or other remuneration) from" Live Nation Entertainment, Inc. ("Live Nation") and Ticketmaster LLC ("Ticketmaster," or collectively, "Defendants"). (ECF No. 98, at 3.) The Court also required that New Era disclose "how many other subscription customers the business has as well as New Era's total revenue (so that percentage can be applied to that number)." (*Id.*) By this declaration, I am providing that information as a Rule 30(b)(6) witness on behalf of New Era.

3. New Era was established as a corporation in 2020 and first launched its alternative resolution platform in April 2021.

4. In 2020, ▮▮▮▮▮▮ of New Era's business was comprised of subscription payments or other remuneration from Live Nation and/or Ticketmaster.

5. In 2021, approximately ▮▮▮▮▮▮ of New Era's revenue was comprised of subscription payments or other remuneration from Live Nation and/or Ticketmaster. New Era also procured $1.7M in pre-seed investment to fund operations and expenses and was not reliant on Live Nation's subscription revenue to operate the business.

DocuSign Envelope ID: AAAA6360-3A4F-4382-A186-B235F1F05990
Case 2:22-cv-00047-GW-GJS Document 142-3 (Ex. Parte) 03/22/23 Page 4 of 4
Case 2:22-cv-00047-GW-GJS Document 134-3 *SEALED* Filed 03/10/23 Page 5 of 5 Page ID #:1042212

***CONFIDENTIAL UNDER PROTECTIVE ORDER***

6. In 2022, approximately ▮▮▮▮ of New Era's revenue was comprised of subscription payments or other remuneration from Live Nation and/or Ticketmaster. New Era also procured $4.6M in seed investment to fund operations and expenses and was not reliant on Live Nation's subscription revenue to operate the business.

7. New Era currently has ▮ subscription customers, and its total 2022 revenue is ▮▮▮▮.

8. This information concerning New Era's revenues and subscription revenue is sensitive and proprietary information that New Era is designating as CONFIDENTIAL under the terms of the Protective Order issued in this litigation. The disclosure of this information beyond the parties in this litigation and beyond the purposes of this litigation would very likely have a detrimental impact on New Era and put New Era at a competitive disadvantage, both with respect to competitors and when negotiating with potential customers.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of January, 2023.

DocuSigned by:

*Collin Williams*

18D1F76E9CE64D8...

Collin Williams

2