**KELLEY DRYE & WARREN LLP**
Sandra Musumeci
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone:     (212) 808-7800
Facsimile:      (212) 808-7897
SMusumeci@kelleydrye.com

Becca Wahlquist
BWahlquist@kelleydrye.com

*Counsel for Nonparty New Era ADR, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No.: 22-cv-00047-GW-GJS<br><br>The Honorable George H. Wu<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NEW ERA ADR, INC.'S APPLICATION FOR LEAVE TO KEEP SEALED CERTAIN MATERIALS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

The Court has considered Non-Party New Era ADR, Inc.'s Application for leave to keep sealed Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration and certain materials filed in support thereof, pursuant to Civil Local Rule 79-5.2.2(b)(i).  Having considered all papers filed in support of that Application, the Court **GRANTS** the Application, and, good cause appearing, hereby **ORDERS** that the following materials shall be filed under seal:

- Portions of Plaintiffs' Brief in Opposition to Defendants' Motion to Compel Arbitration (ECF No. 135) (the "Opposition") on pages 3 and 9 of the Brief

- 1 -    Case No.: 22-cv-00047-GW-GJS

[PROPOSED] ORDER GRANTING NON-PARTY NEW ERA ADR, INC.'S APPLICATION FOR LEAVE TO KEEP SEALED CERTAIN MATERIALS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION

- Portions of Exhibit D submitted with the Opposition (ECF No. 135-5) on pages 10, 11, 12, 27, 28, 29, 30, 31, 33, 34, 35, 42, 43, and 45 of the Exhibit

- Portions of Exhibit E submitted with the Opposition (ECF No. 135-6) on pages 3 and 4 of the Exhibit

- In their entirety, Exhibit C (ECF No. 135-4), Exhibit F (ECF No. 135 7), Exhibit G (ECF No. 135-8), Exhibit H (ECF No. 135-9), Exhibit I (ECF No. 135 10), Exhibit J (ECF No. 135 11), Exhibit K (ECF No. 135 12), Exhibit L (ECF No. 135 13), Exhibit M (ECF No. 135 14), Exhibit N (ECF No. 135 15), submitted with the Opposition

**IT IS SO ORDERED.**

DATED: _____     By: _____
                                                            Hon. George H. Wu, U.S.D.J.

- 2 -   Case No.: 22-cv-00047-GW-GJS

[PROPOSED] ORDER GRANTING NON-PARTY NEW ERA ADR, INC.'S APPLICATION FOR LEAVE TO KEEP SEALED CERTAIN MATERIALS FILED IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION