**KELLEY DRYE & WARREN LLP**
Sandra Musumeci
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone:   (212) 808-7800
Facsimile:   (212) 808-7897
SMusumeci@kelleydrye.com

Becca Wahlquist
BWahlquist@kelleydrye.com

*Counsel for Nonparty New Era ADR, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No.: 22-cv-00047-GW-GJS<br><br>The Honorable George H. Wu<br><br>**NON-PARTY NEW ERA ADR, INC.'S NOTICE OF ERRATA FOR APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -   Case No.: 22-cv-00047-GW-GJS
NON-PARTY NEW ERA ADR, INC.'S NOTICE OF ERRATA FOR APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

4869-2435-1576v.1

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that due to an inadvertent oversight, non-party New Era ADR, Inc. ("New Era") inadvertently filed its Application for Leave to File Documents Under Seal (the "Application") yesterday on March 21, 2023 without its accompanying redacted exhibits.

New Era respectfully requests that the current application be removed and replaced with the Application and accompanying redacted Exhibits 1, 2, and 3 filed contemporaneously with this Errata.

| | | |
|---|---|---|
| 1 | Dated: March 21, 2023 | Respectfully submitted, |
| 2 | | **KELLEY DRYE & WARREN LLP** |
| 3 | | |
| 4 | | By:  /s/ Sandra Musumeci<br>Sandra Musumeci |
| 5 | | 3 World Trade Center<br>175 Greenwich Street |
| 6 | | New York, NY 10007<br>Telephone:  (212) 808-7800 |
| 7 | | Facsimile:   (212) 808-7897<br>SMusumeci@kelleydrye.com |
| 8 | | |
| 9 | | Becca Wahlquist<br>BWahlquist@kelleydrye.com |
| 10 | | |
| 11 | | *Attorneys for Non-Party*<br>*NEW ERA ADR, INC.* |

- 3 -   Case No.: 22-cv-00047-GW-GJS

NON-PARTY NEW ERA ADR, INC.'S NOTICE OF ERRATA FOR APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

4869-2435-1576v.1