**KELLEY DRYE & WARREN LLP**
Sandra Musumeci
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone:   (212) 808-7800
Facsimile:   (212) 808-7897
SMusumeci@kelleydrye.com

Becca Wahlquist
BWahlquist@kelleydrye.com

*Counsel for Nonparty New Era ADR, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No.: 22-cv-00047-GW-GJS<br><br>The Honorable George H. Wu<br><br>**NON-PARTY NEW ERA ADR, INC.'S NOTICE OF ERRATA FOR COLIN WILLIAMS SEALED DECLARATION IN SUPPORT OF APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -   Case No.: 22-cv-00047-GW-GJS
NON-PARTY NEW ERA ADR, INC.'S NOTICE OF ERRATA FOR COLLIN WILLIAMS SEALED DECLARATION IN SUPPORT OF APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

4887-7220-4888v.1

1  **TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2

3      **PLEASE TAKE NOTICE** that due to an inadvertent oversight, non-party New Era

4  ADR, Inc. ("New Era") filed its Sealed Declaration of Collin Williams in Support of Application

5  for Leave to File Documents Under Seal (the "Declaration") yesterday on March 21, 2023,

6  without an executed signature. New Era re-filed the executed Declaration under seal this

7  morning, but did not include Exhibits 1, 2, and 3 with the proposed redactions highlighted with

8  the re-filed, executed Declaration.

9

10      New Era respectfully requests that the Declaration and Exhibits 1, 2, and 3 thereto be

11  removed and replaced with the corrected version and Exhibits filed under seal

12  contemporaneously with this Errata.

- 2 -    Case No.: 22-cv-00047-GW-GJS

NON-PARTY NEW ERA ADR, INC.'S NOTICE OF ERRATA FOR COLLIN WILLIAMS SEALED
DECLARATION IN SUPPORT OF APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

4887-7220-4888v.1

| | |
|---|---|
| Dated: March 22, 2023 | Respectfully submitted,<br><br>**KELLEY DRYE & WARREN LLP**<br><br>By:  /s/ Sandra Musumeci<br>Sandra Musumeci<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Telephone:   (212) 808-7800<br>Facsimile:    (212) 808-7897<br>SMusumeci@kelleydrye.com<br><br>Becca Wahlquist<br>BWahlquist@kelleydrye.com<br><br>*Attorneys for Non-Party*<br>*NEW ERA ADR, INC.* |

- 3 -   Case No.: 22-cv-00047-GW-GJS

NON-PARTY NEW ERA ADR, INC.'S NOTICE OF ERRATA FOR COLLIN WILLIAMS SEALED DECLARATION IN SUPPORT OF APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

4887-7220-4888v.1