LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
    kirsten.ferguson@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION**<br><br>The Honorable George H. Wu |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 79-5.2.2(b), Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") hereby submit this Application for Leave to File Under Seal Portions of Defendants' Reply in Support of Motion to Compel Arbitration (the "Application").

As set forth in the accompanying Declaration of Timothy L. O'Mara, portions of Defendants' Reply in Support of Motion to Compel Arbitration (the "Reply") contain or reflect information or materials that third party New Era ADR, Inc. has designated "CONFIDENTIAL" under the Protective Order in this case (*see* ECF No. 62), and that the Court has <u>already</u> sealed (*see* ECF No. 147).

Defendants respectfully request that the Court enter an Order permitting portions of the Reply to be filed under seal, provided that a redacted version of the Reply shall remain publicly accessible. A Proposed Order granting this Application has been submitted herewith.

Dated: April 14, 2023

Respectfully Submitted,

LATHAM & WATKINS LLP

By: *Timothy L. O'Mara*
Timothy L. O'Mara
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
tim.o'mara@lw.com

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*