# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION**<br><br>The Honorable George H. Wu |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
DEFS.' SEALING APPLICATION
CASE NO. 2:22-CV-00047-GW-GJS

The Court has considered Defendants' Application for Leave to File Under Seal Portions of Defendants' Reply in Support of Motion to Compel Arbitration (the "Application"), and the Sealed Declaration of Timothy L. O'Mara filed in support thereof. Having considered all papers filed in support of the Application, and, good cause appearing, the Court hereby **ORDERS** that the following material shall remain under seal:

| Document | Sealing Status |
| --- | --- |
| Defendants' Reply in Support of Motion to Compel Arbitration | Redactions to pages 3, 4, 14, 16 |

**IT IS SO ORDERED.**

Dated: _____  By:_____
 Hon. George H. Wu
 United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING
DEFS.' SEALING APPLICATION
CASE NO. 2:22-CV-00047-GW-GJS