LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    *tim.o'mara@lw.com*
  Sadik Huseny (Bar No. 224659)
    *sadik.huseny@lw.com*
  Andrew M. Gass (Bar No. 259694)
    *andrew.gass@lw.com*
  Kirsten M. Ferguson (Bar No. 252781)
    *kirsten.ferguson@lw.com*
  Alicia R. Jovais (Bar No. 296172)
    *alicia.jovais@lw.com*
  Robin L. Gushman (Bar No. 305048)
    *robin.gushman@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C.
and Live Nation Entertainment, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>    Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**REPLY DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>The Honorable George H. Wu<br><br>Hearing Date: May 1, 2023<br><br>Hearing Time: 8:30 a.m.<br><br>Courtroom: 9D, 9th Floor |

I, Timothy L. O'Mara, declare as follows:

1.　　I am a partner at the law firm of Latham & Watkins LLP, counsel for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants").  I am an attorney in good standing in the state of California, and I am admitted to practice before this Court.  I make this Reply Declaration in support of Defendants' Motion to Compel Arbitration.  The facts set forth herein are based on my personal knowledge; if called upon to do so, I can and will competently testify to these facts.

2.　　Attached as **Exhibit A** is a true and correct copy of the JAMS Streamlined Arbitration Rules & Procedures, available at https://www.jamsadr.com /files/Uploads/Documents/JAMS-Rules/JAMS_streamlined_arbitration_rules-2021.pdf (accessed on April 11, 2023).

3.　　Attached as **Exhibit B** is a true and correct copy of the JAMS Comprehensive Arbitration Rules & Procedures, available at https://www. jamsadr.com/files/Uploads/Documents/JAMS-Rules/JAMS_Comprehensive_ Arbitration_Rules-2021.pdf (accessed on April 11, 2023).

4.　　Attached as **Exhibit C** is a true and correct copy of the JAMS Recommended Arbitration Discovery Protocols for Domestic, Commercial Cases, available at https://www.jamsadr.com/files/Uploads/Documents/JAMS-Rules/ JAMS_Arbitration_Discovery_Protocols.pdf (accessed on April 11, 2023).

5.　　Attached as **Exhibit D** is a true and correct copy of the AAA Consumer Arbitration Rules, available at https://www.adr.org/sites/default/files/Consumer-Rules-Web_0.pdf (accessed on April 11, 2023).

6.　　Attached as **Exhibit E** is a true and correct copy of the AAA Supplementary Rules for Multiple Case Filings, available at https://www.adr.org/ sites/default/files/Supplementary_Rules_MultipleCase_Filings.pdf (accessed on April 11, 2023).

1      I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on April 14, 2023.

3

4                               Timothy L. O'Mara

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28