LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Kirsten M. Ferguson (Bar No. 252781)
    kirsten.ferguson@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Live Nation Entertainment, Inc., and Ticketmaster LLC, <br><br> Defendants. | Case No. 2:22-cv-00047-GW-GJS <br><br> **PROOF OF SERVICE** |

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **April 14, 2023** I caused to be served the following documents described as:

- SEALED DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE FILE UNDER SEAL PORTIONS OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION

- DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION (UNREDACTED VERSION)

by causing to be served true copies of the above-described documents in the following manner:

**BY ELECTRONIC MAIL**

The above-described documents were transmitted via electronic mail to the following parties on **April 14, 2023**:

QUINN EMMANUEL URQUHART & SULLIVAN, LLP (Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts):

- Kevin Y. Teruya (kevinteruya@quinnemanuel.com)
- Adam B. Wolfson (adamwolfson@quinnemanuel.com)
- William R. Sears (willsears@quinnemanuel.com)

KELLER POSTMAN LLC (Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts):

- Warren D. Postman (wdp@kellerpostman.com)
- Albert Y. Pak (albert.pak@kellerpostman.com)

KELLY DRYE & WARREN LLP (Attorney for Third-Party New Era ADR, Inc.):

- Sandra L. Musumeci (smusumeci@kellydrye.com)

//

//

//

//

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction service was made, and declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 14, 2023** at San Rafael, California.

_____
Alicia R. Jovais