LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    *tim.o'mara@lw.com*
  Sadik Huseny (Bar No. 224659)
    *sadik.huseny@lw.com*
  Andrew M. Gass (Bar No. 259694)
    *andrew.gass@lw.com*
  Kirsten M. Ferguson (Bar No. 252781)
    *kirsten.ferguson@lw.com*
  Alicia R. Jovais (Bar No. 296172)
    *alicia.jovais@lw.com*
  Robin L. Gushman (Bar No. 305048)
    *robin.gushman@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**PROOF OF SERVICE** |

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **April 18, 2023** I caused to be served the following documents described as:

- DEFENDANTS' REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION – FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED APRIL 17, 2023

by causing to be served true copies of the above-described documents in the following manner:

**BY ELECTRONIC MAIL**

The above-described documents were transmitted via electronic mail to the following parties on **April 18, 2023**:

QUINN EMMANUEL URQUHART & SULLIVAN, LLP (Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts):

- Kevin Y. Teruya (kevinteruya@quinnemanuel.com)
- Adam B. Wolfson (adamwolfson@quinnemanuel.com)
- William R. Sears (willsears@quinnemanuel.com)

KELLER POSTMAN LLC (Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts):

- Warren D. Postman (wdp@kellerpostman.com)
- Albert Y. Pak (albert.pak@kellerpostman.com)

KELLY DRYE & WARREN LLP (Attorney for Third-Party New Era ADR, Inc.):

- Sandra L. Musumeci (smusumeci@kellydrye.com)

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction service was made, and declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 18, 2023** at San Francisco, California.

Alicia R. Jovais