# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Sophia Schlesinger |
| 2a. Contact Phone Number | (212) 808-7934 |
| 3a. Contact E-mail Address | Managingattorney@kelleydrye.com |
| 1b. Attorney Name (if different) | Sandra Musumeci |
| 2b. Attorney Phone Number | (212) 808-7788 |
| 3b. Attorney E-mail Address | Smusumeci@kelleydrye.com |
| 4. MAILING ADDRESS | Kelley Drye and Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, NY 10007 |
| 5. Name & Role of Party Represented | Non-party New Era ADR |
| 6. Case Name | Skot Heckman et al. v. Live Nation Entertainment, Inc. |
| 7a. District Court Case Number | 2:22-cv-00047-GW-GJS |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
- [ ] DIGITALLY RECORDED
- [x] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Terri A. Hourigan

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [x] Non-Appeal   [ ] Criminal  [x] Civil   [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis

**10. TRANSCRIPT(S) REQUESTED**

| Hearing Date | Minute Order Docket# | Judge (name) | Proceeding Type / Portion | Format | Release Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|
| 05/01/2023 | | George Wu | Full Hearing on Defendants' Motion to Compel Arbitration | PDF (email) | | 3-Day |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.**

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: May 2, 2023     Signature: /s/ Sandra Musumeci

G-120 (06/18)