QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
    kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
    adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
    willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN LLC
  Warren Postman (Bar No. 330869)
    wdp@kellerpostman.com
  Albert Pak (admitted pro hac vice)
    albert.pak@kellerpostman.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

*Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Live Nation Entertainment, Inc., and Ticketmaster LLC, <br><br> Defendants. | CASE NO. 2:22-cv-00047-GW-GJ <br><br> **JOINT STIPULATION SETTING MODIFIED BRIEFING SCHEDULE AND HEARING DATE** <br><br> [Local Rule 7-1] <br><br> Assigned to: Honorable George H. Wu |

Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") and Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") hereby stipulate and agree, subject to the approval of the Court, to the following modification of the hearing schedule, and a corresponding modification to the briefing schedule.

In support of this joint stipulation, the parties state as follows:

1. On March 8, 2022, Defendants filed a Motion to Compel Arbitration, ECF No. 30, which has now been fully briefed.
2. A hearing on that Motion was held before this Court on May 1, 2023.
3. At the hearing, the Court requested supplemental briefing, with each side to submit an initial brief on May 22 and a response on June 8, for a hearing to be held June 22.
4. After scheduling conflicts with that date recently became apparent, the parties conferred and came to an agreement to request that the second hearing on Defendants' Motion to Compel Arbitration be held on **July 13, 2023** at 8:30 a.m.
5. In light of their agreement to request a different hearing date, the parties also agreed to request a corresponding adjustment to the briefing schedule as follows.
   a. Both sides shall file their initial supplemental brief on or before **June 2, 2023**.
   b. Both sides shall file replies on **June 19, 2023**.

The parties therefore agree and stipulate to the above dates.

[*Signatures on following page*]

CASE NO. 2:22-CV-00047-GW-GJS

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 17, 2023 | Respectfully submitted, |
| 3 | | LATHAM & WATKINS LLP |
| 4 | | |
| 5 | | By: */s/ Timothy L. O'Mara* |
| 6 | | Timothy L. O'Mara |
| | | 505 Montgomery Street, Suite 2000 |
| 7 | | San Francisco, California 94111-6538 |
| | | Telephone: +1.415.391.0600 |
| 8 | | Facsimile: +1.415.395.8095 |
| 9 | | tim.o'mara@lw.com |

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Kevin Y. Teruya*
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated*

## ATTESTATION

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation Setting Modified Briefing Schedule and Hearing Date. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, William R. Sears, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: May 17, 2023                    */s/ William R. Sears*
                                       William R. Sears