UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>    Defendants. | CASE NO. 2:22-cv-00047-GW-GJ<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION SETTING MODIFIED BRIEFING SCHEDULE AND HEARING DATE**<br><br>[Local Rule 7-1]<br><br>Assigned to: Honorable George H. Wu |

Pending before this Court is a Joint Stipulation Setting Modified Briefing Schedule and Hearing Date ("Joint Stipulation") filed by Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") and Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants"). Upon consideration of the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED. The court orders as follows:

    a.    Plaintiffs and Defendants shall file their initial supplemental briefs on or before **June 2, 2023**.

    b.    Plaintiffs and Defendants shall file any replies on **June 19, 2023**.

    c.    The second Hearing on Defendants' Motion to Compel Arbitration and the supplemental briefing shall be held on **July 13, 2023 at 8:30 a.m.**

**IT IS SO ORDERED.**

Dated: _____             _____
                                                                                Hon. George H. Wu
                                                                                United States District Judge