QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN LLC
  Warren D. Postman (Bar No. 330869)
  wdp@kellerpostman.com
  Albert Y. Pak (admitted *pro hac vice*)
  albert.pak@kellerpostman.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | CASE NO. 2:22-cv-00047-GW-GJS<br><br>**DECLARATION OF WILLIAM R. SEARS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>The Honorable George H. Wu<br><br>Hearing Date: July 13, 2023<br><br>Hearing Time: 8:30 a.m. |

I, William R. Sears, declare as follows:

1.  I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (collectively, "Plaintiffs"). I am an attorney in good standing in the State of California. I am making this Declaration in support of Plaintiffs' Application for Leave to File Documents Under Seal. I have personal knowledge of the facts set forth below; if called upon to do so, I can and will competently testify thereto.

2.  Attached hereto as **Exhibit 1** is a true and correct copy of the transcript of the Motion to Compel Arbitration hearing in the matter of Skot Heckman, et al, vs. Live Nation Entertainment, Inc., et al. Case No. 2:22-cv-00047-GW-GJS, held on May 1, 2023.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of New Era ADR, Inc.'s Terms & Conditions last modified in June 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2023

                                          /s/ *William R. Sears*
                                          William R. Sears