# Exhibit 2

# Terms & Conditions

**Website Terms of Use**

Last Modified: June 2023

**Acceptance of the Terms of Use**

These terms of use are entered into by and between You and New Era ADR, Inc. ("New Era", "Company", "we" or "us"). The following terms and conditions (the "Terms of Use"), govern your access to and use of www.neweraadr.com, including any content, functionality and services offered on or through www.neweraadr.com (the "Website") and its alternative dispute resolution platform (the "Platform"), whether as a guest or a registered user.

Please read the Terms of Use carefully before you start to use the Website. By using the Website, you accept and agree to be bound and abide by these Terms of Use. IF YOU DO NOT WANT TO AGREE TO THESE TERMS OF USE, YOU MUST NOT ACCESS OR USE THE WEBSITE.The Website is offered and only available to users who are 18 years of age or older and reside in the United States or any of its territories. By using the Website, you represent and warrant that you are of legal age to form a binding contract with the Company and meet all of the foregoing eligibility requirements. If you do not meet all of these requirements, you must not access or use the Website.

**Changes to the Terms of Use**

We may revise and update these Terms of Use from time to time at our sole discretion. All changes are effective immediately when we post them and apply to all access to and use of the Website thereafter.

Your continued use of the Website following the posting of revised Terms of Use means that you accept and agree to the changes. You are expected to check these Terms of Use frequently so you are aware of any changes, as they are binding on you.

**Binding Agreement to Resolve Disputes**

Company provides a digital dispute resolution platform that expedites the dispute resolution process through the use of technology and streamlined rules and procedures. You hereby acknowledge and agree, that a more efficient and expedient process is your voluntary choice and you agree to be bound by any decision issued by the Company's arbitrators and mediators (the "Neutrals").

**BY USING THE WEBSITE, YOU EXPLICITLY CONSENT TO NEW ERA ADR AS THE DISPUTE RESOLUTION FORUM OF CHOICE NOTWITHSTANDING ANY PRIOR AGREEMENTS TO THE CONTRARY.  YOU AGREE TO BE BOUND BY ANY DECISION ENTERED FOR OR AGAINST YOU BY THE COMPANY'S NEUTRALS.  IF YOU DO NOT AGREE, YOU MUST NOT USE THE WEBSITE OR ITS PLATFORM.**

**Off-Platform Actions**

You agree to not move any portion of your dispute off Platform for purposes of fee avoidance. You acknowledge that Company will charge its fees before commencement of any substantive portion of your dispute and that the full fee is earned upon intake of your case. You acknowledge and agree that Company's fees are an accurate measure of damages should you move any portion of your dispute off-platform and that no refunds will be offered under any circumstances.

To the extent a neutral facilitates the movement of any portion of a dispute off-platform for the purpose of fee avoidance, the neutral will forfeit any fees due and owing and the full Platform fee will be deemed property of Company.

**Neutrals**

**New Era partners with third party neutrals for both its arbitration and mediation products. Neutrals are independent, are not employees of the Company, and do not receive additional remuneration or compensation outside of their regular fees and expenses from the Company for presiding over cases. Neutrals do not solicit cases from the Company and act solely as unbiased arbiters in deciding cases submitted to us. The Company will integrate with the neutrals and handle the assignment and calendaring functions of your case. The Company also acts as a clearinghouse for neutrals' fees and expenses. You acknowledge and agree that you are responsible for payment of the fees of the assigned neutral as well as any associated Company platform fees and agree to pay the same.**

**Accessing the Website and Account Security**

We reserve the right to withdraw or amend the Website, and any service or material we provide on the Website, at our sole discretion without notice. We will endeavor to ensure that website access does not impact your case or any applicable deadlines, but we make no representations or warranties regarding the same. From time to time, we may restrict access to some parts of the Website, or the entire Website, to users, including registered users.

You are responsible for:

- Making all arrangements necessary for you to have access to the Website, including without limitation your own internet connection and computer equipment.
- Ensuring that all persons who access the Website through your internet connection or through your account are aware of these Terms of Use and comply with them.

To access the Website or some of the resources it offers, you may be asked to provide certain registration details or other information. It is a condition of your use of the Website that all the information you provide on the Website is correct, current and complete. You agree that all information, including your personal information, you provide to register with the Website or otherwise, including but not limited to through the use of any interactive features on the Website, is governed by our Privacy Policy, and you consent to all actions we take with respect to your information consistent with our Privacy Policy.

If you choose, or are provided with, a username, password or any other piece of information as part of our security procedures, you must treat such information as confidential, and you must not disclose it to any other person or entity. You also acknowledge that your account is personal to you and agree not to provide any other person with access to the Website or portions of it using your username, password or other security information. **You agree that you are responsible for any filings made through your account or otherwise under your name on the Website.** You agree to notify us immediately of any unauthorized access to or use of your username or password or any other breach of security. You also agree to exit and log out from your account at the end of each session. You should use particular caution when accessing your account from a public or shared computer so that others are not able to view or record your password or other personal information.

We have the right to disable any username, password or other identifier, whether chosen by you or provided by us, at any time in our sole discretion for any or no reason, including if, in our opinion, you have violated any provision of these Terms of Use.

**Intellectual Property Rights**

The Website and its entire contents, features and functionality (including but not limited to all information, software, text, displays, images, video and audio, and the design, selection and arrangement thereof), are owned by the Company, its licensors or other providers of such material and are protected by United States and international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws.

These Terms of Use permit you to use the Website in connection with our dispute resolution process only. You must not reproduce, distribute, modify, create derivative works of, publicly display, publicly perform, republish, download, store, or transmit any of the material on our Website, except as follows:

- Your computer may temporarily store copies of such materials in RAM incidental to your accessing and viewing those materials.
- You may store files that are automatically cached by your Web browser for display enhancement purposes.
- You may print or download one copy of a reasonable number of pages of the Website for your own personal, non-commercial use and not for further reproduction, publication or distribution.
- You may download one copy of the materials that are uploaded to the Website.  This includes materials for creating your own "file" of the case.
- If we provide desktop, mobile or other applications for download, you may download a single copy to your computer or mobile device solely for your own personal, non-commercial use, provided you agree to be bound by our end user license agreement for such applications.

You must not:

- Modify copies of any materials from the Website.
- Use any illustrations, photographs, video or audio sequences or any graphics separately from the accompanying text on the Website.
- Delete or alter any copyright, trademark or other proprietary rights notices from copies of materials from the Website.

You must not access or use for any personal or other commercial purposes any part of the Website or any services or materials available through the Website.

If you print, copy, modify, download or otherwise use or provide any other person with access to any part of the Website in breach of the Terms of Use, your right to use the Website will cease immediately and you must, at our option, return or destroy any copies of the materials you have made. No right, title or interest in or to the Website or any content on the Website is transferred to you, and all rights not expressly granted are reserved by the Company. Any use of the Website not expressly permitted by these Terms of Use is a breach of these Terms of Use and may violate copyright, trademark and other laws.

*In conjunction with the above-referenced rules, you are responsible for maintaining your own case file.  Company maintains its own document retention policies which includes a six month retention period for case documents.  When this retention period is over, all documents will be permanently deleted from Company's platform and not available for downloading in the future.*

**Trademarks**

The Company name, logo, and all related names, logos, product and service names, designs and slogans are trademarks of the Company or its affiliates or licensors. You must not use such marks without the prior written permission of the Company. All other names, logos, product and service names, designs and slogans on the Website are the trademarks of their respective owners.

**Prohibited Uses**

You may use the Website only for lawful purposes and in accordance with these Terms of Use. You agree not to use the Website:

> In any way that violates any applicable federal, state, local or international law or regulation (including, without limitation, any laws regarding the export of data or software to and from the US or other countries).
>
> For the purpose of exploiting, harming or attempting to exploit or harm minors in any way by exposing them to inappropriate content, asking for personally identifiable information or otherwise.
>
> To send, knowingly receive, upload, download, use or re-use any material which does not comply with the Content Standards set out in these Terms of Use.

- To transmit, or procure the sending of, any advertising or promotional material, including any "junk mail", "chain letter" or "spam" or any other similar solicitation.

- To impersonate or attempt to impersonate the Company, a Company employee, another user or any other person or entity (including, without limitation, by using e-mail addresses or screen names associated with any of the foregoing).

- To engage in any other conduct that restricts or inhibits anyone's use of the Website, or which, as determined by us, may harm the Company or users of the Website or expose them to liability.

Additionally, you agree not to:

- Use the Website in any manner that could disable, overburden, damage, or impair the site or interfere with any other party's use of the Website, including their ability to engage in real time activities through the Website.

- Use any robot, spider or other automatic device, process or means to access the Website for any purpose, including monitoring or copying any of the material on the Website.

- Use any manual process to monitor or copy any of the material on the Website or for any other unauthorized purpose without our prior written consent.
- Use any device, software or routine that interferes with the proper working of the Website.

- Introduce any viruses, trojan horses, worms, logic bombs or other material which is malicious or technologically harmful.

- Attempt to gain unauthorized access to, interfere with, damage or disrupt any parts of the Website, the server on which the Website is stored, or any server, computer or database connected to the Website.

- Attack the Website via a denial-of-service attack or a distributed denial-of-service attack.

- Otherwise attempt to interfere with the proper working of the Website.

**Monitoring and Enforcement; Termination**

We have the right to:

- Take appropriate legal action, including without limitation, referral to law enforcement, for any illegal or unauthorized use of the Website.

- Terminate or suspend your access to all or part of the Website for any or no reason, including without limitation, any violation of these Terms of Use. If we have to exercise this provision, you will not be granted additional time for filings or to meet deadlines on your case.

- Impose a 25% remediation payment on the gross amount of the judgment whether it is for or against you for any violation of these Terms of Use.

Without limiting the foregoing, we have the right to fully cooperate with any law enforcement authorities or court order requesting or directing us to disclose the identity or other information of anyone posting any materials on or through the Website. YOU WAIVE AND HOLD HARMLESS THE COMPANY AND ITS AFFILIATES, LICENSEES AND SERVICE PROVIDERS FROM ANY CLAIMS RESULTING FROM ANY ACTION TAKEN BY THE COMPANY OR ANY OF THE FOREGOING PARTIES DURING OR AS A RESULT OF ITS INVESTIGATIONS AND FROM ANY ACTIONS TAKEN AS A CONSEQUENCE OF INVESTIGATIONS BY EITHER THE COMPANY OR SUCH PARTIES OR LAW ENFORCEMENT AUTHORITIES.

We cannot review all material before it is posted on the Website, and cannot ensure prompt removal of objectionable material after it has been posted. Accordingly, we assume no liability for any action or inaction regarding transmissions, communications or content provided by any user or third party. We have no liability or responsibility to anyone for performance or nonperformance of the activities described in this section.

**Content Standards**

These content standards apply to any and all use of Website or Platform. You must comply with all applicable federal, state, local and international laws and regulations. Without limiting the foregoing, you must not write, upload, or file anything on the Website that:

- Contains any material which is defamatory, obscene, indecent, abusive, offensive, harassing, violent, hateful, inflammatory or otherwise objectionable unless it is germane to the case.

- Promotes sexually explicit or pornographic material, violence, or discrimination based on race, sex, religion, nationality, disability, sexual orientation or age.

- Infringes any patent, trademark, trade secret, copyright or other intellectual property or other rights of any other person.

- Violates the legal rights (including the rights of publicity and privacy) of others or contain any material that could give rise to any civil or criminal liability under applicable laws or regulations or that otherwise may be in conflict with these Terms of Use and our Privacy Policy.

- Is likely to deceive any person.

- Promotes any illegal activity, or advocate, promote or assist any unlawful act.

- Intentionally embarrasses, alarms, harasses or annoys any other person.

- Impersonates any person, or misrepresents your identity or affiliation with any person or organization.

- Involves commercial activities or sales, such as contests, sweepstakes and other sales promotions, barter or advertising.

- Gives the impression that they emanate from or are endorsed by us or any other person or entity, if this is not the case.

**Copyright Infringement**

The Digital Millennium Copyright Act of 1998 (the "DMCA") provides recourse for copyright owners who believe that material appearing on the Internet infringes their rights under U.S. Copyright law. You may not post, distribute, or reproduce in any way any copyrighted material, trademarks, or other proprietary information without obtaining the prior written consent of the owner of such proprietary rights. If you do so repeatedly on the Website, you will be removed as a user. Without limiting the foregoing, if you believe that your work has been copied and posted on the Website in a way that constitutes copyright infringement, please contact the Company at contact@new eraadr.com.

**Reliance on Information Posted**

The information presented by the Company on or through the Website is made available solely for general information purposes. We do not warrant the accuracy, completeness or usefulness of this information. Any reliance you place on such information is strictly at your own risk. We disclaim all liability and responsibility arising from any reliance placed on such materials by you or any other visitor to the Website, or by anyone who may be informed of any of its contents.

The Website includes content provided by third parties. All statements and/or opinions expressed in these materials, and all articles and responses to questions and other content,

other than the content provided by the Company, are solely the opinions and the responsibility of the person or entity providing those materials. These materials do not necessarily reflect the opinion of the Company. We are not responsible, or liable to you or any third party, for the content or accuracy of any materials provided by any third parties.

**Changes to the Website**

We may update the content on the Website from time to time, but its content is not necessarily complete or up-to-date. Any of the material on the Website may be out of date at any given time, and we are under no obligation to update such material.

**Information About You and Your Visits to the Website**

All information we collect on the Website is subject to our Privacy Policy. By using the Website, you consent to all actions taken by us with respect to your information in compliance with the Privacy Policy.

**Linking to the Website and Social Media Features**

You may link to our Website, provided you do so in a way that is fair and legal and does not damage our reputation or take advantage of it, but you must not establish a link in such a way as to suggest any form of association, approval, or endorsement on our part without our express written consent.

The website from which you are linking, or on which you make certain content accessible, must comply in all respects with the Content Standards set out in these Terms of Use.

You agree to cooperate with us in causing any unauthorized framing or linking to cease immediately. We reserve the right to withdraw linking permission without notice.

We may disable all or any social media features and any links at any time without notice and in our sole discretion.

**Links from the Website**

If the Website contains links to other sites and resources provided by third parties, these links are provided for your convenience only. This includes links contained in advertisements, including banner advertisements and sponsored links. We have no control over the contents of

those sites or resources, and accept no responsibility for them or for any loss or damage that may arise from your use of them. If you decide to access any of the third-party websites linked to the Website, you do so entirely at your own risk and subject to the terms and conditions of use for such websites.

**Geographic Restrictions**

The owner of the Website is based in the state of Illinois in the United States. We provide the Website for use only by persons located in the United States. We make no claims that the Website or any of its content is accessible or appropriate outside of the United States. Access to the Website may not be legal by certain persons or in certain countries. If you access the Website from outside the United States, you do so on your own initiative and you are solely responsible for compliance with all applicable and local laws.

**Disclaimer of Warranties**

You understand that we cannot and do not guarantee or warrant that files available for downloading from the internet or the Website will be free of viruses or other destructive code. You are responsible for implementing sufficient procedures and checkpoints to satisfy your particular requirements for anti-virus protection and accuracy of data input and output, and for maintaining a means external to our site for any reconstruction of any lost data. WE WILL NOT BE LIABLE FOR ANY LOSS OR DAMAGE CAUSED BY A DISTRIBUTED DENIAL-OF-SERVICE ATTACK, VIRUSES OR OTHER TECHNOLOGICALLY HARMFUL MATERIAL THAT MAY INFECT YOUR COMPUTER EQUIPMENT, COMPUTER PROGRAMS, DATA OR OTHER PROPRIETARY MATERIAL DUE TO YOUR USE OF THE WEBSITE OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE WEBSITE OR TO YOUR DOWNLOADING OF ANY MATERIAL POSTED ON IT, OR ON ANY WEBSITE LINKED TO IT.

YOUR USE OF THE WEBSITE, ITS CONTENT AND ANY SERVICES OR ITEMS OBTAINED THROUGH THE WEBSITE IS AT YOUR OWN RISK. THE WEBSITE, ITS CONTENT AND ANY SERVICES OR ITEMS OBTAINED THROUGH THE WEBSITE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT ANY WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. NEITHER THE COMPANY NOR ANY PERSON ASSOCIATED WITH THE COMPANY MAKES ANY WARRANTY OR REPRESENTATION WITH RESPECT TO THE COMPLETENESS, SECURITY, RELIABILITY, QUALITY, ACCURACY OR AVAILABILITY OF THE WEBSITE. WITHOUT LIMITING THE FOREGOING, NEITHER THE COMPANY NOR ANYONE ASSOCIATED WITH THE COMPANY REPRESENTS OR WARRANTS THAT THE WEBSITE, ITS CONTENT OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE WEBSITE WILL BE

ACCURATE, RELIABLE, ERROR-FREE OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, THAT OUR SITE OR THE SERVER THAT MAKES IT AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS OR THAT THE WEBSITE OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE WEBSITE WILL OTHERWISE MEET YOUR NEEDS OR EXPECTATIONS.

THE COMPANY HEREBY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, STATUTORY OR OTHERWISE, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT AND FITNESS FOR PARTICULAR PURPOSE.

THE FOREGOING DOES NOT AFFECT ANY WARRANTIES WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

**Limitation on Liability**

IN NO EVENT WILL THE COMPANY, ITS AFFILIATES OR THEIR LICENSORS, SERVICE PROVIDERS, EMPLOYEES, AGENTS, OFFICERS, OR DIRECTORS BE LIABLE FOR DAMAGES ARISING OUT OF, OR IN CONNECTION WITH YOUR USE, OR INABILITY TO USE, THE PLATFORM, THE WEBSITE, ANY WEBSITES LINKED TO IT, ANY CONTENT ON THE WEBSITE OR SUCH OTHER WEBSITES OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE WEBSITE OR SUCH OTHER WEBSITES, INCLUDING ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING BUT NOT LIMITED TO, PERSONAL INJURY, PAIN AND SUFFERING, EMOTIONAL DISTRESS, LOSS OF REVENUE, LOSS OF PROFITS, LOSS OF BUSINESS OR ANTICIPATED SAVINGS, LOSS OF USE, LOSS OF GOODWILL, LOSS OF DATA, AND WHETHER CAUSED BY TORT (INCLUDING NEGLIGENCE), BREACH OF CONTRACT OR OTHERWISE, EVEN IF FORESEEABLE.

FOR DAMAGES NOT COVERED BY THE AFOREMENTIONED LIMITATION, IN NO EVENT WILL THE COMPANY BE LIABLE FOR AGGREGATE DAMAGES IN EXCESS OF THE FEES PAID BY YOU TO THE COMPANY DURING THE TWELVE (12) MONTHS PRECEDING THE MOST RECENT EVENT THAT GAVE RISE TO YOUR CLAIM(S).

THE FOREGOING DOES NOT AFFECT ANY LIABILITY WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

**Indemnification**

You agree to defend, indemnify and hold harmless the Company, its affiliates, licensors and service providers, and its and their respective officers, directors, employees, contractors, agents, licensors, suppliers, successors and assigns from and against any claims, liabilities, damages, judgments, awards, losses, costs, expenses or fees (including reasonable attorneys' fees) arising out of or relating to your violation of these Terms of Use or your use of the Website or Platform, any use of the Website's content, services and products other than as expressly authorized in these Terms of Use or your use of any information obtained from the Website.

**Governing Law and Jurisdiction**

All matters relating to the Website, the Platform and these Terms of Use and any dispute or claim arising therefrom or related thereto (in each case, including non-contractual disputes or claims), shall be governed by and construed in accordance with the laws of the State of Illinois without giving effect to any choice or conflict of law provision or rule (whether of the State of Illinois or any other jurisdiction).

**Arbitration and Class Action Waiver**

You are required to submit any disputes arising from or related to these Terms of Use, the Platform or the Website, including disputes arising from or concerning their interpretation, violation, invalidity, non-performance, or termination, to final and binding arbitration by the Judicial Arbiter Group (JAG) in Denver, CO.

You agree to arbitrate solely on an individual basis; these Terms of Use do not permit class arbitration or any claims brought as a plaintiff or class member in any class or representative arbitration proceeding. JAG may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding. Notwithstanding JAG's power to rule on its own jurisdiction and the validity or enforceability of the agreement to arbitrate, JAG has no power to rule on the validity or enforceability of the agreement to arbitrate solely on an individual basis.

**Limitation on Time to File Claims**

ANY CAUSE OF ACTION OR CLAIM YOU MAY HAVE ARISING OUT OF OR RELATING TO THESE TERMS OF USE OR THE WEBSITE MUST BE COMMENCED WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES, OTHERWISE, YOU HEREBY DISCLAIM AND

WAIVE SUCH CAUSE OF ACTION OR CLAIM AND SUCH CAUSE OF ACTION OR CLAIM IS PERMANENTLY BARRED.

**Waiver and Severability**

No waiver of by the Company of any term or condition set forth in these Terms of Use shall be deemed a further or continuing waiver of such term or condition or a waiver of any other term or condition, and any failure of the Company to assert a right or provision under these Terms of Use shall not constitute a waiver of such right or provision.

If any provision of these Terms of Use is held by a court or other tribunal of competent jurisdiction to be invalid, illegal or unenforceable for any reason, such provision shall be eliminated or limited to the minimum extent such that the remaining provisions of the Terms of Use will continue in full force and effect.

**Entire Agreement**

The Terms of Use our Privacy Policy constitute the sole and entire agreement between you and New Era ADR with respect to the Website and supersede all prior and contemporaneous understandings, agreements, representations and warranties, both written and oral, with respect to the Website.

**Your Comments and Concerns**

The website is operated by New Era ADR.

All notices of copyright infringement claims should be sent to the copyright agent contact@neweraadr.com.

All other feedback, comments, requests for technical support and other communications relating to the Website should be directed to: contact@neweraadr.com.

**HIPAA Health Waiver.**

*What is the purpose of this authorization?*

Federal and state privacy laws protect the use and disclosure of your health information. When you sign up with New Era ADR you give New Era ADR and its agents authority to use and disclose your health information as described here. This authorization describes the types of health information used as well as the different ways New Era ADR may use that information. Your information will be protected under state and federal laws and as explained below.

*Who has and who will use my information*?

New Era ADR will only use your information for the strict purpose of resolving your dispute. Specifically, whatever health related evidence you upload to the New Era ADR platform will be available to the other party, New Era ADR neutrals, and New Era ADR employees as applicable, to the extent necessary to facilitate your dispute resolution process.

*What information will be used and disclosed*?

You are allowing New Era ADR to use and disclose the following information:

- Your contact information, including your full name, address, phone number, and email address; and
- Your relevant medical records and bills; and any other information and evidence you provide through the New Era ADR platform

You understand that:

- Since New Era ADR is not subject to HIPAA, the federal law that regulates use of protected health information, the information held by New Era ADR is not covered by the HIPAA Privacy Rule governing its use and disclosure, but you are still protected under federal and state consumer protection laws and New Era ADR's Privacy Policy.
- You have the right to cancel this Authorization at any time by emailing New Era ADR, but that cancellation will not apply to any action that has already been taken based on this Authorization before then.
- You are entitled to a copy of these Rules.
- Unless you cancel it before then, this Authorization will expire five (5) years from today.

**Educational and Legal Disclaimer.**

New Era ADR educational content and resources are not intended to be legal advice, and Parties shall not rely on our content or services as legal advice or representations regarding outcomes, negotiation, settlement, or insight into another party's behavior or settlement practices.

New Era ADR offers a fully-virtual dispute resolution platform to help those in the midst of a dispute get a fair resolution fast.

### What We Do

Explore Our ADR Platform >

Digital Arbitration >

Digital Mediation >

Update Your Contracts >

### Resources

Blog >

Insights >

New Era In The News >

FAQs >

### Company

About >

Neutrals >

Contact >

Careers >

## Stay up to date with New Era ADR's latest news

Subscribe to the newsletter to get a monthly update and insights on alternative dispute resolution.

Enter your email

☐ I agree to New Era ADR's privacy policy

Subscribe



2023 © NewEraAdr.com, All rights reserved.

Terms and Conditions    Privacy Policy    Sitemap