QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
   kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
   adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
   willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

KELLER LENKNER LLC
   Warren Postman (Bar No. 33069)
   wdp@kellerlenkner.com
   Albert Pak (admitted *pro hac vice*)
   albert.pak@kellerlenkner.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone:  (202) 918-1123

Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>　　　　Defendants. | CASE NO. 2:22-cv-00047-GW-GJ<br><br>**JOINT STIPULATION PERMITTING PLAINTIFFS TO RESPOND TO THIRD PARTY NEW ERA'S JUNE 1, 2023 DECLARATION**<br><br>Assigned to: Honorable George H. Wu |

Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") and Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") hereby stipulate and agree, through their undersigned counsel, to permit Plaintiffs to request leave to file a response to third-party New Era ADR Inc.'s declaration dated June 1, 2023. The response will not exceed five pages, and it will be submitted no later than June 19, 2023.

In support of this joint stipulation, the parties state as follows:

1. At the May 1, 2023 hearing on Defendants' Motion to Compel Arbitration, the Court authorized supplemental briefing from the parties. The Court set the limit for opening briefs at 13 pages, and the limit for replies at 7 pages.

2. The Court later extended the deadline for initial supplemental briefs until June 2, 2023, as per the parties' stipulation. (ECF No. 162.) The Court set June 19, 2023 as the deadline for replies.

3. On June 1, 2023, New Era filed a ten-page declaration regarding its rules. (ECF No. 163.)

4. Plaintiffs maintain that this filing was procedurally improper because New Era did not seek leave of Court before submitting its declaration. Plaintiffs also maintain that, in the interests of fairness, they should be given a chance to respond to New Era's declaration, which raises points apart from Defendants' own initial supplemental brief.

5. Plaintiffs reached out to Defendants' counsel and proposed that both sides have the opportunity to submit a response to New Era's declaration, limited to no more than five pages, by June 19 (the deadline for the parties' replies).

6. Defendants' counsel responded: "We think the 7 pages Judge Wu gave the parties for their replies is sufficient to address the New Era declaration. That said, we do not oppose your asking the Court for leave to file a separate brief of no more than 5 pages, limited to responding to the New Era declaration, by June 19."

7. Plaintiffs thus request that the Court grant Plaintiffs leave to file a separate, five-page response to New Era's declaration, due no later than June 19, 2023. Plaintiffs will do so provided the Court approves this stipulation.

Dated: June 8, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Kevin Y. Teruya*
Kevin Y. Teruya (Bar No. 057645)

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
kevinteruya@quinnemanuel.com

*Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts*

Dated: June 8, 2023

Respectfully Submitted,

LATHAM & WATKINS LLP

By: */s/ Timothy L. O'Mara*
Timothy L. O'Mara

505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
tim.o'mara@lw.com

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation Permitting Plaintiffs to Respond to Third Party New Era's June 1, 2023 Declaration. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, William R. Sears, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: June 8, 2023   /s/ William R. Sears
William R. Sears