1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

14

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated, | CASE NO. CV 22-0047-GW-GJSx |
| | **ORDER ON JOINT STIPULATION PERMITTING PLAINTIFFS TO RESPOND TO THIRD PARTY NEW ERA'S JUNE 1, 2023 DECLARATION** |
| Plaintiffs, | |
| v. | |
| Live Nation Entertainment, Inc., and Ticketmaster LLC, | Assigned to: Honorable George H. Wu |
| Defendants. | |

Pending before this Court is a Joint Stipulation Permitting Plaintiffs to Respond to Third Party New Era's June 1, 2023 Declaration ("Joint Stipulation") filed by Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") and Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants").   Upon consideration of the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED.   The court orders as follows:

    a.    Plaintiffs may file a brief in response to New Era ADR Inc.'s June 1, 2023 declaration.

    b.    Plaintiffs' response brief shall not exceed five pages.

    c.    Plaintiffs shall file any response brief on or before **June 19, 2023**.

**IT IS SO ORDERED.**

Dated:  June 12, 2023

_____
Hon. George H. Wu
United States District Judge