QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN LLC
  Warren Postman (Bar No. 330869)
  wdp@kellerpostman.com
  Albert Pak (admitted pro hac vice)
  albert.pak@kellerpostman.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

*Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No: 2:22-cv-00047-GW-GJS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE PORTIONS OF THEIR SUPPLEMENTAL BRIEF IN RESPONSE TO THE WILLIAMS DECLARATION UNDER SEAL**<br><br>The Honorable George H. Wu |

The Court has considered Plaintiffs' Application to File Portions of Their Supplemental Brief in Response to the Williams Declaration Under Seal pursuant to Local Rule 79-5. Having considered all papers filed in support of that Application, the Court **GRANTS** the Application, and, good cause appearing, hereby **ORDERS** that the following materials shall be filed under seal:

| Document | Sealing Status |
| --- | --- |
| Plaintiffs' Supplemental Brief in Response to the Williams Declaration | Redactions to pages 2, 3, 4 |

**IT IS SO ORDERED**.

Dated:

The Honorable George H. Wu<br>United States District Court Judge