# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (Additional instructions on next page.)

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Sandra L. Musumeci | 2a. Contact Phone Number: 212-808-7788 | 3a. Contact E-mail Address: SMusumeci@kelleydrye.com |
| 1b. Attorney Name (if different): Sandra L. Musumeci | 2b. Attorney Phone Number: 212-808-7788 | 3b. Attorney E-mail Address: SMusumeci@kelleydrye.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):
Kelley Drye & Warren LLP
3 World Trade Center, 175 Greenwich Street
New York, NY 10007

5. Name & Role of Party Represented: New Era ADR, Inc., Third Party Defendant

6. Case Name: Skot Heckman, et al v. Live Nation Entertainment, Inc., et al

7a. District Court Case Number: 2:22-cv-00047-GW-GJS

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Terri Hourigan

9. THIS TRANSCRIPT ORDER IS FOR:  ☐ Appeal  ☒ Non-Appeal    ☐ Criminal  ☒ Civil    ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13/23 | | George Wu | Full Hearing on Defendant's Motion to Compel Arbitration | ● | ○ | ○ | ○ | ○ | ○ | ○ | EXPEDITED (7-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: July 13, 2023     Signature: /s/ Sandra L. Musumeci

G-120 (06/18)