UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-0047-GW-GJSx | Date | July 13, 2023 |
|---|---|---|---|
| Title | *Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Kevin Y. Teruya
William R. Sears
Warren D. Postman
Adam V. Wolfson, by telephone
Albert Y. Pak, by telephone
Noah Heinz, by telephone

Attorneys Present for Defendants:

Timothy L. O'Mara
Alicia R. Jovais
Robin L. Gushman
Sandra L. Musumeci, by telephone

**PROCEEDINGS:    DEFENDANTS' MOTION TO COMPEL ARBITRATION [30]**

Court hears further argument. For reasons stated on the record, Defendants' Motion is continued to August 10, 2023 at 8:30 a.m. The parties will have until July 27, 2023 to file a five-page brief on the topics raised by the Court today.

:    25

Initials of Preparer    JG