# TRANSCRIPT ORDER FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Stefano Congedo |
| 2a. Contact Phone Number | (805) 618-2924 |
| 3a. Contact E-mail Address | scongedo@chumphreylaw.com |
| 1b. Attorney Name (if different) | Robert N. Fisher |
| 2b. Attorney Phone Number | (805) 618-2924 |
| 3b. Attorney E-mail Address | rfisher@chumphreylaw.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | Christina Humphrey Law, P.C. / 1117 State Street / Santa Barbara, CA 93101 |
| 5. Name & Role of Party Represented | Requesting attorney represents no party in this civil action |
| 6. Case Name | Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al. |
| 7a. District Court Case Number | 2:22-cv-00047-GW-GJS |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Terri Hourigan

☐ Criminal   ☒ Civil   ☐ CJA   ☐ USA   ☐ FPD

**9. THIS TRANSCRIPT ORDER IS FOR:** ☐ Appeal   ☒ Non-Appeal

**10. TRANSCRIPT(S) REQUESTED**

| HEARING DATE | Minute Order Docket# | JUDGE (name) | PROCEEDING TYPE / PORTION | b. SELECT FORMAT(S) PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13/2023 | | George Wu | Full Hearing on Defendants' Motion to Compel Arbitration | ● | ○ | ○ | ○ | ○ | ○ | ● | HOURLY (2 hrs) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: July 17, 2023        Signature: /s/ Robert N. Fisher

G-120 (06/18)