# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| 1a. Contact Person for this Order | Krystal Gollogly | 2a. Contact Phone Number | (757) 640-3721 | 3a. Contact E-mail Address | kgollogly@mcguirewoods.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Alicia A. Baiardo | 2b. Attorney Phone Number | (415) 844-9944 | 3b. Attorney E-mail Address | abaiardo@mcguirewoods.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

McGuireWoods LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821

| 5. Name & Role of Party Represented | Non-Party Request |
|---|---|
| 6. Case Name | Heckman et al. v. Live Nation Entertainment, Inc. et al. |
| 7a. District Court Case Number | 2:22-cv-0047-GW-GJS |
| 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):

☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Terri A. Hourigan

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal ☒ Non-Appeal | ☐ Criminal ☒ Civil | ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED

| HEARING DATE | Minute Order Docket# | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF | TEXT/ASCII | PAPER | CONDENSED | CM/ECF ACCESS | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/13/2023 | 185 | George Wu | Full Hearing on Defendant's Motion to Compel Arbitration | ⦿ | ○ | ○ | ○ | ○ | ○ | ⦿ 10/12/2023 | 3-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.    Date July 19, 2023    Signature /s/ Alicia A. Baiardo

G-120 (06/18)