**KELLEY DRYE & WARREN LLP**
Sandra Musumeci
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone:    (212) 808-7800
Facsimile:    (212) 808-7897
SMusumeci@kelleydrye.com

Becca Wahlquist
BWahlquist@kelleydrye.com

*Counsel for Nonparty New Era ADR, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No.: 22-cv-00047-GW-GJS<br><br>The Honorable George H. Wu<br><br>**NON-PARTY NEW ERA ADR, INC.'S APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF COLLIN WILLIAMS** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -   Case No.: 22-cv-00047-GW-GJS

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that non-party New Era ADR, Inc. ("New Era") hereby submits this Application for Leave to File a Supplemental Declaration of Collin Williams.

In support of this Application, New Era state as follows:

1. On April 30, 2023, the Court issued a Tentative Ruling on the Motion to Compel Arbitration filed by Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants").

2. On May 1, 2023, the Court heard oral argument on the Motion.

3. In the parties' briefing, in the Court's Tentative Ruling, and during oral argument on the Motion, certain aspects of New Era's Rules & Procedures were discussed, and the practical application of certain of the Rules & Procedures was questioned. Accordingly, the status and content of New Era's Rules & Procedures are important components of the record, and New Era maintains a direct interest in the present case.

4. Accordingly, on June 1, 2023, New Era filed a Declaration of Collin Williams (ECF No. 163) ("Williams' Declaration") to respond to questions regarding New Era's Rules & Procedures.

5. On July 25, 2023, New Era published a revised version of its Rules & Procedures to clarify certain points of possible confusion, in accord with the Williams' Declaration.

6. Accordingly, to fully apprise the Court and the parties of these revisions, New Era respectfully seeks leave to file a Supplemental Declaration of Collin Williams with exhibits, including a copy of New Era's revised Rules & Procedures and redline comparison showing the changes made to New Era's Rules & Procedures. The Supplemental Declaration is attached hereto as Exhibit 1.

7. A proposed order is also submitted herewith.

Dated: July 25, 2023

Respectfully submitted,

**KELLEY DRYE & WARREN LLP**

By: ___/s/ Sandra Musumeci___
Sandra Musumeci
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone:   (212) 808-7800
Facsimile:   (212) 808-7897
SMusumeci@kelleydrye.com

Becca Wahlquist
BWahlquist@kelleydrye.com

*Attorneys for Non-Party*
*NEW ERA ADR, INC.*