# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No.: 22-cv-00047-GW-GJS<br><br>The Honorable George H. Wu<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY NEW ERA ADR, INC.'S APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF COLLIN WILLIAMS** |

The Court has considered Non-Party New Era ADR, Inc.'s Application for leave to file a Supplemental Declaration of Collin Williams. Having considered all papers filed in support of that Application, the Court **GRANTS** the Application, and, good cause appearing, hereby **ORDERS** that New Era shall file the Supplemental Declaration within 3 days of this Order.

**IT IS SO ORDERED.**

DATED: _____          By: _____
                                        Hon. George H. Wu, U.S.D.J.

- 1 -