# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No.: CV 22-0047-GW-GJSx<br><br>The Honorable George H. Wu<br><br>**ORDER GRANTING NON-PARTY NEW ERA ADR, INC.'S APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF COLLIN WILLIAMS** |

The Court has considered Non-Party New Era ADR, Inc.'s Application for leave to file a Supplemental Declaration of Collin Williams. Having considered all papers filed in support of that Application, the Court **GRANTS** the Application. Plaintiffs may file a response to the Supplemental Declaration of Collin Williams, not to exceed two pages, by noon on August 3, 2023. The deadline for the parties to submit their five-page supplemental briefs remains July 27, 2023.

**IT IS SO ORDERED.**

DATED: July 26, 2023

By: _____
HON. GEORGE H. WU, U.S. DISTRICT JUDGE

- 1 -

Case No.: 22-cv-00047-GW-GJS