**KELLEY DRYE & WARREN LLP**
Sandra Musumeci
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897
SMusumeci@kelleydrye.com

Becca Wahlquist
BWahlquist@kelleydrye.com

*Counsel for Nonparty New Era ADR, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC. and TICKETMASTER LLC,<br><br>Defendants. | Case No.: 22-cv-00047-GW-GJS<br><br>The Honorable George H. Wu<br><br>**SUPPLEMENTAL DECLARATION OF COLLIN WILLIAMS ON BEHALF OF NON-PARTY NEW ERA ADR, INC.** |

///
///
///
///
///
///
///

I, COLLIN WILLIAMS, declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.

2. I am the Founder and Chairman of non-party New Era ADR, Inc. ("New Era"). I make this Supplemental Declaration in connection with the Motion to Compel Arbitration pending in the above-referenced matter.

3. On June 1, 2023, I submitted a Declaration (ECF No. 163) clarifying certain of New Era's Rules & Procedures that had been discussed and/or questioned in the parties' briefing and oral argument on the Motion to Compel Arbitration.

4. On July 25, 2023, New Era published a revised version of its Rules & Procedures. The revisions are minimal and intended to clarify certain points of possible confusion within New Era's Mass Arbitration Rules & Procedures and concerning the issue of arbitrator discretion. The clarifications made are fully in accord with statements that New Era has made publicly in prior declarations filed in this case.

5. These revisions are noted prominently on New Era's website, and New Era currently has no parties arbitrating disputes under its Mass Arbitration Rules, including any party to this matter.

6. Attached as Exhibit A is a copy of New Era's Rules & Procedures, revised as of July 25, 2023, which can be found at https://www.neweraadr.com/rules-and-procedures/.

7. Attached as Exhibit B is a redline showing the specific changes made between the July 25, 2023 revision of the New Era Rules & Procedures now in effect, and the prior version of New Era Rules & Procedures previously in effect.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of July, 2023.

*Collin Williams*
_____
Collin Williams