# EXHIBIT A

Case 2:22-cv-00047-GW-GJS   Document 197-1   Filed 08/03/23   Page 1 of 4   Page ID #:4532

| | |
|---|---|
| **From:** | Robin.Gushman@lw.com |
| **Sent:** | Monday, July 31, 2023 5:36 PM |
| **To:** | Will Sears; Tim.O'Mara@LW.com; kirsten.ferguson@lw.com; Sadik.Huseny@lw.com; Alicia.Jovais@lw.com |
| **Cc:** | Kevin Teruya; Adam Wolfson; wdp@kellerpostman.com; Noah.Heinz@kellerpostman.com; albert.pak@kellerpostman.com |
| **Subject:** | RE: Heckman |

**[EXTERNAL EMAIL from robin.gushman@lw.com]**

Will,

As you know from our prior communications and your long discovery in this case, since our motion to compel was filed, Latham has been in touch with New Era's counsel, just like Quinn has—I believe you have had a number of separate and independent communications with New Era's counsel.  Our communications with New Era's counsel of course have continued through our defense of New Era's Rules in the briefing; it would be rather odd if otherwise, given the interest at issue.  To the extent you are now claiming surprise or impropriety that, in connection with your attacking New Era and its rules as unconscionable, New Era has also sought to defend those rules in submissions with the Court, and counsel for Live Nation and New Era have engaged in discussions regarding the same, we don't think that's credible.  Neither Latham's nor Quinn's separate communications with New Era's counsel are improper "ex parte" communications.  If you plan to argue otherwise, we will respond as appropriate.

Thanks,

Robin

**Robin L. Gushman**

**LATHAM & WATKINS LLP**

505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538

D: +1.415.646.7830

**From:** Will Sears <willsears@quinnemanuel.com>
**Sent:** Friday, July 28, 2023 4:55 PM
**To:** O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Ferguson, Kirsten (Bay Area) <kirsten.ferguson@lw.com>; Huseny, Sadik (SF-ATX) <Sadik.Huseny@lw.com>; Gushman, Robin (Bay Area) <Robin.Gushman@lw.com>; Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>
**Cc:** Kevin Teruya <kevinteruya@quinnemanuel.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Warren Postman <wdp@kellerpostman.com>; Noah Heinz <Noah.Heinz@kellerpostman.com>; Albert Pak <albert.pak@kellerpostman.com>
**Subject:** Heckman

Counsel,

New Era has now twice filed declarations in court just before briefs were due in an apparent effort to support arguments made by Defendants. We think any ex parte communications between New Era and Defendants would be relevant to the pending motion. After Defendants filed their motion to compel in this case, has anyone at Latham or anyone employed by Live Nation or Ticketmaster communicated with New Era or their counsel regarding this case? If so, please tell us the nature of those communications.

Best,

**Will Sears**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3282 Direct

339-223-0526 Cell
213-443-3000 Main Office Number
213-443-3100 Fax
willsears@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.