QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN LLC
  Warren Postman (Bar No. 330869)
  wdp@kellerpostman.com
  Albert Pak (admitted *pro hac vice*)
  albert.pak@kellerpostman.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005
Telephone: (202) 918-1123

*Attorneys for Plaintiffs Skot Heckman,*
*Luis Ponce, Jeanene Popp, and Jacob*
*Roberts, on behalf of themselves and all*
*those similarly situated*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No: 2:22-cv-00047-GW-GJS<br><br>**PLAINTIFFS' NOTICE OF MOTION TO ENJOIN IMPOSING A MODIFIED ARBITRATION CLAUSE ON ANTITRUST CLAIMS IN THIS CASE**<br><br>The Honorable George H. Wu<br><br>Hearing Date: Earliest Available Date<br>Courtroom:    9D, 9th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on the earliest date that is available, or as soon thereafter as the matter may be heard before the Honorable George H. Wu, United States District Judge, in Courtroom 9D of the above-captioned court, located at 350 West 1st Street, Los Angeles, California, 90012, Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") will and do hereby move the Court for an order enjoining Defendants from applying any modified arbitration clause included in their Terms of Use to the claims held by Plaintiffs and potential class members in this case.

This motion is based on (1) this Notice of Motion and Motion, (2) the Memorandum of Points and Authorities, (3) all other papers submitted in support of the motion, (4) the records on file in this case, (5) the arguments of counsel, and (6) any other matter that the Court may properly consider, or that may be presented to the Court at the hearing.

Dated: August 21, 2023                    Respectfully submitted,

*Kevin Y. Teruya*
_____

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN LLC
Warren Postman (Bar No. 330869)
wdp@kellerpostman.com
Albert Pak (admitted *pro hac vice*)
albert.pak@kellerpostman.com
1100 Vermont Avenue, N.W., 12th Floor
Washington, D.C. 20005

1    Telephone: (202) 918-1123
     Facsimile: (312) 971-3502
2

3    *Attorneys for Plaintiffs Skot Heckman,*
     *Luis Ponce, Jeanene Popp, and Jacob*
4    *Roberts, on behalf of themselves and all*
     *those similarly situated*
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28