1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No: 2:22-cv-00047-GW-GJS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENJOIN IMPOSING A MODIFIED ARBITRATION CLAUSE ON ANTITRUST CLAIMS IN THIS CASE**<br><br>The Honorable George H. Wu |

Pending before this Court is a Motion To Enjoin Imposing A Modified Arbitration Clause On Antitrust Claims In This Case ("Motion") filed by Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs").  Upon consideration of the Motion, and good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED.  The Court orders as follows:

a. Defendants shall be enjoined from applying any modified arbitration clause included in their Terms of Use to the claims held by Plaintiffs and class members of the proposed class in this case.

b. Any new arbitration clause imposed by Defendants shall expressly carve out the antitrust claims asserted by Plaintiffs and members of the proposed class in this case.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          Hon. George H. Wu
                                          United States District Judge