LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
   tim.o'mara@lw.com
  Sadik Huseny (Bar No. 224659)
   sadik.huseny@lw.com
  Andrew M. Gass (Bar No. 259694)
   andrew.gass@lw.com
  Alicia R. Jovais (Bar No. 296172)
   alicia.jovais@lw.com
  Robin L. Gushman (Bar No. 305048)
   robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C.
and Live Nation Entertainment, Inc.*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SKOT HECKMAN, LUIS PONCE, JEANENE POPP, & JACOB ROBERTS, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**JOINT STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION TO ENJOIN (ECF NO. 208)**<br><br>[Civil Local Rule 7-11]<br><br>Assigned to: Honorable George H. Wu |

Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") hereby stipulate and agree, through their undersigned counsel and pursuant to Local Rule 7-11, to continue the hearing date for Plaintiffs' Motion to Enjoin (ECF No. 208), subject to the approval of the Court. In support of this joint stipulation, the parties state as follows:

1. On August 10, 2023, the Court denied Defendants' Motion to Compel Arbitration. ECF No. 202.

2. On August 21, 2023, Plaintiffs filed a Motion to Enjoin Imposing a Modified Arbitration Clause on Antitrust Claims in This Case ("Motion to Enjoin"). ECF No. 208. Plaintiffs proposed that the Motion to Enjoin shall be heard on September 21, 2023. *Id.*

3. On August 22, 2023, the Court set the hearing date on Plaintiffs' Motion to Enjoin for September 28, 2023. ECF No. 209.

4. The parties have met and conferred and have agreed to move the hearing date for Plaintiffs' Motion to Enjoin from September 28, 2023 to October 12, 2023, subject to the approval of the Court. Defendants' Opposition to the Motion to Enjoin will be due on September 21, 2023, and Plaintiffs' Reply will be due on September 28, 2023.

5. The parties have further agreed that Defendants will not change their Terms of Use in any way that impacts this case before the Court rules on Plaintiffs' Motion to Enjoin. Defendants reserve all rights to change their Terms of Use after the Court rules on the Motion to Enjoin.

6. This stipulation will not affect any other Court-ordered dates in this case.

The parties therefore agree and stipulate to the above continuance.

*[Signatures on following page]*

| | | |
|---|---|---|
| Dated: August 25, 2023 | | Respectfully Submitted, |
| | | LATHAM & WATKINS LLP |
| | By: | /s/ Timothy L. O'Mara |
| | | Timothy L. O'Mara |
| | | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: +1.415.391.0600<br>Facsimile: +1.415.395.8095<br>tim.o'mara@lw.com |
| | | *Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.* |
| Dated: August 25, 2023 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By: | /s/ Kevin Y. Teruya |
| | | Kevin Y. Teruya (Bar No. 057645) |
| | | 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>kevinteruya@quinnemanuel.com |
| | | *Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts* |

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation to Continue Hearing Date on Plaintiffs' Motion to Enjoin (ECF No. 208). Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Timothy L. O'Mara, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: August 25, 2023

*/s/ Timothy L. O'Mara*
Timothy L. O'Mara