LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, LUIS PONCE, JEANENE POPP, & JACOB ROBERTS, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION TO ENJOIN (ECF NO. 208)**<br><br>[Civil Local Rule 7-11]<br><br>Assigned to: Honorable George H. Wu |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

O'MARA DECL. ISO JOINT
STIPULATION RE: HEARING DATE
CASE NO. 2:22-cv-00047-GW-GJS

I, Timothy L. O'Mara, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants"). I am an attorney in good standing in the state of California. I am making this Declaration in support of the parties' Joint Stipulation to Continue Hearing Date for Plaintiffs' Motion to Enjoin (ECF No. 208) ("Joint Stipulation"), and have personal knowledge of the facts set forth below; if called upon to do so, I can and will competently testify thereto.

2. On August 10, 2023, the Court denied Defendants' Motion to Compel Arbitration. ECF No. 202.

3. On August 21, 2023, Plaintiffs filed a Motion to Enjoin Imposing a Modified Arbitration Clause on Antitrust Claims in This Case ("Motion to Enjoin"). ECF No. 208. Plaintiffs proposed that the Motion to Enjoin shall be heard on September 21, 2023. *Id.*

4. On August 22, 2023, the Court set the hearing date on Plaintiffs' Motion to Enjoin for September 28, 2023. ECF No. 209.

5. The parties have met and conferred and have agreed to move the hearing date for Plaintiffs' Motion to Enjoin from September 28, 2023 to October 12, 2023, subject to the approval of the Court. Defendants' Opposition to the Motion to Enjoin will be due on September 21, 2023, and Plaintiffs' Reply will be due on September 28, 2023.

6. The parties have further agreed that Defendants will not change their Terms of Use in any way that impacts this case before the Court rules on Plaintiffs' Motion to Enjoin. Defendants reserve all rights to change their Terms of Use after the Court rules on the Motion to Enjoin.

7. The Joint Stipulation will not affect any other Court-ordered dates in this case.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

O'MARA DECL. ISO JOINT
STIPULATION RE: HEARING DATE
CASE NO. 2:22-cv-00047-GW-GJS

8. The parties have previously stipulated to, and the Court previously entered, the following extensions of time:

    a. On January 11, 2022, the parties stipulated pursuant to Local Rule 8-3 to extend Defendants' time to answer or otherwise respond to the Complaint.  *See* ECF No. 26.

    b. On January 31, 2022, the parties stipulated pursuant to Local Rule 7-1 to a briefing schedule for Defendants' Motion to Compel Arbitration.  *See* ECF No. 28.

    c. On March 24, 2022, the parties stipulated pursuant to Local Rule 7-1 to a briefing schedule for Plaintiffs' Motion for Discovery.  *See* ECF No. 32.

    d. On February 14, 2023, the parties stipulated pursuant to Local Rule 7-1 to an updated briefing schedule for Defendants' Motion to Compel Arbitration.  *See* ECF No. 131.

    e. On May 17, 2023, the parties stipulated pursuant to Local Rule 7-1 to a modified briefing schedule and hearing date for Defendants' Motion to Compel Arbitration.  *See* ECF No. 161.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 25, 2023.

                                                */s/ Timothy L. O'Mara*
                                                Timothy L. O'Mara

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

O'MARA DECL. ISO JOINT
STIPULATION RE: HEARING DATE
CASE NO. 2:22-cv-00047-GW-GJS