LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C.
and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, LUIS PONCE, JEANENE POPP, & JACOB ROBERTS, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION TO ENJOIN (ECF NO. 208)**<br><br>[Civil Local Rule 7-11]<br><br>Assigned to: Honorable George H. Wu |

Pending before this Court is a Joint Stipulation to Continue Hearing Date for Plaintiffs' Motion to Enjoin (ECF No. 208) ("Joint Stipulation") filed by Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs"). Upon consideration of the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED. The Court orders as follows:

1. Plaintiffs' Motion to Enjoin Imposing a Modified Arbitration Clause on Antitrust Claims in This Case (ECF No. 208) shall be heard on October 12, 2023.

2. Defendants' Opposition to the Motion to Enjoin will be due on September 21, 2023, and Plaintiffs' Reply will be due on September 28, 2023.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　Hon. George H. Wu
　　　　　　　　　　　　　　　　　　　United States District Judge