1   **LATHAM & WATKINS LLP**
     Timothy L. O'Mara (Bar No. 212731)
2      *tim.o'mara@lw.com*
     Sadik Huseny (Bar No. 224659)
3      *sadik.huseny@lw.com*
     Andrew M. Gass (Bar No. 259694)
4      *andrew.gass@lw.com*
     Alicia R. Jovais (Bar No. 296172)
5      *alicia.jovais@lw.com*
     Robin L. Gushman (Bar No. 305048)
6      *robin.gushman@lw.com*
   505 Montgomery Street, Suite 2000
7   San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
8   Facsimile: +1.415.395.8095

9   *Attorneys for Defendants Ticketmaster L.L.C.*
   *and Live Nation Entertainment, Inc.*

10

11

12             **UNITED STATES DISTRICT COURT**

             **CENTRAL DISTRICT OF CALIFORNIA**
13

14

15 SKOT HECKMAN, LUIS PONCE,
JEANENE POPP, & JACOB ROBERTS,
16 on behalf of themselves and all those
similarly situated,
17
            Plaintiffs,
18
v.
19
LIVE NATION ENTERTAINMENT,
20 INC., and TICKETMASTER L.L.C.,
21
            Defendants.
22

Case No. CV 22-0047-GW-GJSx

**ORDER ON JOINT STIPULATION
TO CONTINUE HEARING DATE
FOR PLAINTIFFS' MOTION TO
ENJOIN (ECF NO. 208)**

[Civil Local Rule 7-11]

Assigned to: Honorable George H. Wu

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER ON JOINT
STIPULATION RE: HEARING DATE
CASE NO. 2:22-cv-00047-GW-GJS

1      Pending before this Court is a Joint Stipulation to Continue Hearing Date for

2  Plaintiffs' Motion to Enjoin (ECF No. 208) ("Joint Stipulation") filed by Defendants

3  Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants")

4  and Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts

5  (together, "Plaintiffs").   Upon consideration of the parties' Joint Stipulation, and

6  good cause appearing, IT IS HEREBY ORDERED that the Joint Stipulation is

7  GRANTED.   The Court orders as follows:

8      1.    Plaintiffs' Motion to Enjoin Imposing a Modified Arbitration Clause

9  on Antitrust Claims in This Case (ECF No. 208) and the status conference shall be

10  heard on October 12, 2023 at 8:30 a.m.

11      2.    Defendants' Opposition to the Motion to Enjoin will be due on

12  September 21, 2023, and Plaintiffs' Reply will be due on September 28, 2023.

14  **IT IS SO ORDERED.**

16  Dated: August 28, 2023

Hon. George H. Wu
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER ON JOINT
STIPULATION RE: HEARING DATE
CASE NO. 2:22-cv-00047-GW-GJS