Name: Timothy L. O'Mara (Bar No. 212731)
Address: 505 Montgomery Street, Suite 2000
City, State, Zip: San Francisco, CA, 94111-6538
Phone: 1.415.391.0600
Fax: 1.415.395.8095
E-Mail: tim.o'mara@lw.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SKOT HECKMAN, LUIS PONCE, JEANENE POPP, & JACOB ROBERTS, on behalf of themselves and all those similarly situated,

PLAINTIFF(S),

v.

LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,

DEFENDANT(S).

CASE NUMBER: 2:22-cv-00047-GW-GJS

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

## Criminal Matter

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

## Civil Matter

☒ Order (specify):
(202) Denying Defendants' Motion to Compel Arbitration
☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on August 10, 2023. Entered on the docket in this action on August 10, 2023.

A copy of said judgment or order is attached hereto.

September 8, 2023
Date

/s/ Timothy L. O'Mara
Signature

☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)   NOTICE OF APPEAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CENTRAL DISTRICT OF CALIFORNIA

Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 2:22-cv-00047-GW-GJS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 01/04/2022

Date of judgment or order you are appealing: 08/10/2023

Docket entry number of judgment or order you are appealing: 202

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Live Nation Entertainment, Inc., and Ticketmaster LLC

Is this a cross-appeal?  ○ Yes   ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes   ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Timothy L. O'Mara          **Date** Sep 8, 2023

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                    Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Live Nation Entertainment, Inc., and Ticketmaster LLC

Name(s) of counsel (if any):

Timothy L. O'Mara, Sadik Huseny, Andrew M. Gass; Latham & Watkins LLP

Address: 505 Montgomery Street, Suite 2000, San Francisco, CA, 94111-6538
Telephone number(s): 1.415.391.0600
Email(s): tim.o'mara@lw.com, sadik.huseny@lw.com, andrew.gass@lw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Skot Heckman, Luis Ponce, Jeanene Popp, & Jacob Roberts, on behalf of themselves and all those similarly situated

Name(s) of counsel (if any):

Kevin Y. Teruya, Adam B. Wolfson; Quinn Emanuel Urquhart & Sullivan, LLP

Address: 865 South Figueroa Street, 10th Floor, Los Angeles, CA, 90017-2543
Telephone number(s): 1.213.443.3000
Email(s): kevinteruya@quinnemanuel.com, adamwolfson@quinnemanuel.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    1                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Live Nation Entertainment, Inc., and Ticketmaster LLC

Name(s) of counsel (if any):

Alicia R. Jovais, Robin L. Gushman; Latham & Watkins LLP

Address: 505 Montgomery Street, Suite 2000, San Francisco, CA, 94111-6538

Telephone number(s): 1.415.391.0600

Email(s): alicia.jovais@lw.com, robin.gushman@lw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Skot Heckman, Luis Ponce, Jeanene Popp, & Jacob Roberts, on behalf of themselves and all those similarly situated

Name(s) of counsel (if any):

William R. Sears; Quinn Emanuel Urquhart & Sullivan, LLP

Address: 865 South Figueroa Street, 10th Floor, Los Angeles, CA, 90017-2543

Telephone number(s): 1.213.443.3000

Email(s): willsears@quinnemanuel.com

Name(s) of party/parties:

Skot Heckman, Luis Ponce, Jeanene Popp, & Jacob Roberts, on behalf of themselves and all those similarly situated

Name(s) of counsel (if any):

Warren Postman, Albert Pak; Keller Postman LLC

Address: 1100 Vermont Avenue, N.W., 12th Floor, Washington, D.C., 20005

Telephone number(s): 1.202.918.1123

Email(s): wdp@kellerpostman.com, albert.pak@kellerpostman.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> Live Nation Entertainment, Inc., and Ticketmaster LLC

Name(s) of counsel (if any):

> Roman Martinez, Latham & Watkins, LLP

Address: 555 Eleventh Street, NW, Suite 1000, Washington, D.C., 20004

Telephone number(s): 1.202.637.2200

Email(s): roman.martinez@lw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   3                                  *New 12/01/2018*