LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster LLC and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**DEFENDANTS' MOTION FOR A STAY PENDING APPEAL**<br><br>The Honorable George H. Wu<br><br>Hearing Date: October 19, 2023<br>Hearing Time: 8:30am<br>Courtroom: 9D, 9th Floor |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' MOT. TO STAY
PENDING APPEAL
CASE NO. 2:22-CV-00047-GW-GJS

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on October 19, 2023, at 8:30am or as soon thereafter as this matter can be heard before the Honorable George H. Wu of the United States District Court for the Central District of California, Ticketmaster LLC and Live Nation Entertainment, Inc. ("Defendants") hereby move for a stay of this case pending resolution of Defendants' interlocutory appeal, pursuant to *Coinbase, Inc. v. Bielski*, 143 S. Ct. 1915 (2023).

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on August 30, 2023.

# MOTION FOR A STAY PENDING APPEAL

Defendants respectfully move for a stay pending appeal under the Supreme Court's recent decision in *Coinbase, Inc. v. Bielski*, 143 S. Ct. 1915 (2023). *Coinbase* held that, "[w]hen a federal district court denies a motion to compel arbitration" and "the losing party" exercises its "statutory right to an interlocutory appeal" of that decision, "the district court must stay its pre-trial and trial proceedings while the interlocutory appeal is ongoing." *Id.* at 1918 (emphasis added). *Coinbase* compels a stay here.

On August 10, 2023, the Court denied Defendants' motion to compel arbitration. ECF No. 202. Defendants timely appealed that decision on September 8, 2023, pursuant to 9 U.S.C. § 16(a). ECF No. 212. Under *Coinbase*, the filing of the notice of appeal "requires that [the] district court stay its proceedings while the interlocutory appeal on the question of arbitrability is ongoing."[1] 143 S. Ct. at 1922; *see also id.* at 1919 (overruling contrary Ninth Circuit precedent).

*Coinbase* rests on the "background principle" that "[a]n appeal, including an interlocutory appeal, 'divests the district court of its control over those aspects of the case involved in the appeal.'" *Id.* at 1919 (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)). Because "the question on appeal is whether the case belongs in arbitration or instead in the district court, the entire case is essentially 'involved in the appeal.'" *Id.* at 1919-20. So here, as in "analogous contexts" like "qualified immunity and double jeopardy," this Court must "stay [its] proceedings while the interlocutory appeal is ongoing." *Id.* at 1920.

For these reasons, Defendants respectfully request that the Court grant the motion for a stay pending appeal.

---

[1] The stay compelled by *Coinbase* supersedes the September 11, 2023 deadline for Defendants to respond to the complaint. Further, as Defendants will explain in their forthcoming opposition to Plaintiffs' motion for a preliminary injunction, *see* ECF No. 208, the pending appeal also compels rejection of Plaintiffs' requested injunctive relief. Granting the stay pending appeal, as mandated by *Coinbase*, would therefore also necessarily resolve Plaintiffs' request for a preliminary injunction.

| | |
|---|---|
| Dated: September 8, 2023 | Respectfully Submitted, |
| | LATHAM & WATKINS LLP |
| | By: */s/ Timothy L. O'Mara* |
| | Timothy L. O'Mara |
| | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: +1.415.391.0600<br>Facsimile: +1.415.395.8095<br>tim.o'mara@lw.com |
| | *Attorneys for Defendants Ticketmaster LLC and Live Nation Entertainment, Inc.* |