LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
   *tim.o'mara@lw.com*
  Sadik Huseny (Bar No. 224659)
   *sadik.huseny@lw.com*
  Andrew M. Gass (Bar No. 259694)
   *andrew.gass@lw.com*
  Alicia R. Jovais (Bar No. 296172)
   *alicia.jovais@lw.com*
  Robin L. Gushman (Bar No. 305048)
   *robin.gushman@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster LLC
and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, & Jacob Roberts, on behalf of themselves and all those similarly situated, | Case No. 2:22-cv-00047-GW-GJS |
| Plaintiffs, | **[PROPOSED] ORDER ON MOTION FOR A STAY PENDING APPEAL** |
| v. | [Local Rule 7.3] |
| Live Nation Entertainment,  Inc., And Ticketmaster LLC, | Assigned to: Honorable George H. Wu |
| Defendants. | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Now pending before this Court is a Motion For A Stay Pending Appeal

2    (ECF No. ___) filed by Defendants Live Nation Entertainment, Inc., and

3    Ticketmaster LLC.  Pursuant to *Coinbase, Inc. v. Bielski*, 143 S. Ct. 1915 (2023),

4    and good cause appearing, IT IS HEREBY ORDERED that Defendants' motion is

5    GRANTED.  Proceedings in this case will remain stayed until the appeal is resolved.

6    Plaintiffs' motion for a preliminary injunction (ECF No. 208) is therefore DENIED.

7

8    **IT IS SO ORDERED.**

9

10    Dated: _____

11                                                    Hon. George H. Wu
                                                        United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER ON MOT. TO STAY
PENDING APPEAL
CASE NO. 2:22-cv-00047-GW-GJS