1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No: 2:22-cv-00047-GW-GJS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO CONSOLIDATE HEARING DATES**<br><br><br><br>The Honorable George H. Wu |

Pending before this Court is an *Ex Parte* Application to Consolidate Hearing Dates ("Application") filed by Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs"). Upon consideration of the Application, and good cause appearing, IT IS HEREBY ORDERED that the Application is GRANTED. The Court orders as follows:

The hearings on Plaintiffs' Motion to Enjoin (Dkt. 208) and Defendants' Motion to Stay (Dkt. 213) are hereby consolidated and shall be heard on October 12, 2023.

**IT IS SO ORDERED.**

Dated: _____          _____
                                  Hon. George H. Wu
                                  United States District Judge