# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-0047-GW-GJSx | Date | October 2, 2023 |
|---|---|---|---|
| Title | *Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al.* | | |

---

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER**

Having considered Plaintiffs' Ex Parte Application to Consolidate Hearing Dates [218] and Defendants' opposition thereto, and good cause appearing, the Court hereby continues the hearing on Plaintiffs' Motion to Enjoin [208] to October 19, 2023 at 08:30 a.m. Defendants will have until October 5, 2023 to file their reply in support of their Motion for a Stay Pending Appeal [213].

The status conference set for October 12, 2023 is taken off-calendar.

:

Initials of Preparer   JG