UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-0047-GW-GJSx | Date | October 19, 2023 |
|---|---|---|---|
| Title | Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Miranda Algorri | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William R. Sears | Timothy L. O'Mara |

**PROCEEDINGS:** PLAINTIFFS' MOTION TO ENJOIN IMPOSING A MODIFIED ARBITRATION CLAUSE ON ANTITRUST CLAIMS IN THIS CASE [208]; and DEFENDANTS' MOTION FOR A STAY PENDING APPEAL [213]

    Plaintiffs' Motion to Enjoin Imposing a Modified Arbitration Clause on Antitrust Claims in this Case ("Motion to Enjoin," ECF No. 208) and Defendants' Motion for a Stay Pending Appeal ("Motion to Stay," ECF No. 213) came on for hearing on October 19, 2023. Prior thereto, the Court had issued an amended tentative ruling ("ATR," ECF No. 226) indicating that it was inclined to grant the Motion to Stay as seemingly required under *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 744 (2023), and to deny the Motion to Enjoin as per the decision to stay proceedings under *Coinbase*.

    Having now heard the arguments of counsel and in light of the prior filings in this matter, the Court adopts the ATR as its final decision on the two motions.

    Additionally, on October 17, 2023, Plaintiffs' motion to expedite the appeal of this Court's denial of the motion to compel arbitration was granted by the United States Court of Appeals for the Ninth Circuit: (1) with a streamlined briefing schedule where the reply brief would be filed by January 3, 2024; (2) notice that extensions of time would not be granted "absent extraordinary and compelling circumstances;" and (3) with the "appeal being placed on the next available calendar after the completion of briefing." *See Heckman v. Live Nation Entertainment, Inc*., Case No. 23-55770 (9th Cir.), ECF No. 18. In light thereof, the Court sets a status conference for March 4, 2024 at 8:30 a.m. The parties are to file a joint status report by February 28, 2024.

|  | : | 08 |
|---|---|---|
|  | Initials of Preparer | JG |