1

QUINN EMANUEL URQUHART & SULLIVAN, LLP

2

Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com

3

Adam B. Wolfson (Bar No. 262125)

4

adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)

5

willsears@quinnemanuel.com

6

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

7

Telephone:  (213) 443-3000

8

Facsimile:    (213) 443-3100

9

KELLER POSTMAN LLC

10

Warren Postman (Bar No. 330869)
wdp@kellerpostman.com

11

Albert Pak (admitted pro hac vice)

12

albert.pak@kellerpostman.com
1100 Vermont Avenue, N.W., 12th Floor

13

Washington, D.C. 20005

14

Telephone: (202) 918-1123

15

*Attorneys for Plaintiffs Skot Heckman,*

16

*Luis Ponce, Jeanene Popp, and Jacob*
*Roberts, on behalf of themselves and all*

17

*those similarly situated*

18

19

UNITED STATES DISTRICT COURT

20

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

21

Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,

CASE NO. 2:22-cv-00047-GW

22

**PLAINTIFFS' REQUEST TO CLARIFY**

23

Plaintiffs,

The Honorable George H. Wu

24

v.

25

Live Nation Entertainment, Inc., and Ticketmaster LLC,

26

27

Defendants.

28

1

## PLAINTIFFS' REQUEST FOR CLARIFICATION

2        In its amended tentative, the Court stated that it "would GRANT Defendants'

3   Motion to Stay and DEFER ruling on Plaintiffs' Motion to Enjoin."  (Dkt. 226.)  The

4   Court has now entered that tentative. However, Plaintiffs note that the related docket

5   entry mentions vacating the motion to enjoin (Dkt. 229), and the October 20 civil

6   minutes mention denying the motion (*id.*).  Plaintiffs respectfully seek clarification of

7   the October 20 docket entry and civil minutes that, as stated in the amended tentative

8   entered by the Court, the Court is deferring a ruling on the motion and is not, vacating,

9   denying, or otherwise ruling on it.

10

11   DATED: October 23, 2023          Respectfully submitted

12                                         By */s/ Kevin Y. Teruya*
13                                            Kevin Y. Teruya

14

15   QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Kevin Y. Teruya (Bar No. 235916)
16   kevinteruya@quinnemanuel.com
     Adam B. Wolfson (Bar No. 262125)
17   adamwolfson@quinnemanuel.com
     William R. Sears (Bar No. 330888)
18   willsears@quinnemanuel.com
     865 South Figueroa Street, 10th Floor
19   Los Angeles, California 90017-2543
     Telephone: (213) 443-3000
20   Facsimile: (213) 443-3100

21   KELLER POSTMAN LLC
     Warren Postman (Bar No. 330869)
22   wdp@kellerpostman.com
     Albert Pak (admitted pro hac vice)
23   albert.pak@kellerpostman.com
     1100 Vermont Avenue, N.W., 12th Floor
24   Washington, D.C. 20005
     Telephone: (202) 918-1123
25   Facsimile: (312) 971-3502

26   *Attorneys for Plaintiffs*
     *Skot Heckman, Luis Ponce, Jeanene Popp,*
27   *and Jacob Roberts, on behalf of themselves*
     *and all those similarly situated*

28