1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No: 2:22-cv-00047-GW-GJS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR CLARIFICATION**<br><br><br>The Honorable George H. Wu |

Pending before this Court is a request for clarification filed by Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs"). Upon consideration of the request, and good cause appearing, IT IS HEREBY ORDERED that the request is GRANTED.  The Court clarifies its October 20 civil minutes and docket entry as follows:

The Court hereby ADOPTS the Amended Tentative (Dkt. 226) and DEFERS ruling on Plaintiffs' Motion to Enjoin (Dkt. 208.)

**IT IS SO ORDERED.**

Dated: _____          _____

                                             Hon. George H. Wu
                                             United States District Judge

[PROPOSED] CLARIFICATION ORDER
CASE NO. 2:22-CV-00047-GW-GJS