UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-0047-GW-GJSx | Date | October 25, 2023 |
|---|---|---|---|
| Title | *Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER**

    Plaintiff's Request to Clarify (ECF No. 230) is grant in part. Plaintiff points out that the Court's tentative ruling on their motion to enjoin imposing a modified arbitration clause on antitrust claims in this case (ECF No. 224) was to grant Defendant's motion to stay the case pending appeal of the denial of the motion to compel arbitration and to defer ruling on the motion to enjoin.  However, in the order on both motions (ECF No. 229), the Court stated that it was adopting the tentative ruling as its final decision and granting the motion to stay but denying the motion to enjoin. The Plaintiffs seek clarification because the Court's intentions in that regard appear to be unclear.

    The Court will clarify its ruling as follows. Its intention was to deny the motion to enjoin *without prejudice* as being unnecessary in light of: (1) the stay of the case pending the appeal of the motion to compel arbitration as required by *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 744 (2023); and (2) the Court's belief that: (a) there was no indication that the Defendants would be attempting to amend the arbitration clause during the pendency of the appeal, and (b) any such attempt to so amend (that would in turn have any impact on the arbitration provision in effect at the time of this Court's ruling) would appear to violate the grant of the stay in this case. Should Defendants attempt to amend the arbitration provision in any significant way, Plaintiffs are free to renew their motion to enjoin at that time.

|  | : |
|---|---|
| Initials of Preparer | JG |