UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 22-0047-GW-GJSx |
| Date | November 15, 2023 |
| Title | *Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al.* |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present   None Present

**PROCEEDINGS:** **IN CHAMBERS - ORDER**

No party has advised the Court that is seeks to have the tentative ruling (or any portion thereof) kept under seal. See ECF No. 160 at page 2 of 9, note 1. Therefore, the tentative ruling is unsealed.

: 

Initials of Preparer   JG