1    LATHAM & WATKINS LLP
     Timothy L. O'Mara (Bar No. 212731)
2      *tim.o'mara@lw.com*
     Sadik Huseny (Bar No. 224659)
3      *sadik.huseny@lw.com*
     Andrew M. Gass (Bar No. 259694)
4      *andrew.gass@lw.com*
     Alicia R. Jovais (Bar No. 296172)
5      *alicia.jovais@lw.com*
     Robin L. Gushman (Bar No. 305048)
6      *robin.gushman@lw.com*
   505 Montgomery Street, Suite 2000
7    San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
8    Facsimile: +1.415.395.8095

9    *Attorneys for Defendants Ticketmaster L.L.C.*
   *and Live Nation Entertainment, Inc.*

10

11    [Additional Counsel on Signature Page]

12            **UNITED STATES DISTRICT COURT**

13            **CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15   SKOT HECKMAN, LUIS PONCE, | Case No. 2:22-cv-00047-GW-GJS |
| 16   JEANENE POPP, & JACOB ROBERTS, on behalf of themselves and all those | |
| 17   similarly situated, | **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE** |
| 18           Plaintiffs, | |
| 19   v. | [Civil Local Rules 7-1, 7-11] |
| 20   LIVE NATION ENTERTAINMENT, | Assigned to: Honorable George H. Wu |
| 21   INC., and TICKETMASTER L.L.C., | |
| 22           Defendants. | |

23

24

25

26

27

28

Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") hereby stipulate and agree, through their undersigned counsel and pursuant to Local Rules 7-1 and 7-11, to continue the status conference currently set for March 4, 2024, subject to the approval of the Court. In support of this joint stipulation, the parties state as follows:

1.     On August 10, 2023, the Court denied Defendants' Motion to Compel Arbitration. ECF No. 202.

2.     On September 8, 2023, Defendants appealed the Court's denial of Defendants' Motion to Compel Arbitration to the United States Court of Appeals for the Ninth Circuit. ECF No. 212; *see Heckman v. Live Nation Entertainment, Inc.*, No. 23-55770 (9th Cir.) ("the *Heckman* appeal").

3.     In October 2023, the Court granted Defendants' Motion for a Stay Pending Appeal, denied Plaintiffs' Motion to Enjoin Imposing a Modified Arbitration Clause on Antitrust Claims in this Case without prejudice, and, in light of the Ninth Circuit's decision to expedite the *Heckman* appeal, set a status conference for March 4, 2024 at 8:30 a.m., with a joint status report due by February 28, 2024. ECF Nos. 226, 229, 231.

4.     The *Heckman* appeal has been fully briefed before the Ninth Circuit. Appellants Live Nation and Ticketmaster submitted their opening brief on November 13, 2023; Appellees Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts submitted their answering brief on December 13, 2023; and Appellants Live Nation and Ticketmaster submitted their reply brief on January 3, 2024. The Ninth Circuit has not yet set a date for oral argument, but has indicated that it is considering the case for oral argument in June or July of 2024.

5.     Because it appears the *Heckman* appeal will not be decided until at least Summer 2024, the parties have met and conferred and have agreed to continue the status conference from March 4, 2024 to August 5, 2024, with a joint status report

1  due by July 31, 2024, subject to the approval of the Court.  The parties may stipulate

2  to move the conference to an earlier date if the Ninth Circuit issues a ruling in the

3  *Heckman* appeal earlier, or to a later date should the Ninth Circuit not issue a ruling

4  in *Heckman* by that time.

5        6.    This stipulation will not affect any other Court-ordered dates in this

6  case.

7        The parties therefore agree and stipulate to the above continuance.

8

9  Dated:  February 23, 2024        Respectfully Submitted,

10          LATHAM & WATKINS LLP

11          By:  */s/ Timothy L. O'Mara*

12              Timothy L. O'Mara

13          505 Montgomery Street, Suite 2000

14          San Francisco, California 94111-6538
        Telephone:  +1.415.391.0600

15          Facsimile:  +1.415.395.8095
        tim.o'mara@lw.com

16          *Attorneys for Defendants Ticketmaster*

17          *L.L.C. and Live Nation Entertainment, Inc.*

18

19

20  Dated:  February 23, 2024        QUINN EMANUEL URQUHART & SULLIVAN, LLP

21          By:  */s/ Kevin Y. Teruya*

22              Kevin Y. Teruya (Bar No. 057645)

23          865 South Figueroa Street, 10th Floor

24          Los Angeles, CA 90017-2543
        Telephone: (213) 443-3000

25          Facsimile: (213) 443-3100
        kevinteruya@quinnemanuel.com

26          *Attorneys for Plaintiffs Skot Heckman, Luis*

27          *Ponce, Jeanene Popp, and Jacob Roberts*

28

1

## **ATTESTATION**

2     I am the ECF user whose identification and password are being used to file

3 the foregoing Joint Stipulation to Continue Status Conference.  Pursuant to Civil

4 Local Rule 5-4.3.4(a)(2)(i), I, Timothy L. O'Mara, attest that all other signatories

5 listed, and on whose behalf the filing is submitted, concur in this filing's content and

6 have authorized such filing.

7

8 Dated:  February 23, 2024                          */s/ Timothy L. O'Mara*

9                                                              Timothy L. O'Mara

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28