LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, LUIS PONCE, JEANENE POPP, & JACOB ROBERTS, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**DECLARATION OF TIMOTHY L. O'MARA IN SUPPORT OF JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>[Civil Local Rules 7-1, 7-11]<br><br>Assigned to: Honorable George H. Wu |

I, Timothy L. O'Mara, declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants"). I am an attorney in good standing in the state of California. I am making this Declaration in support of the parties' Joint Stipulation to Continue Status Conference ("Joint Stipulation"), and have personal knowledge of the facts set forth below; if called upon to do so, I can and will competently testify thereto.

2. On August 10, 2023, the Court denied Defendants' Motion to Compel Arbitration. ECF No. 202.

3. On September 8, 2023, Defendants appealed the Court's denial of Defendants' Motion to Compel Arbitration to the United States Court of Appeals for the Ninth Circuit. ECF No. 212; *see Heckman v. Live Nation Entertainment, Inc.*, No. 23-55770 (9th Cir.) ("the *Heckman* appeal").

4. In October 2023, the Court granted Defendants' Motion for a Stay Pending Appeal, denied Plaintiffs' Motion to Enjoin Imposing a Modified Arbitration Clause on Antitrust Claims in this Case without prejudice, and, in light of the Ninth Circuit's decision to expedite the *Heckman* appeal, set a status conference for March 4, 2024 at 8:30 a.m., with a joint status report due by February 28, 2024. ECF Nos. 226, 229, 231.

5. The *Heckman* appeal has been fully briefed before the Ninth Circuit. Appellants Live Nation and Ticketmaster submitted their opening brief on November 13, 2023; Appellees Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts submitted their answering brief on December 13, 2023; and Appellants Live Nation and Ticketmaster submitted their reply brief on January 3, 2024. The Ninth Circuit has not yet set a date for oral argument, but has indicated that it is considering the case for oral argument in June or July of 2024.

6. Because it appears the *Heckman* appeal will not be decided until at least Summer 2024, the parties have met and conferred and have agreed to continue the

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

O'MARA DECL. ISO JOINT
STIPULATION RE: STATUS CONFERENCE
CASE NO. 2:22-cv-00047-GW-GJS

1  status conference from March 4, 2024 to August 5, 2024, with a joint status report
2  due by July 31, 2024, subject to the approval of the Court.  The parties may stipulate
3  to move the conference to an earlier date if the Ninth Circuit issues a ruling in the
4  *Heckman* appeal earlier, or to a later date should the Ninth Circuit not issue a ruling
5  in *Heckman* by that time.

      7.     This stipulation will not affect any other Court-ordered dates in this case.

      8.     The parties have previously stipulated to, and the Court previously entered, the following extensions of time:

      a.     On January 11, 2022, the parties stipulated pursuant to Local Rule 8-3 to extend Defendants' time to answer or otherwise respond to the Complaint.  *See* ECF No. 26.

      b.     On January 31, 2022, the parties stipulated pursuant to Local Rule 7-1 to a briefing schedule for Defendants' Motion to Compel Arbitration.  *See* ECF No. 28.

      c.     On March 24, 2022, the parties stipulated pursuant to Local Rule 7-1 to a briefing schedule for Plaintiffs' Motion for Discovery.  *See* ECF No. 32.

      d.     On February 14, 2023, the parties stipulated pursuant to Local Rule 7-1 to an updated briefing schedule for Defendants' Motion to Compel Arbitration.  *See* ECF No. 131.

      e.     On May 17, 2023, the parties stipulated pursuant to Local Rule 7-1 to a modified briefing schedule and hearing date for Defendants' Motion to Compel Arbitration.  *See* ECF No. 161.

      f.     On August 25, 2023, the parties stipulated pursuant to Local Rule 7-1 to a modified briefing schedule and hearing date for Plaintiffs' Motion to Enjoin Imposing a Modified Arbitration Clause on Antitrust Claims in This Case.  *See* ECF No. 210.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2024.

*/s/ Timothy L. O'Mara*
Timothy L. O'Mara

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

O'MARA DECL. ISO JOINT
STIPULATION RE: STATUS CONFERENCE
CASE NO. 2:22-cv-00047-GW-GJS