LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Sadik Huseny (Bar No. 224659)
    sadik.huseny@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
  Robin L. Gushman (Bar No. 305048)
    robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C.
and Live Nation Entertainment, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SKOT HECKMAN, LUIS PONCE, JEANENE POPP, & JACOB ROBERTS, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>Defendants. | Case No. CV 22-0047-GW-GJSx<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>[Civil Local Rules 7-1, 7-11]<br><br>Assigned to: Honorable George H. Wu |

1    Pending before this Court is a Joint Stipulation to Continue Status Conference

2 ("Joint Stipulation") filed by Defendants Ticketmaster L.L.C. and Live Nation

3 Entertainment, Inc. (together, "Defendants") and Plaintiffs Skot Heckman, Luis

4 Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs").    Upon

5 consideration of the parties' Joint Stipulation, and good cause appearing, IT IS

6 HEREBY ORDERED that the Joint Stipulation is GRANTED.  The Court orders as

7 follows:

8    1.    The status conference shall be continued from March 4, 2024 to August

9 5, 2024 at 8:30 a.m.  A joint status report shall be due by July 31, 2024.

10

11 **IT IS SO ORDERED.**

12

13 Dated: February 23, 2024

14                                          Hon. George H. Wu
                                            United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER ON JOINT
STIPULATION RE: STATUS CONFERENCE
CASE NO. 2:22-cv-00047-GW-GJS