LATHAM & WATKINS LLP
Timothy L. O'Mara (Bar No. 212731)
 tim.o'mara@lw.com
Sadik Huseny (Bar No. 224659)
 sadik.huseny@lw.com
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Alicia R. Jovais (Bar No. 296172)
 alicia.jovais@lw.com
Robin L. Gushman (Bar No. 305048)
 robin.gushman@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C.
and Live Nation Entertainment, Inc.*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SKOT HECKMAN, LUIS PONCE, JEANENE POPP, & JACOB ROBERTS, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**JOINT STATUS REPORT FOR AUGUST 5, 2024 STATUS CONFERENCE**<br><br>Judge: Honorable George H. Wu<br><br>Date: August 5, 2024<br><br>Time: 8:30 a.m. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JT. STATUS REPORT FOR
AUG. 5, 2024 STATUS CONF.
CASE NO. 2:22-cv-00047-GW-GJS

Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") respectfully submit this Joint Status Report pursuant to this Court's Order issued on February 23, 2024. *See* Order on Joint Stip. Re: Status Conf., ECF No. 236.

The *Heckman* appeal has been fully briefed before the Ninth Circuit, and oral argument took place on June 14, 2024. *See* Argued and Submitted, *Heckman v. Live Nation Entertainment, Inc.*, No. 23-55770 (9th Cir. Jun. 14, 2024), ECF No. 70. A ruling has not yet been issued.

In accordance with their previous stipulation that the "parties may stipulate to move the conference . . . to a later date should the Ninth Circuit not issue a ruling in *Heckman* by" the time of the upcoming August 5, 2024 status conference, *see* Jt. Stip. Re: Status Conf., ECF No. 235, the parties respectfully request that the Court continue the August 5, 2024 status conference to September 12, 2024. The parties may stipulate to move the conference to an earlier date if the Ninth Circuit issues a ruling in *Heckman* earlier, or to a later date should the Ninth Circuit not issue a ruling in *Heckman* by that time.

Dated: July 23, 2024                Respectfully submitted,

                                            LATHAM & WATKINS LLP

                                            By: */s/ Timothy L. O'Mara*
                                                 Timothy L. O'Mara

                                            505 Montgomery Street, Suite 2000
                                            San Francisco, California 94111-6538
                                            Tel.: +1.415.391.0600
                                            Fax: +1.415.395.8095
                                            tim.o'mara@lw.com

                                            *Attorneys for Defendants*
                                            *Ticketmaster L.L.C. and Live Nation*
                                            *Entertainment, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JT. STATUS REPORT FOR
AUG. 5, 2024 STATUS CONF.
CASE NO. 2:22-cv-00047-GW-GJS

Dated: July 23, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Kevin Y. Teruya*
Kevin Y. Teruya (Bar No. 057645)

865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
kevinteruya@quinnemanuel.com

*Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JT. STATUS REPORT FOR
AUG. 5, 2024 STATUS CONF.
CASE NO. 2:22-cv-00047-GW-GJS

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Status Report for August 5, 2024 Status Conference. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Timothy L. O'Mara, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: July 23, 2024                              */s/ Timothy L. O'Mara*
                                                              Timothy L. O'Mara

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JT. STATUS REPORT FOR
AUG. 5, 2024 STATUS CONF.
CASE NO. 2:22-cv-00047-GW-GJS