1  LATHAM & WATKINS LLP
   Timothy L. O'Mara (Bar No. 212731)
2      tim.o'mara@lw.com
   Sadik Huseny (Bar No. 224659)
3      sadik.huseny@lw.com
   Andrew M. Gass (Bar No. 259694)
4      andrew.gass@lw.com
   Alicia R. Jovais (Bar No. 296172)
5      alicia.jovais@lw.com
   Robin L. Gushman (Bar No. 305048)
6      robin.gushman@lw.com
   505 Montgomery Street, Suite 2000
7  San Francisco, California 94111-6538
   Telephone: +1.415.391.0600
8  Facsimile: +1.415.395.8095

9  *Attorneys for Defendants Ticketmaster L.L.C.*
   *and Live Nation Entertainment, Inc.*

10 [Additional Counsel on Signature Page]

11

12                 **UNITED STATES DISTRICT COURT**

13                 **CENTRAL DISTRICT OF CALIFORNIA**

14

15 SKOT HECKMAN, LUIS PONCE,                  Case No. 2:22-cv-00047-GW-GJS
16 JEANENE POPP, & JACOB ROBERTS,
   on behalf of themselves and all those      **JOINT STATUS REPORT**
17 similarly situated,                        **FOR SEPTEMBER 16, 2024**
                                              **STATUS CONFERENCE**
18                    Plaintiffs,

19 v.                                         Judge: Honorable George H. Wu

20 LIVE NATION ENTERTAINMENT,                 Date: September 16, 2024
21 INC., and TICKETMASTER L.L.C.,             Time: 8:30 a.m.

22                    Defendants.

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JT. STATUS REPORT FOR
SEP. 16, 2024 STATUS CONF.
CASE NO. 2:22-cv-00047-GW-GJS

Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") respectfully submit this Joint Status Report pursuant to this Court's Order issued on August 2, 2024. *See* Minute Order, ECF No. 239.

The *Heckman* appeal has been fully briefed before the Ninth Circuit, and oral argument took place on June 14, 2024. *See* Argued and Submitted, *Heckman v. Live Nation Entertainment, Inc.*, No. 23-55770 (9th Cir. Jun. 14, 2024), ECF No. 70. A ruling has not yet been issued.

In accordance with their previous Joint Status Report, which stated that the "parties may stipulate to move the conference . . . to a later date should the Ninth Circuit not issue a ruling in *Heckman* by" the time of the upcoming September 16, 2024 status conference, *see* Jt. Status Report, ECF No. 237, the parties respectfully request that the Court continue the September 16, 2024 status conference to November 7, 2024. The parties may stipulate to move the conference to an earlier date if the Ninth Circuit issues a ruling in *Heckman* earlier, or to a later date should the Ninth Circuit not issue a ruling in *Heckman* by that time.

Dated: September 10, 2024          Respectfully submitted,

                                   LATHAM & WATKINS LLP

                            By:  */s/ Timothy L. O'Mara*
                                   Timothy L. O'Mara

                                   505 Montgomery Street, Suite 2000
                                   San Francisco, California 94111-6538
                                   Tel.: +1.415.391.0600
                                   Fax: +1.415.395.8095
                                   tim.o'mara@lw.com

                                   *Attorneys for Defendants*
                                   *Ticketmaster L.L.C. and Live Nation*
                                   *Entertainment, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JT. STATUS REPORT FOR
SEP. 16, 2024 STATUS CONF.
CASE NO. 2:22-cv-00047-GW-GJS

1    Dated:  September 10, 2024            Respectfully submitted,

2                                          QUINN EMANUEL URQUHART &
                                           SULLIVAN, LLP
3
                                    By:  */s/ Kevin Y. Teruya*
4                                          Kevin Y. Teruya (Bar No. 057645)

5
                                           865 South Figueroa Street, 10th Floor
6                                          Los Angeles, CA 90017-2543
                                           Telephone: (213) 443-3000
7                                          Facsimile: (213) 443-3100
                                           kevinteruya@quinnemanuel.com
8
                                           *Attorneys for Plaintiffs Skot Heckman,*
9                                          *Luis Ponce, Jeanene Popp, and Jacob*
                                           *Roberts*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

JT. STATUS REPORT FOR
SEP. 16, 2024 STATUS CONF.
CASE NO. 2:22-cv-00047-GW-GJS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Status Report for September 16, 2024 Status Conference. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Timothy L. O'Mara, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated:  September 10, 2024                     */s/ Timothy L. O'Mara*

                                                      Timothy L. O'Mara

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3