UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 16 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SKOT HECKMAN; et al.,

      Plaintiffs - Appellees,

  v.

LIVE NATION ENTERTAINMENT,
INC. and TICKETMASTER, LLC,

      Defendants - Appellants.

No. 23-55770

D.C. No. 2:22-cv-00047-GW-GJS
U.S. District Court for Central
California, Los Angeles

**MANDATE**

The judgment of this Court, entered October 28, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                    FOR THE COURT:

                    MOLLY C. DWYER
                    CLERK OF COURT