# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKOT HECKMAN, LUIS PONCE, JEANENE POPP, and JACOB ROBERTS, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC,<br><br>Defendants. | Case No. CV 22-0047-GW-GJSx<br><br>The Honorable George H. Wu<br><br>**ORDER GRANTING *HECKMAN* PLAINTIFFS' APPLICATION TO APPOINT QUINN EMANUEL URQUHART & SULLIVAN, LLP AND KELLER POSTMAN LLC AS INTERIM CO-LEAD CLASS COUNSEL** |

# ORDER

Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts ("Plaintiffs") submitted an application to appoint Quinn Emanuel Urquhart & Sullivan, LLP and Keller Postman LLC as Interim Co-Lead Class Counsel for the Primary Ticketing Services Consumer Class and the Secondary Ticketing Services Consumer Class (the "Classes").

Having considered Plaintiffs' application, the record, the arguments of counsel, and the relevant authorities, the Court **GRANTS** Plaintiffs' application and **APPOINTS** Quinn Emanuel Urquhart & Sullivan LLP and Keller Postman LLC as Interim Co-Lead Class Counsel, with authorization to:

a. Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Classes on all matters arising during pretrial proceedings;

b. Coordinate the initiation and conducting of discovery on behalf of the Classes, consistent with the requirements of Fed. R. Civ. P. 26(b)(1), 26(b)(2), and 26(g), including the preparation of joint interrogatories and requests for production of documents and the examination of witnesses in depositions;

c. Conduct settlement negotiations on behalf of the Classes, but not enter binding agreements except to the extent expressly authorized;

d. Delegate specific tasks to other counsel or committees of counsel, as authorized by the Court, in a manner to ensure that pretrial preparation for the Classes is conducted efficiently and effectively;

e. Enter into stipulations with opposing and other counsel as necessary for the conduct of the litigation;

f. Prepare and distribute periodic status reports to the parties;

g. Maintain adequate time and disbursement records covering services as lead counsel; and

h. Perform such other duties as may be incidental to proper coordination and preparation of the Classes' pretrial activities or authorized by further order of the Court.

DATED: December 19, 2024

_____
HON. GEORGE H. WU,
United States District Judge