# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-0047-GW-GJSx | Date | January 6, 2025 |
|---|---|---|---|
| Title | *Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Adam B. Wolfson | Timothy L. O'Mara |
| Kevin Y. Teruya | Samuel R. Jeffrey |
| Warren D. Postman, by telephone | Alicia R. Jovais, by telephone |
| | Robin L. Gushman, by telephone |

**PROCEEDINGS:     DEFENDANTS' MOTION TO STAY [280]**

The Court's Tentative Ruling on Defendants' Motion to Stay [280] was issued on January 3, 2025 [283]. Oral argument is held. Based on the Tentative Ruling, and for reasons stated on the record, Defendants' Motion is DENIED without prejudice.

The Court would set a hearing on Plaintiffs' motion for class certification for June 30, 2025 at 8:30 a.m. The Court would require the reply brief to be filed no later than June 16. The parties shall meet and confer and stipulate to dates for: (1) class certification discovery; (2) filing Plaintiff's motion for class certification; and (3) filing Defendants' opposition to Plaintiff's motion for class certification. Discovery issues are resolved on the record.

|  | : | 35 |
|---|---|---|
| Initials of Preparer | JG | |