LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
  Samuel R. Jeffrey (Bar No. 347533)
    sam.jeffrey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>The Honorable George H. Wu<br><br>Hearing Date: April 10, 2025<br>Hearing Time: 8:30 am<br>Courtroom: 9D, 9th Floor |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS.' NOTICE OF MOTION
AND MOTION TO DISMISS
CASE NO. 2:22-CV-00047-GW-GJS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, on April 10, 2025 at 8:30 am, before the Honorable George H. Wu, United States District Judge, in Courtroom 9D of the above-captioned court, located at 350 West 1st Street, Los Angeles, California, 90012, Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C. will and do hereby move the Court for an order granting Defendants' motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and for such other and further relief as the Court deems just and proper.

This motion is based on (1) this Notice of Motion and Motion, (2) the Memorandum of Points and Authorities, (3) all other papers submitted in support of the Motion, (4) the records on file in this case, (5) the arguments of counsel, and (6) any other matter that the Court may properly consider, or that may be presented to the Court at the hearing.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on January 17, 2025.

Dated: January 27, 2025

Respectfully Submitted,

LATHAM & WATKINS LLP

By: /s/ Timothy L. O'Mara
Timothy L. O'Mara

*Attorneys for Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc.*