QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000

KELLER POSTMAN LLC
  Warren Postman (Bar No. 330869)
  wdp@kellerpostman.com
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036-4312
Telephone: (202) 918-1123

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-00047-GW-GJS<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO MODIFY OR SET ASIDE THE MAGISTRATE JUDGE'S MARCH 3. 2025 MINUTE ORDER DENYING PLAINTIFFS'** *EX PARTE* **APPLICATION TO MODIFY PROTECTIVE ORDER**<br><br>The Honorable George H. Wu<br><br>Hearing Date: April 17, 2025<br>Hearing Time: 8:30 AM |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2        PLEASE TAKE NOTICE that on April 17, 2025, or as soon thereafter as the matter may be heard before the Honorable George H. Wu, United States District Judge, in Courtroom 9D of the above-captioned court, located at 350 West 1st Street, Los Angeles, California, 90012, Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts (together, "Plaintiffs") will and do hereby move the Court for an order reconsidering and modifying Magistrate Judge Standish's March 3, 2025 Order ("March 3, 2025 Order"), which denied Plaintiffs' *Ex Parte* Application to Modify the Protective Order. ECF No. 300. Specifically, Plaintiffs move for an order granting Plaintiffs' modification to the Protective Order as proposed. *See* ECF No. 298-1; ECF No. 298-2. In the alternative, Plaintiffs move for an order vacating the March 3, 2025 Order entirely, and directing Magistrate Judge Standish to enter a new Order consistent with Plaintiffs' requested modification.

      This motion is based on (1) this Notice of Motion and Motion, (2) the Memorandum of Points and Authorities and Objections, (3) all other papers submitted in support of the motion, (4) the records on file in this case, (5) the arguments of counsel, and (6) any other matter that the Court may properly consider, or that may be presented to the Court at the hearing.

Dated: March 17, 2025

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Kevin Y. Teruya*
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000;
Facsimile: (213) 443-3100

KELLER POSTMAN LLC
Warren Postman (Bar No. 330869)
wdp@kellerpostman.com
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C., 20036-4312
Telephone: (202) 918-1123

*Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated*