UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-0047-GW-GJSx | Date | April 10, 2025 |
|---|---|---|---|
| Title | *Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Suzanne McKennon | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kevin Y. Teruya | Timothy L. O'Mara |
| Brantley I. Pepperman | Alicia R. Jovais |
| | Samuel R. Jeffrey |

**PROCEEDINGS:** DEFENDANTS' MOTION TO DISMISS [293]

The Court's Tentative Ruling on Defendants' Motion [293] was issued on April 9, 2025 [310]. Oral argument is held. For reasons stated on the record, Defendants' Motion is TAKEN UNDER SUBMISSION.

Court and counsel discuss scheduling. The hearing set for April 17 will remain on calendar.

: 50

Initials of Preparer    JG