# EXHIBIT 20

## Nam, DH

| | |
|---|---|
| **From:** | Sam.Jeffrey@lw.com |
| **Sent:** | Tuesday, April 1, 2025 7:51 PM |
| **To:** | JLueddeke@cov.com; adamwolfson@quinnemanuel.com; robfuqua@quinnemanuel.com; Tim.O'Mara@LW.com; Andrew.Gass@lw.com; Alicia.Jovais@lw.com; Teti, Jordan; rwick@cohengresser.com; mmaxman@cohengresser.com; wkalema@cohengresser.com; djackson@cohengresser.com; Bernick, Justin W.; Nam, DH; Pallman, Molly |
| **Cc:** | nsahni@cov.com; TMcSweeny@cov.com; RGianchetti@cov.com |
| **Subject:** | RE: Heckman, et al. v. Live Nation Entertainment, et al.--Request for L.R. 37-1 Conference |

**[EXTERNAL]**
Counsel,

Defendants oppose the proposed modifications to the protective order, but agree to waive the meet-and-confer requirement based on Vivid's representation that it is planning to seek the same relief on the same grounds as AEG and SeatGeek.

Best,
Sam

**Sam Jeffrey**

**LATHAM & WATKINS LLP**
505 Montgomery Street | Suite 2000 | San Francisco, CA 94111-6538
D: +1.415.395.8113

---

**From:** Lueddeke, Jason <JLueddeke@cov.com>
**Sent:** Tuesday, April 1, 2025 8:29 AM
**To:** Adam Wolfson <adamwolfson@quinnemanuel.com>; Rob Fuqua <robfuqua@quinnemanuel.com>; O'Mara, Tim (Bay Area) <Tim.O'Mara@LW.com>; Gass, Andrew (Bay Area) <Andrew.Gass@lw.com>; Jovais, Alicia (Bay Area) <Alicia.Jovais@lw.com>; Jeffrey, Sam (Bay Area) <Sam.Jeffrey@lw.com>; jordan.teti@hoganlovells.com; Ronald F. Wick <rwick@cohengresser.com>; Melissa H. Maxman <mmaxman@cohengresser.com>; William Kalema <wkalema@cohengresser.com>; djackson@cohengresser.com; Bernick, Justin W. <justin.bernick@hoganlovells.com>; Nam, DH <dh.nam@hoganlovells.com>; Pallman, Molly <Molly.Pallman@HoganLovells.com>
**Cc:** Sahni, Neema T <nsahni@cov.com>; McSweeny, Terrell <TMcSweeny@cov.com>; Gianchetti, Robert C <RGianchetti@cov.com>
**Subject:** RE: Heckman, et al. v. Live Nation Entertainment, et al.--Request for L.R. 37-1 Conference

Thank you, Adam.  Defendants' counsel, please let us know your position.

Jason

**Jason Lueddeke**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | jlueddeke@cov.com
www.cov.com

1

**COVINGTON**

---

**From:** Adam Wolfson <adamwolfson@quinnemanuel.com>
**Sent:** Monday, March 31, 2025 2:38 PM
**To:** Lueddeke, Jason <JLueddeke@cov.com>; Rob Fuqua <robfuqua@quinnemanuel.com>; tim.o'mara@lw.com; andrew.gass@lw.com; alicia.jovais@lw.com; sam.jeffrey@lw.com; jordan.teti@hoganlovells.com; Ronald F. Wick <rwick@cohengresser.com>; Melissa H. Maxman <mmaxman@cohengresser.com>; William Kalema <wkalema@cohengresser.com>; djackson@cohengresser.com; Bernick, Justin W. <justin.bernick@hoganlovells.com>; Nam, DH <dh.nam@hoganlovells.com>; Pallman, Molly <Molly.Pallman@HoganLovells.com>
**Cc:** Sahni, Neema T <nsahni@cov.com>; McSweeny, Terrell <TMcSweeny@cov.com>; Gianchetti, Robert C <RGianchetti@cov.com>
**Subject:** RE: Heckman, et al. v. Live Nation Entertainment, et al.--Request for L.R. 37-1 Conference

[EXTERNAL]
Plaintiffs waive the 7-day period and have no objection to the intended motion.

---

**From:** Lueddeke, Jason <JLueddeke@cov.com>
**Sent:** Monday, March 31, 2025 2:31 PM
**To:** Adam Wolfson <adamwolfson@quinnemanuel.com>; Rob Fuqua <robfuqua@quinnemanuel.com>; tim.o'mara@lw.com; andrew.gass@lw.com; alicia.jovais@lw.com; sam.jeffrey@lw.com; jordan.teti@hoganlovells.com; Ronald F. Wick <rwick@cohengresser.com>; Melissa H. Maxman <mmaxman@cohengresser.com>; William Kalema <wkalema@cohengresser.com>; djackson@cohengresser.com; Bernick, Justin W. <justin.bernick@hoganlovells.com>; Nam, DH <dh.nam@hoganlovells.com>; Pallman, Molly <Molly.Pallman@HoganLovells.com>
**Cc:** Sahni, Neema T <nsahni@cov.com>; McSweeny, Terrell <TMcSweeny@cov.com>; Gianchetti, Robert C <RGianchetti@cov.com>
**Subject:** RE: Heckman, et al. v. Live Nation Entertainment, et al.--Request for L.R. 37-1 Conference

[EXTERNAL EMAIL from jlueddeke@cov.com]

---

Counsel,

We write on behalf of nonparty Vivid Seats LLC ("Vivid") in connection with the *Heckman* action.  As you are aware, nonparties AEG and SeatGeek intend to seek court intervention to modify the operative protective order in this action.  Vivid intends to join this motion as a moving party and move on the same grounds and seek the same relief as AEG and SeatGeek.

We understand that you have already conferred with AEG's and SeatGeek's counsel regarding the bases for the relief sought.  Given that the relevant issues have already been discussed, we ask that you agree to waive (or shorten) the 7-day conferral period required by Local Rule 7-3.  If useful, we are available to get on a call today.

Thank you,
Jason


**Jason Lueddeke**

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
T +1 424 332 4759 | jlueddeke@cov.com
www.cov.com

**COVINGTON**

**From:** Pallman, Molly
**Sent:** Monday, March 31, 2025 9:51 AM
**To:** 'Adam Wolfson' <adamwolfson@quinnemanuel.com>; 'robfuqua@quinnemanuel.com' <robfuqua@quinnemanuel.com>; 'Tim.O'Mara@LW.com' <Tim.O'Mara@LW.com>; 'Andrew.Gass@lw.com' <Andrew.Gass@lw.com>; 'alicia.jovais@lw.com' <alicia.jovais@lw.com>; 'sam.jeffrey@lw.com' <sam.jeffrey@lw.com>
**Cc:** Teti, Jordan <jordan.teti@hoganlovells.com>; 'Ronald F. Wick' <RWick@CohenGresser.com>; 'Melissa H. Maxman' <MMaxman@CohenGresser.com>; 'William Kalema' <WKalema@CohenGresser.com>; 'Derek Jackson' <DJackson@CohenGresser.com>; Bernick, Justin W. <justin.bernick@hoganlovells.com>; Nam, DH <dh.nam@hoganlovells.com>
**Subject:** FW: Heckman, et al. v. Live Nation Entertainment, et al.--Request for L.R. 37-1 Conference

Counsel,

We understand from our conference pursuant to L.R. 37-1 held on March 12th that Plaintiffs do not oppose non-parties SeatGeek and AEG's request for a Protective Order modification in the *Heckman* action to properly shield certain third-party discovery materials from Defendants' employees, including certain in-house counsel. We also understand from our conference that we are an impasse with Defendants, who oppose the requested relief.

We intend to move the Court on this issue in the coming days.

Molly

**Molly Pallman**
Senior Associate

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel:       +1 202 637 5600
Direct:   +1 202 637 6571
Fax:       +1 202 637 5910
Email:    molly.pallman@hoganlovells.com
             www.hoganlovells.com

**From:** Ronald F. Wick <RWick@CohenGresser.com>
**Sent:** Friday, March 7, 2025 7:23 PM
**To:** adamwolfson@quinnemanuel.com; Rob Fuqua <robfuqua@quinnemanuel.com>; Tim.O'Mara@LW.com; Andrew.Gass@lw.com; alicia.jovais@Lw.com; sam.jeffrey@lw.com
**Cc:** Melissa H. Maxman <MMaxman@CohenGresser.com>; William Kalema <WKalema@CohenGresser.com>; Derek Jackson <DJackson@CohenGresser.com>; Bernick, Justin W. <justin.bernick@hoganlovells.com>
**Subject:** Heckman, et al. v. Live Nation Entertainment, et al.--Request for L.R. 37-1 Conference

**[EXTERNAL]**
Dear Counsel,

Please see attached correspondence requesting a conference pursuant to Local Rule 37-1. We would appreciate your advising as to your availability on Monday, Tuesday, or Wednesday of next week.

Best,
Ron

Ronald F Wick

# COHEN & GRESSER LLP



2001 Pennsylvania Ave, NW
Suite 300
Washington, DC 20006
+1 202 851 2072
rwick@cohengresser.com  |  view bio
www.cohengresser.com

New York  |  Paris  |  Washington DC  |  London

*CONFIDENTIALITY NOTICE: The information contained in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed initially by only the individual named above. If the reader of this e-mail is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by telephone and permanently delete this e-mail. Thank you.*

*PRIVACY: A complete copy of our privacy policy can be viewed at: https://www.cohengresser.com/privacy-policy.*

---

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.