# EXHIBIT 25

**From:** Marc Feinberg <mfeinberg@aegpresents.com>
**Sent:** Wednesday, January 29, 2025 9:31 AM
**To:** Shawn Trell <strell@aegpresents.com>
**Subject:** FW: Chesney

Just an FYI – I can explain what these means when you are free

**From:** David Marcus <david.marcus@ticketmaster.com>
**Sent:** Saturday, January 25, 2025 5:20 PM
**To:** Marc Feinberg <mfeinberg@aegpresents.com>
**Subject:** Fw: Chesney

**EXTERNAL**

Hey bud.

We can't have plat brand on tix that are back of house. We offer unbranded for this situation.

Who should I chase this down with?

David Marcus
EVP, Global Music
310-500-5253

**From:** Daniel Wall <DanWall@LiveNation.com>
**Sent:** Saturday, January 25, 2025 2:26:44 PM
**To:** David Marcus <david.marcus@ticketmaster.com>
**Subject:** Chesney

Why would there be Platinum in the 400 tier of the Sphere?