# EXHIBIT 29

archive.today
webpage capture

Saved from https://www.billboard.com/pro/live-nation-monopoly-aeg-ceo-memo-doj-antitr    search

All snapshots from host www.billboard.com

history ←prior next→

11 Apr 2025 15:23:48 UTC

Webpage   Screenshot                                                                   share   download .zip   report bug or abuse   Buy me a coffee

☰                              pro    🔍                              **LOGIN**

🔍              **MARKET WATCH**        **MUSIC INDUSTRY EVENTS CALENDAR**        **PRO CHARTS**

**TRENDING TOPICS ▶**    WOMEN IN MUSIC        |    EARNINGS        |    LEGAL HEADLINES        |

• Executive Turntable: Berklee and MSG Hire CFOs, Plus an Orch ...    • Chart Rewind: In 1985, USA for Africa's 'We Are the World' T ...    • Po

**LEGAL NEWS**    05/31/2024

# AEG CEO Jay Marciano Calls Live Nation A Monopoly, Predicts DOJ Victory in Lawsuit

Marciano shared his assessment of the government's antitrust lawsuit in a memo to staff on Friday.

BY DAVE BROOKS



Jay Marciano Lester Cohen

AEG chairman/CEO **Jay Marciano** says Live Nation acts like a monopoly and agrees with the U.S. Department of Justice's effort to break the concert giant and Ticketmaster up, according to an email Marciano sent out to employees on Friday (May 31). In the memo, the executive accuses the company of "preventing other businesses from competing" and "leaving consumers to suffer the consequences."

In the two-page email, Marciano said the lawsuit was an important milestone for addressing alleged monopolistic behavior in the concert business, noting "the entire ecosystem of our industry" is at stake as the case winds its way through the U.S. legal system.



**RELATED**

To Understand Live Nation's Real Antitrust Issue, Look to Microsoft

"Notwithstanding its claims about its profit margins or its market share, it is a monopoly, and it uses its monopoly power to impose its will on the live entertainment business," wrote Marciano of Live Nation, later writing, "We strongly believe that DOJ's lawsuit will succeed and ultimately bring sweeping changes."

**Trending on Billboard**

*Billboard* obtained a copy of the email, which can be read in full below.

In a statement sent to *Billboard*, **Dan Wall**, Live Nation's executive vp for corporate and regulatory affairs, responded to Marciano's email: "This is why antitrust protects competition, not competitors trying to use the courts to advance their own interests. AEG supports this case — indeed, begged DOJ to file it — because it doesn't want to pay artists market rates or convince venues

to adopt its second-rate ticketing system exclusively. Its complaints about service charges are hypocritical since it could lower AXS service charges today if it really cared about that. Self-serving arguments like these are common in antitrust cases, but rightly ignored."

An AEG spokesman did not respond to a request for comment regarding the letter.

*From: Office of Jay Marciano*

*No doubt all of you are closely following the ongoing media coverage in the wake of the Department of Justice lawsuit against Live Nation and Ticketmaster. As I mentioned in my note from last week, we spent the last few days carefully reviewing the DOJ filing, as well as Live Nation's subsequent response to the complaint.*

*AEG has long maintained that Ticketmaster has a monopoly in the U.S. ticketing marketplace and uses that monopoly power to subsidize Live Nation's content businesses, preventing other businesses from competing in those areas and leaving consumers to suffer the consequences. This lawsuit is not simply DOJ suing to break up a monopoly; at stake is the entire ecosystem of our industry, one that has long suffered from a badly broken ticketing model. As you know, the cornerstone of Live Nation's monopoly is Ticketmaster's exclusive ticketing contracts with the vast majority of major concert venues in the United States. These agreements block competition and innovation and result in higher ticketing fees, denying artists the ability to choose who will ticket their shows and how much their fans should pay.*

*Following the DOJ filing, Live Nation issued several public comments in service of its ongoing strategy to maintain its dominance – unfairly blaming others for industry problems they have created, making false and misleading statements, and dismissing the significance of the case. Artists, venues, and brokers are not responsible for the broken live entertainment business model in this country – that responsibility lies with Live Nation. Notwithstanding its claims about its profit margins or its market share, it is a monopoly, and it uses its monopoly power to impose its will on the live entertainment business. Live Nation may claim that its margins on promotion are low, but that's only because it deploys the excessive profits of its ticketing monopoly to outspend what the concert market can profitably sustain. Live Nation does this with the goal of removing competitors from the business and in turn using its continued control of content to preserve a stranglehold on ticketing through venue exclusives.*

*The DOJ's case is serious and reflects widespread sentiment among 30 attorneys general from across the country, numerous media outlets, industry commentators, consumer groups, and antitrust experts that Live Nation's*

*conduct violates the law and harms competition and consumers. While it may take some time, we strongly believe that DOJ's lawsuit will succeed and ultimately bring sweeping changes resulting in increased competition and more innovation and choice that benefits fans, artists, and our entire industry. DOJ's lawsuit means that artists will have a choice in who tickets their concerts, that the ticketing fees consumers pay will be lower, and ultimately that artists and fans will have access to what we all want: more and higher quality live entertainment experiences at a price that fans can afford. We look forward to each and every one of you helping us lay the groundwork now for the future of the industry.*

*Let's not get distracted by Live Nation spin. Instead, let's stay focused on continuing to execute at the highest level, and preparing for a future state of the industry: a world with more competition, more innovation, artist and consumer choice, lower ticketing fees, and more music.*
*Jay*

**UPDATE:** *This story was updated on May 31 at 2:50 p.m. ET with a statement from Live Nation.*

 **Daily newsletters straight to your inbox**    SIGN UP

---

**READ MORE ABOUT**                    AEG  /  ANTITRUST  /  JAY MARCIANO
                                        /  LIVE NATION

---

## MORE FROM PRO



**BUSINESS NEWS**
Executive Turntable: Berklee and MSG Hire CFOs, Plus an Orchard Veteran Breaks Out on His Own

BY MARC SCHNEIDER                                44 mins ago



**CHART BEAT**
Chart Rewind: In 1985, USA for Africa's 'We Are the World' Topped the Hot 100

BY GARY TRUST                                    49 mins ago



**TOURING**

## Popular Music Business Podcast 'Promoter 101' Announces Return

BY DAVE BROOKS                                        17 hrs ago



**LEGAL NEWS**

## Nelly Lawsuit Dismissed: Rapper's Ex-St. Lunatics Bandmate Drops Case Over 'Country Grammar'

BY BILL DONAHUE                                       18 hrs ago



**BUSINESS NEWS**

## IMS Ibiza to Honor CAA's Maria May With Its 2025 Legends Award

BY KATIE BAIN                                         19 hrs ago

SEE ALL NEWS

ADVERTISEMENT

PMC

## Most Popular



**1.** **she**knows
Kate Hudson's 'Spring & Side Boob'-Themed Swimsuit Photo Has Us Ready for Warm Weather

**2.** **Sportico**
UConn Title Comes With Warning About Women's Basketball Future

**3.** **VIBE**
Toni Braxton Reportedly Married Birdman Last Year...And Filed For Divorce Days Later

**4.** **ARTnews**
Climate Activist Who Targeted Degas Sculpture Found Guilty of 'Crime Against the United States'

## You May Also Like



**Dirk Schweitzer Takes Over at Vuelta Germany, Al Munteanu Returns to Production**

42 mins ago



**A$AP Rocky ID'd Rihanna By Her Scent As She Entered Courtroom During Trial**

3 hrs ago



**Mytheresa to Finalize Purchase of YNAP on April 23**

4 hrs ago



**Follow Us**

**The Daily**  A daily briefing on what matters in the music industry

Your email

By providing your information, you agree to our **Terms of Use** and our **Privacy Policy**. We use vendors that may also process your information to help provide our services. // This site is protected by reCAPTCHA Enterprise and the Google **Privacy Policy** and **Terms of Service** apply.

**Have a Tip?**

Send us a tip using our anonymous form.

**SEND US A TIP** ▮

### Billboard

About Us

Accessibility

Advertise

Shop

Events

Careers

Contact Us

### Legal

Privacy Policy

Terms of Use

Ad Choices

Reprints & Permissions

Privacy Preferences

### Sitemap

Charts

Music

Culture

Media

Pro

### Subscriptions

**CUSTOMER SERVICE**



Billboard is a part of Penske Media Corporation. © 2025 Billboard Media, LLC. All Rights Reserved.
Powered by WordPress.com VIP

**OUR SITES**