# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SKOT HECKMAN, LUIS PONCE, JEANENE POPP, and JACOB ROBERTS, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>Hon. George H. Wu<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY COMPETITORS' MOTION TO INTERVENE AND TO AMEND THE PROTECTIVE ORDER** |

Pending before this Court are:

1. A Motion to Intervene for the limited purpose of seeking to amend the Stipulated Protective Order (ECF No. 62) (the "Protective Order") filed by prospective intervenors Anschutz Entertainment Group, Inc., SeatGeek, Inc., and Vivid Seats LLC (collectively, "Non-Party Competitors"); and

2. Non-Party Competitors' Motion to Amend the Protective Order.

Upon consideration of the Motions, and good cause appearing, **IT IS HEREBY ORDERED THAT** the Motion to Intervene is **GRANTED**.  Non-Party Competitors are permitted to intervene in this action for the limited purpose of seeking to amend the Protective Order.

It is further **ORDERED THAT** the Motion to Amend is **GRANTED**.  The amended protective order attached hereto as Exhibit 1 is entered and shall supersede the Protective Order.  Within seven days of the entry of this order, each party shall send a copy of the modified protective order to each Expert, Professional Vendor, insurer, or other individual or entity from whom it has received or requested an executed "Acknowledgment and Agreement to Be Bound" (Exhibit A to the original Protective Order).

**IT IS SO ORDERED.**

Dated:_____                                  _____

                                                           HON. JUDGE GEORGE H. WU
                                                           United States District Judge

[PROPOSED] ORDER GRANTING NON-PARTY COMPETITORS' MOTION
TO INTERVENE AND TO AMEND THE PROTECTIVE ORDER
CASE NO. 2:22-cv-00047-GW-GJS