**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 057645)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

**KELLER POSTMAN LLC**
Warren D. Postman (Bar No. 33069)
wdp@kellerpostman.com
1101 Connecticut Avenue, N.W, Suite 1100
Washington, D.C. 20036
Telephone: (202) 918-1123

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SKOT HECKMAN, LUIS PONCE, JEANENE POPP, & JACOB ROBERTS, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C.,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>The Honorable George H. Wu<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLARIFICATION AND/OR MODIFICATION OF THE *SONGKICK* PROTECTIVE ORDER** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on June 2, 2025, or as soon thereafter as the matter may be heard before the Honorable George H. Wu, United States District Judge, in Courtroom 9D of the above-captioned Court, located at 350 West 1st Street, Los Angeles, California, 90012, Plaintiffs will and hereby do move the Court for an order clarifying and/or modifying the *Songkick* protective order.

This motion is based on (1) this Notice of Motion and Motion, (2) the Memorandum of Points and Authorities, (3) all other papers submitted in support of the Motion, (4) the records on file in this case, (5) the arguments of counsel, and (6) any other matter that the Court may properly consider, or that may be presented to the Court at the hearing.

| | | |
|---|---|---|
| Dated: May 5, 2025 | | Respectfully submitted, |
| | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | | By: */s/ Kevin Y. Teruya* |
| | | Kevin Y. Teruya (Bar No. 057645)<br>kevinteruya@quinnemanuel.com<br>Adam B. Wolfson (Bar No. 262125)<br>adamwolfson@quinnemanuel.com<br>William R. Sears (Bar No. 330888)<br>willsears@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| | | KELLER POSTMAN LLC<br>Warren Postman (Bar No. 33069)<br>wdp@kellerpostman.com<br>1100 Vermont Avenue, N.W., 12th Fl.<br>Washington, D.C. 20005<br>Telephone: (202) 918-1123 |
| | | *Attorneys for Plaintiffs*<br>*Skot Heckman, Luis Ponce,*<br>*Jeanene Popp, and Jacob Roberts* |

-2-   Case No. 2:22-cv-000470-GW-GJS
NOTICE OF MOTION FOR CLARIFICATION AND/OR MODIFICATION OF THE *SONGKICK* PROTECTIVE ORDER

00811-00234/15824220.3