Kimberly Branscome (Bar No. 255480)
  kbranscome@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2029 Century Park East, Suite 2000
Los Angeles, CA 90067
Telephone: (310) 982-4350
Fax: (310) 943-1805

Eyitayo St. Matthew-Daniel (*Pro Hac Vice* forthcoming)
  tstmatthewdaniel@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990

Bryon Becker (*Pro Hac Vice* forthcoming)
  bpbecker@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Fax: (202) 223-7420

*Attorneys for Non-Party*
VIAGOGO ENTERTAINMENT INC.
and STUBHUB, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SKOT HECKMAN, LUIS PONCE, JEANENE POPP, and JACOB ROBERTS, on behalf of themselves and all those similarly situated, | Case No. 2:22-cv-00047-GW-GJS |
| Plaintiffs, | **NON-PARTIES VIAGOGO ENTERTAINMENT INC. AND STUBHUB, INC.'S NOTICE OF MOTIONS TO INTERVENE AND TO JOIN THE NON-PARTY COMPETITORS' MOTION TO AMEND THE PROTECTIVE ORDER** |
| v. | |
| LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC, | Judge:   Hon. George H. Wu<br>Date:   June 5, 2025 at 9:00 A.M. |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on June 5, 2025, or as soon thereafter as the matter may be heard before the Honorable George H. Wu, United States District Judge, in Courtroom 9D of the above-captioned Court, located at 350 West 1st Street, Los Angeles, California, 90012, prospective intervenors viagogo Entertainment Inc. and StubHub, Inc. (collectively, "StubHub") will and hereby do move the Court for an order granting StubHub's Motions to Intervene and to Join the Non-Party Competitors' Motion to Amend the Protective Order.

Dated: May 8, 2025

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Kimberly Branscome*
Kimberly Branscome
Eyitayo St. Matthew-Daniel
Bryon Becker

*Attorneys for Non-Parties*
VIAGOGO ENTERTAINMENT INC. and STUBHUB, INC.

- 1 -

STUBHUB'S NOTICE OF MOTS. TO INTERVENE AND TO JOIN

Case No. 2:22-cv-00047-GW-GJS