Kimberly Branscome (Bar No. 255480)
   kbranscome@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
2029 Century Park East, Suite 2000
Los Angeles, CA 90067
Telephone: (310) 982-4350
Fax: (310) 943-1805

Eyitayo St. Matthew-Daniel (*Pro Hac Vice* forthcoming)
   tstmatthewdaniel@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990

Bryon Becker (*Pro Hac Vice* forthcoming)
   bpbecker@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Fax: (202) 223-7420

*Attorneys for Non-Party*
VIAGOGO ENTERTAINMENT INC.
and STUBHUB, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SKOT HECKMAN, LUIS PONCE, JEANENE POPP, and JACOB ROBERTS, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>**NON-PARTIES VIAGOGO ENTERTAINMENT INC. AND STUBHUB, INC.'S UNOPPOSED *EX PARTE* APPLICATION TO SHORTEN NOTICE AND ADVANCE HEARING ON PENDING MOTIONS TO INTERVENE AND TO JOIN THE NON-PARTY COMPETITORS' MOTION TO AMEND THE PROTECTIVE ORDER**<br><br>Judge:   Hon. George H. Wu |

**TO THE COURT, ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 7-19, Non-Parties viagogo Entertainment Inc. and StubHub, Inc. ("StubHub") hereby apply *ex parte* for an order shortening the time for hearing for its Motion to Intervene and Motion to Join the Non-Party Competitors' Motion to Amend the Protective Order. *See* ECF No. 321-2.

The grounds for this *Ex Parte* Application are as follows: (1) the Non-Party Competitors' Motion to Amend the Protective will be heard on Thursday, May 15, 2025 at 8:30am; (2) StubHub has filed a Motion to Intervene and a Motion to Join the Non-Party Competitors' Motion; (3) pursuant to Local Rule 6-1, the earliest notice date is twenty-eight (28) days from the date of StubHub's filing, which is well past the May 15, 2025 hearing date; and (4) good cause exists to shorten the notice period and advance the hearing on StubHub's motion because it will serve judicial efficiency and eliminate the need for the Court and Parties to expend valuable resources resolving a duplicative motion.

Counsel for Plaintiffs do not oppose, and Counsel for Defendants take no position on, the relief sought in this application, that is, an order shortening the notice period and advancing the hearing date on StubHub's Motion to Intervene and Motion to Join the Non-Party Competitors' Motion to Amend the Protective Order.

This application is based on the attached memorandum and declaration of Bryon P. Becker, the papers and records filed herein, and such other evidence or argument as may be presented to the Court at the hearing.

- 1 -

UNOPPOSED *EX PARTE* APP.
TO SHORTEN NOTICE AND ADVANCE HEARING

Case No. 2:22-cv-00047-GW-GJS

| | | |
|---|---|---|
| 1 | Dated: May 8, 2025 | **PAUL, WEISS, RIFKIND,** |
| 2 | | **WHARTON & GARRISON LLP** |
| 3 | | By: */s/ Kimberly Branscome* |
| 4 | |    Kimberly Branscome |
| 5 | |    Eyitayo St. Matthew-Daniel |
| | |    Bryon Becker |

*Attorneys for Non-Parties*
VIAGOGO ENTERTAINMENT INC. and STUBHUB, INC.

- 2 -

UNOPPOSED *EX PARTE* APP. TO SHORTEN NOTICE AND ADVANCE HEARING

Case No. 2:22-cv-00047-GW-GJS

## MEMORANDUM OF POINTS AND AUTHORITIES

Non-Parties Anschutz Entertainment Group, Inc. ("AEG"), SeatGeek, Inc. ("SeatGeek"), and Vivid Seats LLC ("Vivid") (collectively, the "Non-Party Competitors") have filed a Motion to Intervene and a Motion to Amend the Protective Order. *See* ECF No. 321-2. The Non-Party Competitors' Motions are set to be heard on Thursday, May 15 at 8:30am.

StubHub is similarly situated to the Non-Party Competitors. For example, like the Non-Party Competitors, StubHub competes with Defendant Ticketmaster LLC, has made substantial productions of competitively-sensitive information in a parallel Government investigation and litigation pending in the Southern District of New York, and has been issued a subpoena in this litigation seeking that information. Because StubHub is similarly situated, it has decided not to file its own separate motion to amend the Stipulated Protective Order, ECF No. 62 (the "Protective Order"), and has instead filed a Motion to Join the Non-Party Competitors' Motion to Amend the Protective Order. As explained in its Motion to Join, StubHub raises no new arguments. It merely moves to join the Non-Party Competitors' Motion to Amend the Protective Order to ensure that the Court considers StubHub's interest were the Court to grant any amendment to the Protective Order. As a result, no additional briefing is necessary on StubHub's Motion to Join.

Therefore, for judicial efficiency and to conserve the Court's and Parties' resources, StubHub moves to advance the hearing date on its Motions to May 15, 2025, so they can be resolved along with the Non-Party Competitors' Motions.

Pursuant to Local Rules 7-3 and 7-19.1, counsel for StubHub contacted counsel for Plaintiffs and Defendants prior to filing this *Ex Parte* Application. Plaintiffs' counsel has stated that they do ***not*** oppose the present Application, nor do they oppose StubHub's Motion to Join the Non-Party's Motion to Amend the

- 1 -

Protective Order. Becker Decl. ¶ 3. Defendants' counsel has stated that they intend to take no position on the present Application. Becker Decl. ¶ 4.

Pursuant to Local Rule 7-19, the name, address, telephone number, and email address for Defendants' counsel are: Timothy L. O'Mara, Latham and Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111, 415-391-0600, tim.omara@lw.com; Alicia R Jovais, Latham and Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111, 415-391-0600, alicia.jovais@lw.com; Andrew Michael Gass, Latham and Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111, 415-391-0600, andrew.gass@lw.com; Samuel R. Jeffrey Latham and Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111, 415-391-0600, sam.jeffrey@lw.com.

Pursuant to Local Rule 7-19, the name, address, telephone number and email address for Plaintiffs' counsel are: Adam B. Wolfson Quinn Emanuel Urquhart and Sullivan LLP, 865 South Figueroa Street 10th Floor, Los Angeles, CA 90017, 213-443-3000, adamwolfson@quinnemanuel.com.

There is no prejudice to any party by this Application to shorten notice. Defendants are the only party opposing the Non-Party Competitors' Motion to Amend the Protective Order, and Defendants' counsel has stated that Defendants do not intend to take a position on this *Ex Parte* Application. Moreover, because StubHub has not advanced arguments not already raised in the Non-Party Competitors' Motion to Amend, there is no prejudice to the parties in any opposition they have already made or intend to make to the Motion to Amend. Therefore, good cause exists to advance the hearing on StubHub's Motions, as it will serve judicial efficiency and conserve the Court's and Parties' valuable resources.

## CONCLUSION

For the foregoing reasons, there is good cause to advance the hearing on StubHub's Motion to Intervene and Motion to Join the Non-Party Competitors' Motion to Amend the Protective Order to May 15, 2025 at 8:30am.

- 2 -

1 | Dated: May 8, 2025

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

By: */s/ Kimberly Branscome*
   Kimberly Branscome
   Eyitayo St. Matthew-Daniel
   Bryon Becker

*Attorneys for Non-Parties*
VIAGOGO ENTERTAINMENT INC.
and STUBHUB, INC.

- 3 -