UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-0047-GW-GJSx | Date | May 13, 2025 |
| Title | *Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al.* | Page | 1 of 1 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS – TENTATIVE RULING RE CLASS CERTIFICATION SCHEDULE**

This lawsuit was initially filed on January 4, 2022 (Dkt. No. 1) and, following extensive motions practice, the action was remanded back by the Ninth Circuit on December 16, 2024 (Dkt. No. 266) following the affirmation of this Court's rulings. On January 6, 2025, the hearing date for the motion for class certification was set for June 30, 2025. *See* Dkt. No. 284.

The parties noted at an April 17, 2025 hearing that the June 30 date for class certification was in their view unworkable. *See* Dkt. No. 335 at 13-16. The Court suggested that, if the parties could stipulate to a new date for that the hearing and concomitant briefing, the Court would be more likely to agree and gave as an example a hearing date of November 6 with the reply brief being due on October 20. *Id.* at 14-15.

The parties, being unable to agree on dates, filed a joint cross-motion on May 12, 2025 (Dkt. No. 364-1), setting forth their respective positions regarding the scheduling of the class certification hearing date and briefing. Plaintiffs' schedule is: (1) Plaintiffs' Opening Brief: August 29, 2025, (2) Defendants' Opposition Brief: September 29, 2025, (3) Plaintiffs' Reply Brief: October 29, 2025, and (4) Hearing Date: November 17, 2025. *Id.* at 7. Defendants state that their proposed schedule is one that Plaintiffs had originally proposed to them which is: (1) Opening Brief August 29, 2025, (2) Opposition Brief on November 28, 2025, (3) Reply Brief on January 9, 2026, and (4) Hearing on January 29, 2026. *Id.* at 12.

Given that: (1) this matter has been pending for more than three years; (2) the June 30, 2025 hearing date for the class certification motion was initially set on January 6, 2025; and (3) certain issues in this action are already being litigated in *United States et al v. Live Nation Entertainment, Inc., et al.*, Case No. 1:24-cv-03973-AS (S.D.N.Y.), the continuation of the hearing date to January 29, 2025 is unwarranted. The Court will set the following dates: (1) Opening brief - August 29, 2025; (2) Opposition Brief - October 20, 2025; (3) Reply Brief – November 17, 2025; and (4) Hearing Date – December 4, 2025 at 8:30 a.m.