**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
  kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Interim Co-Lead Class Counsel*

**LURIE, ZEPEDA, SCHMALZ, HOGAN & MARTIN, APC**
James J. Finsten (Bar No. 234999)
  jfinsten@lurie-zepeda.com
1875 Century Park East, Suite 2100
Los Angeles, California 90067-2574
Telephone: (310) 274-8700 x101
Facsimile: (310) 274-2798

*Counsel for Hurricanes Holdings, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SKOT HECKMAN, LUIS PONCE, JEANENE POPP, and JACOB ROBERTS, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC,<br><br>Defendants. | Case No. CV 22-0047-GW-GJSx<br><br>The Honorable George H. Wu<br><br>**ORDER GRANTING STIPULATION TO EXTEND THIRD-PARTY HURRICANES HOLDINGS, LLC'S TIME TO FILE DECLARATION TO SEAL DOCUMENTS UNDER LOCAL RULE 79-5.2.2(b)**<br><br>Hearing Date: December 4, 2025<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9D, 9th Floor |

**ORDER**

The COURT, having considered the Stipulation to Extend Third-Party Hurricanes Holdings, LLC's Time to File Declaration to Seal Documents Under Local Rule 79-5.2.2(b) (the "Stipulation"); and GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED THAT the Stipulation is APPROVED AND SO ORDERED.

DATED: August 26, 2025

HON. GEORGE H. WU,
United States District Judge