**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**KELLER POSTMAN LLC**
Warren D. Postman (Bar No. 33069)
wdp@kellerpostman.com
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: (202) 918-1123

*Interim Co-Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,

Plaintiffs,

v.

Live Nation Entertainment, Inc., and Ticketmaster LLC,

Defendants.

Case No. 2:22-cv-00047-GW-GJS

**JOINT STIPULATION TO EXTEND CLASS CERTIFICATION REPLY BRIEF WORD COUNT**

Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated, (together, "Plaintiffs") and Defendants Live Nation Entertainment, Inc. ("Live Nation") and Ticketmaster L.L.C. ("Ticketmaster") (collectively, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

**RECITALS**

1. WHEREAS, on August 18, 2025, Plaintiffs filed their Motion for Class Certification (ECF No. 471) in *Skot Heckman et al. v. Live Nation Entertainment, Inc. et al*., Case No. 2:22-cv-00047-GW-GJS in the Central District of California;

2. WHEREAS, on October 10-12, 2025, Defendants requested that Plaintiffs agree to expand Defendants' word limit for their Opposition to Plaintiffs' Motion for Class Certification by an additional 3,000 words for a total of 10,000 words, and offered to agree to a reciprocal expansion of the word limit for Plaintiffs' Reply;

3. WHEREAS, on October 12, 2025, Plaintiffs refused Defendants' offer of a reciprocal expansion of word limits;

4. WHEREAS, on October 13, 2025, Defendants filed an Ex Parte Application to Extend Word Limit for their Opposition to Plaintiffs' Motion for Class Certification (ECF No. 485);

5. WHEREAS, on October 14, 2025, Plaintiffs filed an Opposition to Defendants' Ex Parte Application (ECF No. 486);

6. WHEREAS, on October 14, 2025, the Court granted Defendants' Ex Parte Application, allowing Defendants an additional 3,000 words for a total of 10,000 words for their Opposition to Plaintiffs' Motion for Class Certification (ECF No. 487);

7. WHEREAS, Plaintiffs' Reply Brief in support of their Motion for Class Certification is due on November 21, 2025;

8. WHEREAS, Plaintiffs requested to similarly extend the word count for Plaintiffs' Reply Brief to 10,000 words total, and Defendants agreed to Plaintiffs' request.

**JOINT STIPULATION**

IT IS HEREBY STIPULATED, by and between the Parties:

1. The Parties agree that good cause exists to extend the word count for Plaintiffs' Reply Motion for Class Certification to 10,000 words, total.

Dated: October 28, 2025

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Kevin Y. Teruya*

Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN LLC
Warren Postman (Bar No. 33069)
wdp@kellerpostman.com
1100 Vermont Avenue, N.W., 12th Fl.
Washington, D.C. 20005
Telephone: (202) 918-1123

*Attorneys for Plaintiffs Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts*

Dated: October 28, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Timothy L. O'Mara*

Timothy L. O'Mara
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Tel.: +1.415.391.0600
Fax: +1.415.395.8095
tim.o'mara@lw.com

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

**ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation to Extend Class Certification Reply Brief Word Count. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Kevin Y. Teruya, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: October 28, 2025

*/s/ Kevin Y. Teruya*

Kevin Y. Teruya