# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-0047-GW-KESx | Date | December 4, 2025 |
|---|---|---|---|
| Title | *Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Terri A. Hourigan | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Adam B. Wolfson | Timothy L. O'Mara |
| Kevin Y. Teruya | Alicia R. Jovais |
| Brantley I. Pepperman | Samuel R. Jeffrey |
| | Christopher B. Campbell |

**PROCEEDINGS:** PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CO-LEAD CLASS COUNSEL [472]

The Court's under seal Tentative Ruling on Plaintiffs' Motion [472] was emailed to the parties on December 3, 2025 and placed on the docket under seal as ECF 519. Oral argument is held. For reasons stated on the record, Plaintiffs' Motion is TAKEN UNDER SUBMISSION.

|  |  | 1 | : | 15 |
|---|---|---|---|---|
| | Initials of Preparer | JG | | |