## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-00047-GW-KESx | Date | December 12, 2025 |
|---|---|---|---|
| Title | *Skot Heckman, et al. v. Live Nation Entertainment, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER**

      The Plaintiffs' motion for class certification having been granted, the Court sets a Fed. R. Civ. P. 26(f) scheduling conference for January 15, 2026 at 8:30 a.m. The parties shall file a Joint Rule 26(f) Report by January 13. The parties will be required to discuss and disclose all of the matters included in Rule 26(f) but need not accomplish all of the exchanges of concomitant documents which can merely be scheduled for sometime thereafter.

|  | : |
|---|---|
| Initials of Preparer | JG |