**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**KELLER POSTMAN LLC**
Warren D. Postman (Bar No. 33069)
wdp@kellerpostman.com
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: (202) 918-1123

*Co-Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Skot Heckman, Luis Ponce, Jeanene Popp, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-KES<br><br>The Hon. George H. Wu<br>The Hon. Karen E. Scott<br><br>Discovery Document: Referred to Magistrate Judge Karen E. Scott<br><br>**NOTICE OF MOTION TO COMPEL PRODUCTION OF RESPONSES TO PLAINTIFFS' DISCOVERY REQUESTS**<br><br>Motion Hearing: January 27, 2026<br>Time: 10:00 AM<br><br>Discovery Cutoff Date: None Set<br>Pre-Trial Conference Date: None Set<br>Trial Date: None Set |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on January 27, 2026 at 10:00 AM, before the Honorable Karen E. Scott of the United States District Court of the Central District of California, Southern Division, 411 West 4th Street, Room 1053 Santa Ana, CA 92701, Courtroom 6D, 6th Floor, Plaintiffs Luis Ponce, Jeanene Popp, and Jacob Roberts ("Plaintiffs"),[1] on behalf of themselves and all others similarly situated, hereby move the Court for an order granting their Motion to Compel.

Plaintiffs seek entry of an order compelling Defendants to (1) produce the 14 documents cited in the FTC's September 18, 2025 complaint, as set out in Plaintiffs' Exhibit G accompanying the Joint Stipulation; (2) produce all expert reports served in the S.D.N.Y. Government Litigation, as defined in the Joint Stipulation, with redactions limited to those that necessary to protect third-party Highly Confidential information; (3) provide complete responses to Interrogatories 8 and 9 and produce all documents responsive to Requests for Production 28-37; and (4) reimburse Plaintiffs their reasonable costs and attorneys' fees incurred in bringing this motion pursuant to Fed. R. Civ. P. 37(a)(5).

This Motion is based upon this Notice of Motion, the accompanying Joint Stipulation, all filed supportive declarations and exhibits, the records, pleadings and other documents on file in this action, and any argument that may be presented to the Court.

---

[1]  Plaintiff Skot Heckman has voluntarily withdrawn as a named representative in this action. He remains within the proposed class definition.

| | |
|---|---|
| 1 | DATED: December 24, 2025 |

Respectfully submitted,

By    /s/ *Kevin Y. Teruya*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
Jennifer D. English (Bar No. 273772)
jenniferenglish@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN LLC
Warren D. Postman (Bar No. 330869)
wdp@kellerpostman.com
Jessica B. Beringer (*pro hac vice*)
Jessica.beringer@kellerpostman.com
Alexios J. Dravillas (*pro hac vice*)
ajd@kellerpostman.com
1101 Connecticut Avenue, N.W., Ste. 1100
Washington, D.C. 20036
Telephone: (202) 918-1123

*Co-Lead Class Counsel*

NOTICE OF MOTION TO COMPEL PRODUCTION OF RESPONSES TO PLS.' DISCOVERY REQUESTS