**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
 kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
 adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
 willsears@quinnemanuel.com
Jennifer D. English (Bar No. 273772)
 jenniferenglish@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
 brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

**KELLER POSTMAN LLC**
Warren D. Postman (Bar No. 33069)
 wdp@kellerpostman.com
Jessica B. Beringer (*pro hac vice*)
 Jessica.beringer@kellerpostman.com
Alexios J. Dravillas (*pro hac vice*)
 ajd@kellerpostman.com
1101 Connecticut Avenue, N.W, Suite 1100
Washington, D.C. 20036
Telephone:  (202) 918-1123

*Interim Co-Lead Class Counsel*

**LATHAM & WATKINS LLP**
Timothy L. O'Mara (Bar No. 212731)
 tim.o'mara@lw.com
Andrew M. Gass (Bar No. 259694)
 andrew.gass@lw.com
Alicia R. Jovais (Bar No. 296172)
 alicia.jovais@lw.com
Samuel R. Jeffrey (Bar No. 347533)
 sam.jeffrey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

*Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SKOT HECKMAN, LUIS PONCE, JEANENE POPP, and JACOB ROBERTS, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC,<br><br>Defendants. | Case No. 2:22-cv-00047-GW-GJS<br><br>The Honorable George H. Wu<br><br>**JOINT STIPULATION OF DISMISSAL UNDER RULE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skot Heckman and Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C., by and through their undersigned counsel, hereby stipulate that Plaintiff Skot Heckman dismisses his individual claims without prejudice and will no longer serve as a named plaintiff in this case. Plaintiff Heckman was not put forward as a Class Representative, and he is not one of the named Plaintiffs that the Court appointed as a Representative of the certified Class. *See* Dkt. 528. Plaintiffs Luis Ponce, Jeanene Popp, and Jacob Roberts—whom the Court did appoint as Class Representatives—continue to serve as named Plaintiffs and assert their claims on behalf of both themselves and the certified Class.

**IT IS SO STIPULATED**.

Dated: February 9, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Adam B. Wolfson*
Adam B. Wolfson (Bar No. 262125)
*Attorney for Plaintiff Skot Heckman and Interim Co-Lead Class Counsel*

LATHAM & WATKINS LLP

By  */s/ Timothy L. O'Mara*
Timothy L O'Mara
*Attorney for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.*

# ATTESTATION

I am the ECF user whose identification and password are being used to file the foregoing Stipulation. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Adam B. Wolfson, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

Dated: February 9, 2026

*/s/ Adam B. Wolfson*
Adam B. Wolfson (Bar No. 262125)
*Attorney for Plaintiff Skot Heckman and Interim Co-Lead Class Counsel*