LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
   tim.o'mara@lw.com
  Andrew M. Gass (Bar No. 259694)
   andrew.gass@lw.com
  Alicia R. Jovais (Bar No. 296172)
   alicia.jovais@lw.com
  Samuel R. Jeffrey (Bar No. 347533)
   sam.jeffrey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

CAMPBELL FIRM, PC
  Christopher B. Campbell (Bar No. 254776)
   chris@thecampbellfirm.com
455 Market Street, Suite 1940 #809197
San Francisco, California 94105
Telephone: +1.510.588.2200

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jeanene Popp, Luis Ponce, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>Defendants. | Case No. CV 22-0047-GW-KESx<br><br>**ORDER ON STIPULATION REGARDING HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN** |

Pending before this Court is a Stipulation Regarding Hearing on Plaintiffs' Motion for Approval of Class Notice Plan ("Stipulation") filed by Defendants Ticketmaster L.L.C. and Live Nation Entertainment, Inc. (together, "Defendants") and Plaintiffs Jeanene Popp, Luis Ponce, and Jacob Roberts (together, "Plaintiffs"). Upon consideration of the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is GRANTED. The Court orders as follows: the hearing date on Plaintiffs' Motion for Approval of Class Notice Plan shall be set for April 13, 2026 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated:   March 31, 2026

_____
HON. GEORGE H. WU,
United States District Judge

[PROPOSED] ORDER ON STIP. RE HEARING ON
PLS.' MOT. FOR APPROVAL OF CLASS NOTICE
CASE NO. 2:22-cv-00047-GW-KESx