UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-0047-GW-DSRx | Date | April 13, 2026 |
|---|---|---|---|
| Title | *Jeanene Popp, et al. v. Live Nation Entertainment, Inc., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Maria Bustillos | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kevin Y. Teruya | Samuel R. Jeffrey |
| Brantley I. Pepperman | Christopher B. Campbell |

**PROCEEDINGS:    PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN [555]**


The Court's Tentative Ruling on Plaintiffs' Motion [555] was issued on April 10, 2026 [566]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. The Motion is GRANTED in part and STRICKEN in part. The parties will prepare and file a new notice consistent with the Court's ruling forthwith.

                                                                                           :        10

                                                        Initials of Preparer    JG