# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANENE POPP, LUIS PONCE and JACOB ROBERTS, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC,<br><br>Defendants. | Case No. CV 22-0047-GW-KESx<br><br>The Hon. George H. Wu<br>The Hon. Karen E. Scott<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN**<br><br>Discovery Cutoff: June 30, 2026<br>Pre-Trial Conference: June 24, 2027<br>Trial: July 6, 2027 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN

**PLAINTIFF'S ORDER**

THIS MATTER comes before this Court upon Plaintiffs' Motion for Approval of Class Notice Plan.  The Court finds the proposed Notice Plan sufficient to meet the requirements of Rule 23 and due process. After full consideration of the parties' briefing on the matter, Plaintiffs' Motion for Approval of Class Notice Plan is GRANTED.


IT IS SO ORDERED.


Date: April 20, 2026

_____
**HON. GEORGE H. WU,**
United States District Judge

-1-                    Case No. 2:22-cv-00047-GW-KES

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN**