**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**KELLER POSTMAN LLC**
Warren D. Postman (Bar No. 330869)
wdp@kellerpostman.com
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: (202) 918-1123

*Co-Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JEANENE POPP, LUIS PONCE, and JACOB ROBERTS, on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC, <br><br> Defendants. | Case No. 2:22-cv-00047-GW-KES <br><br> The Hon. George H. Wu <br> The Hon. Karen E. Scott <br><br> Discovery Document: Referred to Magistrate Judge Karen E. Scott <br><br> **NOTICE OF MOTION TO COMPEL RULE 30(B)(6) DEPOSITION TESTIMONY** <br><br> Motion Hearing: June 9, 2026 <br> Time: 10:00 AM <br><br> Discovery Cutoff Date: June 30, 2026 <br> Pre-Trial Conference Date: June 24, 2027 <br> Trial Date: July 6, 2027 |

-1-                                            Case No. 2:22-cv-00047-GW-KES

NOTICE OF MOTION TO COMPEL RULE 30(B)(6) DEPOSITION TESTIMONY

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on June 9, 2026 at 10:00 AM, before the Honorable Karen E. Scott of the United States District Court of the Central District of California, Southern Division, 411 West 4th Street, Room 1053 Santa Ana, CA 92701, Courtroom 6D, 6th Floor, Plaintiffs Jeanene Popp, Luis Ponce, and Jacob Roberts ("Plaintiffs"),[1] on behalf of themselves and all others similarly situated, hereby move the Court for an order granting their Motion to Compel.

Plaintiffs seek entry of an order compelling Defendants to designate and produce one or more witnesses prepared to testify on Topics 2, 3, 5, and 6; Topics 8(g) and 30; and Topic 18 as set forth in Plaintiffs' January 29, 2026 Rule 30(b)(6) Notice of Deposition.

This Motion is based upon this Notice of Motion, the accompanying Joint Stipulation, all filed supportive declarations and exhibits, the records, pleadings and other documents on file in this action, and any argument that may be presented to the Court.

---

[1]   Plaintiff Skot Heckman has voluntarily withdrawn as a named representative in this action. He remains within the proposed class definition.

DATED: May 8, 2026

Respectfully submitted,

By      /s/ *Kevin Y. Teruya*

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
Jennifer D. English (Bar No. 273772)
jenniferenglish@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN LLC
Warren D. Postman (Bar No. 330869)
wdp@kellerpostman.com
1101 Connecticut Avenue, N.W., Ste. 1100
Washington, D.C. 20036
Telephone: (202) 918-1123

Jessica B. Beringer (*pro hac vice*)
Jessica.beringer@kellerpostman.com
Alexios J. Dravillas (*pro hac vice*)
ajd@kellerpostman.com
150 N. Riverside, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220

*Co-Lead Class Counsel*