**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Kevin Y. Teruya (Bar No. 235916)
   kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
   adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
   willsears@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
   brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

**KELLER POSTMAN LLC**
Warren D. Postman (Bar No. 330869)
   wdp@kellerpostman.com
Jessica B. Beringer (pro hac vice)
   Jessica.beringer@kellerpostman.com
Alexios J. Dravillas (pro hac vice)
   ajd@kellerpostman.com
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone:   (202) 918-1123

*Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JEANENE POPP, LUIS PONCE, and JACOB ROBERTS, on behalf of themselves and all those similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER LLC, <br><br> Defendants. | Case No. 2:22-cv-00047-GW-KES <br><br> The Honorable George H. Wu <br><br> **DECLARATION OF KEVIN Y. TERUYA IN SUPPORT OF JOINT STIPULATION REGARDING PLAINTIFFS' MOTION TO COMPEL RULE 30(B)(6) DEPOSITION TESTIMONY** <br><br> Motion Hearing: June 9, 2026 <br> Time: 10:00 AM <br><br> Discovery Cutoff Date: June 30, 2026 <br> Pre-Trial Conference Date: June 24, 2027 <br> Trial Date: July 6, 2027 |

Case No. 2:22-cv-00047-GW-KES

I, Kevin Y. Teruya, declare:

1.      I am a partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP.  I am an attorney in good standing in the State of California.  I am making this Declaration in support of the Joint Stipulation Regarding Plaintiffs' Motion to Compel Rule 30(b)(6) Deposition Testimony.  I have personal knowledge of the facts set forth below; if called upon to do so, I can and will competently testify thereto.

2.      Attached hereto as **Plaintiffs' Exhibit A** is a true and correct copy of the publicly available Complaint (Dkt 1) from this matter, *Heckman, et al. v. Live Nation Entertainment, Inc., et al.*, Case No. 2:22-cv-00047, filed January 4, 2022.

3.      Attached hereto as **Plaintiffs' Exhibit B** is a true and correct copy of the publicly available Amended Complaint (Dkt 257) from *United States of America, et al. v. Live Nation Entertainment, Inc*, Case No. 1:24-cv-03973-AS, filed August 30, 2024.

4.      Attached hereto as **Plaintiffs' Exhibit C** is a true and correct copy of Defendants' Objections and Responses to Plaintiffs' Rule 30(b)(6) Deposition Notice to Live Nation Entertainment, Inc., served March 1, 2026.

5.      Attached hereto as **Plaintiffs' Exhibit D** is a true and correct copy of Plaintiffs' Rule 30(b)(6) Deposition Notice to Live Nation Entertainment, Inc., served January 29, 2026.

6.      Attached hereto as **Plaintiffs' Exhibit E** is a true and correct copy of the publicly available Verdict Form (Dkt 1417) from *State of New York, et al. v. Live Nation Entertainment, Inc*, Case No. 1:24-cv-03973-AS, filed April 15, 2026.

7.      Attached hereto as **Plaintiffs' Exhibit F** is a true and correct copy of Plaintiffs' Local Rule 37-1 letter from Jennifer English to Alicia Jovais dated March 11, 2026 re: Defendants' March 1, 2026 Objections and Responses to Plaintiffs' Rule 30(b)(6) Deposition Notice *Heckman v. Live Nation Entertainment, Inc., et al.*, Case No. 2:22-cv-00047 – GW (C.D. Cal.).

8.      Attached hereto as **Plaintiffs' Exhibit G** is a true and correct copy of emails re Defendants' Objections and Responses to Plaintiffs' Rule 30(b)(6)

-1-

Deposition Notice, starting with an email from Elbert Liang to Sam Jeffrey and others dated January 29, 2026.

9. Attached hereto as **Plaintiffs' Exhibit H** is a true and correct copy of Plaintiffs' Second Set of Interrogatories served June 12, 2025.

10. Attached hereto as **Plaintiffs' Exhibit I** is a true and correct copy of Defendants' Objections and Responses to Plaintiffs' Second Set of Interrogatories, served August 22, 2025, designated "Highly Confidential – Attorneys' Eyes Only" (originally served July 14, 2025).

11. Attached hereto as **Plaintiffs' Exhibit J** is a true and correct copy of a redacted version of the publicly available Joint Stipulation Regarding Plaintiffs' Motion to Compel Responses to its Discovery Requests (Dkt 571), filed April 20, 2026.

12. Attached hereto as **Plaintiffs' Exhibit K** is a true and correct redacted version of the publicly available Defendants' Opposition to Plaintiffs' Motion for Class Certification and Appointment of Co-Lead Class Counsel (Dkt 490), filed October 20, 2025.

13. Attached hereto as **Plaintiffs' Exhibit L** is a true and correct copy of a publicly available Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss (Dkt 293-1), filed January 27, 2025.

14. Attached hereto as **Plaintiffs' Exhibit M** is a true and correct copy of the publicly available Defendants' Answer to Complaint and Affirmative Defenses (Dkt 375), filed May 23, 2025.

15. Attached hereto as **Plaintiffs' Exhibit N** is a true and correct redacted copy of a publicly available Memorandum of Law in Support of Defendants' Motion for Summary Judgment (Dkt 724) from *United States of America, et al. v. Live Nation Entertainment, Inc*, *et.al*., Case No. 1:24-cv-03973-AS, filed November 18, 2025.

16. Attached hereto as **Plaintiffs' Exhibit O** is a true and correct redacted copy of a publicly available Reply Memorandum of Law in Support of Defendants' Motion for Summary Judgment (Dkt 809) from *United States of America, et al. v. Live*

-2-

*Nation Entertainment, Inc, et.al.*, Case No. 1:24-cv-03973-AS, filed December 29, 2025.

17.    Attached hereto as **Plaintiffs' Exhibit P** is a true and correct redacted version of the publicly available Defendants' Opposition to Plaintiffs' Motion for Class Certification and Appointment of Co-Lead Class Counsel (Dkt 488-2), filed October 20, 2025.

18.    Attached hereto as **Plaintiffs' Exhibit Q** is a true and correct copy of Plaintiffs' Local Rule 37-1 letter from Jennifer English to Alicia Jovais dated March 10, 2026 re: Defendants' March 2, 2026 Discovery Responses.

19.    Attached hereto as **Plaintiffs' Exhibit R** is a true and correct copy of a Public Version of Discovery Order Filed Under Seal at ECF No. 913 (Dkt 919) from *In Re Apple IPhone Antitrust Litigation*, Case No. 4:11-cv-06714-YGR, filed August 19, 2024.

20.    Attached hereto as **Plaintiffs' Exhibit S** are true and correct copies of the publicly available Orders on Joint Stipulation Setting Briefing Schedule dated March 29, 2022 (Dkt 33), February 16, 2023 (Dkt 132), and February 3, 2025 (Dkt 295); Order on Joint Stipulation Setting Modified Briefing Schedule and Hearing Date dated May 17, 2023 (Dkt 162); Order on Stipulation to Extend Time to Answer Complaint dated April 21, 2025 (Dkt 337); Minutes of Hearing on Class Certification Schedule dated May 15, 2025 (Dkt 371); and Minutes of Court Setting Scheduling Conference dated December 12, 2025 (Dkt 529), January 15, 2026 (Dkt 535) for *Popp vs. Live Nation Entertainment, Inc.*, Case No. 2:22-cv-00047.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 8 day of May 2026 in Los Angeles, California.

By   */s/ Kevin Y. Teruya*

Kevin Y. Teruya

-3-

Case No. 2:22-cv-00047-GW-KES