LATHAM & WATKINS LLP
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
  Andrew M. Gass (Bar No. 259694)
    andrew.gass@lw.com
  Alicia R. Jovais (Bar No. 296172)
    alicia.jovais@lw.com
  Samuel R. Jeffrey (Bar No. 347533)
    sam.jeffrey@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

CAMPBELL FIRM, PC
  Christopher B. Campbell (Bar No. 254776)
    chris@thecampbellfirm.com
455 Market Street, Suite 1940 #809197
San Francisco, California 94105
Telephone: +1.510.588.2200

*Attorneys for Defendants Live Nation
Entertainment, Inc. and Ticketmaster L.L.C.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeanene Popp, Luis Ponce, and Jacob Roberts, on behalf of themselves and all those similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>Live Nation Entertainment, Inc., and Ticketmaster LLC,<br><br>             Defendants. | Case No. 2:22-cv-00047-GW-KES<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. 2:22-CV-00047-GW-KES

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **May 12, 2026** I caused to be served the following document to be served on counsel for Plaintiffs:

- Sealed Declaration of Alicia R. Jovais in Support of Plaintiffs' Application to File Under Seal Certain Documents in Support of Joint Stipulation Regarding Motion to Compel Rule 30(b)(6) Testimony

by causing to be served true copies of the above-described document via electronic mail delivery to the person(s) and email address(es) set forth below:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kevin Y. Teruya (Bar No. 235916)
kevinteruya@quinnemanuel.com
Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
William R. Sears (Bar No. 330888)
willsears@quinnemanuel.com
Jennifer D. English (Bar No. 273772)
jenniferenglish@quinnemanuel.com
Brantley I. Pepperman (Bar No. 322057)
brantleypepperman@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

KELLER POSTMAN LLC
Warren Postman (Bar No. 330869)
wdp@kellerpostman.com
Jessica B. Beringer (pro hac vice)
Jessica.beringer@kellerpostman.com
Alexios J. Dravillas (pro hac vice)
ajd@kellerpostman.com
1101 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036
Telephone: (202) 918-1123

*Attorneys for Co-Lead Class Counsel*

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction service was made, and declare under penalty of perjury that the foregoing is true and correct. Executed on **May 12, 2026** at San Francisco, California.

_____

Samuel R. Jeffrey

PROOF OF SERVICE
CASE NO. 2:22-CV-00047-GW-KES